**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 20-MJ-03562-LMR-1**

**UNITED STATES OF AMERICA**

        Plaintiff,

vs.

**JONATHAN GUERRA BLANCO**

        Defendant.

_____/

**DEFENDANT, JONATHAN GUERRA BLANCO'S**
**UNOPPOSED MOTION TO CONTINUE**
**PRELIMINARY HEARING AND ARRAIGNMENT**
**AND**
**DEFENDANT'S ACKNOWLEGMENT OF EXCLUDABLE SPEEDY TRIAL TIME**

**COMES NOW** the Defendant, **JONATHAN GUERRA BLANCO**, by and through his undersigned counsel, and presents herewith, his Unopposed Motion to Continue Preliminary Hearing and Arraignment, and respectfully requests that this Honorable Court reschedule these matters for a minimum of thirty (30) days beyond the present December 3, 2020 (11:00 a.m.) date, and Defendant's Acknowledgment of Excludable Speedy Trial Time, and states as follows:

1. Presently, the Preliminary Examination and Arraignment are scheduled for December 3, 2020 at 11:00 a.m. in the Miami Division before the MIA Duty Magistrate.

2. The undersigned counsel is in need of additional time in which to prepare for the Preliminary Hearing and Arraignment in this cause due to the great complexities of this case, and respectfully requests that this Honorable Court reschedule these matters for a minimum of thirty (30) days beyond the December 3, 2020 date.

3. Counsel has consulted with the Defendant and he is fully advised of this request for a continuance and authorizes counsel to so advise the Court of his consent thereto. Additionally,

the Defendant acknowledges that the time attributable to this continuance shall be excludable time in calculating the period within which trial must commence in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §3161.

4. In accordance with SDFL Local Rule 88.9, the undersigned counsel has been in contact with Jonathan Kobrinski, the Assistant United States Attorney assigned to this case, and he has advised that the Government does not oppose the relief requested herein.

5. The within Unopposed Motion to Continue the Preliminary Hearing and Arraignment is filed in the utmost of good faith and in the interest of justice, and is not the result of a lack of due diligence.

**WHEREFORE**, Defendant, **JONATHAN GUERRA BLANCO,** respectfully prays that this Honorable Court enter its order granting the within Unopposed Motion to Continue the Preliminary Hearing and Arraignment, and thereby continue these matters for a minimum of thirty (30) days beyond the present December 3, 2020 date.

Respectfully submitted,

Ana M. Davide, Esq.
Florida Bar No. 875996
2929 SW 3rd Ave., Suite 420
Miami, Florida 33129
Telephone: (305) 854-6100
Fax: (305) 854-6197
E-mail:  ana@anadavidelaw.com
(Counsel for Def., *Jonathan Guerra Blanco*.)

***/s/ Ana M. Davide*** _____
Ana M. Davide, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of November, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Ana M. Davide, Esq.
Florida Bar No. 875996
2929 SW 3rd Ave., Suite 420
Miami, Florida 33129
Telephone: (305) 854-6100
Fax: (305) 854-6197
E-mail: ana@anadavidelaw.com
(Counsel for Def., *Jonathan Guerra Blanco.*)

*/s/ Ana M. Davide*_____
Ana M. Davide, Esq.

## SERVICE LIST

**United States of America v. JONATHAN GUERRA BLANCO**
**Case No. 20-mj-03562-LMR-1**
**United States District Court, Southern District of Florida**

Jonathan Kobrinski, Assistant United States Attorney
Office of the United States Attorney
99 N.E. 4th Street, 6th Floor
Miami, Florida 33132
Office: (305) 961-9074
Email: jonathan.kobrinski@usdoj.gov