FILED by CG D.C.

Dec 3, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **20-20245-CR-SCOLA/GOODMAN**

18 U.S.C. § 2339B(a)(1)
18 U.S.C. § 981(a)(1)(G)

UNITED STATES OF AMERICA,

vs.

JONATHAN GUERRA BLANCO,

    Defendant.
_____ /

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
**Provision of Material Support to a
Foreign Terrorist Organization
(18 U.S.C. § 2339B(a)(1))**

From in or around October 2019, through on or about September 11, 2020, in Miami Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JONATHAN GUERRA BLANCO,**

did knowingly attempt to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b), including services, to a foreign terrorist organization, that is, the Islamic State of Iraq and al-Sham ("ISIS"), which at all relevant times was designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that ISIS was a designated foreign terrorist organization (as defined in Title 18, United States Code, Section 2339B(g)(6)), that ISIS engages and has engaged in terrorist activity (as defined in section 212(a)(3)(B) of the INA), and that

ISIS engages and has engaged in terrorism (as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989); all in violation of Title 18, United States Code, Sections 2339B(a)(1) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JONATHAN GUERRA BLANCO**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2339B(a)(1), as alleged in this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(G), all assets, foreign or domestic:

   (i) of any individual, entity, or organization engaged in planning or perpetrating any Federal crime of terrorism (as defined in section 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property, and all assets, foreign or domestic, affording any person a source of influence over any such entity or organization;

   (ii) acquired or maintained by any person with the intent and for the purpose of supporting, planning, conducting, or concealing any Federal crime of terrorism (as defined in section 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property;

   (iii) derived from, involved in, or used or intended to be used to commit any Federal crime of terrorism against the United States (as defined in section 2332b(g)(5)), citizens or residents of the United States, or their property; or

   (iv) of any individual, entity, or organization engaged in planning or perpetrating any

2

act of international terrorism (as defined in section 2331) against any international organization (as defined in section 209 of the State Department Basic Authorities Act of 1956 (22 U.S.C. 4309(b)) or against any foreign Government. Where the property sought for forfeiture is located beyond the territorial boundaries of the United States, an act in furtherance of such planning or perpetration must have occurred within the jurisdiction of the United States.

All pursuant to Title 18, United States Code, Section 981(a)(1)(G), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
JONATHAN KOBRINSKI
ASSISTANT UNITED STATES ATTORNEY

_____
KEVIN C. NUNNALLY
TRIAL ATTORNEY, NATIONAL SECURITY DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

vs.

JONATHAN GUERRA BLANCO,           **CERTIFICATE OF TRIAL ATTORNEY***

  **Defendant.**
_____/  **Superseding Case Information:**

**Court Division**: (Select One)        New Defendant(s)    Yes ____ No ____
                                        Number of New Defendants ____
Miami x    Key West ____                Total number of counts ____
FTL ____   WPB ____  FTP ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect    _____

4. This case will take    0    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                     (Check only one)

   I    0 to 5 days       X            Petty       ____
   II   6 to 10 days      ____         Minor       ____
   III  11 to 20 days     ____         Misdem.     ____
   IV   21 to 60 days     ____         Felony      X
   V    61 days and over  ____

6. Has this case been previously filed in this District Court?   (Yes or No)    No
   If yes:
   Judge: _____     Case No. _____
          (Attach copy of dispositive order)

   Has a complaint been filed in this matter?    (Yes or No)    Yes
   If yes:
   Magistrate Case No.                          20-MJ-03562-LMR
   Related Miscellaneous numbers:               _____
   Defendant(s) in federal custody as of        September 11, 2020
   Defendant(s) in state custody as of          _____

   Rule 20 from the District of                 _____
   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ____Yes    X    No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ____Yes    X    No

                                    _____
                                    JONATHAN KOBRINSKI
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Court No. A5501893

*Penalty Sheet(s) attached

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: JONATHAN GUERRA BLANCO

**Case No**: _____

Count #: 1
Attempt to Provide Material Support and Resources to a Designated Foreign Terrorist Organization

Title 18, United States Code, Section 2339B(a)(1)

*__Max. Penalty:__ 20 Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Jonathan Guerra Blanco, | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Ana Davide
*Printed name of defendant's attorney*

_____
*Judge's signature*

Chris M. McAliley, United States Magistrate Judge
*Judge's printed name and title*

[Print]  [Save As...]  [Reset]