UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 20-CR-20245-RNS-1

        Plaintiff,

vs.

JONATHAN GUERRA BLANCO,

        Defendant.

_____/

### DEFENDANT, JONATHAN GUERRA BLANCO'S AND THE UNITED STATES OF AMERICA JOINT MOTION TO CONTINUE IN-PERSON SENTENCING HEARING

**COMES NOW** the Defendant, **JONATHAN GUERRA BLANCO**, and **THE UNITED STATES OF AMERICA,** by and through their respective counsel, and presents herewith, their Joint Motion to Continue In-Person Sentencing Hearing for sixty (60) days beyond the present August 27, 2021 scheduled sentencing date to October 26, 2021, or whatever date proximate thereto that is in accord with this Honorable Court's calendar, and states as follows:

    1.    On December 22, 2020, the Defendant pled guilty to the Information [D.E. 19], which charges the Defendant with Attempting to Provide Material Support to a Foreign Terrorist Organization, in violation of Title 18, United States Code, Section 2339B(a)(1). [D.E. 29]

    2.    The sentencing hearing is presently scheduled for August 27, 2021 at 9:00 a.m. before this Honorable Court for a one (1) hour in-person sentencing hearing. [D.E. 55]

    3.    As noted earlier, this case is not the usual drug or money laundering case, but is quite different in that it involves the charge of attempting to provide material support to a foreign terrorist organization in violation of 18 U.S.C. §2339B(a)(1), and involves issues regarding the application of U.S.S.G. §3A1.4, commonly referred to as the "Terrorism" enhancement. The issues

regarding this enhancement will have a profound impact upon the sentence this Honorable Court will ultimately impose, whether the Court finds the enhancement inapplicable, or finds it applicable. This is so, because the enhancement calls for a twelve (12) level increase as well as a category VI criminal history designation.

4. The defense and the Government are continuing their consultation with the Defendant regarding the above-described enhancement as well as other matters. The parties' inability to expeditiously confer with the Defendant has in-part been caused by the very limited availability of appropriate facilities in which to hold such conferences as well as the scheduling difficulties of the parties and agents. However, on this date, August 16, 2021, an additional debriefing was conducted, with further very significant detailed debriefings anticipated for the near future.

5. Additionally, as previously mentioned, the defense has retained Michele Quiroga, Ph.D. of Quiroga & Associates, P.A., 2655 LeJeune Road, Suite 537, Coral Gables, Florida 33134, to assist counsel with regard to the sentencing hearing in this case at which time the Defendant's Asperger's Syndrome will be addressed as well as other aspects of the Defendant's serious health issues. Dr. Quiroga has very recently completed her preliminary report which must be reviewed by counsel. (A copy of that report has been furnished to the Government.)

6. The Defendant has been diligent in filing his Objections to the Presentence Investigation Report. [D.E. 45]

7. Therefore, the Defendant respectfully requests that this Honorable Court reschedule the sentencing hearing for a one (1) hour in-person sentencing hearing sixty (60) days beyond the present August 27th date to October 26, 2021, or whatever date proximate thereto that is in accord with this Honorable Court's calendar.

8.      This Joint Motion to Continue In-Person Sentencing Hearing for sixty (60) days beyond the present August 27, 2021 scheduled sentencing date is filed in the utmost of good faith and in the interest of justice, and is not the result of a lack of due diligence by any of the parties hereto.

**WHEREFORE**, Defendant, **JONATHAN GUERRA BLANCO**, and **THE UNITED STATES OF AMERICA,** respectfully pray that this Honorable Court enter its order granting the within Joint Motion to Continue In-Person Sentencing Hearing for sixty (60) days beyond the present August 27, 2021 date to October 26, 2021 for a one (1) hour in-person sentencing hearing, or whatever date proximate thereto that is in accord with this Honorable Court's calendar.

Respectfully submitted,

ANA M. DAVIDE
(Florida Bar No. 875996)
ANA M. DAVIDE, P.A.
420 South Dixie Highway, Suite 4B
Coral Gables, Florida 33146
Telephone: (305)854-6100
Fax: (305) 854-6197
E-mail: ana@anadavidelaw.com
(Counsel for Def., *Jonathan Guerra Blanco*.)

*/s/ Ana M. Davide*
    Ana M. Davide, Esq.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: **/s/ *Karen E. Gilbert***
Karen E. Gilbert, A.U.S.A.
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9161
Fax: 305-536-7213
Email: karen.gilbert@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 18th day of August, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Ana M. Davide*
Ana M. Davide, Esq.