UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20245-CR-SCOLA

UNITED STATES OF AMERICA

v.

JONATHAN GUERRA BLANCO,
          **Defendant.**
_____/

**GOVERNMENT'S RESPONSE TO DEFENDANT'S EMERGENCY
MOTION FOR A "KASTIGAR HEARING"**

The United States, by and through the undersigned Assistant United States Attorney, hereby responds to Defendant Jonathan Guerra Blanco's Emergency Motion for a *Kastigar* Hearing (DE 82).

This court should deny the defendant's request for a *Kastigar* Hearing. In the *Kastigar* letter, attached to Defendant's Motion, it states: "[T]his agreement to not use statements against him made during this proffer does not include statements concerning violent acts, or violence in any form."

Further, in the email that defendant also quotes in the motion, it is emphasized that "[T]he letter specifically excludes any violence."

It is the position of the Government that a video produced and disseminated by the defendant calling for the death of a government official is a violent act and/or calls for violence. The video proclaimed that the Spanish Counterterrorism Judge should "die by a sticky bomb" and the video listed the judge by name and address. This is a violent act or generally violence.

*Conclusion*

The court does not need to conduct a hearing as this statement/video by the defendant is not protected by the *Kastigar* Letter.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   /s/ *Karen E. Gilbert*
Karen E. Gilbert
Assistant United States Attorney
Florida Bar No. 771007
99 N.E. 4th Street, Suite 815
Miami, Florida 33132
Tel: (305) 961-9161
Fax:(305) 536-4675
karen.gilbert@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *Karen E. Gilbert*
Karen E. Gilbert
Assistant United States Attorney