AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   FLORIDA - Miami Division

| United States of America<br>V.<br>Jonathan Guerra Blanco | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: 20-20245-CR-SCOLA |
|---|---|

| PRESIDING JUDGE<br>Robert N. Scola, Jr. | PLAINTIFF'S ATTORNEY<br>Karen Gilbert, AUSA | DEFENDANT'S ATTORNEY<br>Ana M. Davide |
|---|---|---|
| TRIAL DATE (S)<br>Sentencing hearing 01/28/2022 | COURT REPORTER<br>Tammy Nestor | COURTROOM DEPUTY<br>Jacob M. Hasbun |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/28/2022 | X | X | Open source Jihad 1 |
| 2 | | 1/28/2022 | X | X | Open source Jihad 2 |
| 3 | | 1/28/2022 | X | X | Open source Jihad 3 |
| 4 | | 1/28/2022 | X | X | Continuation of threat to Spanish judge despite the arrest of a Muntasir Media member in Spain. |
| | | | | | (exhibits 1 through 4 were returned to AUSA Karen Gilbert. She was instructed to file the exhibits electronically) |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____1____ Pages