AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## SOUTHERN    DISTRICT OF    FLORIDA - Miami Division

United States of America
V.
Jonathan Guerra Blanco

### EXHIBIT AND WITNESS LIST

Case Number:  20-20245-CR-SCOLA

| PRESIDING JUDGE Robert N. Scola, Jr. | PLAINTIFF'S ATTORNEY Karen Gilbert, AUSA | DEFENDANT'S ATTORNEY Ana M. Davide |
|---|---|---|
| TRIAL DATE (S) Sentencing hearing 01/28/2022 | COURT REPORTER Tammy Nestor | COURTROOM DEPUTY Jacob M. Hasbun |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/28/2022 | | | Michelle Quiroga, Ph.D. - sworn and testified. |
| | | 1/28/2022 | | | Jaime Ghitelman, M.D. - sworn and testified. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.