# EXHIBIT 1

## OPEN SOURCE JIHAD 1



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 20-20245-cr-RNS

EXHIBIT NO. 1



**Terrorism Research & Analysis Consortium**
@TRACterrorism

(Instructional Manual) Muntasir Media (Unofficial #IslamicState) "Open Source #Jihad": Translates #AQAP Inspired Magazines into Spanish "How To Make a Bomb in the Kitchen of Your Mom" #IED

bit.ly/3aSjvV3





Nearly 40,000 Followers on 5 March 2020 (closest available date to 30 January 2020)

# MUNTASIR MEDIA

JUMADAL AL - THANI 1441

# OPEN SOURCE JIHAD

ESTADO ISLÁMICO



# Open Source Jihad

o•pen |ˈōpən| source |sôrs| ji•had |jiˈhäd|

Un manual para esos que odian a los tir-
anos; incluyendo tecnicas para hacer bombas,
medidas de seguridad, tácticas de guerrilla,
entrenamiento con fusiles y todo = al Jihad.

● informal  Una pesadilla para las imperialistas naciones
opresoras  : *El open source Jihad es la peor pesadilla
de América y sus aliados.*

● Permite al Musulmán entrenar en casa en vez de arri-
esgar un viaje al extranjero: *Ya lo encontrastes, el
open source Jihad ya está al alcance de tus manos.*



# Elabora una bomba en la cocina de tu Mamá



¿Puedo hacer una bomba efectiva que cause daño al enemigo de ingredientes disponibles en cualquier cocina del mundo? La respuesta es si. ¿Pero antes de como, nos preguntamos porqué? Es porque Allah (SWT) dice: Combate por la causa de Allah, solo eres responsable de ti mismo, y alienta a los Creyentes para que luchen. Puede que Allah frene la fuerza (militar) de esos que no creen. Y Allah es mucho más poderoso; y su castigo, más severo. [an-Nisá': 84].

Y también porque es obligatorio para cada Musulmán defender a su Estado Islámico. Los Judíos y Cristianos han deshonrado a los Musulmanes, desacrado nuestros lugares sagrados, y maldecido a nuestro querido Profeta (SAWS). Hoy están haciendo concursos para decidir la mejor forma de blasfemia contra Muhammad (SAWS).

Los gobiernos del occidente hoy están llevando a cavo una inmensa guerra contra el Islam. Formaron una coalición y tienen el apoyo de su población en invadir y destruir tierras Musulmanas.

Pero hay una pequeña banda de Musulmanes sinceros que están contraatacando al enemigo. El esfuerzo de este pequeño grupo de *Mujahiddin* tienen un gran efecto en quebrantar los planes del enemigo. Ahora tenemos un balance de fuerzas. Mientras ellos matan a Musulmanes, Musulmanes responden matandolos a ellos. Este es el efecto de un pequeño grupo de sinceros *Mujahiddin*. ¿Así qué cuál sería el efecto si se despertara la *Ummah* Musulmana?

Hay muchos Musulmanes que defienden con valor a la *Ummah* pero su visión no es clara. Ellos piensan que para poder defender a la *Ummah* la única opción es viajar y unirse a los *Mujahiddin* en sus campos de entrenamiento. **Pero le decimos a los Musulmanes en América y Europa:** Hay otra opción también para apoyar a tu *Ummah*. Es trabajo individual dentro del occidente como la operación de Nidál Hassan y Faisal Shahzab. Con algunas operaciones "fallidas" - como ellos dicen - él director de la inteligencia nacional fue obligado a renunciar. Con algunas más operaciones "fallidas", tal vez tengamos la resignación del Presidente de los Estados Unidos de América.

Mi hermano Musulmán, que quieres apoyar la religión de Allah: no hagas tantas calculaciones y predicciones del resultado y consecuencias. es verdad que 'Umar al-Farúq y sus hermanos Nidál Hassan y Faisal Shahzab fueron encarcelados, pero se han echo héroes e iconos que son ejemplos a seguir. Le pedimos a Allah (SWT) que les conceda firmeza. Si fueron sinceros y firmes, su encarcelamiento será un incremento de estatus para ellos. El *Hadith* dice: "Si Allah ama a alguien, Entonces Él los pondrá por pruebas." El resultado de estas pruebas sería los niveles más altos del paraíso, el placer de Allah, el cielo en los corazones en esta vida y placer eterno en el más allá. Mi hermano Musulmán: te estamos haciendo llegar a ti nuestro entrenamiento militar justo en tu cocina para aliviatar la dificultad de viajar hacia nosotros. Si eres sincero en tus intenciones de servir a la religión de Allah (SWT) entonces todo lo que tú tienes que hacer es entrar en la cocina de tu mamá y hacer un dispositivo explosivo que dañe al enemigo si tu pones tu confianza en Allah (SWT) y después usa este dispositivo explosivo de forma adecuada. aquí están las principales ventajas de esta bomba.

- Sus ingredientes están disponibles fácilmente.
- Comprar estos ingredientes no levanta sospecha.
- Son facil de votar si los enemigos registran tu casa. Los perros no son entrenados para reconocerlos con el olfato como ingredientes de elaboración de explosivos.
- En uno o dos días la bomba puede estar lista para matar al menos diez personas. En un mes puedes hacer una bomba más grande y más letal que puede matar a cientos de personas.

Elabora una bomba en la cocina de tu Mamá

Hay todo tipo de explosivos:

**Primero:** Explosivos químicos. Estas explosiones causan gran presión que mataría a seres vivientes dentro de un radio. Ejemplos son todos los explosivos de grado militar como el TNT, C4 y RDX.

**Segundo:** Explosiones mecánicas. Esto resulta cuando se quema material inflamable en un lugar condensado. Un ejemplo es poner polvora dentro de una tubería de hierro con una apertura solo pequeña para una mecha. Cuando la polvora es prendida, una gran presión resulta de la polvora convertida en gases lo que resulta en la explosión de la tubería de hierro, convirtiendola en metralla volando a alta velocidad.

## I. Preparación del dispositivo explosivo:



1. Substancia inflamable
2. Lampara decorativa (lo que usualmente se utiliza en arbolitos de Navidad)
3. Tuvería de hierro

A. Preparación de la substancia inflamable

La substancia es una combinación de dos ingredientes:
• La substancia que se encuentra en la cabeza de los fósforos
• azucar

B. Como extraer la substancia inflamable:

   

1. Cortale la cabeza al fósforo suavemente con cualquier cosa (aquí, usamos un tubo) para coger la substancia inflamable.
2. Muele la substancia y filtrala para obtener un polvo fino.
3. en la foto verás el polvo fino y le agregarás azucar equivalente a 1/4 de su cantidad.
4. Mezcla las dos substancias hasta que se vuelvan uniformes en color.

Open Source Jihad

### C. Preparación de la lampara decorativa

Procedemos a romper la parte de arriba de la lampara calentandola. asegurate que el filamento no se rompa. El filamento es la parte que cuando la electricidad pasa a traves de el, se ilumina y produce luz.

  

1. Calienta la cabeza de la lampara hasta que se vuelva negra.
2. Pon la lampara inmediatamente en el agua mientras está caliente.
3. Golpea la cabeza de la lampara y se romperá.

### D. Preparación de la tubería de hierro:

 

- Perfora un hueco en la tuvería
- La segunda imagen muestra como se ve la tubería después de que se le perforó el hueco.

Elabora una bomba en la cocina de tu Mamá

### E. Preparaciones finales para el dispositivo:

   

1. Echa un poco de la substancia inflamable dentro de la lampara. Haslo suavemente para no romper el filamento, que es muy sensible. El dispositivo no explotará si el filamento está roto.

2. Inserta la lampara dentro de la tubería con los cables saliendo por fuera.

3. Rellena la tubería con la substancia infamable. Evita que caiga algo de substancia en las roscas de la tubería para que no se prenda cuando cierres la tubería.

4. Pegale teipe alrededor del hueco que fue perforado en la tubería solamente dejando los cables por fuera. El teipe enrollará los cables - cerrando cualquier apertura en el hueco de la tubería - y no tapando los cables.

 

Tú puedes substituir la substancia inflamable extraida de los fosforos por polvora de fuegos artificiales.

Nota: Tú no tienes que usar una substancia. Tú puedes mezclar la substancia de los fósforos, junto con la polvora y fuegos artificiales pero cuando lo hagas tienes que mezclarla bien.

## II. La fuente de electricidad

### A. Introducción

La importancia de la fuente de electricidad en el dispositivo explosivo es que es clave en prender el dispositivo. La electricidad que es suficiente para encender una pequeña lampara es suficiente para causar una explosión. La corriente electrica puede llegar a la lampara directamente a través de una batería, por un circuito de tiempo o por un circuito de control remoto.



Open Source Jihad

Hemos escogido para ti el circuito de tiempo porque es simple. Está compuesto de:
· Una batería de 9V.
· Un cable conectado al "+" de la batería y un clavo (el cable rojo)
· Un cable conectado al "-" de la batería y una lampara de prueba (el cable negro). Nota: puedes
  usar cualquier cable de lampara pequeña aquí. Ten en cuenta de que esta no es la lampara que
  rellenamos antes con la substancia inflamable.
· Conectamos la otra desde la otra parte de la lampara un cable verde, cuando este cable toque el clavo
  el circuito cierra y la lampara debe encender.

Nota: Los colores de los cables aquí es para proposito de demostración.

Elabora una bomba en la cocina de tu Mamá

## Ajustando el reloj:

1. Conecta el cable verde que está conectado a la lampara a una de las manecillas del reloj.
2. Inserta el clavo a la cara del reloj. De esta forma cuando la manecilla del reloj se mueva tocará el clavo y la lampara encenderá.

## Pasos para ajustar el reloj:






1. Desarma el reloj.
2. Si quieres hacer que la explosión ocurra dentro de una hora, corta las manecillas del reloj excepto por la de los minutos. Si quieres más de una hora, cortas todas las manecillas excepto la de la hora.
3. Abre un hueco en la cara del reloj e inserta el clavo.
4. Inserta el clavo a través del hueco y conecta el cable verde a la manecilla de la hora. Abre otro hueco si es necesario para el cable verde.

Open Source Jihad






1. Imagen 1 demuestra el circuito electrico en el reloj cuando la manecilla de la hora no ha tocado al clavo

2. Imagen 2 demuestra el circuito electrico en el reloj cuando la manecilla de la hora ha tocado al clavo, encendiendo la lampara

3. Ahora desconecta la lampara de prueba del circuito y conectala en ves de eso los dos cables que salen de la tubería de hierro. Cuando el circuito está conectado como el paso 2, el dispositivo explotaría. Tú puedes esconder la batería de 9V dentro del reloj si quieres.

Ten en cuanta lo siguiente:

. Asegurate de cubrir todos los cables y también cubrir la batería para evitar cualquier conección electrica no deseada. esconde la batería de 9V dentro del reloj si quieres.

. Prueba el reloj al menos diez veces con una lampara de prueba para asegurarte que funciona correctamente.

. Es mejor usar un reloj pequeño si el encubrimiento es importante para ti.

Es importante poner una cantidad de clavos en la superficie de la tubería de hierro desde adentro. Tú haces eso pegándolos a





la pared de la tubería usando pegamento, la tubería utilizada aquí mide 2 pulgadas (5.08 CM). La substancia inflamable usada para rellenarla fue extraída de 80 cabezas de fósforo.

La explosión que resulta de este dispositivo es mecánica. Es el resultado de la presión causada por los gases y por ende solo

funciona en un ambiente de alta presión. Así que puedes usar tuberías de hierro, hoyas de presión, extinguidores de fuego, o botellones vacíos de gas. El punto es que la substancia inflamable tiene que estar contenida en un recipiente fuerte que permita que se forme la presión y como resultado cause una explosión dañina.

Elabora una bomba en la cocina de tu Mamá



Pero para poder rellenar, por ejemplo, una oya de presión con substancia de fósforo, puede que necesites muchos fósforos para hacerlo y por ende tal vez quieras usar polvora o el polvo de los fuegos artificiales.

También tienes que incluir metralla. El mejor tipo de metrala es la de forma en esfera. Como puedes ver en la imagen arriba, tienes que pegarlas a la superficie de tu recipiente. si no hay balines de acero disponibles para ti, entonces puedes usar clavos.

La imagen de arriba es una tubería de hierro de 2 pulgadas (5.08 CM) rellenada con clavos por dentro. Después echarás la substancia inflamable.

Los próximos tres puntos ilustrados por la imagen anterior son para el uso de metralla con un botellón de gas.

1. La forma del clavo.
2. Tú puedes poner los clavos en un molde y echarles pegamento arriba y cuando se seque los quitas del molde.
3. Enrolla los clavos moldeados alrededor del recipiente.

Después de enrollar la metralla alrededor del recipiente, vacía el recipiente de gas y abre la válvula y llenala con la substancia inflamable. Inserta la lampara con los cables saliendo por fuera como mismo hicistes anteriormente con la tubería de hierro.

Habiendo dicho eso, aquí están algunos pasos importantes para un dispositivo explosivo efectivo.

. Pon el dispositivo en un lugar lleno de gente. (NO niños e incapacitados, NO escuelas para niños, hospitales etc, si mueren sin tú querer, van al paraíso, Insha'Allah, y Allah es misericordioso)

. Camuflajea el dispositivo con algo que no obstruya la metralla como por ejemplo cartón.

El método de la tubería de hierro es efectivo si más de uno es usado simultáneamente. Para hacer esto, junta un cable de cada tubería y después junta los cables que quedan como puedes ver en la ilustración abajo a la derecha. un par representaría el cable verde que se conecta a la manecilla de la hora del reloj. El otro par se conecta al "-" en la batería.

La oya de presión es el método más efectivo. Pega la metralla a la parte



de adentro de la oya de presión y despúes llena la oya con el material inflamable. Inserta la lampara preparada dentro del material inflamable gentilmente para no romper el filamento de la lampara. Después saca los cables por fuera del hueco en la tapa de la oya. Pega un poco de teipe alrededor del hueco para sellar cualquier apertura y conecta los cables a la fuente eléctrica de la misma forma que hicimos con la tubería de hierro.



Cable verde yendo a la manecilla de la hora

Cable original de la tubería

Cable negro yendo al "-" de la batería

Los siguientes son algunas precauciones de seguridad.
1. Pon tu confianza en Allah y reza para que tenga éxito tu operativo. Esta es la regla más importante.
2. Usa guantes durante el proceso de la preparación del explosivo para evitar dejar huellas digitales.
3. Esto es un dispotivo explosivo así que ten cuidado durante la preparación y manejo.

En este articulo cubrimos una de las muchas ideas para el *Mujáhid*. Le pedimos a Allah (SWT) que asista a nuestros hermanos en atacar Sus enemigos y le pedimos a Allah (SWT) que nos otorgue victoria.



The following English version of Open Source Jihad is provided solely as an aid to understand the above Spanish version.

Summer 1431 | 2010



**Al-Malahem Media**

# INSPIRE

« ...AND INSPIRE THE BELIEVERS »

Periodical Magazine issued by the al-Qā`idah Organization in the Arabian Peninsula

## MAY OUR SOULS BE SACRIFICED FOR YOU!
### SHAYKH ANWAR al-`AWLAKĪ







Al-Malahem Media Foundation – مؤسسة الملاحم الإعلامية

» **EXCLUSIVE INTERVIEW WITH SHAYKH ABŪ BASĪR**

» **MAKE A BOMB IN THE KITCHEN OF YOUR MOM**
THE AQ CHEF

» **ASRAR AL-MUJAHIDEEN 101**
TERR0R1ST

» **THE WEST SHOULD BAN THE NIQĀB COVERING ITS REAL FACE**
YAḤYA IBRĀHĪM

WHAT TO EXPECT IN JIHĀD | 6 CALLS OF AL-ANFĀL | JIHĀDĪ EXPERIENCES



# Open Source Jihad

In this section:

Make a bomb in the kitchen of your Mom
How to use Asrar al-Mujahideen

31

# Open Source Jihad

o•pen |ˈōpən| source |sôrs| ji•had |jiˈhäd|

A resource manual for those who loathe the tyrants; includes bomb making techniques, security measures, guerrilla tactics, weapons training and all other jihād related activities.

● informal  A disaster for the repressive imperialistic nations: *The open source jihād is America's worst nightmare.*

● It allows Muslims to train at home instead of risking a dangerous travel abroad: *Look no further, the open source jihād is now at hands reach.*

# Make a **bomb** in the kitchen of your **Mom**

### The AQ Chef



Can I make an effective bomb that causes damage to the enemy from ingredients available in any kitchen in the world? The answer is yes. But before how, we ask why? It is because Allāh ﷻ says: **So fight in the cause of Allāh; you are not held responsible except for yourself. And inspire the believers [to join you] that perhaps Allāh will restrain the [military] might of those who disbelieve. And Allāh is greater in might and stronger in [exemplary] punishment** [an-Nisā': 84].

And it is also because every Muslim is required to defend his religion and nation. The Jews and Christians have dishonored the Muslims, desecrated our holy places, and cursed the beloved Prophet ﷺ. Today they are holding contests for the best blasphemy of Muhammad ﷺ.

The Western governments today are waging a relentless war against Islam. They brought together a coalition and have the support of their population in invading and destroying Muslim land.

But there is a small band of sincere Muslims who are striking back at the enemy. The efforts of this small group of *mujāhidīn* have had a great effect in hindering the plans of the enemy. So now we have a balance of forces. As they kill Muslims, Muslims respond by killing among them. This is the effect of a small group of sincere *mujāhidīn*, so what would the effect be if the Muslim *ummah* wakes up?

There are many Muslims who have the zeal to defend the *ummah* but their vision is unclear. They believe that in order to defend the *ummah* they need to travel and join the *mujāhidīn* elsewhere and they must train in their camps. **But we tell the Muslims in America and Europe:** There is a better choice and easier one to give support to your *ummah*. That is individual work inside the West such as the operations of Nidāl Ḥassan and Faisal Shahzād. With a few "failed" operations - as they claim - the director of national intelligence was forced to resign. With a few more "failed" operations we may have the resignation of the President of the United States.

My Muslim brother, who wants to support the religion of Allāh: do not make too many calculations and forecasting of the results and consequences. It is true that `Umar al-Fārūq and his brothers Nidāl Ḥassan and Shahzād were imprisoned, but they have become heroes and icons that are examples to be followed. We ask Allāh ﷻ to grant them steadfastness. If they were sincere and steadfast, their imprisonment would be an increased status for them. The *ḥadīth* says: "If Allāh loves a people, He would put them through trials." The result of these trials would be the highest levels of Paradise, the pleasure of Allāh, heaven in the hearts in this world and eternal pleasure in the Afterlife. My Muslim brother: **we are conveying to you our military training right into your kitchen to relieve you of the difficulty of traveling to us.** If you are sincere in your intentions to serve the religion of Allāh ﷻ, then all what you have to do is enter your kitchen and make an explosive device that would damage the enemy if you put your trust in Allāh ﷻ and then use this explosive device properly. Here are the main qualities of this bomb:

- Its ingredients are readily available.
- Buying these ingredients does not raise suspicion.
- It is easily disposed of if the enemy searches your home. Sniffing dogs are not trained to recognize them as bomb making ingredients.
- In one or two days the bomb could be ready to kill at least ten people. In a month you may make a bigger and more lethal bomb that could kill tens of people.

33

There are two types of explosions:

**First:** Chemical explosion. This explosion causes great pressure that would kill living beings within a certain radius. Examples are all the military grade explosives such as TNT, C4 and RDX.

**Second:** Mechanical explosion. This results from the burning of an inflammable material within a confined space. An example is putting gunpowder inside an iron pipe with a small opening enough only for a fuse. When the gunpowder is ignited, great pressure results from the gunpowder turning into gases and which result in the exploding of the iron pipe, turning it into shrapnel flying at high speed.

## I. Preparation of the explosive device:



1. Inflammable substance
2. Decoration lamp (what is normally used for Christmas trees)
3. Iron pipe

### A. Preparation of the inflammable substance

This substance is a mixture of two ingredients:
- The substance found in heads of matches
- Sugar

### B. How to extract the inflammable substance:

   

1. Strike the head of the match softly with anything (here, we used a tube) to break up the inflammable substance.
2. Grind the substance and filter it to obtain a fine powder.
3. In the picture you will see the fine powder and you add to it sugar equivalent to ¼ its quantity.
4. Mix the two substances until they become uniform in color.

34

Case 1:20-cr-20245-RNS   Document 94-1   Entered on FLSD Docket 01/31/2022   Page 21 of 26

## C. Preparation of the decoration lamp

We will proceed to break the top of the lamp by heating it. Make sure the filament does not break. The filament is the part which when electricity passes through it, it glows and produces light.

  

1. Heat the head of the lamp until it becomes black.
2. Place the lamp immediately in water while still hot.
3. Strike the tip of the lamp and it would break.

## D. Preparation of the iron pipe:

 

- Drill a hole into the pipe
- The second image shows how the pipe looks after drilling a hole into it.

## E. Final preparation of the device:

   

1. Pour some of the inflammable substance into the lamp. Do so gently in order not to tear the filament, which is very sensitive. The device would not explode if the filament is torn.

2. Insert the lamp into the pipe with the wires sticking out.

3. Fill in the pipe with the inflammable substance. Avoid having any of the substance on the treads of the pipe so that it won't ignite when closing the pipe.

4. Wrap tape around the pipe to close the hole which was drilled into the pipe only leaving the wires sticking out. The tape will surround the wires – closing any gaps in the pipe hole – and not be wrapped over them.

 

You may substitute the inflammable substance extracted from matches by gunpowder used in cartilages. You may also use powder from fireworks instead.

Note: You do not have to use one substance. You may mix together the substance from matches, gunpowder and fireworks but when doing so you need to mix it well.

## II. The electricity source

### A. Introduction

The importance of the electricity source in the explosive device is that it is the key in igniting the device. The electricity that is sufficient to turn on the small lamp is sufficient to cause the explosion. This electric current may reach to the lamp directly through a battery, by a timed circuit or by a remote controlled circuit.

Case 1:20-cr-20245-RNS   Document 34-1   Entered on FLSD Docket 01/31/2022   Page 23 of 26





We have chosen for you the timed circuit as it is simple. We set up a circuit which is composed of:

- A 9V battery.
- A wire connected to the "+" of the battery and a nail (the red wire)
- A wire connected to the "−" of the battery and a test lamp (the black wire). Note: you may use any small lamp here. Take notice that this is not the lamp we filled before with the inflammable substance.
- We connect from the other pole of the lamp a green wire. When this wire touches the nail the circuit is closed and the lamp should light.

Note: the colors of the wires here are for demonstration purposes.

### Setting the Clock:

1. Connect the green wire which is connected to the lamp to one of the clock arms.
2. Insert the nail into the clock face. This way when the arm of the clock moves it will touch the nail and the lamp would light.

### Steps for setting up the clock:









1. Disassemble the clock.
2. If you want to set up the explosion to occur within an hour, cut off the arms of the clock except for the minutes arm. If you want more than an hour, you cut off all arms except for the hour arm.
3. Make a hole in the face of the clock to insert the nail.
4. Insert the nail through the hole and connect the green wire to the hour arm. Make another hole if necessary for the green wire.

Case 1:20-cr-20245-RNS   Document 94-1   Entered on FLSD Docket 01/31/2022   Page 25 of 26





1. Figure 1 displays the electric circuit in the clock when the hour arm hasn't touched the nail.

2. Figure 2 displays the electric circuit in the clock when the hour arm has touched the nail, lighting up the lamp.

3. Now disconnect the test lamp from the circuit and connect instead of it the two wires coming out of the iron pipe. When the circuit is connected as in step two, the device would explode. You may hide the 9V battery inside the clock if you want to.

Take notice of the following:
• Make sure to cover all wires and also cover the battery in order to prevent any unwanted electric connections.
• Test the clock at least ten times on a test lamp to make sure it is working properly.
• It is better to use a small clock if concealment is important to you.



It is important to put a quantity of small nails on the surface of the iron pipe from the inside. You do that





by sticking them to the wall of the pipe by using glue. The pipe used here is a 2 inch one. The inflammable substance used to fill it was extracted from 80 match heads.

The explosion that results from this device is a mechanical one. It results from the pressure caused by the gases and therefore it only works if contained in a high pressure environment. So you may use iron pipes, pressure cookers, fire extinguishers, or empty propane canisters. The point is that the inflammable substance needs to be

Make a bomb in the kitchen of your Mom                                                                    The AQ Chef



contained in a strong container that would allow the pressure to build up and thus cause a damaging explosion.

However in order to fill for example, a pressurized cooker with the substance from matches, it may take a lot of matches to do so and therefore you may want to use gunpowder or the powder from fireworks.

You need to also include shrapnel. The best shrapnel are the spherical shaped ones. As you can see in the figures below, you need to glue them to the surface of your canister. If steel pellets are not available you may use nails instead.

Above is a 2-inch iron pipe with nails inside it. You fill in the inflammable substance afterwards.

The next three points illustrated by the previous images are for shrapnel used with a gas canister.

1. The shape of nails.
2. You may place the nails in a mold and pour glue over them and when dry you remove them from the mold.
3. Wrap the molded nails around the canister.

After wrapping the shrapnel around the canister, empty the canister from the gas and open the valve and fill it with the inflammable substance. Insert the lamp with the wires sticking out just as you did earlier with the iron pipe.

With that said, here are some important steps to take for an effective explosive device:
• Place the device in a crowded area.
• Camouflage the device with something that would not hinder the shrapnel such as cardboard.

The iron pipe method is effective if more than one is used simultaneously. To do so, bundle one wire from each pipe together and then bundle the remaining wires together as you may see in the illustration to the bottom right. One bundle would represent the green wire which connects to the clock's hour arm. The other bundle connects to the "-" on the battery.

The pressurized cooker is the most effective method. Glue the



shrapnel to the inside of the pressurized cooker then fill in the cooker with the inflammable material. Insert the prepared lamp into the inflammable material gently in order not to break the filament of the lamp. Then have the wires sticking out of the hole in the lid of the cooker. Wrap

Green wire going to hour arm

Original wires from pipes

Black wire going to "-" of battery

some tape around the hole to seal any openings and connect the wires to the electric source in the same way as we did with the iron pipe.

The following are a few safety precautions:
1. Put you trust in Allāh and pray for the success of your operation. This is the most important rule.
2. Wear gloves throughout the preparation of the explosive to avoid leaving behind fingerprints.
3. This is an explosive device so take care during preparation and handling.

In this article we covered one of many ideas for the lone *mujāhid*. We ask Allāh ﷻ to assist our brothers in targeting His enemies and we ask Allāh ﷻ to grant us victory.

40