# EXHIBIT 4

Continuation of Threat to Spanish Judge,

Despite the Arrest of a Muntasir Media Member in Spain



On or around 30 August 2019, Muntasir Media released a threat-to-life video titled, "**Morirás con una Bomba Lapa**". The video targeted a Spanish judge of the National Court.

**Terrorism Research & Analysis Consortium** @TRAC... · Aug 30, 2019 ···
(Video) **Muntasir Media** (Unofficial #IslamicState) : You Will Die With A Bomb (#IED) / Morirás con una bomba lapa (Threatening Targeted Assassination of **#Judge** Jose De La Mata in #Spain)

bit.ly/2HBE0Ik

1 4

**Hyperboloid Intelligence** @Hyperboloid_INT · Aug 30, 2019 ···
#BREAKING Second Islamic State **Muntasir media** bomb threat against Audiencia Nacional counterterror **judge**

@guardiacivil @GDTGuardiaCivil @policia @dsn @PoderJudicialEs

3 5 4

**Rosanna** @RosannaMrtnz · Jul 26, 2019 ···
#Spain ISIS/infamous **Muntasir media** spreads a poster (hidden by us) threatening Spanish counterterror **judge** and his family. This is a very dangerous precedent which ISIS/Muntasir could extend to other EU countries and not only to #Madrid or #Barcelona
@StateDept @CIA @jrossman12

13 5

**Carlos Seisdedos**
@CarloSeisdedos

Los terroristas afines a #DAESH han publicado un nuevo vídeo de 1:57 minutos, titulado "Morirás con una Bomba Lapa", donde continuan insistiendo en la voluntad de atentar contra a un juez de la Audiencia Nacional, incluyendo fragmentos de entrevistas del mismo.

**Carlos Seisdedos** @CarloSeisdedos · Jul 26, 2019
Los terroristas afines a #DAESH han puesto precio "para dar caza" a un juez de la Audiencia Nacional y a su familia.

3:05 PM · Aug 30, 2019 · Twitter for Android

22 Retweets 2 Quote Tweets 27 Likes




In early October 2019, the Spanish National Police arrested a member of Muntasir Media

**ESISC** @EsiscTeam · Oct 8, 2019

Spain: Pro-#IS #Muntasir media continues to challenge National Police, after the arrest of alleged Spanish **Muntasir media** responsible, and spreads a new #video "You will die with a sticky bomb" against Spanish #counterterrorism **judge** #threat #IslamicState sdb.esisc.org/Incident/View/...

**Unofficial ✡MOSSAD✡** @MossadNews · Oct 7, 2019

#Spanish ISIS/Infamous **Muntasir media** continues to challenge National Police, after the arrest of alleged Spanish **Muntasir media** responsible, and spreads a new video "You will die with a sticky bomb" against Spanish couterterrorism **judge**
@IsraelMFA @policia @jrossman12 @rnovoa

7 3











