```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2
                      CASE NO. 20-20245-CR-SCOLA
 3
    UNITED STATES OF AMERICA,
 4                                     Miami, Florida
                 Plaintiff(s),
 5                                     January 28, 2022
           vs.
 6
    JONATHAN GUERRA BLANCO,
 7
                 Defendant(s).
 8  ------------------------------------------------------------

 9                       SENTENCING HEARING
             BEFORE THE HONORABLE ROBERT N. SCOLA, JR.
10                  UNITED STATES DISTRICT JUDGE

11  APPEARANCES:

12  FOR THE PLAINTIFF(S):  Karen, E. Gilbert, Esquire
                           United States Attorney's Office
13                         99 North East Fourth Street
                           Miami, Florida 33132
14

15  FOR THE DEFENDANT(S):  Ana Davide, Esquire
                           420 South Dixie Highway
16                         Suite 4B
                           Coral Gables, Florida 33146
17

18
    REPORTED BY:           Tammy Nestor, RMR, CRR
19                         Official Court Reporter
                           400 North Miami Avenue
20                         Miami, Florida 33128
                           tammy_nestor@flsd.uscourts.gov
21

22

23

24

25
```

```
 1                              I-N-D-E-X

 2
       WITNESS              DIRECT    CROSS    REDIRECT    RECROSS
 3
 4     MICHELE QUIROGA

 5         BY MS. DAVIDE        39

 6         BY MS. GILBERT                59

 7     JAIME GHITELMAN

 8         BY MS. DAVIDE        77

 9         BY MS. GILBERT              95

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    The following proceedings began at 8:34 a.m.:

2              THE COURT:  Thank you.  Be seated, please.

3              Our first matter this morning is United States of

4    America versus Jonathan Guerra Blanco.  Who is here for the

5    government?

6              MS. GILBERT:  Good morning, Your Honor.  Karen Gilbert

7    on behalf of the United States.  With me is Case Agents Brian

8    Hughes of the FBI and Kevin Nunnally from the counterterrorism

9    section at the Department of Justice.

10             THE COURT:  Good morning.

11             Who is here for the defense?

12             MS. DAVIDE:  Good morning, Your Honor.  Ana Davide on

13   behalf of Mr. Guerra.  Mr. Guerra is seated beside me.  With me

14   is, with the Court's permission, my paralegal Lee Bauman and my

15   investigator Jack Halperin.  And the family of Mr. Guerra is in

16   the back of the courtroom with the help of the interpreter

17   Mr. Powers.

18             THE COURT:  Good morning, everyone.

19             Who is here on behalf of probation?

20             THE PROBATION OFFICER:  Good morning, Your Honor,

21   Nicole Pender, United States Probation.

22             THE COURT:  Good morning.

23             This matter is set for sentencing this morning.  Is

24   the government prepared to go forward with the sentencing?

25             MS. GILBERT:  Yes, Your Honor.  I'm sorry.  If I may

```
 1    ask, may I remove my mask while I am speaking or not?

 2          THE COURT:  Yes.

 3          MS. GILBERT:  Thank you, sir.

 4          THE COURT:  Are you fully vaccinated?

 5          MS. GILBERT:  I am, sir, three times.

 6          THE COURT:  Is the defense ready to go forward with

 7    the sentencing?

 8          MS. DAVIDE:  Judge, I filed yesterday an emergency

 9    motion for Your Honor to conduct a Kastigar hearing at this

10    point.  The need for the Kastigar hearing arose yesterday.  We

11    have filed numerous pleadings in this case.

12          Late Wednesday evening, the government filed a new

13    pleading referencing several items that they received or

14    several items that they learned about during the client's

15    debrief.  Mr. Guerra executed in general a Kastigar agreement

16    that was attached to our emergency motion which clearly

17    indicated that he was to provide the password for his

18    computers.

19          Based on that, depending on how Your Honor wants to

20    deal with it, there were months of communication between

21    Mr. Guerra and the agent.  There were actual two debriefs that

22    took place.  There was a -- there were numerous -- because we

23    were in the midst of COVID and there was no vaccine at that

24    point, there were phone calls whereby I was -- with the

25    permission of FDC, I would reach out to Mr. Guerra on a secure
```

1  line, and I would then connect Mr. Hughes, Agent Hughes, who is

2  the lead agent, to our phone calls.

3       Throughout this communication and throughout their

4  ability to open devices that were obtained for Mr. Guerra,

5  exclusively based on the passwords that were provided by

6  Mr. Guerra -- and that's important, because the passwords were

7  quite extensive.  So there was back and forth as to whether or

8  not Mr. Guerra remembered the exact password because there was

9  an inability to bring the computer to Mr. Guerra because of the

10 lockdown at FDC.

11      So he had to randomly remember these numbers.  There

12 was a berade (sic) of emails between myself and Agent Hughes as

13 to possible combinations for the passwords.  I have maybe 40

14 different emails that were sent to me from Mr. Guerra --

15      THE COURT:  Didn't all those culminate in the letter

16 of December 16, 2020?

17      MS. DAVIDE:  Yes, sir.

18      THE COURT:  Okay.

19      MS. GILBERT:  Well, they were a result of the letter

20 of December, yes.

21      THE COURT:  Okay.  So --

22      MS. DAVIDE:  They were a result of the Kastigar

23 agreement.  Now the government would like to breach that

24 agreement and would like to introduce evidence that they found

25 on Mr. Guerra's computer completely inconsistent with the

1    spirit of Kastigar.

2         Kastigar agreement is that the defendant should speak

3    candidly and should feel free to give all the information as to

4    all of his involvement in order for the government to consider

5    it for a future reduction for cooperation.

6         So what the government has done is they have breached

7    their agreement to Mr. Guerra and now expect to show to Your

8    Honor a video that they only knew that my client was involved

9    in because they found it on his computer.  And that is in

10   direct violation to Kastigar.

11        And I draw the Court's attention, specifically as

12   stated in my motion and also further stated in the Kastigar

13   agreement, which is a letter -- which has been included in my

14   motion, which is a letter dated December 16, 2020 by

15   Ms. Gilbert, the prosecutor in this case, signed both by myself

16   and Mr. Guerra.

17        And it specifically relies on 1B1.8 of the sentencing

18   guidelines.  It says that none of the information provided to

19   the United States during this debriefing shall be used against

20   him in determining an applicable guideline range.  So that's

21   exactly what the government is trying to do.  They are trying

22   to introduce this information obtained as a result of the

23   search of this computer.

24        It's also important, Your Honor, to note, and I put

25   this in my motion, that in the second paragraph of the letter,

1    it specifically says that his obligation, Mr. Guerra's

2    obligation, includes providing a password to a computer and

3    other devices that were seized at the time of his arrest.

4           So the intent of the government and the defense were

5    that the defendant would provide these passwords in an effort

6    to cooperate and help the government in future investigations

7    and/or prosecutions.

8           So our position is, Judge, we are entitled to a

9    Kastigar hearing today pursuant to the cases that were listed

10   in our motion, and I can cite those for Your Honor,

11   specifically stating that at this point they have breached our

12   agreement, and Your Honor must make a decision as to the

13   information that was on their last reply whether or not that

14   was obtained pursuant to Kastigar, Your Honor.

15          THE COURT:  And what about the fourth paragraph that

16   says, this agreement to not use statements against him made

17   during this proffer does not include statements concerning

18   violent acts or violence in any form?

19          MS. DAVIDE:  Judge, from the onset --

20          THE COURT:  Is the killing of a judge a violent act?

21   Because if it's not, I am going to be very worried about my

22   wife.

23          MS. DAVIDE:  Judge, from the onset -- and this

24   specifically is why this hearing is necessary.  From the onset

25   of this case, there was absolutely no doubt that Mr. Guerra

1    participated in making videos that included violence, included

2    disgusting, horrible information.  I mean, that was not a

3    doubt.  That was from the date he was arrested at the

4    complaint, from the complaint, at his first hearing where he

5    was represented by the Public Defender's Office when I first

6    spoke to the prior attorney on this case.

7           The complaint clearly indicates, and I draw the

8    Court's attention to this, to two separate videos or two

9    separate magazines or publications that the client participated

10   in which they intend to use today.  We do not object,

11   obviously, to that presentation because that was known prior to

12   his arrest.  Both of those deal with violence, and one of them

13   specifically deals with what you need to do to mow people over,

14   pedestrians on a sidewalk.

15          So the fact that everybody clearly knew that he had

16   done violent -- that he had prepared violent videos cannot now

17   be an excuse by the government, and I specifically had this --

18          THE COURT:  What is that sentence in there for then?

19          MS. DAVIDE:  Well, the sentence is, Judge --

20          THE COURT:  Because if it's to cover the things they

21   already had, they wouldn't need to give you a Kastigar letter

22   because they already have them.

23          MS. DAVIDE:  Judge, that specific phrase was about

24   violent acts Mr. Guerra, himself, participated in, if

25   Mr. Guerra -- and these were communications that I had with

```
 1  Ms. Gilbert, was there any violent acts that Mr. Guerra
 2  participated in.  And I went and spoke to Mr. Guerra at length.
 3  Did you ever, yourself, do anything violent?  Did you ever,
 4  yourself, put a bomb anywhere, as an example.  Did you ever --
 5  and that was never a problem for me because Mr. Guerra never
 6  left his house.  So now they can't -- it was clear from the
 7  onset in all of our --
 8          THE COURT:  So if he hired a hitman to kill somebody,
 9  then he wouldn't be involved in violence because he never left
10  his house?
11          MS. DAVIDE:  Well, Judge, his direct conduct was to
12  hire a hitman so, therefore, of course he would be involved in
13  that.  But I --
14          THE COURT:  Okay.  And if he translates something and
15  puts it in Spanish and says that this judge should be killed
16  and gives the home address of the judge, that's not
17  participating in violence?
18          MS. DAVIDE:  Judge, but that is the theory of the
19  entire case where he's encouraging or enticing people to do
20  violence.  If that was the reason, then this Kastigar letter
21  and the need for the computer would not have existed.  Our
22  conversations always consisted of whether or not he, himself,
23  did anything violent, whether he, himself, participated in any
24  sort of violence.  It was never a question of whether or not
25  his videos dealt with violence.  That was not a surprise for
```

1   anybody.

2          It would have been illogical and ineffective on my

3   part for him to enter into a Kastigar agreement that allowed

4   them to use anything he gave reference violent towards him,

5   because we knew from the onset that every video and every

6   publication he participated in had to do with violence.  It was

7   trying to get people to commit violence.

8          And that was the conversation that I had with

9   Ms. Gilbert.  And it was always violent as it related to

10  something specifically that Mr. Guerra did.

11         Now what they want to do is at the last minute come in

12  and say, well, because there was a judge, therefore, this is --

13  he was acting on it and, therefore, it violates the Kastigar

14  agreement.  But that was not the spirit of the Kastigar

15  agreement, because then there would not have been any need to

16  even begin to cooperate because we knew that computer would

17  only further sink Mr. Guerra in terms of other videos he had

18  done.

19         There was never a question from the onset that he may

20  have done 30 or 40 or 50 videos.  And the reason the government

21  was so interested in getting this device was they wanted to

22  know, once he translated and put together these videos, where

23  did they go from there, where did he send them to.

24         They knew that he did not disseminate them.  He sent

25  them to one individual.  That's why it was so important to get

```
 1    these videos, to get into the computer to obtain that
 2    information.  And they did.  They found numerous videos there.
 3    They were then able to attempt to try to figure out -- which
 4    obviously they weren't successful because of the changes of VPN
 5    addresses and everything, but that was the purpose of it.
 6          So to now say I am shocked that there's a video that
 7    talks about a judge versus how to mow down people on the street
 8    versus how to make a bomb is not in the spirit of the
 9    agreement.  The agreement specifically said acts of violence
10    that the defendant participated in.
11          THE COURT:  Where does it say that?  It doesn't say
12    acts of violence that the defendant participated in.  It says
13    violent acts or violence of any form.
14          MS. DAVIDE:  Okay.  Violent acts.  But the letter in
15    the -- the defense's position is, and it's always been and this
16    is what I explained to Mr. Guerra, was that it was violent acts
17    that he, himself, participated in, not violent acts that he did
18    a video about, because that was the theory of the case.  That's
19    why he pled guilty.
20          The government can't come forward -- this is an
21    individual that pled before Your Honor four months after he was
22    arrested.  At that time, his factual proffer indicated and went
23    through several violent videos and violent publications that he
24    had done, and that was never the intent.  They can't now come
25    back and switch the intent after we have been providing them
```

```
 1    for six months and met with them on two separate dates, gave

 2    them the key.  This was never discussed before.  This was never

 3    told, oh, my God, we found something violent so, therefore, we

 4    don't want to see you anymore.

 5            They continued to meet with him up until October.  He

 6    met with them with the investigator and myself, showed him

 7    everything on the computer, showed him how to get into the

 8    computer for several hours.  Both Ms. Gilbert and the agent was

 9    there.  And now they come back and say, well, now we have

10    decided that we are going to void all of that and break the

11    agreement.

12            THE COURT:  What's the government's response?

13            MS. GILBERT:  Your Honor, you are absolutely correct.

14    This agreement, the Kastigar, it's our form letter.  It's the

15    letter we have used for decades in this office.  It always

16    excludes violent acts or violence in any form.

17            I spoke to Ms. Davide about this six months ago when

18    she sent me an email when I said, if you bring up cooperation,

19    we are going to tell the judge the full story about the

20    cooperation.  I said, if you ask under 3553 for credit for

21    cooperation, then I am going to bring up the full scope of what

22    we learned during the cooperation.  It was never coming up

23    until her pleading on Monday or Tuesday when she asked the

24    Court.

25            But six months ago when she said to me how can you use
```

1   anything in the computer, I said violence is excluded from the

2   Kastigar letter.  We had no idea what we were going to find on

3   that computer.  And I would like to clarify one thing also.  We

4   did know of the judge video ahead of time before we were in the

5   computer, as I have told Ms. Davide.  What we learned when we

6   went into the computer was how he edited it and the dates and

7   the times and what he did to edit the video before he sent it

8   back out.

9          THE COURT:  When you say you knew about the video,

10  what did you know about it?

11         MS. GILBERT:  That the video had been produced by

12  Muntasir Media, which this defendant claimed to be the

13  administrator of and reinvigorating and the head of.

14         So it was publicly known that this video was out there

15  in October, I think it was 2019 when it first came out, by

16  Muntasir Media.  This defendant is Muntasir Media.  So

17  everybody knew that Muntasir Media had put this video out.

18         Ms. Davide is correct, we asked for passwords because

19  we were looking for who else is out there.

20         THE COURT:  So if I grant their motion and I exclude

21  the video that you got from the password, then what evidence

22  would you put on about that today?

23         MS. GILBERT:  Well, it's not excluding the video

24  because we have the video.  The part that would be excluded,

25  and I went to my pleading, there's like three sentences in my

1    pleading, if you grant the motion, that would come out.  And

2    it's basically that defendant edited the video.  What would

3    remain in the pleading is -- it's under the category of threat

4    to Spanish judge.  In early October 2019 --

5              THE COURT:  Slow down when you are reading.

6              MS. GILBERT:  Sorry.  An individual who Guerra Blanco

7    had been conspiring with was arrested in Spain.  Prior to the

8    arrest, Muntasir Media had disseminated a video threatening a

9    judge presiding over counterterrorism cases.

10             After the arrest, Guerra Blanco edited the video

11   including English subtitles and stating, you will die, Jose

12   De La Mata, the actual name of the Spanish judge.

13             So the only part of that paragraph that we knew after

14   accessing the computer was that Guerra Blanco edited it.  We

15   knew about the video.  It was publicly reported.  Obviously,

16   our position is we did not breach the agreement, that as the

17   Court initially said, this was additional, a violent act by the

18   defendant putting the judge's name and address -- or, excuse

19   me, adding the name.  The address was in there, but putting the

20   subtitles in there you will die over his picture.

21             The only other additional piece that, if the Court

22   grants their motion, that would come out of my pleading would

23   be, during the debrief, the defendant admitted to disseminating

24   all three of the open source jihad articles, but it seems like

25   that's not going to be contested today because Ms. Davide just

1    said it.  And then in the search of his computer, we found his

2    pledge to ISIS.

3            Other than that, Your Honor, all of the other evidence

4    is known to the agents and the investigation prior to the

5    debriefs, prior to unlocking the computer.  But again, our

6    position is, the Court's absolutely right, we did not breach

7    the agreement.  This was violence.  We never limited it to this

8    defendant, his particular acts.  And six months ago I explained

9    to defense this would only come up if she asked the Court to

10   reduce his sentence based on cooperation.  I believed it was

11   appropriate to tell Your Honor what we learned during the

12   cooperation, because if not, then she's trying to ask for

13   something that she's not entitled to.

14           MS. DAVIDE:  Judge, if I could respond briefly?

15           What the government wants this Court to believe is

16   that, because I wrote on my pleading, like I do on numerous

17   pleadings, that the defendant attempted to cooperate, attempted

18   to be as forthright with the government, it may not have

19   resulted in a cooperation, but I think it's important for the

20   Court to know that he didn't sit in the prison saying, you

21   know, I hate America, I'm not going to meet with the American

22   government.  He went forward and met with them.

23           Now they are telling you that, no, they didn't

24   introduce it in their original pleadings that we waited for for

25   months and months and months after our objections were

1   presented, we didn't intend to use it, but because I told the

2   Court that he cooperated, therefore, I then somehow opened the

3   door to what he cooperated about.

4          If you follow that rationale, every time a defense

5   attorney sits here and says, hey, he cooperated, he gave

6   information about other pharmacies or other drug dealers, they

7   then can say, well, let me tell you what drug dealers he said

8   and let me tell you about the millions of kilos that he moved

9   with John out of Venezuela versus Peter in Colombia.  That

10  doesn't somehow breach the agreement or allow them to go into

11  it.

12         I agree, Judge, that what they say, that if they knew

13  about the video and they knew that it was by Muntasir, they

14  could present that to the Court, but there will be absolutely

15  no link that this defendant specifically participated in that

16  video because Muntasir Media, as you will learn, is not only my

17  client.  Other people are part of Muntasir Media.

18         What we would ask the Court to strike which we believe

19  is inappropriately included and this Court not to rely on it at

20  all is everything after the first paragraph is fine, and I

21  don't know if --

22         THE COURT:  When you say the first paragraph, what are

23  you looking at when you say the first paragraph?

24         MS. DAVIDE:  I am looking at, Judge, page 5 of the

25  government's reply to my motion for downward departure.

1          MS. GILBERT:  Docket entry 80.

2          MS. DAVIDE:  Yes, sir.

3          THE COURT:  Okay.  I have that.  So page 5.  Yes.

4          MS. DAVIDE:  Okay.  I think that page 4 is fair.  I

5    think they are allowed to assess what they believe his

6    cooperation was.  And I plan on introducing and having the

7    agent testify as to what he did do to participate, but that's

8    not what we are here for.

9          I do think that she does make a statement which is

10   very important.  It says, once again, when we were finally

11   able -- and this is at the top of page 5 -- when we were

12   finally able to access his computer, agents found evidence of

13   additional criminal conduct, which is exactly what Kastigar

14   precludes.  Prior to accessing his computers, agents had

15   circumstantial evidence of his production and dissemination of

16   video and other propaganda.  When they accessed the computer,

17   they found additional evidence.

18         And I think any paragraph -- I think that anything

19   after once again talking about what they found and whether or

20   not they found additional evidence of other crimes and whether

21   or not they were able to find step by step the process that he

22   undertook to produce these videos should be excluded.

23         THE COURT:  And without the information that the

24   government obtained after he gave you the passwords, how would

25   you establish that he knew or had something to do with the

1    original posting?

2            MS. GILBERT:  It's only circumstantial evidence, Your

3    Honor.

4            THE COURT:  Which is what, what evidence?

5            MS. GILBERT:  That Muntasir Media produced it with

6    their symbols and their insignia.  And this defendant

7    represented when he was talking to the online undercovers that

8    he was the administrator of Muntasir Media and that he was

9    trying to reinvigorate it.  The open source jihad, which are

10   the other exhibits that we will have, he sent one to one of the

11   agents.  He talked about another.

12           So there's plenty of evidence prior to his arrest

13   about his involvement in Muntasir Media and him controlling it

14   and being responsible for the production of what they

15   disseminated.

16           THE COURT:  Okay.

17           MS. DAVIDE:  Well, Judge, I guess I will have to show

18   that as per the new case in U.S. versus Arcila by a

19   preponderance of the evidence that they had sufficient evidence

20   to show that this defendant was responsible for all of the

21   productions of Muntasir Media, if that's what they are going to

22   introduce it for.

23           I am not clear whether or not they are introducing it

24   to ask Your Honor not to downward depart or if they intend to

25   use it to support the enhancement because it wasn't part and

1    parcel of their motion -- their objections to my objections to

2    PSI or their response.

3            So if they are going to use it for that purpose, then

4    they have to prove it by a preponderance of the evidence.  So

5    maybe we should clarify that if it's just going to be

6    introduced to talk about, you know, what they think about him.

7            But I do not believe, Judge, that anything about this

8    video or my client's connection to that video should be

9    included because it was obtained illegally.  It was obtained in

10   violation.

11           And I also believe, Judge, that anything having to do

12   with his oath, which they discuss a video, the audio file of

13   his oath, is completely contrary to the spirit of Kastigar,

14   because they only learned that when they own opened the

15   computer and saw him pledging an oath to ISIS.  Yes, they found

16   a flag and they are going to say that, and that's fine.  They

17   found that pursuant to a legal search warrant of the

18   defendant's room.  But the pledge was only found when they

19   turned on the computer.  They never would have been able to

20   enter it but for my client's facilitation of the passwords.

21           So we ask that you exclude anything having to do with

22   that at all.

23           Also, Judge -- that's fine, Judge.

24           THE COURT:  Okay.  So I am going to deny the

25   defendant's emergency motion for a Kastigar hearing beyond the

 1   discussion we have had this morning.

 2        There is a letter that sets forth the parameters of

 3   the agreement which is included as Exhibit A to defendant's

 4   motion.  That letter from December 16, 2020 unambiguously

 5   states that, this agreement to not use statements against him

 6   made during this proffer does not include statements concerning

 7   violent acts or violence in any form, end quote.

 8        What the defense wants to do is put on parol evidence

 9   about an unambiguous statement, so I think that's improper.

10   There may have been lots of discussions leading up to this

11   agreement and lots of emails back and forth, but unless there

12   is some ambiguity, I don't believe it's appropriate to take

13   evidence about what people really meant when they signed the

14   letter.

15        It says what it says, and it means what it means.  So

16   I am going to deny the defendant's motion and allow the

17   government to use that evidence this morning.

18        Let me get back to my original question.  Are you

19   ready to go forward with the sentencing this morning?

20        MS. DAVIDE:  I am, Your Honor.

21        THE COURT:  Has each side received and reviewed the

22   presentence investigation report as well as the addendum and

23   the second addendum to the report?

24        MS. GILBERT:  Yes, Your Honor.

25        MS. DAVIDE:  Yes, sir, we have.

1          THE COURT:  And, Mr. Guerra, have you gone over the

2     report and the two addenda with your attorneys?

3          THE DEFENDANT:  Yes.

4          THE COURT:  All right.  And does the government have

5     any objections to the report?

6          MS. GILBERT:  No, sir.

7          THE COURT:  Does the defense have objections that

8     still need to be resolved by the Court?

9          MS. DAVIDE:  Absolutely, Judge.

10          THE COURT:  Okay.

11          MS. DAVIDE:  We have filed extensive objections,

12     specifically, Judge, to the enhancement that obviously subjects

13     the defendant to an excessive guideline range.  We believe that

14     the conduct by the defendant does not qualify under the

15     standard of U.S. v. Arcila, which is the newest Eleventh

16     Circuit case on what the government must prove in order to get

17     that enhancement.

18          Our position, Judge, is that they must show by a

19     preponderance of evidence, as clearly indicated, that the

20     intent of his actions was to retaliate or to specifically

21     affect government conduct, coerce or intimidate government

22     action, his specific intent was that.

23          We believe, Judge, that the government will not be

24     able to show that.  We believe, and this is -- we object,

25     Judge, for the record, to your denial of our emergency motion

1   for Kastigar.  We believe that the introduction of the last

2   video that the government is now attempting to introduce

3   changes, changes or significantly impacts, I think, Your

4   Honor's decision.  We are objecting to the introduction of that

5   as what the government intends to introduce.  And we believe

6   again that it breaks the spirit of Kastigar.

7        But we do believe, irrespective of that, that the

8   defendant's specific intent, Mr. Guerra's specific intent, was

9   not to intimidate, coerce, or affect government in any way.

10  And I think that it is the government's burden to prove to Your

11  Honor that it does.

12       THE COURT:  All right.  Is the government going to put

13  on any evidence in support of your response to their objection?

14       MS. GILBERT:  Yes, sir.  I have four exhibits.  In

15  addition to, I think obviously the Court can take judicial

16  notice of the factual stipulation, everything that he agreed

17  to, the facts in the PSI.  But I do have four exhibits that I

18  have provided to defense counsel that refer to three articles

19  that were -- two articles that were translated from English

20  into Spanish and disseminated by Muntasir Media, and then a

21  third article that he discussed and he had but was not

22  translated into Spanish.  And then the fourth, Your Honor, is

23  the public reporting and the video dealing with the threat to

24  the judge.

25       So I do have four exhibits.  I am not sure if the

 1   Court wants me to put them on through the agent or if I can

 2   proffer these four exhibits.  And then I obviously have --

 3          THE COURT:  Are you contesting -- I know you are

 4   contesting the use of some of them, but are you contesting the

 5   accuracy of these exhibits?

 6          MS. DAVIDE:  No, Judge.  What we are contesting is

 7   whether or not they comply with the standards set out in the

 8   Court because, as Your Honor, I'm sure, read in our multiple

 9   filings, there are two specific criteria that the Court must

10   find.  It must find that --

11          THE COURT:  I don't want to have argument.  I just

12   want to make sure that -- the first thing we have to do is

13   resolve all factual issues.  Then we can make legal arguments.

14          MS. DAVIDE:  Yes, sir.

15          THE COURT:  So you are not disputing the accuracy of

16   the factual issues; you are just arguing their legal

17   implication?

18          MS. DAVIDE:  Yes, sir, right, whether or not they

19   comply with what is necessary for the enhancement.

20          THE COURT:  Okay.  All right.  So how do you want --

21   you have them in written form?

22          MS. GILBERT:  Yes, I have a copy for the Court.  I

23   have provided the defense a copy.  May I approach?

24          THE COURT:  Yes.  Okay.  So explain to me how these

25   exhibits establish the government's burden.

1          MS. GILBERT:  Yes, sir.  If I may first say, when

2     Ms. Davide says it's the defendant's specific intent, that's

3     not what the case law says.  And I can certainly cite to --

4          THE COURT:  I know.  It's whether the actions are

5     calculated.  I mean the Second Circuit had a good example of

6     someone who hires a hitman to kill somebody.  The hitman's only

7     motivation is to make money, so it's not his personal intent.

8     It's whether the acts are calculated to disrupt government

9     functions or retaliate.

10          MS. GILBERT:  Correct, Your Honor.  In Arcila Ramirez,

11     they cite two prior Eleventh Circuit cases that talk about even

12     if it's a benign motive to help innocent, what they believe

13     innocent Muslims, if you are helping the organization that has

14     the intent to calculate it, to influence or retaliate, then

15     that's sufficient.

16          So the four exhibits, Your Honor, Exhibit No. 1 is

17     what's called -- may I go through this?  Okay.  Open source

18     jihad 1.  The first page of the exhibit shows that this

19     educational research account on Twitter, the terrorism research

20     analysis consortium found that Muntasir Media had published

21     this, and they say, open source jihad translates AQAP, which is

22     Al-Qaeda and the Arabian peninsula, inspired magazine into

23     Spanish, how to make a bomb in the kitchen of your mom.

24          So the next pages are the actual Spanish translation.

25     And as you can see, Your Honor, on page 2, it's Muntasir Media

1    at the top, open source jihad at the bottom.

2          THE COURT:  And who else is involved in Muntasir Media

3    besides Mr. Guerra?

4          MS. GILBERT:  At the time the investigation began, we

5    were aware of one other individual in a foreign country.  He's

6    referred to as Confederate A in the complaint.  And at some

7    point apparently he's taken into custody, and Mr. Guerra Blanco

8    warns the online employee that he's talking to, hey, be

9    careful, I think Confederate A has been taken into custody, be

10    careful in your communications.

11          We learn of another individual that we believe he's

12    participating with, and that's the individual who gets arrested

13    in Spain who comes in when we talk about video No. 4.  But

14    other than that, Your Honor, that's who we believe is Muntasir

15    Media.  In his own statements, which he agreed to, he was the

16    administrator.

17          THE COURT:  When you say his statements, his

18    statements at the time of his arrest, not his statements post

19    cooperation?

20          MS. GILBERT:  What he agreed to in the factual

21    stipulation is what I am referring to.

22          THE COURT:  Okay.

23          MS. GILBERT:  He agreed that he directed and

24    coordinated the efforts of Muntasir Media.  He said, without

25    us, the Islamic state in the online world is dead.  He

```
 1   recruited people to help translate for Muntasir Media.  He
 2   admitted to posting what is here Government's Exhibit No. 2.
 3   He talked about his leadership role.  On page 5 of the factual
 4   basis, Guerra indicated his leadership role in Muntasir Media.
 5   That's what I'm referring to when I say the evidence proves
 6   that he's Muntasir Media.
 7        So continuing with Government's Exhibit No. 1, we have
 8   the Spanish version which is what this defendant translated
 9   from English into Spanish, and it's step-by-step instructions
10   on how to build a bomb in the kitchen of your mom.  I don't
11   read Spanish, so I have next attached the English which was the
12   original publication by Al-Qaeda, AQAP.  But for the first
13   time, this defendant had this translated into Spanish for the
14   Spanish speaking world to know.
15        The purpose of open source jihad says, a resource
16   manual for those who love the tyrants includes bomb-making
17   techniques, security measures, guerrilla tactics, weapons
18   training, and other jihad-related activity.
19        The disaster for the repressive imperialistic nations,
20   the open source jihad is America's worst nightmare.  It allows
21   Muslims to train at home instead of risking the dangerous
22   travel abroad.
23        THE COURT:  Where are you reading from, what page?
24        MS. GILBERT:  I apologize.  I don't have the number.
25   If you get to the English version of open source jihad --
```

 1            THE COURT:  Yeah.

 2            MS. GILBERT:  -- it's a black background.  It looks

 3    like this, Your Honor.  It just says open source jihad in white

 4    lettering across the top.

 5            THE COURT:  I got it.

 6            MS. GILBERT:  That's what I was reading from.

 7            If you continue to the next page when it talks about

 8    building a bomb in the kitchen of your mom, at the very bottom,

 9    it says, in one or two days, the bomb could be ready to kill at

10    least ten people.  In a month, you may make a bigger and more

11    lethal bomb that could kill tens of people.  And then it has

12    the step-by-step instructions on how to build a bomb.

13            Moving to Government's Exhibit No. 2 --

14            MS. DAVIDE:  Judge, can we hear argument on No. 1, or

15    do you want to do -- do you want to do argument as to each

16    specific exhibit?

17            THE COURT:  No.  I want to hear their argument, and

18    then I will hear yours.

19            MS. DAVIDE:  All right.

20            MS. GILBERT:  Exhibit No. 2, Your Honor, is open

21    source jihad No. 2.  If you turn to the first page, you will

22    see what's a telegram posting from Muntasir Media.  And this is

23    their dissemination of open source jihad 2.

24            If you turn to the next page at the top left, it's the

25    Twitter account of Jesus Maria Zuluaga.  It says, Spain

1   designated by ISIS to use the most powerful killing machine.

2          And if we turn the page, what open source jihad 2 is,

3   it's referred to as the ultimate mowing machine, how to use a

4   vehicle to kill dozens of people.  Again, I have the Spanish

5   version first, and then I have the English version.  And I will

6   read from the English version.  If Your Honor turns to -- it's

7   page 5 of the English version, and it's mostly a green

8   background, Your Honor.  It's after the pickup truck photo.

9   And then there's a bunch of text on the bottom.

10          THE COURT:  Okay.

11          MS. GILBERT:  This is what Muntasir Media put out as

12   the purpose for this video.  Again, it's entitled the ultimate

13   mowing machine.

14          The idea is to use a pickup truck as a mowing machine,

15   not to mow grass, but to mow down the enemies of Allah.  You

16   would need to use a four-wheel drive pickup truck, the stronger

17   the better.

18          Skipping down just a little bit to the next

19   paragraph -- just to go back for one second, on page 4 and 5 of

20   the factual stipulation, the defendant agreed that he posted

21   this open source jihad No. 2, what I am currently reading from.

22          The bottom of the first column, the paragraph that

23   begins, pick your location and timing carefully.  Go for the

24   most crowded locations.  Narrower spots are also better because

25   it gives less chance for the people to run away.

 1          Going to the next paragraph, to achieve maximum

 2   carnage, you need to pick up as much speed as you can while

 3   retaining good control of your vehicle.

 4          The next paragraph begins, the ideal location is a

 5   place where there are a maximum number of pedestrians and the

 6   least number of vehicles.  In fact, if you can get through to

 7   a, quote, pedestrian only, closed quote, location that exists

 8   in some downtown cities, that would be fabulous.

 9          Moving to the third column, Your Honor, this is what I

10   think alone proves the terrorism enhancement.  This is what

11   open source jihad 2 says.

12          THE COURT:  You said the third column?

13          MS. GILBERT:  The third column, Your Honor, so it's

14   still on the page with the green background.

15          THE COURT:  Yes.

16          MS. GILBERT:  In the middle of that column, there is a

17   paragraph that begins this idea.  May I continue?

18          THE COURT:  Yes.

19          MS. GILBERT:  Okay.  This idea could be implemented in

20   countries like Israel, the U.S., Britain, Canada, Australia,

21   France, Germany, Denmark, Holland and other countries where the

22   government and public sentiment is in support of the Israeli

23   occupation of Palestine, the American invasion of Afghanistan

24   and Iraq or countries that had a prominent role in the

25   defamation of Mohammed.  In such countries, we may strike at

1    the public at large.  As long as they target our noncombatants,
2    we will target theirs.
3         Your Honor, that paragraph alone tells you that the
4    purpose of ISIS is calculated to influence or intimidate a
5    government or to retaliate for government action.  It states it
6    right there, it's retaliation for the occupation of Muslim
7    lands for the support of Israel, and it explains that they can
8    mow people over or bomb people because their claim is that
9    their noncombatant citizens have been targeted so that they can
10   target all of the countries just listed.  That's open source
11   jihad 2.
12        Moving to Government's Exhibit No. 3, this is open
13   source jihad 3.  Again, the first page is a tweet from a
14   researcher or an individual involved in terrorism education.
15   And he says, the handbook, and it has a hashtag, ten page of
16   Muntasir, and then Daesh, which is the other name for ISIS, the
17   third in the open source jihad saga where they show techniques
18   to commit terrorist attacks.  This version focuses on hashtag
19   AUSA.  We will see in the Spanish version suffers content like
20   the previous publication.
21        I think there may have been some words that did not
22   translate.
23        But then there's open source jihad 3, which is the
24   fire starting guide in America, the same preamble for open
25   source jihad, and then it explains how to kill people and

1   create carnage and damage based on fire.

2         And again, I attached the original inspire behind it

3   to show where it came from.

4         Finally, Your Honor, is Exhibit No. 4.  Here we have

5   multiple Twitter sources that report on the dissemination of

6   Muntasir Media's video.  There's one, two, three, four, five

7   different -- well, four different ones repeated twice saying,

8   you will die with a bomb threatening target assassination of

9   Judge Jose De La Mata in Spain.

10        The next one is breaking --

11        MS. DAVIDE:  Judge, I have a continuing objection to

12   any introduction having to do with Exhibit No. 4.

13        THE COURT:  Okay.  But I thought you agreed that

14   there's -- that the government had the video, they just didn't

15   have the mechanism or the personal involvement of your client.

16        MS. DAVIDE:  Right, Judge.  Yes, Judge.  We agreed

17   that it had been published and that the -- and that the --

18        THE COURT:  So how can you object then to the video?

19        MS. DAVIDE:  Well, no, I can -- what I am objecting

20   to, Judge, and I'm sorry if I misspoke, is any characterization

21   that this defendant had anything to do with producing it or

22   disseminating it.

23        THE COURT:  Okay.  So why don't we do this,

24   Ms. Gilbert.  First tell me as to Exhibit 4 what information

25   the government has relating to a video itself and any

1    involvement of Mr. Guerra irrespective of his cooperation.

2           MS. GILBERT:  Yes, sir.

3           THE COURT:  And then we can get to the later parts.

4           MS. GILBERT:  Yes, sir.

5           THE COURT:  And tell me when you are going to get to

6    the later parts, so that's when her objection will kick in.

7           MS. GILBERT:  Yes, sir.

8           THE COURT:  Okay.

9           MS. GILBERT:  So on the page that there's writing at

10   the top, it says in or around 30 August 2019, so a year prior

11   to this defendant's arrest, Muntasir Media released a threat to

12   life video titled, and then it stays in Spanish, the video

13   targeted a Spanish judge of the national Court.  Obviously

14   that's known to us, to the government, a year before the

15   arrest.

16          If you turn to the next page, Your Honor --

17          THE COURT:  I am trying to understand what was

18   actually --

19          MS. GILBERT:  Okay.

20          THE COURT:  -- there, like where it says threatening

21   targeted assassination of hashtag Judge Jose De La Mata in

22   hashtag Spain, was that there as part of the video, or this is

23   the government's adding that?

24          MS. GILBERT:  What this is, Your Honor, is different

25   folks that have Twitter accounts take a screen shot of either a

1    page, or some of them you will see don't even post a screen

2    shot of the video because they find it to be too offensive or

3    too violent.  Like on the bottom left, it says, ISIS infamous

4    Muntasir Media spreads a poster hidden by us, in parentheses,

5    threatening Spanish counterterrorism judge and his family.

6    This is a very dangerous precedent which ISIS Muntasir could

7    extend to other European countries -- excuse me, EEU countries

8    and not only to Madrid or Barcelona.  And then they put at

9    State Department at CIA and at J. Rossman.

10         So basically, Your Honor, this is someone who sees the

11   video, hears about the video, knows about the video, and then

12   they tweet on their own account about it.  Does that make

13   sense?

14         MS. DAVIDE:  Judge, I am going to object to that

15   because we are not going to agree to the introduction of any

16   evidence at all about random tweets by different people.

17   There's been no authentication of that.  There's been no proper

18   introduction of that.  We agreed to the open sources in Spanish

19   and in English, but we did not agree to any additional data or

20   information that the government wants to add without it

21   properly being introduced.

22         THE COURT:  Okay.  I am on Exhibit 4.  If I turn one,

23   two, three --

24         MS. GILBERT:  It's page 1.

25         THE COURT:  I know, but if I turn to the fourth page,

1   there's a bunch of --

2          MS. GILBERT:  What those are are screen shots of the

3   video.  The column on the left is the first video that came out

4   before the arrest.  The column on the right is what we learned

5   from defendant's computer and how he edited the video.  So it

6   sort of compares the original video to what the defendant did.

7   Does that make sense, Your Honor?

8          THE COURT:  Okay.  But what I am saying, where it says

9   in Spanish, you will die with a bomb, video dedicated to Jose

10  De La Mata, that was in the original video, those words?

11         MS. GILBERT:  It was in Spanish in the original video.

12         THE COURT:  Right.  But -- okay.

13         MS. GILBERT:  Okay.  Let me be clear, Your Honor.  FBI

14  had both videos.  We did not know that he, the defendant, had

15  done the editing until we were into the computer.

16         THE COURT:  Correct.

17         MS. GILBERT:  So both videos were put out by Muntasir

18  Media.  One in English -- one in Spanish initially, and then

19  the English subtitles came out days later after the arrest of

20  the Muntasir Media coconspirator in Spain.

21         THE COURT:  Okay.

22         MS. GILBERT:  And if I can just go back one slide,

23  Your Honor, the page 2 of Exhibit 4 that on top it says, in

24  early October 2019, the Spanish national police arrested a

25  member of Muntasir Media.  That's what we were referring to.

1      THE COURT:  That's Confederate A?

2      MS. GILBERT:  Yes, sir -- no, I'm sorry,

3  coconspirator -- Confederate A is a different person.  This is

4  somebody else referred to in the complaint and I believe in the

5  factual stipulation.

6      THE COURT:  Okay.

7      MS. DAVIDE:  Excuse me, Judge.  For the record, we are

8  also objecting to the introduction of that.  I think it's a

9  Twitter media studio that produces it.  We don't believe,

10  Judge, that the government has done the proper foundation to

11  allow that to be introduced.  And we also object to obviously

12  the page that shows any comparison between what was originally

13  produced by the original video and then video number two, the

14  comparison in the computer, because as the government has just

15  conceded, that goes hand in hand with the information they

16  retrieved from his computer.

17      So we have two different objections, Judge.  We object

18  to anything having to do with these Twitter duplications.

19      THE COURT:  All right.  I am not going to consider the

20  Twitter duplications in the sentencing.  Okay.

21      MS. GILBERT:  And just to be clear, Your Honor, the

22  government had both videos, the original one and the second one

23  that had the English subtitles, prior to the arrest of this

24  defendant.  All we learned after accessing his computer was

25  that that was the computer by this defendant that put in the

```
 1   English subtitles.  So we had the videos without access to his
 2   computer.
 3            THE COURT:  Okay.
 4            MS. GILBERT:  Okay.
 5            THE COURT:  And how long were those videos posted
 6   while he was running Muntasir?
 7            MS. GILBERT:  This came out in October of 2019.  He
 8   was arrested in September of 2020.
 9            THE COURT:  So for 11 months it was on his social
10   media platform?
11            MS. GILBERT:  Well, it wasn't on Muntasir Media social
12   platform.  It was disseminated into the internet, other people
13   saw it, and then on their social media platforms commented
14   about it.  That's how we know it was disseminated, because all
15   of these other people commented on it.
16            THE COURT:  Okay.
17            MS. GILBERT:  Those are the only four exhibits, Your
18   Honor, that we offer.  And again, as I said, I think that one
19   paragraph of open source jihad 2 would be the only factual
20   finding that this Court would need to make, although there are
21   so others, that the terrorism enhancement is satisfied.
22            If I may, just in the factual stipulation on page 4 --
23            THE COURT:  Hold on.  Okay.
24            MS. GILBERT:  At the top, the paragraph that is a
25   continuation from the page before, the last sentence, Guerra
```

1    recruited the OCEs, online covert employees, in an attempt to

2    provide the service of more broadly disseminating pro ISIS

3    material from in or around October 2019 through on or around

4    September 11, 2020, the date of his arrest.  So in the factual

5    stipulation, he admits that he was recruiting people and

6    providing and disseminating from October 2019 to

7    September 2020.

8         THE COURT:  Okay.  Any other evidence the government

9    wants to put on relating to the terrorism enhancement?

10        MS. GILBERT:  No, sir.

11        THE COURT:  Any evidence the defense wants to put on?

12        MS. DAVIDE:  Before argument, Your Honor, or you want

13   me to first deal with each one of the exhibits as it was

14   introduced by the government?  And then I do have Dr. Michele

15   Quiroga.

16        THE COURT:  No, any evidence relating to the terrorism

17   enhancement, do you have any evidence or witnesses you want to

18   put on?

19        MS. DAVIDE:  I do, Judge.  I have Dr. Quiroga who is

20   going to testify as to the defendant's mental impairment and

21   his ability to form what is necessary for this enhancement to

22   apply.  I also have arguments as to each specific argument that

23   the government made in each one of --

24        THE COURT:  Let's start with evidence.  Okay.  So you

25   want to put on Dr. Quiroga?

 1            MS. DAVIDE:  I do, Judge.

 2            THE COURT:  All right.

 3            MS. DAVIDE:  The defense calls Dr. Quiroga.

 4            Judge, she will be testifying in support of our

 5    objection to the enhancement.  She will also be testifying at

 6    the same time, Judge, or if you want to do it separately, as to

 7    a ground under 3553 for a downward departure.  In order to save

 8    the Court's time, I can do it all together.

 9            THE COURT:  We will do it all together.

10            MS. DAVIDE:  Yes, sir.  Where would you like

11    Dr. Quiroga to sit?

12            THE COURT:  In the witness stand.

13            Are you fully vaccinated?

14            THE WITNESS:  Yes.

15            THE COURT:  Okay.  You can take your mask off when you

16    are testifying, please.

17                          MICHELE QUIROGA

18    Having been first duly sworn on oath, was examined and

19    testified as follows:

20            THE COURT:  Have a seat, please.  Once you are seated

21    down there and comfortable, make sure you speak into the

22    microphone, and tell us your name and spell your last name.

23            THE WITNESS:  My name is Michele Quiroga.  My first

24    name is spelled M-I-C-H-E-L-E, last name is Q-U-I-R-O-G-A.

25            MS. DAVIDE:  May I approach, Your Honor, or would you

 1  like me to stay here?  I'm fully vaccinated, triple vaccinated.

 2              THE COURT:  You can go to the podium.

 3                      DIRECT EXAMINATION

 4  BY MS. DAVIDE:

 5  Q    Good morning, Doctor.  How are you?

 6  A    Good morning.

 7  Q    Doctor, you had an opportunity to meet with Jonathan

 8  Guerra, the defendant in this case, is that correct?

 9  A    Yes.

10  Q    Okay.  Will you tell us a little bit of what you did when

11  you first got involved in this case.

12  A    You asked me to get involved in this case and you sent me

13  some records, specifically some school records, medical

14  records, some of the records were from Cuba, and I reviewed

15  them.  They are probably about less than 200 pages.

16  Q    Okay.  Can we talk about first the Cuban records that you

17  received.

18              MS. DAVIDE:  And, Judge, I refer the Court, they have

19  been included -- I don't know if you want me to introduce them

20  again, but they have been included as part as parcel of our

21  motion for downward variance.  We included --

22              THE COURT:  All right.  I am going to allow all of

23  those records into evidence for the purpose of this sentencing

24  hearing.  So that's already part of the record.  I don't need

25  the background of everything she saw.

```
 1           I assume the government is going to stipulate to her

 2   qualifications?

 3           MS. GILBERT:  Yes, sir, in this particular field, and

 4   we would also stipulate to her report, Your Honor.  I assume

 5   she's going to testify consistently to it.

 6           THE COURT:  Okay.  So let's get the highlights.

 7           MS. DAVIDE:  Okay.

 8   BY MS. DAVIDE:

 9   Q    So you reviewed the records from Cuba where a diagnosis

10   was made and you also reviewed his school records.  What did

11   you do after that, Doctor?

12           THE COURT:  I don't want to know -- I want her to tell

13   us -- we already know.  We already read -- everybody read her

14   report.  We know she did an exhaustive review of all these

15   records.  So tell me what I need to know, okay, to help you get

16   what you want.

17           MS. DAVIDE:  Yes.

18   BY MS. DAVIDE:

19   Q    Dr. Quiroga, can you please tell us what your conclusions

20   were and how you made those conclusions that affect this

21   specific individual, Mr. Guerra.

22   A    Well, first thing we do is review records so I can get a

23   background history.  The second, I did interview mother and

24   father.

25   Q    And why was that important in this case, Doctor?
```

```
 1   A    Because they had extensive information on their son, and
 2   they had been following his medical condition and all his
 3   difficulties and having supports put into place specifically
 4   for him because they are speech and language pathologists with
 5   master's degrees in abnormal psychology, special education.
 6           MS. DAVIDE:  Judge, again, for the record, all of the
 7   documentation was also included in our motion for downward
 8   variance, all of the qualifications.
 9           THE COURT:  I know that, which is why I still want her
10   to tell me what you want her to say that's relevant to my
11   determination in this sentencing so --
12           MS. DAVIDE:  Okay.
13   BY MS. DAVIDE:
14   Q    You did this work.  You met with Mr. Guerra.  You
15   conducted certain tests.  Tell us, Doctor, how -- what makes
16   Mr. Guerra Mr. Guerra.  What did you determine?
17   A    Well, he's -- the bottom line or --
18           THE COURT:  Yes, start with the bottom line.
19   BY MS. DAVIDE:
20   Q    Bottom line and then go backwards.
21   A    Okay.  The bottom line is that Mr. Guerra is wired
22   differently than the average person.  He's had a
23   neurodevelopmental disorder since childhood, and the
24   neurodevelopmental disorders range from birth through the age
25   of 18.  Specifically, at the age of 9 -- and I am not making
```

1    the actual diagnostic impression.  It was made during the

2    developmental period.  What I did was I confirmed, you know,

3    where he was at now, what were his difficulties and his

4    deficits in terms of today as an adult.

5    Q    Okay.  Without getting into everything that happened to

6    him medically when he was younger, because, Doctor, the

7    cardiologist will testify to that, go into what you observed

8    and what you concluded about Mr. Guerra.

9    A    I interviewed him and I take into consideration my

10   behavioral observations and the interview that I did with him

11   and all -- everything that I was presented with.  And with that

12   being said, he has the diagnosis of autism at level 3, the

13   autism spectrum disorder.

14        And what that means is that his family very well

15   overcompensated and put certain supports in place which have

16   helped him, helped him communicate.

17        Mom worked tirelessly because they are both in the field

18   of working with children with disabilities and families.  They

19   have a clinic, and they have handled him single-handedly with

20   the support of his grandparents and put him kind of in a bubble

21   and a very structured environment at home where his whole life

22   is centered around what he needs, his behavior, his rituals,

23   his, you know, stereotypic movements.  Mom and dad, being

24   highly trained in this area, worked with him and work with him

25   on a daily basis.

```
 1   Q    Okay.  So let me ask you a couple of things, Doctor.

 2        When a child who goes through what Mr. Guerra went through

 3   when he was younger and the heart issues, does that somehow

 4   make the diagnosis of autism more common?

 5   A    It does.  According to literature, kids that have severe

 6   cardiac issues or even just cardiac issues, they are 32 percent

 7   more likely to have autism.  Why is that?  In this specific

 8   case, he was hospitalized.  There were some complications

 9   during birth and prenatally as well as perinatally at the time

10   that he was born.  He was released to mom and dad, but they

11   needed to do a tremendous amount of consults.

12        So they started looking at all the systems, the heart, the

13   brain, you know, all these consults that they did, and by the

14   time they got to the cardiology consult, which was at 52 days

15   of life, he was hospitalized in an emergency because he had

16   cardiac insufficiency and wasn't breathing correctly.

17        So the emergency admitted him into the hospital at 52 days

18   old and then --

19        THE COURT:  Okay.  Look.  I don't want to cut you off,

20   but all of this information is in your report.  Okay.

21   Ms. Davide said she was going to put you on for two things.

22   Okay.  One of the things is how his mental state affects his

23   ability to have understood or whether he had the ability to

24   understand the implications of his activities in this case.  So

25   tell me, as it relates to the terrorism enhancement that the
```

1    government is asking for, how does his mental state, your

2    evaluation of him, affect my determination in that.

3           THE DEFENDANT:  He has little understanding of

4    sociable acceptable behavior.  So his intent, you know, had a

5    specific purpose for himself.  It wasn't the purpose that what

6    people think and what the prosecution thinks.  His motives were

7    different.

8           THE COURT:  His personal motives?

9           THE DEFENDANT:  His personal motives.

10   BY MS. DAVIDE:

11   Q    And how does that -- can you elaborate on that a little?

12   How does he think of things?  I think you said at the beginning

13   that he is wired differently.

14   A    Yes, he's not been -- it's miswired within that

15   developmental period.  So how he understands social

16   interactions and the nuances of the interchange back and forth

17   is impaired.

18        So with this type of diagnosis, their moral reasoning and

19   how they determine or interpret people's behaviors, desires,

20   and intentions are extremely different as how we interpret it

21   without the disorder.

22        So not only did he have this cardiac disorder where the

23   first two years of life he was hooked up on machines, multiple

24   cardiac arrests, they let him out of the hospital after two

25   years, very developmentally delayed without, you know, playing

1    and hanging out with other kids because he had all of these

2    severe physical issues, so by the time he did get to school, he

3    was bullied because of all the complications that he has.  He

4    has hair missing from the back of his head which impacts him

5    because of the bullying in school.

6         So not only the early social interactions were with health

7    care professionals and machines, he was hooked up onto a

8    ventilator for six months of his life early on in his life.  So

9    that means that the bonding and the social interactions were

10   all with health care professionals.

11        His mom and dad were very supportive there, but it was

12   hard because he was such at risk they even had -- I read that

13   there was like -- you know the CPR boards?  It was right there

14   at the side of his bed because he was cardiac arrest so much.

15        He also -- most of his young infant life and early on in

16   school were with doctors and doctors' appointments, and he had

17   to stay inside his house on bed rest because he could not

18   engage in any physical activities or socialization with other

19   kids because his health was so compromised.

20        Because of all this, it exacerbated his, you know, social

21   interactions and the ability to develop and bond with others.

22   Q    So do you believe that, as a whole, his ability to -- I

23   think you said he was in a bubble.  Do you believe that

24   affected his ability to interact, the fact that he was bullied

25   in school, his ability to form relationships with other people?

A    Yes.  An important factor here to consider is he is --

there is aspects of selected interests that he is amazing at,

very intelligent.  But then it's skewed where like significant

activities of daily living and certain categories that, if you

want, I can mention and give you specific information on these

categories, that meet the criteria for autism given his

behavior, and it's continued on.

And actually, when I monitored what he was like in school

and how he grew up and what he's like now, his diagnosis got

worse.

Q    Do you believe that he is somebody that is easily

influenced and easily manipulated, and why do you make that

determination, if you do?

A    He has this need where, because he didn't have any

friends, he doesn't know how to make friends.  He doesn't know

how to read verbal and nonverbal cues.  He's unaware of the

nuances of language.  He can answer questions; however, when he

requires to comfort somebody, he can't do that.  He has

difficulties communicating in terms of what others need.

So with this specific case, I looked at what his needs

were, and his needs were to belong to a group, to be accepted,

to feel that he was doing a good job.  He, although he's

married, and that's a whole other different story, although he

got married and he knew the lady on the internet for one month

and she was in Cuba, after one week being in Cuba, he got

1    married to her, and all this is under the supervision of his

2    parents because he is mentally and physically disabled.  And

3    then after the baby was born, the baby got a U.S. passport,

4    they came here with the lady that he married, and then all of a

5    sudden, she disappeared.

6        I had asked Jonathan, I said, Jonathan, you know, what

7    happened to the lady that you married?

8        And he said, well, she said she was working somewhere, I

9    don't know, somewhere north in the Orlando, Tampa, I don't

10   know.

11       I said, do you keep contact with her.

12       Oh, she texts me once in a while.

13       They have a baby.  He cannot, because he's disabled,

14   physically and mentally, he cannot take care of the baby.  The

15   parents have total legal custody of the baby because there's

16   total safety concerns.

17       We see very restricted areas of interest that he's very

18   intelligent on.  But then when you look at these other areas of

19   activities of daily living, so how does someone in social

20   security get social security.  They can't maintain gainful

21   employment.  They can't take care of themselves.  They have,

22   you know, difficulties managing their environment, socially,

23   activities of daily living, maintaining a certain

24   concentration, pace, and, you know, perseverance to continue

25   working on something.  And part of that, he's severely

```
 1   impaired.  So his social interactions and the way that he
 2   relates and interprets things, he has no interaction back and
 3   forth spontaneous.  He can't read the social and nonverbal
 4   cues.
 5   Q    How does that go through to being able to form the intent
 6   that is necessary for him in this case.  Without going into
 7   whether or not it affected government or not, do you think
 8   based on what you learned from Jonathan or Mr. Guerra, that he
 9   was able to form any sort of intent to do anything?
10   A    Well, he has, because of his autism spectrum disorder, he
11   has difficulties and impairments in moral reasoning.  So how he
12   thinks about what is right and wrong and how he applies rules
13   is totally different than you and I.
14   Q    So his moral reasoning, you used that term, how does that
15   impact him as it relates to looking four steps away as to what
16   he did?
17   A    Well, because of his diagnosis, he is a very vulnerable
18   person.  He's easily influenced, and there's specific examples
19   in my report about how kids manipulated him to do things in
20   school that he wasn't supposed to do.
21        And what exacerbated that problem was all the name calling
22   and bullying that -- they would call him sewer, holy hole.  He
23   had a tremendous amount of scars on his body and he was very
24   skinny.  And he had to wear this corset or this plastic brace
25   and couldn't participate in a lot of activities.
```

1          Mom and dad, because they were skilled in knowing about

2     his needs, they wanted to put him, because his intelligence, he

3     didn't have any deficits in his intelligence at that point, so

4     they outweighed, you know, what are we going to put this kid

5     in.  Are we going to put this kid in the special education

6     classes.  He's already riding -- they called it, excuse my

7     language, the retard bus or the intellectually disabled or

8     special needs bus, that he was getting ridiculed, but his

9     cognitive abilities were enough to be in mainstream schooling,

10    but he couldn't handle, which is part of the autism spectrum

11    disorder diagnosis, the noise.

12         So he couldn't wear the earphones in school, and the noise

13    got too hard for him to handle things, so he would leave the

14    class.  And because he would leave the class, he would not want

15    to participate because it was so overstimulating he had to be

16    home schooled.  He dropped out of school.

17         Mom and dad tried to support him as best as possible to

18    stay in school.  Mom would go into the classroom and stay with

19    him until he felt okay.  But apart from that, his grandparents,

20    this is how supportive this family was, grandpa got a job as a

21    janitor in the school.  Grandmother was working at the

22    cafeteria as a cook and serving food to the kids.  So there was

23    always constant supervision and support, you know, when he was

24    younger which also influenced his, you know, perceptions of

25    things.

1   Q    And his perception goes hand in hand with his ability to

2   be able to understand and fully grasp purposes and intents for

3   his actions?

4   A    He has difficulties grasping behavior, desires, and

5   intentions of others.  So if his moral reasoning is skewed and

6   he's like wired differently because autism is a

7   neurodevelopmental disorder, which is -- you know, you have it

8   at birth through 18, and it doesn't change.  Actually, he has a

9   permanent disability, and he related so well and being at home

10  because of all the supports from the family.

11  Q    You also, Doctor, you diagnosed him with OCD, correct?

12  A    Yes.

13  Q    How do you think that impacts his involvement in this

14  crime?

15  A    He is -- he gets obsessed and obsessed is how you think

16  about, you know, certain behaviors, and he has a compulsive

17  part of it, his behaviors on certain things.

18          THE COURT:  And what led him to be compulsive about

19  supporting ISIS versus the boy scouts?  You said he wanted to

20  join some organization.  There are a lot of organizations that

21  don't have as their goal the killing of innocent people.

22          THE WITNESS:  I totally agree with you.  He is

23  different, again, because of the developmental period where

24  when he did interact with people face to face, he had a lot of

25  difficulties.  He needed to be able to script things.  Like

1    even with my interview, he's like my mom has taught me to say

2    this because this is what's right to say.  With, you know,

3    interactions that I had, he had no eye contact.  He had

4    difficulties.  You know, I had to prompt him, you know, to

5    talk.  There's times, I'm sure, that he could talk fine and

6    perfect.  But in terms of how he perceives what your intentions

7    are and your behaviors are, because of the wiring in his brain

8    and the neurodevelopmental disorder, it's different.  I am not

9    excusing his behavior.  I am trying to explain kind of the

10   depth of what happened here.

11   BY MS. DAVIDE:

12   Q    Okay.  Well, the Judge used the example of, let's say, boy

13   scouts.  Boy scouts would have to make him appear in person and

14   interact with people in person.  All of his actions in this

15   case all happened behind the screen of a computer.  He never

16   had to face anybody face to face.

17   A    That's very interesting because when I first met him,

18   Judge, he said -- he's like it's difficult for me to talk to

19   you in person.  I need to write down my, you know, words

20   because I can't express myself face to face.  It's like almost

21   mom and dad were skilled at giving him training to

22   superficially talk in person, but his preferred mode of

23   interacting is the computer which makes him very vulnerable to

24   people because he's never been accepted in school.

25       If you look at the school records, he really didn't attend

1    school.  He was home schooled.  And throughout his life, he's

2    not had any close friends.  His social skills are not at his

3    developmental level.  So the computer for him, and he has a

4    high school diploma, and I asked him, how did you learn all

5    this stuff about the computer, that's also part of his autism

6    spectrum disorder.  He will choose one topic and he will obsess

7    and learn everything about that topic and be the smartest

8    person about that topic, and that was computers.

9    Q    When you spoke to his mother and you interviewed

10   Mr. Guerra, did you find any tendencies of violence?  Did you

11   find that he was somebody that had ever been involved in any

12   violence, per se?

13   A    No.  It was more kids and other people bullying him and

14   making him feel bad.  So he has this period when he was around

15   other kids that the words, I wrote them down, that they called

16   him were sewer neck, walking dead because he was so skinny.  He

17   had all these scars on his body and needed the brace because of

18   the scoliosis.

19        And the scoliosis, we are going back to age, I think, nine

20   months because they needed to do this cardiac surgery.  Because

21   they did this cardiac surgery, he developed scoliosis and the

22   scoliosis got worse.  They called him patches and cancer

23   patient and different things like that.

24   Q    Do you believe that he was able to fully grasp or fully

25   understand the consequences of his actions?

```
1   A    His moral reasoning is skewed.  So how he understood the

2   beliefs and intentions of others and then you couple that with

3   wanting to belong, being isolated, having no friends and then

4   having this intense interest for computers and studying with

5   the computers, it made him vulnerable to be a target.

6   Q    Okay.  And lastly, you obviously saw some of the items

7   that Mr. Guerra was involved in that constitute the elements

8   for his conviction here.

9        When he was arrested, he was arrested because he went to a

10  location having met somebody on the internet, and who did he

11  go -- well, he went to that location with his mother, his

12  father, his grandmother, and everybody in their family car,

13  right?

14  A    It's very interesting because he is trying to meet -- what

15  his main goal was was meeting a woman.  But then how it got

16  manipulated in, this other stuff, but his focus was I want to

17  meet this woman.  I'm attracted to this woman, and then he gets

18  a date or he sets up a meeting with this woman.

19       He asks his mom, his dad, and at the time the ten-year-old

20  sister to go and meet this, you know, woman that he was totally

21  interested and feeling love for and adoration.  And that is an

22  example of the immaturity of, you know, Mr. Blanco.

23  Q    I guess that goes hand in hand with how he perceives the

24  situation.  He was going there to meet a woman, to fall in

25  love, to hook up, to whatever, and he brought his mother, his
```

1    grandmother, his sister, everybody with him.  Does that go to

2    how you have tried to explain to the judge of how his reasoning

3    is different than a regular person's?

4    A    And his peer interactions and his socialization is so

5    developmentally delayed.  And this is a disability that he will

6    have for the rest of his life.  It does not go away.

7    Q    When you met -- just to wrap this up, when you met

8    Mr. Guerra and you spoke to him several hours on two separate

9    days, did he express to you any allegiance to ISIS?

10   A    No.  He said that he is now following the Jewish faith and

11   he doesn't have the allegiance to ISIS.  He did not understand

12   the severity of what he was doing and the consequences.  That's

13   part of his diagnosis.

14   Q    Do you believe that or did you learn that because of his

15   belief that he was -- or because of the fact that he is

16   severely ill and that death is imminent, it allowed him to be

17   attracted to religion whether it be, you know, being a Muslim,

18   being Jewish, or believing in the Torah?  Do you think that

19   somehow affected -- how is that affected by Mr. Guerra's

20   rationale?

21   A    He is -- all his life he thought that he was going to have

22   a foreshortened future.  He has had multiple cardiac arrests in

23   childhood adolescents, adulthood, and he feels that he's going

24   to die.  And these people on the internet, they made him feel

25   good, belonging, that he could help him, and they promised

 1    certain things to him and he believed those things about the

 2    Muslim religion.

 3            THE COURT:  I think there's a lot of people who are

 4    Muslims that would very strongly state that Muslim beliefs and

 5    ISIS are two totally independent and perhaps even unrelated

 6    things.

 7            THE WITNESS:  Correct, but for him, he couldn't

 8    differentiate that.  His rules are different.  He thought that,

 9    okay, these, you know, Muslim people had this, but that's not

10    what he was going after for this.  He was going after meeting a

11    woman, helping out, feeling part of a group, and you know, what

12    would happen to him in his afterlife and how his family would

13    be taking care of him.

14            He told me that he believed that he wouldn't have any

15    more illnesses.  They told him, you are not going to have any

16    of these illnesses.  You are going to have a perfect body.  You

17    are not going to have all these issues with food, issues with

18    anxiety, issues with talking and socializing with people.

19            So it appears that kind of like they targeted the

20    specific difficulties because he must have said, you know, what

21    his complaints are.  And they said, that's not going to happen.

22    If you cooperate with us, you are going to be set free from all

23    of these terrible things that have happened in your life.

24    BY MS. DAVIDE:

25    Q    You have now told the Court that now he's Jewish and he's

1    joined the people in the jail and he meets regularly with the

2    rabbi that goes.  How do you think -- do you think -- how does

3    he feel when he goes to those meetings or how does he feel when

4    he reads the Torah?  Do you think that replaces his need for

5    what he believed was going on with his allegiance to ISIS?

6    A    This shows you that how -- his influence and wanting to

7    belong.  So when I went in there, the first time I saw him, I

8    think he had his hair longer.  And then all of a sudden, he cut

9    off all his hair.  And I said what happened.  And he said, I'm

10   not part of that religion.  I'm going to be, and I'm in Judaism

11   and I am studying Judaism.

12   Q    Do you believe, Doctor, to sum it up, that Jonathan Guerra

13   can form the specific intent to coerce or intimidate the

14   government that is needed in this case?

15   A    His intent had a specific purpose and how he interprets

16   rules and social interactions and communication because of how

17   his brain is wired is different than all of us.  He's not a

18   typical, I joined Muslims and I am going to engage in terrorist

19   activity.  That wasn't the whole purpose.

20   Q    So do you believe then -- is it fair to say that your

21   professional opinion after reviewing everything on Mr. Guerra

22   was that he could not form the specific intent necessary to

23   coerce or intimidate the government?

24   A    His abilities are impaired in terms of interpreting

25   certain aspects.  Now, I know that you have the law.  And what

```
 1   I know how his brain functions, and his intentions weren't the
 2   aggressive intentions that, you know, you are alleging or
 3   people are alleging.
 4        MS. DAVIDE:  Judge, give me one moment.
 5   BY MS. DAVIDE:
 6   Q    Finally, Doctor, do you think again, with all of your
 7   investigation and all of your evaluation, that Mr. Guerra could
 8   form the specific intent to retaliate against the government in
 9   any way?
10   A    I don't believe so just because of his disability.  He not
11   only has one disability, he has two.  And both of them
12   contributed to this.  Because of lack of socialization without
13   friends and integrating into his peer group, attending high
14   school, he really didn't, he was home schooled, he lives in a
15   very controlled, structured, loving environment.  And these
16   people offered him that he was part of the group.  Hey, do
17   things for me and we are promising you other things in the
18   afterlife.  You are not going to have any more pain.  You are
19   not going to be deformed.  People are not going to make fun of
20   you.  You are going to be able to eat what you want.  You won't
21   have those nervous ticks and ritualistic behaviors.  All of
22   these are classic examples, along with walking on his tiptoes,
23   but his parents have worked intensely to deal with the
24   ritualistic behaviors, the negative cognitions, but at this
25   point, it wasn't good enough.
```

```
 1          THE COURT:  Doesn't every suicide bomber have

 2   something wrong with them, the way that they think and

 3   interpret the world?

 4          THE WITNESS:  Absolutely.

 5          THE COURT:  Okay.

 6          THE WITNESS:  But he didn't go out to seek that.

 7   That's the difference of this case.  It wasn't his intention to

 8   seek out and be a suicide bomber.  How he saw it, it was, gosh,

 9   I'm helping, you know, someone and they are accepting me and

10   they are promising me these things and my parents will be taken

11   care of and all the other things that, you know, the religion

12   promises after death and, you know, being a martyr.

13   BY MS. DAVIDE:

14   Q    So you believe that his intent or his reason for doing

15   this conduct does not in any way show that he did it to coerce

16   or intimidate or retaliate against the government?  It was more

17   because he really believed that there was an afterlife and

18   because he really needed to fit in.  Is that what you are

19   saying?

20   A    He wanted to stop the pain.  He thought that if he

21   participates with these people, that he would live longer, and

22   once he would die, he would be in such an amazing place and be

23   happy and that his family would be taken care of once he passed

24   away.

25          So there was the connection of the family is going to be
```

1    taken care of, and I am going to be in a place that is disease

2    free and, you know, having other benefits.

3    Q    Okay.  Just, and I don't want you to go into his health

4    issues, because we will have the doctor testify, but your

5    review of everything does indicate that he has serious health

6    issues, correct?

7    A    That he was hospitalized up until age two and he almost

8    died multiple times in the hospital.  It's pretty serious that,

9    you know, he's alive and walking around and he's, you know,

10   progressed in that sense.

11          MS. DAVIDE:  I tender the witness.

12          THE COURT:  Do you have any cross-examination?

13          MS. GILBERT:  Yes, Your Honor.

14                     CROSS EXAMINATION

15   BY MS. GILBERT:

16   Q    Doctor, you are certainly not saying he doesn't know right

17   from wrong, correct?

18   A    He doesn't understand right from wrong as we do.

19   Q    Okay.  But he knows the difference?

20   A    He knows the difference on some concrete level.

21   Q    Okay.  Did you read the factual stipulation in this case?

22   A    Yes.

23   Q    Okay.  On page 3 in footnote 1 when he told the

24   undercover -- he asked the undercover about her allegiance to

25   ISIS, and he said he couldn't, quote, express things which are

```
 1   clearly a crime where I am.  You read that part, right?
 2   A    I must have read it a long time ago in 2019.
 3   Q    It doesn't change --
 4   A    It does not change my opinion.
 5   Q    Okay.  He wasn't in custody -- did you say 2018?  He
 6   wasn't in custody until September of 2020.
 7   A    Okay.  I saw him in 2021, May of 2021.
 8   Q    Okay.  He knew what he was doing was a crime.  He says it.
 9   Are you suggesting that he doesn't know what a crime is?
10   A    I'm not suggesting that he doesn't know what a crime is.
11   He knows it at a certain level.
12   Q    Okay.  And when he told another undercover I have
13   dedicated my entire life to J dot, dot, dot AD, he wouldn't
14   write the whole jihad on his computer because he knew people
15   might be watching, right?
16   A    I don't know if he thought people would be watching.  I
17   never asked that specific question.
18   Q    Okay.  But as you said, he was really, really intelligent
19   when it came to computers?
20   A    He is, and that's part of autism spectrum disorder.  They
21   take a specific interest and that's all that they focus on.
22   Q    Right.  He focused on computers and he learned a whole
23   lot, right?
24   A    Yes.
25   Q    Okay.  And are you suggesting that he told people online
```

```
1    that he was autistic?

2    A    I didn't read every entry.  I don't know.

3    Q    He was in these violent jihadi rooms where he found these

4    other people, right?

5    A    As far as I know, yes.

6    Q    I totally agree with you, his intent is if, oh, my God, if

7    I do all of this stuff for ISIS, myself and, if I am really

8    good, my whole family, we will have a wonderful afterlife?

9    A    Correct.

10   Q    That's why he did it?

11   A    Yes.

12   Q    You talked about when he came here to meet what he thought

13   was going to be his second wife, and you talked about how

14   unusual it was.  Do you know who he was supposed to meet with

15   here in Miami?

16   A    Can you please rephrase the question.  In terms of meet

17   here, or they were going to meet in Cuba?

18   Q    No.  His second wife, September 2020, when he comes to

19   Miami with his family.

20   A    He has one wife.

21   Q    Okay.  I am talking about the woman he was coming here to

22   meet in Miami in September 2020.  Are you aware of that?

23   A    Okay.  The confidential informant.

24   Q    Yes, who held herself out as a woman who supported ISIS.

25   A    I don't remember if she supported ISIS or not, but if you
```

1    say --

2    Q    Here's my question.  You made a big deal about he brought

3    his parents.  Do you know that she and the story that was being

4    told brought her mother also because that's tradition in the

5    Muslim religion, that your parents meet?  Are you aware of

6    that?

7    A    I am not aware of that.

8    Q    Okay.

9    A    However, he has never really been unsupervised.  The

10   parents are always around, and he couldn't --

11   Q    Totally got it.  Look, I don't have a beef with you.  His

12   parents did everything they could.  There's no argument with

13   that.

14        What my point is is, are you aware in the Muslim religion

15   when you are meeting, you bring your parents, she brought her

16   mother too, are you aware of that?

17   A    I am not aware of that.

18   Q    Okay.

19        MS. GILBERT:  Nothing further, thank you.

20        THE COURT:  Thank you very much, Doctor.

21        Do you have any other evidence or testimony on the

22   terrorism enhancement?

23        MS. DAVIDE:  Judge, I have no further testimony.  I

24   have Dr. Ghitelman, who is --

25        THE COURT:  I need to do the guidelines calculations

1    first.

2          MS. DAVIDE:  I understand.  Give me one moment,

3    please.

4          No, Judge, I have nothing further.  We are prepared to

5    proceed to argument.

6          THE COURT:  Let me hear your argument, since it's your

7    objection, as to why the terrorism enhancement should not apply

8    based on the evidence that's been presented here this morning.

9          MS. DAVIDE:  I am going to take each one of their

10   exhibits.  Overall, since I stated from the onset, the videos

11   or his involvement included violence.  But the government has

12   to prove by a preponderance of evidence one step further.  They

13   need to show that what -- that his specific intent in doing

14   these was to somehow coerce, intimidate, or retaliate against

15   the government.

16          If we look at the first example and we look at the

17   second example and we look at the third example, each one of

18   those three examples deals with him giving instruction -- let

19   me go back a step.

20          It's very important for Your Honor to know that he did

21   not make these instructions up.  He did not decide what should

22   be done.  What he did was these were published numerous years

23   ago by somebody else.

24          And what he did was, when he became involved in this

25   group, he translated it into Spanish.  So if you look at the

```
1    first three examples that the government relies upon, and I am
2    going to do those three first because they are all part of the
3    open source jihad.
4         In the open source jihad, what he does basically is
5    translate and add the symbols to different instructional guides
6    that have existed before.  Yes, they are instructions to commit
7    violent acts.  Yes, they are instructions, detailed
8    instructions, on how you do certain things that will result in
9    mass destruction.
10        But I think it's important for the Court to note that,
11   especially as it relates to mowing down, it tells you to mow
12   down pedestrians.  It shows you how to start fires in areas,
13   how to build a bomb to kill the maximum number of people.
14        They are not specifically implied to destroy, coerce,
15   or intimidate the government or retaliate.  There's absolutely
16   nothing that indicates, and I think Dr. Quiroga's testimony
17   goes hand in hand with that, his intent or his reasoning --
18   because it is important, and the Court went through that again
19   in Arcila, and they said what the organization does, their
20   beliefs, is not what the Court has to consider.  Because
21   obviously Mr. Guerra has admitted to promoting or helping a
22   terrorist organization, and there's no doubt in anybody's mind
23   that ISIS qualifies for that.  ISIS does terrible things.
24        But that's not what this Court needs to consider.  It
25   needs to consider what role Mr. Guerra played in that.  And his
```

1   role was he did not start Muntasir Media.  It's important to

2   note that the government specifically said that there were

3   other members of Muntasir Media who were involved.  There were

4   other Muntasir Media people that were arrested.  So yes, he

5   translated these, but this wasn't that he was the boss of all

6   bosses and it was his idea to do this.

7          There's no specific facts that they can rely upon to

8   say, hey, this was because he hated America.  And other

9   examples and the two other Eleventh Circuit cases, these are

10  specific examples of people that have done certain acts in an

11  effort to hurt the American government, kill somebody in the

12  American government, a president.

13         Like a perfect example, Judge, and I cited it in one

14  of my replies was the insurrection.  There is no doubt that the

15  function of those people who went in there was to deter a

16  government function.  What government function?  Obviously the

17  election.  That goes hand in hand.  When you do something

18  against America as a whole.  If these -- if Mr. Guerra had in

19  these pleadings or in these documents said hate America, kill

20  American president, kill this, kill -- but basically it's an

21  instructional guide to do mass murder.  And that's what he pled

22  to, and that's why he's sitting here.

23         But the enhancement is one step further.  And the

24  government is trying to minimize their responsibility by

25  saying, wow, these are so terrible, Judge, you should be

1    appalled and, therefore, you should give him this enhancement

2    just because of the contents.  And that's not -- and that's

3    really important because up until the Eleventh Circuit decision

4    just a couple of months ago, that's what courts were believing.

5    Courts were believing that he pled to a terrorist act.

6    Obviously he's a bad person.  He did bad things.  Let's give

7    him the enhancement.

8            But now, finally, we have a decision that says the

9    burden is on them to show how he retaliated or how he coerced

10   or did something to directly affect the government.  And I

11   don't believe there's anything that applies to that.

12           As it relates to their last exhibit, which is, again,

13   we are objecting to the fact that it was found, and a piece of

14   it was found on the -- on Mr. Guerra's computer, that was

15   already produced before.  And the government even said that.

16   That was produced before.  That was already out there.  What

17   Mr. Guerra did was put in the translation.  And he did, he did

18   it in an obsessive manner, just like Dr. Quiroga has explained

19   to Your Honor.

20           When you have somebody, and it's not an excuse, but

21   like she says, his mind is wired differently.  Does he

22   understand the full consequences of his act.  Absolutely not.

23   He believes -- he sees short sighted.  His wiring is such that

24   be believes, I am doing this and I need to do it really, really

25   good, and I am helping these people.  But could he form the

1    conscious intent?  You heard from the expert, there was nothing

2    to counter Dr. Quiroga that Mr. Guerra could not form the

3    specific intent or the conscious intent that was necessary to

4    specifically do something to coerce, intimidate, or retaliate

5    against the government.

6            So our position is, Judge, while the evidence that was

7    presented to Your Honor is violent and while it may be

8    disturbing, it doesn't specifically fulfill the second prong

9    that Your Honor needs to consider to find that this enhancement

10   is applicable.

11           Give me one minute before you make your decision see

12   if there is anything else.

13           They are reminding me, and this is true, Judge, even

14   if we look at Exhibit 4, which is the video, that video doesn't

15   show that he, himself, committed any sort of specific violent

16   acts against the government or in retaliation for anything.  So

17   basically, what it shows is, again, it shows that he is

18   inviting people to commit an act.  That, again, does not show

19   that he specifically, which is what you need to show, had the

20   intent to coerce, retaliate, or commit any sort of act.

21   Therefore, we don't believe that any of them fulfilled the

22   criteria necessary that the government must prove to Your

23   Honor.

24           THE COURT:  All right.  Thank you.

25           MS. GILBERT:  May I respond, Your Honor?  I mean

```
 1    obviously if you are ready to rule in the government's favor, I
 2    don't need to respond.  I just think she's misstated the case
 3    law.
 4              THE COURT:  All right.  Go ahead.
 5              MS. GILBERT:  Arcila Ramirez was the most recent
 6    Eleventh Circuit case, but it cites back to both Jayyousi and
 7    Mandhai, and it says the defendant's motive is simply not
 8    relevant.  If he had a benign motive or the purpose of his
 9    motive, that's simply not relevant.
10              In these cases, they claim they were fundraising for
11    innocent Muslims, but they did things to support the terrorist
12    organization.
13              So I just want to correct the case law.  And it's not
14    recent.  One of the cases is 2004.  One of the cases is 2011.
15    And they are both cited in the Arcila Ramirez.  They basically
16    say if the object of the conspiracy was to advance violent
17    jihad, then the defendant's claimed purpose is irrelevant.
18              So defendant is trying to say to you he didn't have
19    the specific attempt to intent to retaliate or calculate.  He
20    doesn't need to have it.  The enhancement does not require
21    that, and that's what the Eleventh Circuit case law says.  He's
22    supporting ISIS.  ISIS intended to do all of those things, as I
23    read to you in the different various exhibits, especially
24    exhibit 2, in retaliation against the government for supporting
25    Israel and those things, but his specific intent isn't needed
```

```
 1    for this Court to enforce the enhancement.

 2              MS. DAVIDE:  Judge, one last thing.

 3              I think that the government is somehow misinterpreting

 4    motive with intent.  We've never said, Your Honor, that his

 5    motive is important.  What we are saying is that the conscious

 6    intent necessary, that the Court specifically refers to and

 7    differentiates it from motive is not available in this case for

 8    a multitude of reasons specifically what Dr. Quiroga told you

 9    about his mental and psychological impairments.

10              THE COURT:  Okay.  So under 18 United States Code,

11    Section 2332(b)(g)(5), the government must establish two things

12    for the enhancement to apply.  The first is that the offense

13    must be calculated to influence or affect the conduct of

14    government by intimidation or coercion or to retaliate against

15    government conduct.

16              The second is the offense must be a violation of a

17    specific federal criminal statute listed in 18 United States

18    Code, Section 2332(b)(g)(5)(B).  And that list explicitly

19    includes the material support statute to which the defendant

20    pled guilty here.

21              So there's no dispute that the second prong applies

22    and has been established.

23              So what's really in contention is whether the offense

24    was calculated to influence or affect the conduct of government

25    by intimidation or coercion or to retaliate against government
```

 1    conduct.

 2          Again, the question is not the defendant's personal

 3    motive for participating in the crime.  It's whether the crime

 4    meets those criteria.

 5          So I, in reaching my ruling, I am considering the

 6    undisputed facts that are contained in the factual stipulation

 7    that was signed by Mr. Guerra at the time of his plea.  I am

 8    considering the unobjected to facts that are listed in the

 9    presentence investigation report.  And I am considering the

10    other evidence and testimony that was presented here this

11    morning.

12          So I am going to make the following specific factual

13    findings related to the issue in dispute:

14          First, we know from Dr. Quiroga that Mr. Guerra

15    certainly has the intelligence to participate knowingly in this

16    offense.  She even said he will pick a topic, learn about the

17    topic, be the smartest person about that topic, and here it was

18    the computer.

19          She also said that his moral reasoning was skewed, but

20    I don't think there's anything about his mental state -- I do

21    not accept her testimony as credible that Mr. Guerra could not

22    form the specific intent.  And, in fact, she was asked several

23    times which she refused to agree with your proposition that he

24    didn't have the specific intent.  And she finally relented on

25    it the third or fourth time you asked her that.  She was

1    dancing around the first couple times or three times she was

2    asked that question.

3         There's clearly things, as the government pointed out

4    in the factual proffer, where he's telling another person that

5    he can't express things which are clearly a crime where he is

6    located.  So he knows what he's doing, or he knew at the time

7    that it was a crime to participate.

8         Again, the facts within the factual stipulation I am

9    relying upon state that the Islamic state of Iraq and al-Sham,

10   which is also known as ISIS, was designated by the secretary of

11   state as a foreign terrorist organization, and the defendant

12   knew that ISIS was a designated foreign terrorist organization,

13   that ISIS engages and has engaged in terrorist activities, and

14   that ISIS engages and has engaged in terrorism.

15        ISIS has equated the value of propaganda work on its

16   behalf to the value of ISIS soldiers waging violence.  ISIS has

17   called for people to contribute their social media services to

18   its cause to invigorate its terrorists.

19        ISIS members use social media applications, video

20   sharing sites, blogs, and other internet-based sites and

21   applications to distribute their official communications

22   inexpensively, safely, and broadly.

23        In addition, ISIS and other foreign terrorist

24   organizations use these online tools to communicate publicly

25   and privately with the sympathizers and potential recruits and

1    to distribute their respective messages to legitimate media

2    outlets in order to draw attention to the organizations,

3    recruit new members, raise money, and promote violent jihad all

4    in an effort to carry out the terrorism-related goals of the

5    organization.

6          And since 2019, groups such as ISIS Media Network One

7    and ISIS Media Network Two have fulfilled this role operating

8    on certain platforms to produce and spread ISIS videos,

9    instructional guides, graphics and related immediate which

10   insight and equip primarily Spanish-speaking followers to

11   conduct operational attacks in support of ISIS.

12         The defendant directed and coordinated the efforts of

13   those two media networks.  And while those networks focused on

14   producing Spanish-translated ISIS media, they also coordinated

15   translations into several other languages.

16         In terms of whether the offense was calculated to

17   influence or affect the conduct of government by intimidation

18   or coercion or retaliate against government conduct, I think

19   the first two government exhibits on their own establish that

20   needed calculation.

21         Exhibit 1 states that a disaster for the repressive

22   imperialism nations, the open source jihad is America's worst

23   nightmare.

24         Exhibit 2, Spain was designated by ISIS to use the

25   most powerful killing machine.

1          The defendant agreed in his factual proffer that he

2     posted that which has the following language:

3          This idea can be implemented in countries such as the

4     United States and other countries where the government and

5     public sentiment is in support of the Israeli occupation of

6     Palestine, the American invasion of Afghanistan and Iraq, or

7     countries that had a prominent role in the defamation of

8     Mohammed.

9          So it's clear that Mr. Guerra is knowingly promoting

10    activities such as mowing down innocent civilians, not just to

11    kill people for no reason whatsoever, but in retaliation for

12    the United States public support of Israel and their invasion

13    of Afghanistan and Iraq.  I think that clearly shows that his

14    conduct was designed to retaliate against government conduct.

15         Government Exhibit 4, again, I am going to -- I am

16    making a clear finding that, even without Government's

17    Exhibit 4, there is more than enough evidence to meet the

18    government's burden in this case.

19         But Government's Exhibit 4, where Mr. Guerra is

20    specifically calling for the assassination of a Spanish judge,

21    if that's not something that is calculated to influence the

22    conduct of government by intimidation or coercion, I don't know

23    what is.  Again, I think that makes the finding overwhelming,

24    but even without Exhibit No. 4, there's more than sufficient

25    evidence to meet the government's burden.  So I am going to

 1    overrule the defense objection.

 2         Based upon that ruling, the base offense level is a

 3    level 26.  There is a 12-level increase.  Because the offense

 4    was calculated to influence or affect the conduct of government

 5    by intimidation or coercion or to retaliate against government

 6    conduct and is an offense enumerated, that qualifies as a

 7    federal crime of terrorism.  There's a two-level increase

 8    because the defendant was an organizer, leader, manager, or

 9    supervisor in any other criminal activity.  That gives an

10    adjusted offense level of 40, minus 2 for acceptance of

11    responsibility, minus an additional 1 for early acceptance.

12         So the total offense level is level 37 with a criminal

13    history category 6.  The guideline range for that would be way

14    above 20 years, but because the statutory maximum is 20 years,

15    then the guideline range becomes 20 years or 240 months.

16         So we have been here for two hours.  Let's take a

17    15-minute recess, and we will come back and go forward with the

18    next phase of the sentencing.  See everybody in 15 minutes.

19         MS. DAVIDE:  Judge, excuse me, I had an objection to

20    the acceptance of responsibility.  We are going to do that in

21    the second section, correct, even though that wasn't included?

22         THE COURT:  You are getting three levels of

23    acceptance.

24         MS. DAVIDE:  Yes, sir, but we were asking -- we can do

25    that when we come back.

```
 1              THE COURT:  Wouldn't that be a variance request?
 2   That's what I would consider -- I'm going to consider that.
 3              MS. DAVIDE:  All right.  We will do that when we come
 4   back.
 5              THE COURT:  I don't think that's a calculation.
 6   That's an argument why there should be a variance because he's
 7   not effectively getting the value of it.
 8              MS. DAVIDE:  Okay, Judge.  When we come back then, I
 9   will have Dr. Ghitelman available on Zoom so we can --
10              THE COURT:  Okay.  So we will have the Zoom set up.
11   How long do you anticipate his testimony is going to be?
12              MS. DAVIDE:  About 15 minutes.
13              THE COURT:  Okay, because I have another hearing.
14              Do you have Mr. Reyes?  Marshals, do you have him
15   here, or where is he?
16              THE MARSHAL:  He's back in the cell.
17              THE COURT:  If we come back at 10 of 11:00 and do
18   Dr. Ghitelman for 15 minutes, you are going to have
19   cross-examination of Dr. Ghitelman?
20              MS. GILBERT:  Yes, I imagine very short.
21              THE COURT:  Maybe we will just have to do -- then I
22   need to take a ten-minute break to do a bond hearing.  So we
23   will just do Mr. Reyes probably around 11:15 then.  See
24   everybody in 15 minutes.
25              (A recess was taken at 10:37 a.m.)
```

```
 1              THE COURT:  Thank you.  Please be seated.
 2              All right.  Can you hear us, Doctor?
 3              THE WITNESS: Yes, I'm here.  Good morning.
 4              THE COURT:  Good morning.  Raise your right hand,
 5    please.
 6                         JAIME GHITELMAN
 7    Having been first duly sworn on oath, was examined and
 8    testified as follows:
 9              THE COURT:  Is your name spelled correctly there on
10    the screen?
11              THE WITNESS: Yes, correct.
12              THE COURT:  All right.  Go ahead, Ms. Davide.
13              MS. DAVIDE:  Is there a place where he can see me, or
14    there's no other camera?
15              THE COURT:  Shouldn't this be showing on all the --
16    oh, where he can see you?  No.
17              MS. DAVIDE:  I beg your pardon?  Can you see me?
18              THE COURT:  No.
19              MS. DAVIDE:  He can't see me?
20              THE COURT:  No.
21              MS. DAVIDE:  Okay.  He can hear me, though?
22              THE COURT:  Why is there an echo?  Hold on.
23              THE WITNESS: I can't hear that well.  I hear an echo.
24              MS. DAVIDE:  So I talk here, and he hears me.
25              Do you hear me, Dr. Ghitelman?
```

```
 1              THE WITNESS:  I hear you, but not very clear.  I still
 2   hear an echo.
 3              MS. DAVIDE:  Wait.  Let me take this off.
 4              THE COURT:  Try now.
 5              MS. DAVIDE:  I appreciate this.
 6              THE COURT:  Try now.
 7              MS. DAVIDE:  Dr. Ghitelman, can you hear me?
 8              THE COURT:  No sound.
 9              MS. DAVIDE:  No sound.  Now it's worse.
10              THE COURT:  No sound?
11              THE PROBATION OFFICER:  Maybe because you muted the
12   courtroom.
13              THE COURT:  Wait.  I am muted.  Maybe I'm muting
14   everyone.  Try that.
15              MS. DAVIDE:  Dr. Ghitelman, can you hear me now?
16              THE WITNESS:  Now I can hear.  Perfect.
17              MS. DAVIDE:  Okay.  If the government will agree that
18   he is an expert in cardiology, we don't have to go through his
19   resume.
20              MS. GILBERT:  We will, Your Honor.
21              THE COURT:  Okay.
22              MS. DAVIDE:  Okay.
23                          DIRECT EXAMINATION
24   BY MS. GILBERT:
25   Q    Dr. Ghitelman, you are here in court today on the case of
```

1    Jonathan Guerra.  Have you ever met Mr. Guerra, Doctor?

2    A    No, I never met him.

3    Q    What have you done, sir, to prepare to testify here today?

4    A    So I've review all the medical records that you provide to

5    me including records from Cuba and records from United States.

6    Q    Okay.  And specifically, sir, what records were those?

7    A    So the first record is, it's an op report, operative

8    report, where they describe his condition, his congenital

9    abnormality and, of course, we can go further into that

10   condition.

11        And then we have records from psychologic evaluation that

12   was done in May of 2006 at Centro de Diagnostico Orientacion in

13   Cuba.

14        And then we have some studies done here in the United

15   States, in Florida.  One is a cardiac catheterization done at

16   Jackson Health System in 2013, several echocardiograms,

17   ultrasounds of the heart done in 2020, and most recent, an

18   admission at Larkin Hospital.

19   Q    Okay.  Doctor, before we go any further, what is your

20   specialty and what are you certified in, sir?

21   A    I am an interventional cardiologist and I did three years

22   of internal medicine, three years of general cardiology, one

23   year of interventional cardiology, and one year of endovascular

24   and vascular medicine, of course after completing medical

25   school.  And I'm board certificated in cardiology

1   interventional cardiology, in nuclear medicine, vascular

2   medicine, and endovascular medicine.

3   Q    Okay.  And you have an active practice, Doctor, where you

4   see patients regularly, correct?

5   A    Correct.  So I have been, since I finished fellowship in

6   2010 in Boston, I moved to Miami, and I have been in this

7   practice where I am one of the senior partners, and I am the

8   director of the outpatient cardiac catheterization

9   (unintelligible) in the Baptist Health System.

10  Q    Sir, have you ever testified in a court hearing before?

11  A    No, this is the first time.

12  Q    So we will be nice to you.

13  A    Okay.  Thank you.

14  Q    All right.  So, Doctor, why don't you start with

15  explaining to us a little about what condition Mr. Guerra was

16  born with and how that impacted all the other physical ailments

17  that he now has.

18  A    Of course.  So Mr. Guerra was born in December 5, 1996

19  with a congenital heart malformation called D transportation

20  (sic) of the great vessels with a ventricular septal defect.

21       In plain English, this is a birth defect in which the two

22  main arteries of the heart, the aorta and the pulmonary artery,

23  are switched in position.

24       So the left ventricle, which is the main cavity or the

25  most important cavity of the heart, very thick, very robust,

1    which is supposed to pump blood through the whole body via the

2    aorta, it's now pumping blood into the pulmonary artery.  And

3    the right ventricle, which is a weaker, more thinner cavity,

4    now it's pumping blood in the different vessel, okay, in the

5    other vessel, in the aorta.

6         So he was born with this condition.  And the heart is

7    supposed to be a series of events.  In his case, he had two

8    separate pumps.  So the left side, it's pumping blood back to

9    the lungs which is supposed to be pumping blood to the body,

10   and the right side of the heart is pumping blood to the body.

11   And the problem with this is that his body, the brain and every

12   organ, it is not receiving and will not receive oxygen.

13        So the function of the lung, which is oxygenating blood

14   and sending it to the body, it's not working as it's supposed

15   to be.  This is incompatible with life.

16   Q    Doctor, throughout his life, you have been able to review

17   other records of other procedures.  Could you advise the Court

18   of other procedures that were done to Mr. Guerra and what they

19   were and why they were needed to be done?

20   A    Exactly.  So as I mentioned, this condition is

21   incompatible with life.  And he needs -- he needed a very

22   extensive and complicated surgery to fix it.  The data shows

23   that the ideal time to perform this surgery is within the first

24   week after birth.  In his case, 52 days after he was born, he

25   underwent a procedure called a procedure caused a

1    transcatheter --

2              (There was an interruption by the court reporter.)

3              THE COURT:  Can you repeat that procedure, please?

4              THE WITNESS:  Transcatheter rashkind, R-A-S-H-K-I-N-D,

5    balloon atrial septostomy.  The septum is the wall that divides

6    the two chambers of the heart, the right from the left.  So

7    what the surgeon or the interventionalist did, he opened a hole

8    in between the two chambers so oxygenated blood can go from one

9    side to another.  And that's a temporary procedure to maintain

10   life.

11             And then 218 days after that procedure, which is 270

12   days after he was born, they did the definitive surgery, which

13   is called the mustard intra-atrial baffle and badge closure of

14   the ventricular septal defect, which is not the surgery that we

15   do these days.  What they did is they communicated in the open

16   chambers of the heart so blood can go from one side to the

17   other and oxygenated blood can go into the right ventricle, and

18   from the right ventricle to the body.

19   BY MS. DAVIDE:

20   Q    Okay.  So throughout his life, obviously, these problems

21   have continued, and he has had several other procedures and

22   been seen by other doctors.  Why don't you bring us up to date

23   as to what has happened, let's say, in the last five or seven

24   years, what procedures has he had and what has been the need

25   for those?

```
 1   A    Of course.  So because he has this condition and it was
 2   repaired when he was born and it was not ideal way of repairing
 3   his condition, he needs close monitoring to make sure that the
 4   shunt, the communication they did, works and it keeps working,
 5   because if it fails, it could be fatal because there's no
 6   shunting or blood crossing from one side to another of the
 7   heart.
 8        So the way we have as a cardiologist to assess his initial
 9   surgery, it's, number one, with cardiac catheterization, which
10   is an invasive procedure where we go either from the groin or
11   from the neck and we check the pressures in the heart and the
12   anatomy of the coronary arteries.  So that's number one.  And
13   that's the procedure he had done in March 2013 at Jackson
14   Memorial.
15        In that procedure, he was found to have clots on both
16   legs.  The left ventricle had an aneurysm that the shunting
17   that they did in Cuba was working at that time, but he was
18   found to have the right ventricle, which is now the ventricle
19   of the main pump of the heart, was already dilated.  And it
20   means that it's starting to fail.  Why?  Because that ventricle
21   was not created to pump blood to the whole body.  That
22   ventricle was created or the main function is to pump blood to
23   a lower resistant system which are the lungs.
24        So after all these years, that ventricle is already
25   failing.  That was diagnosed and found in the cardiac
```

1   catheterization in 2013.

2   Q    Okay.  After 2013, which was almost ten years ago, what

3   follow-up treatment did he have and what was necessary, sir?

4   A    In May of 2020, he underwent an echocardiogram, that's an

5   ultrasound of the heart, in Florida, and they found that now

6   the left ventricle was also failing.  We measured that

7   function.  It's called the ejection fracture.  That's how much

8   blood is pumped by the heart on each contraction.  It's

9   supposed to be 60 to 65, and in his case, was already 45 to

10  50 percent.

11        I am not that concerned with the left ventricle; although,

12  it's starting to show signs of failure.  I'm very concerned

13  about the right ventricle at this point because the right

14  ventricle in this ultrasound shows severe right ventricular

15  enlargement, and the right ventricular function was severely

16  impaired.  Now we have signs that the right ventricle, it

17  cannot handle all the pressure.

18        At the same time, he had at that time severe pulmonary

19  hypertension.  That's the pressure in the lungs.  That is

20  supposed to be around 25 millimeters of Mercury.  And when it's

21  severe, in his case was greater than 7.  That's May 2020.

22  Q    Okay.  And then May 2020, they had requested that another

23  procedure be done at that time which was going to get done and

24  then it never happened.  Do you know anything about that, sir?

25  A    What the records I have is from July 2020, that he was

1  seen by the same cardiologist.  And at that time, he was

2  evaluated for atrial fibrillation.  And this is a new diagnosis

3  for him.  Atrial fibrillation, it's an arrhythmia of the heart

4  which are very common in patients with his condition, and the

5  problem with atrial fibrillations are that the heart goes very

6  fast or can go very fast and increases the risk for Mr. Blanco

7  to have a stroke.  Why?  Because the upper chamber of heart,

8  instead of contracting regularly and strong, is contracting

9  very rapid and inefficiently.  So the blood stays in this area,

10 blood clots can get formed, and patients can have a stroke.

11 Q    Okay.  Now, since subsequent to that, no other -- there

12 was a procedure scheduled, but nothing else was done, correct,

13 until you get the report from Larkin?

14 A    So I have records that in that -- in August 5, 2020, he

15 was evaluated by Dr. Joel Harden.  He's a congenital heart

16 specialist.  And he recommended cardiac MRI, a chest MRA, an

17 x-ray, and blood work.  He also recommended self-directed

18 activity as an exercise at 40 to 50 percent maximal exercise

19 capacity.  Those were the recommendations that I have from

20 August 5, 2020 by this cardiologist.

21 Q    Okay.  And at that point, he was arrested.  Fast-forward

22 to where we are now.  While he has been incarcerated most

23 recently, he was taken to Larkin Community Hospital.  Have you

24 had a chance to review those records and indicate whether or

25 not his condition has gotten better or what his condition is,

1   sir?

2   A    Yes.  So he was admitted, and I have records from

3   October 5 of this year at Larkin Hospital.  They did an

4   ultrasound of his heart, and echocardiogram, and they show

5   again that the left ventricle had a depressed ventricular

6   function, around 45 to 50 percent.  The right ventricle, it's

7   severely dilated.  Once it gets severely dilated, there's no

8   other description more than severely dilated.  They didn't

9   comment on the baffle procedure.  The baffle is the surgery

10  that I told you at the beginning where they made the right and

11  left side of the heart communicate so blood can go from one

12  side to the other.  He was found to have, again, the

13  arrhythmia.  He's been having two kinds of arhythmias which are

14  cousins, atrial fibrillation and atrial --

15          (There was an interruption by the court reporter.)

16          THE COURT:  Doctor, you need to slow down.  You are

17  using a lot of medical terms that are difficult for the court

18  reporter, please.

19          THE WITNESS:  I'm sorry.

20          THE COURT:  Mr. Powers, you need to keep your voice

21  down.  The interpreter is having trouble hearing --I mean the

22  court reporter.

23  BY MS. DAVIDE:

24  Q    So the conclusions of the report at Larkin, which is what

25  I am concerned with, what procedures or what did they recommend

1    needed to be done to Mr. Guerra?

2    A    So the recommendation was to control his rhythm, to bring

3    his atrial flutter, which is a rapid heart rate of the heart,

4    to normal rhythm.  And we have ways of doing that in cardiology

5    that must come in one.  It's what we call a cardioversion.

6    Cardioversion, we shock the patient's heart and basically we

7    restore the normal rhythm.  And that was done already twice,

8    and it is reported it has been done twice in previous reports.

9    And that was the recommendation given by the cardiologist at

10   Larkin.  I don't have records that that was ever done.

11   Q    Okay.  So you just said that they recommended another

12   cardioversion, correct?

13   A    Correct.

14   Q    And the fact that it has been done two times before, and

15   obviously have not been successful because you need to do it

16   again, after that test is -- after that procedure is done, what

17   would be the next step if that procedure was not successful?

18   A    So the ideal procedure for patients with this condition,

19   it's called a pulmonary vein ablation where an

20   electrophysiologist, which is an electrician of the heart, goes

21   into the area where the arrhythmia is formed and applies heat

22   to burn the area or the muscle that is causing the arrhythmia,

23   and that may give the patient a more definitive treatment or

24   solution of the problem.

25        Cardioversion are trained in solutions, and with his

1    condition, I don't expect those to last more than a few weeks.

2    But it's important to maintain the normal rhythm because if he

3    keeps going at a fast heart rate, it's very likely that the

4    muscle will get weaker.

5    Q    Okay.  Now, Doctor, you know that Mr. Guerra has been

6    diagnosed for numerous years with autism.  How do you think

7    that that may impact him with the specific illness that he has?

8    A    His condition needs regular -- very -- he needs to be on

9    top of his health.

10   Q    Okay.  What does that mean?

11   A    By that I mean that he needs to understand his symptoms.

12   He needs to know when to request help if he doesn't feel good.

13   And he needs to take his medications regularly to prevent

14   worsening arrhythmias, or going into congestive heart failure.

15   And although I don't know him, patients with autism, they lack

16   that ability to understand and know when to ask for help.

17   Sometimes they don't understand the importance of taking the

18   medications.  And sometimes they will just delay care.

19        So it's not the ideal condition, and patients with his

20   congenital abnormality, they have a high tendency of also

21   having autism or personality disorders.

22   Q    If he is not -- if the cardioversion is not successful or

23   it is not done in a timely manner, what does that do with his

24   chances of having a serious -- would it be a heart attack or a

25   stroke?  What would happen to him?

A    He's at low risk for having a heart attack.  He's young

and his coronaries were checked when they did the cardiac

catheterization at Jackson.  I'm not concerned of a heart

attack.

My concerns or the concerns are, number one, going into

congestive heart failure.  That's a condition where the heart

fails and blood goes backwards into the lungs and the patient

cannot breathe.  That's number one.  And we already have some

signs of that being a very potential complication.  As I

mentioned, the function of the heart is very weak, and the

right ventricle is very dilated.  Number one is congestive

heart failure.  And the faster his heart goes, the more chances

he has of going into congestive heart failure.

Number two is the arrhythmia itself.  And in patients with

atrial flutter or atrial fibrillation, the risk of having a

stroke creating a blood clot in the heart and going to the

brain is very high.

Q    Okay.  And I think you said at the beginning that

obviously he needs constant care and constant supervision.  Do

you believe that he could attain this in a prison setting?

MS. GILBERT:  I just object to the basis of knowledge

for this question.

THE COURT:  Overruled.

THE WITNESS:  So I've never been to jail.  I don't

know how the hospital system for jail works.  I mean, these

1    patients -- for these patients, we need to be proactive more

2    than reactive.

3    BY MS. DAVIDE:

4    Q    What does that mean?

5    A    So they need to -- they need close followups by an expert

6    every three weeks, when they are stable, every three month.

7    And the fact that every -- you know, I have reviewed two EKGs,

8    and both electrocardiograms have shown the arrhythmia and his

9    heart rate going fast.

10         So I can see that that's not well controlled.  I don't

11   know if that's the jail system fault or the medication that he

12   has received, but he's not well controlled.  I also see

13   progression of his condition.

14         So if we wait and we are reactive and we wait for him to

15   have symptoms, maybe late, maybe late to prevent an admission,

16   maybe late to prevent a stroke, or maybe late to prevent death.

17         Now, if that patient goes to the cardiologist every few

18   weeks or every few month and his weight is measured and we are

19   proactive taking care of his rhythm either with cardioversions

20   or eventually with an ablation and adjusting his medications,

21   he's not in the best medical regimen.  Again, I don't know

22   whose fault is that.

23         He's not taking blood thinners.  He was taking blood

24   thinners at some time, but he's not taking blood thinners at

25   this time.  He's only taking aspirin.  He was taking Xarelto,

1     which is a more potent blood thinner.  That will prevent

2     stroke.  But taking blood thinners will also increase the risk

3     for bleeding.  I don't know his risk in jail involving a fight

4     or aggressions, but he will be very at risk for bleeding if

5     that happens.

6     Q    So his medical regime, the medicine that he gets, he must

7     take it regularly, and if he misses a dosage, is there a

8     significant probability that something bad will happen?

9     A    One of the medications only.  So he takes a medication to

10    control blood pressure, but in his case, it's given to prevent

11    further dilatation of the heart.  But the important medication

12    is called the Sotalol.  Sotalol is an antiarrhythmic medication

13    that will control the rate and will control the rhythm of the

14    heart, which in his case apparently is not working well, but

15    it's a medication that he's getting, and that's a function of

16    that one.

17          We usually -- every time we made a change to that

18    medication, we admit the patient, he needs to be monitored,

19    because that medication, although it's made to control

20    arrhythmias, it can give the patient other kind of arrhythmias

21    that can be worse than the one he has.

22          So we monitor the patient in the hospital for a few days

23    to assess what we call the QT segment which when enlarged,

24    increases the risk for other kind of arrhythmias.  So that

25    medication is very important, and it has to be managed very

1   closely.

2   Q    Right.  So taking it on a nonconsecutive basis is not good

3   for him.  If he misses a medication, it could be a problem, and

4   without being monitored, also, Doctor?

5   A    It could be a problem because he can go into the

6   arrhythmia, or I think it's worse if he miss a medication and

7   then he resumes taking the medication.  That may be worse.

8   Q    What could happen as a result?  Let's assume that there's

9   a problem or there is a lack of medication has happened in this

10  case a couple of times.  What could happen to him if he doesn't

11  take it for two days or 72 hours, and then he's given it again?

12  A    He could develop this prolonged QT.  So every time we

13  start this medication, we need to do regular

14  electrocardiograms.  And if he's not taking the medication for

15  some days, once we resume the medication, we need to restart

16  the protocol and monitor his EKG and monitor his QT

17  prolongation.

18  Q    And, Doctor, you had said a couple of moments ago that

19  this medicine that he's currently given is not the ideal

20  medicine for him, correct?

21  A    It's a good medication.  It's a very good medication, but

22  I don't think it's doing the effect that it's supposed to do in

23  his case.  And I base that on the EKG.  His heart rate is more

24  than a hundred and he still has the arrhythmia.  So we are

25  using the antiarrhythmic to control the rate and control the

```
 1   rhythm, and none of those are controlled.  Of course, that's
 2   based on the EKG from Larkin which is --
 3   Q    Right, that's the EKG from Larkin.  When you reviewed the
 4   medical records, it was clear that even though Larkin
 5   recommended the procedure, right, nothing -- the cardioversion,
 6   it has not been done as of this date, which is almost four
 7   months later?
 8   A    Yes.  I don't have records of the cardioversion being
 9   done, and it's likely the cardioversion was recommended because
10   the medication wasn't working.  If you have medication, there's
11   no need to do the cardioversion.
12   Q    And you also said that in the event that they are going to
13   change the medication or when they change the medication, it's
14   not something that is just done depending on what medicine is
15   available; it needs to be done with a certain regime where he
16   is watched and supervised for a certain period of time,
17   correct?
18   A    Correct.  He has very limited options now because most of
19   the medications that we use to treat the arrhythmias, they need
20   a normal functioning heart, meaning the contractility of the
21   heart should be normal.  So he cannot get most of the
22   medications because of his condition.  Few of the ones he can
23   get, one of these is the Sotalol, the other one is called
24   Amiodarone.  But Amiodarone in long term can give -- one of the
25   side effects is lung toxicity and thyroid toxicity.  When you
```

1   start a young patient in their twenties on this medication, you

2   can expect at some point this kind of complications.  He has

3   very limited options in terms of medical therapy.

4        The one that really is indicated for him, it's not

5   working.  And the next step is to do either the cardioversion

6   that hasn't been done.  And if that fails, a more advanced

7   therapy and, as I mentioned, is the ablation, the pulmonary

8   vein ablation.

9   Q    Inevitably there may be a need to install a pacemaker you

10  had said, correct, Doctor?

11  A    That's the last resource (sic).  If the ablation doesn't

12  work, then the electrophysiologist will disconnect the upper

13  chambers, which is where the arrhythmia is coming, and the

14  lower chambers of the heart.  And if that happens, then he

15  needs a pacemaker to make sure the lower chamber of the heart

16  still working.  And that will be the next step if the ablation

17  fails.  But it should be considered.

18  Q    Doctor, the conditions in jail, I know you have never been

19  there, but they are not the cleanest, they are not the most

20  sterile.  The eating is not -- he doesn't have a lot of

21  options.  There's not a lot -- the food is usually high in

22  sodium.  How do these factors including the fact that he's not

23  normally monitored or monitored on a basis, how is that going

24  to affect his treatment or his condition?

25  A    Yes.  So he is at risk for congestive heart failure

```
 1   because his right ventricle is very dilated.  So when you add
 2   sodium or salt to the food, then patients usually retain fluid,
 3   and his heart will not be able to handle extra fluid.  And that
 4   is well known in any patient with congestive heart failure.
 5        So the recommendation is a low sodium, a low salt diet to
 6   prevent this from happening.  And we are very strict with
 7   sodium.  And every visit, that's like part of our plan and
 8   that's what we discuss with the patient, you need to take this
 9   medications, you need to do this testing, and remember avoid
10   salt, avoid salt, and just a few grams extra in one sitting can
11   put the patient in congestive heart failure.
12   Q    Doctor, how about in terms of outward signs because we
13   know, God forbid, someone who, you know, has cancer or somebody
14   who has AIDs, you see the deterioration little by little and
15   you can assume -- and the patient feels the deterioration.  How
16   does this vary or how does this compare to someone who is
17   suffering from what Mr. Guerra has?
18   A    So patients usually get used to the symptoms.  They learn
19   how to live with them, which is a bad thing because they don't
20   understand when they start feeling bad and they need to feel
21   very, very bad to ask for help.
22        So although I don't know him, based on his condition, I
23   will expect that he will get tired with any physical activity.
24   But that's probably he assume that that's his normal.
25        So patients, there is a slow deterioration of the
```

```
 1   condition, and what we see is sudden decompensations that will
 2   require hospitalizations.  And that's why I mention at the
 3   beginning that we need to be proactive and not reactive.  If we
 4   wait for these spikes of decompensation, that impose a very
 5   stressful situation for the patient.  They usually need to
 6   change a lot of things in the hospital.  Sometimes these
 7   patients require intubation or mechanical assistant of the
 8   breathing and sometimes they die.
 9           So the way to prevent is on a day-to-day low salt diet,
10   daily weight.  And once you see that the weight is going up,
11   then you can assume that he's retaining fluid, then you can be
12   proactive and give a diuretic or make changes in the diet.  If
13   you wait too long, the patient will likely need a
14   hospitalization.
15               MS. DAVIDE:  Give me one moment, Judge.
16               I have no more questions.  I tender the witness.
17               THE COURT:  All right.  Cross-examination.
18               MS. GILBERT:  Thank you, Your Honor.
19                        CROSS EXAMINATION
20   BY MS. GILBERT:
21   Q     Doctor, may name is Karen Gilbert.  I am the prosecutor in
22   the case.  Good morning.
23   A     Good morning.
24   Q     Do you have any familiarity with federal prison medical
25   facilities?
```

```
 1   A    No.
 2   Q    Okay.  And I assume in your experience hospitals differ
 3   from one to another and treatments may differ from one
 4   cardiologist to another, right?
 5   A    Yes.  There's usually a standard of care, but it may be
 6   different from one cardiologist to another, yes.
 7   Q    Okay.  And you said that what needs to be monitored,
 8   obviously he needs to be on the correct meds and a low salt
 9   diet and watch his weight?
10   A    That's on a day-to-day basis.  And then I also mentioned
11   that he needs regular cardiology appointments to monitor his
12   electrocardiogram to assess the function of the heart using
13   echocardiography, and they usually need more invasive
14   procedures like cardiac catheterizations, and depending on his
15   condition, other procedures like the ablation or cardioversion.
16   Q    Do you know how it came to be that he went to Larkin?  Did
17   he ask for help?
18   A    I don't know.
19   Q    The records don't reflect?
20   A    No.
21            MS. GILBERT:  Nothing else.  Thank you.
22            THE COURT:  All right.
23            Thank you, Doctor.
24            Anything else from Dr. --
25            MS. DAVIDE:  No, that's it.  Thank you very much,
```

1   Doctor, for your time.

2          THE WITNESS:  Okay.  Bye.

3          THE COURT:  Are the attorneys here for the

4   11:00 hearing?

5          MS. GILBERT:  Yes, Your Honor.

6          MS. DAVIDE:  Yes, Your Honor.

7          THE COURT:  The marshals, you have him nearby?

8          THE MARSHAL:  Yes, Judge, he's right behind.

9          THE COURT:  Do you want to leave Mr. Guerra here while

10  we do that, or do you want to take him in and out?  It's up to

11  you.  You are in charge of security, so whatever you want to

12  do.  It shouldn't take more than ten minutes, I think.

13         (Other matters were heard by the Court.)

14         THE COURT:  Now that we have resolved the objections

15  to the PSI and determined the guideline range, what is the

16  government's position as to an appropriate sentence considering

17  the guideline range, the 18 United States Code, Section 3553

18  factors, as well as the defendant's mental and physical health

19  conditions?

20         MS. GILBERT:  Your Honor, we believe that 20 years is

21  the appropriate sentence.  We are certainly well aware of his

22  significant health concerns and conditions, but we are

23  confident that the federal medical facilities can continue the

24  treatment and can give him all of the procedures and the

25  medical treatment that he needs.

1          There's certainly plenty folks in federal custody, I

2    am sure you are well aware, that need medical treatment, and I

3    think they get appropriate treatment.

4          The 3553 factors that the government wants to focus on

5    as we did in the pleading, which I know you are familiar with,

6    is the seriousness of this crime.  The outward call to kill

7    dozens or hundreds of innocent people, to run them over, how to

8    get the most casualties, how to get the area where people can't

9    get away, the nature and seriousness of this crime is why the

10   guidelines are so high, is why the terrorism enhancement is so

11   high.  It's why it goes to criminal history category 6 unlike

12   any other.

13         And we believe that the appropriate sentence is 20

14   years for deterrence, for potential recidivism.  I know counsel

15   in her pleading said, you know, no way and claims that he, you

16   know, is partaking in the Jewish religion now, but who knows

17   what tomorrow brings.

18         The only other two points I would make, Your Honor, is

19   sometimes when people know they have a short time to live, they

20   are the most dangerous and, you know, sort of go out in a

21   flurry.

22         Also, Your Honor, with the bullying that we have

23   heard, a lot of times we all know that bullies retaliate and

24   become more aggressive.

25         I totally understand the hard things that this

```
 1   defendant has gone through, but his actions are so egregious

 2   and so dangerous, and that's why we believe the statutory

 3   maximum is appropriate.

 4              THE COURT:  Thank you.

 5              All right.  What is the defense position, or do you

 6   want to put on the defendant's mother briefly?

 7              MS. DAVIDE:  I would like to put on the defendant's

 8   mother briefly -- I'm sorry, I want to call the defendant's

 9   mother just very briefly, and then I have my argument, and then

10   Mr. Guerra would like to address the Court for a moment.

11              THE COURT:  Okay.

12              Come on up, mom.

13              MS. DAVIDE:  She takes those off, right?  Of course.

14   Three times vaccinated.  Where do you want her?

15              THE COURT:  Do you want to take testimony from her or

16   you want her just to talk to me like from --

17              MS. DAVIDE:  Not really take testimony.  There's two

18   specific questions that I want her to respond.

19              THE COURT INTERPRETER:  Sorry, Your Honor.

20              THE COURT:  First of all, could you please tell us

21   your name.

22              THE WITNESS:  Dayluvi Blanco Valle.

23              THE COURT:  How do you spell Dayluvi?

24              THE WITNESS:  D-A-Y-L-U-V-I.

25              MS. DAVIDE:  Judge, I'm not going to go through all of
```

```
 1   her education and everything because I'm sure you read that.
 2              THE COURT:  Right.
 3              MS. DAVIDE:  She has --
 4              (There was an interruption by the court reporter.)
 5              MS. DAVIDE:  I'm sorry.
 6              Judge, I'm not going to go through her background
 7   because I'm sure Your Honor read her company, her -- that she
 8   has a master's degree in special education and speech therapy.
 9              What I am basically going to ask you is, ma'am, since
10   your son has been incarcerated, we know that he has been
11   diagnosed or he is diagnosed with autism.  What do you do on a
12   regular day to help him be able to function?
13              THE WITNESS:  When he calls me on the telephone, I
14   tell him the routine he has to follow because since he is
15   autistic, he has to have a regular routine.
16              First of all, I have to tell him he needs to call me,
17   that he needs to bathe, he needs to take his medicine.  It's
18   also important for him to have our support because he's always
19   been with us and we have always given him our support.
20              MS. DAVIDE:  If you please, tell the judge anything
21   you would like to tell him before he makes a decision.
22              THE WITNESS:  Yes.  I wanted to tell you that we came
23   from Cuba, but that we are citizens of the United States.  We
24   came to this country, and we are extremely grateful because we
25   were given the opportunity to continue to study, to progress,
```

1    and also to give a better life to our children.

2           Our life has been quite difficult given the conditions

3    that we have suffered through with our son, in addition to the

4    cardiac conditions, the physical conditions, also being

5    autistic and also to become individuals that can learn when a

6    person's autistic, why he does things when he's autistic, and

7    also how to recognize the symptoms when he does something

8    because you of autism.

9           MS. DAVIDE:  Why are you concerned, ma'am, if he stays

10   incarcerated?  Are you concerned with his health issues?

11          THE WITNESS:  Well, first of all, because of the

12   serious cardiac or heart condition that he has.

13          Secondly, because he, by himself, he alone will not be

14   able to maintain the routine.  He cannot do it.  He needs our

15   ongoing and permanent help.  Because of his autistic condition,

16   he's quite selective when it comes to food.  The only thing

17   that he eats is cereal and tuna, just cereal and tuna.

18          THE COURT:  Hopefully not together.

19          THE WITNESS:  Sometimes he has no choice but to mix

20   the two.  Sometimes we are able to supplement it a little bit

21   so that he can live a little bit more and perhaps survive

22   longer.  Taken in mind all those conditions as his mother, I

23   beg of you that you keep all that in consideration and be

24   benevolent in your decision.

25          I know that only a mother can feel the sensation when

1    a mother knows that her son is going to die and that she cannot

2    be at his side.  Only a mother can feel that.

3            MS. DAVIDE:  Just one last thing and we are done here.

4    You, your husband, your parents --

5            THE COURT INTERPRETER:  Use the microphone, please.

6            MS. DAVIDE:  You, your husband, your parents, anybody,

7    has anybody ever been involved in any terrorism or anything

8    against the government?

9            THE WITNESS:  Never, and nor do we ever plan to be.

10   And I would also like to say that we support this country very

11   much and we support the fight against terrorism and would never

12   been involved in this.

13           MS. DAVIDE:  And you never knew anything of what your

14   son was involved in in terms of terrorists?

15           THE WITNESS:  No, we never found out.  And if we had

16   found out, we would have clearly explained to him what the

17   consequences of that are and explained to him that he cannot do

18   that because we don't agree with that.

19           MS. DAVIDE:  I have no more questions.

20           THE COURT:  Thank you very much.

21           THE WITNESS:  Those who know my son know he's a very

22   good person and they know that if it were just up to him, he

23   never would have been involved in this.  What happened was he

24   was manipulated because it was -- and it was not his intent to

25   do anything.  It was -- they manipulated him because he's

```
 1    autistic.

 2              THE COURT:  Okay.  Thank you very much.

 3              Mr. Guerra, you have the right to make a statement to

 4    me before I impose sentence.  You don't have to say anything,

 5    but if you would like to say anything, this is your chance.

 6              MS. DAVIDE:  And then I can argue my --

 7              THE COURT:  Yes.

 8              MS. DAVIDE:  Do you want him to sit?  Can he sit?

 9              THE COURT:  Wherever he is more comfortable.

10              THE DEFENDANT:  I'm sorry.  What I did was --

11              MS. DAVIDE:  Can we take this off?  He's vaccinated,

12    Judge.

13              THE COURT:  Okay.  Just talk slowly, please,

14    Mr. Guerra.

15              THE DEFENDANT:  I am sorry.  What I did was wrong.  I

16    am 25 years old.  I did this terrible things when I was 22

17    years old.  I know that what I did was terrible.  I have grown

18    a lot in prison and I am not the same person.

19              When I did this, I was sick and I really believed I

20    was going to die.  And they made me feel safe with the words of

21    the terrorists and believed that I would be safe.

22              I have been ill since I was born.  I spent the first

23    two years of my life in the hospital.  I never had any friends.

24    I never played sports.  These people made me feel like I

25    belonged and I was important.
```

1        When I was in school, I wore a back brace and I also

2   had a hole in my neck from my tracheostomy.  I was laughed at

3   and at called sewer and many other names.  They would make fun

4   of me for riding the short handicapped bus, and I was always

5   very skinny and very pale because I had anorexia.

6        The kids in middle school laughed at me.  But I never

7   hated them and I never wanted to hurt them or do anything

8   against them.  And I always forgave them.

9        And I had numerous medical procedures during school.

10  I missed months of school.  I was always behind in my school

11  works.  The kids called me stupid and retarded.  During high

12  school, things were so bad that I was home-schooled.  I always

13  knew that I was different, but I didn't know that I had autism.

14        My parents have always loved me and tried to protect

15  me from getting hurt, so I was alone all the time.  I am not

16  saying this is an excuse because there is no excuse for what I

17  did.  I am a good person.  What I did is a terrible thing.

18        I miss my mother and my father every day.  The last 18

19  months have been terrible.  I cry every day for the pain I

20  caused my family.  They are embarrassed because of what I did.

21  I know that you have to punish me.  I will never do anything

22  like this again, I promise.

23        I have not behaved bad in jail at all.  I am alone all

24  the time.  I miss my family.  I know what I did was wrong and I

25  ask for your forgiveness and leniency for I have done wrong.  I

 1   am truly sorry.

 2        I am going through constant torment and suffering

 3   throughout my incarceration uncertain of when and if I will be

 4   able to hear from my loving family again through all my

 5   incarceration time, uncertain of when will the next lockdown

 6   come, uncertain if the two hours a day allowed outside the cell

 7   to contact my family and shower will be reduced again to only

 8   50 minutes every three days outside my cell, uncertain how long

 9   the sudden lockdowns will last, uncertain if my loving family

10   is okay, worried that I might die without them hearing from me.

11        I cry every day for how much I miss my loving family.

12   I cry every day tears of repentance for the wrong I have done.

13   I cry every day and blame myself every day for listening to a

14   terrorist.  I cry every day for destroying my life, destroying

15   my loving family, by bringing so much sadness, by my

16   wrongdoing.  I am truly repentant and I am truly sorry.

17        I feel pain in my chest.  I feel pain in my body.  I

18   feel my heart races like it wants to jump out of my chest.  I

19   feel tired.  I have sudden (unintelligible).

20        While showering, I feel like my mind is shutting down

21   and I am about to fall.  My back hurts me.  Lights bother me.

22   I can't sleep at night because the noises bother me.  The loud

23   noises torture my ears.  Bright lights blind my ears.  My

24   vision become blurred.

25        But the most intense pain I feel, it's repentance for

```
 1    my wrongdoing and my conscience.  But I realize how wrong I was
 2    for believing in their evilness, believing their ill words
 3    directed to me.  I am truly sorry.  My fate is in your hands,
 4    Honorable Judge Robert Scola.
 5            I fear to die alone, lonely in prison away from my
 6    family.  I fear that my daughter will know that I died in
 7    prison, lonely, away from my loving family.  I fear not being
 8    able to be with my grandparents in their last days.  I fear
 9    bringing more sadness and sorrow to my loving family by passing
10    away alone in a prison cell away from my dear family with my
11    medical ailments.
12            I am regretful and sorrowful.  I repent for I have
13    done very wrong.  I am sincerely, truly sorry.  I am not the
14    same person I was when I was arrested.  I have grown a lot as a
15    human being.  I know what I did was wrong and I ask for your
16    forgiveness and leniency.  I am truly sorry.
17            THE COURT:  All right.  Thank you.
18            And what is the defense position as to an appropriate
19    sentence and why?
20            MS. DAVIDE:  Judge, the appropriate -- we ask, Judge,
21    that he be sentenced to -- and I am going to tell you the exact
22    number.
23            The number, Judge, where we chose this number from,
24    it's the number that would have been applicable had they not --
25    had Your Honor not adjusted his sentence based on the
```

1    enhancement which comes out to about six to seven years, Judge.

2    We think the appropriate sentence is six years.  And the reason

3    for that, Judge, is I think we have numerous mitigating

4    reasons.

5            And I understand the government's position that what

6    he did was bad.  And as you off heard, though, there are

7    mitigating circumstances.  Your Honor has a very difficult

8    decision because based on Booker and based on the case law, you

9    have to decide what sentence is sufficient for Jonathan Guerra,

10   not in general for other defendants.  And what is especially

11   interesting, and we included it in our sentencing memorandum,

12   is that because of the harsh punishment associated with the

13   enhancement, Judges that do decide to give some sort of

14   departure usually go down 40 to 45 percent on the appropriate

15   sentence.

16           So first thing, Judge, I believe that Your Honor

17   should consider his acceptance of responsibility.  He,

18   unfortunately, the way that the guidelines are set up, he does

19   not get that benefit.  He immediately accepted responsibility.

20   He pled within, even though we were in the middle of COVID

21   within three, three and a half months, he immediately jumped on

22   board to help the government.

23           We ask Your Honor to, from the top of the guidelines,

24   like we stated in our sentencing memorandum, to bring it down

25   to the three levels down which would leave a sentence of 15 and

1    a half years.  That is consistent with what this Court did in a

2    prior case of a defendant named Evelio Suarez.  In that case

3    Mr. Suarez was the head of a major money laundering situation.

4    His guidelines far exceeded the 20 years because of the amount

5    of money and because of his priors.  At that time Your Honor

6    adjusted his sentence down, and his sentence that he then

7    reached was 15 and a half years.

8         So we ask Your Honor to at least consider that to

9    start at the level of 15 and a half, which is what you did for

10   Mr. Suarez.

11        The acceptance of responsibility is not something

12   that's been limited to this Court.  Numerous other courts that

13   I have listed in my motion have dealt with that and considered

14   that as the appropriate guideline before they determined

15   downward variances.

16        Judge Dimitrouleas has done that several times.  Judge

17   Cooke has done that on a securities fraud case.  So it's an

18   overall practice from judges to consider if a client does

19   accept responsibility and they do it in a timely manner, to

20   give him the credit for those three points.

21        So assuming that this Court will be consistent and do

22   what it did in other cases, we are then at guideline range of

23   15 and a half years.  What I did, Judge, was I split that

24   number in half because I thought to myself, based on the quick

25   facts that are provided by the U.S. Sentencing Commission, most

1   judges consider defendants on their individual basis and

2   consider appropriate reductions.

3          In this case, Judge, you have two extremes.  You have

4   a bad crime, but you have a young man that fits several

5   different departure grounds that this Court can consider.

6          Number one, and most importantly, 5H1.4 allows you to

7   consider his serious medical condition.  There is no doubt that

8   he suffers from a serious condition.  We know that this Court

9   on other occasions have substantially departed based on a

10  person's medical condition.

11         The government wants this Court to believe that, well,

12  he can get medical treatment in prison.  Just based on the fact

13  that Larkin Hospital took him to be reviewed and four months

14  ago they asked that a cardioversion procedure be done and

15  fast-forward four months and nothing has been done at all seems

16  to argue against the fact that they can adequately take care of

17  Mr. Guerra.

18         Additionally, as this Court is well aware, and I ask

19  this Court to take judicial notice of the numerous motions that

20  I have had to file to make sure that Mr. Guerra continues on

21  his regime, but if not for this Court's constant involvement,

22  there would have been days on days when Mr. Guerra did not

23  receive the medication of Sotolol.  That medication is

24  especially important, and the doctor quite candidly told you

25  that that was the most important medication.  There are periods

1    of a day up to almost 48 hours that, but for this Court's

2    intention, he would not have received it.

3            The last Larkin report is terrible.  This doctor that

4    testified explained to you in his medical terms how one part of

5    his heart is only working at a 45 percent rate.  He's also told

6    you that the other side of his heart is obviously shutting down

7    due to the extra pressure placed on him.  There are so many

8    procedures that Mr. Blanco needs.

9            And what is especially important, unfortunately, is,

10   added to his medical condition, you have the problem that he

11   has autism.  And autism people or autism children, because he's

12   25 years old, don't have -- their main problem is they do not

13   communicate like other people and that's -- and his lack of

14   socialization creates a human being that cannot express

15   himself.

16           This Court should consider his ability to express his

17   needs if they don't give him the medication.  I am not going to

18   prison with him.  Your Honor, unfortunately -- we are not going

19   to have that ability to constantly call this Court and call

20   Jacob and say make sure he gets the medicine.  This is a person

21   who does not have the ability to constantly tell the staff or

22   the nurses that he needs medication.

23           Oftentimes we have heard from BOP that he's not

24   filling out the documents in the correct way.  We have told him

25   several times.  But again, going back to what his mother said,

```
 1   you know, he's a human being that has worked on a regime his

 2   entire life.  Right now he needs to speak to his mother three

 3   or four times a day.  There was a time when he was in prison --

 4   or he still has people in prison that help him in everything he

 5   does.

 6        He wears earphones all day long.  He walks around with

 7   his earphones on to such a degree that the guards have told

 8   him, hey, you've got to put away your earphones.  Why does he

 9   do that?  Because the noise in the prison, the constant bang,

10   bang, bang affects his head to such a degree that it doesn't

11   allow him to properly process what is going on.

12        In conjunction with that, you've got he has lost

13   over -- I would say somewhere like 25 pounds since at least I

14   got involved in this case.  That is because, again, you've got

15   the problem that you have somebody who has autism who is very

16   picky with what he eats.  He only eats chicken, and chicken is

17   only given once every three weeks in the prison, and he only

18   eats what he gets from the commissary, which is also limited

19   because there's only a certain amount of food that he can buy a

20   month.

21        So you've got somebody who's condition in jail is so

22   much more severe than a regular person that -- if you had a

23   regular defendant and you said, look, the guidelines are 15

24   years, I am going to give him 15 years, you've got to really

25   consider that the time that Mr. Guerra does in prison is at
```

```
 1   least two times worse than a regular defendant.

 2          And that's why I came up with the number before seven

 3   and a half, seven, six to seven years, because I really

 4   thought, Judge, that based on this individual and his specific,

 5   not only very serious medical issues to a degree that if he

 6   doesn't get this treatment -- and it's very -- I think the

 7   doctor did a very good job.

 8          He's not a professional doctor.  He's just a

 9   cardiologist who saw his records.  He told you how it was

10   important that he constantly be monitored, how if the first

11   procedure is not done or not done correctly, he may need a

12   second procedure.  He may end up having a pacemaker.  For a

13   human being who is 25 years old, that is not even -- you know,

14   may not even being successful at that point.

15          This isn't somebody coming before you saying, oh,

16   Judge, you know, I just got diabetes or my blood pressure is

17   really, you know, on a compassionate release.  This is a person

18   who since he was born spent two years in a hospital documented

19   with severe heart congestion.  And it has followed him his

20   whole life.

21          Then you couple that with the fact that he was an

22   outcast in school because of his illness and because of his

23   autism.  Autism, just autism alone, is such a severe mental

24   ailment that it makes the defendant different than most other

25   defendants you see here today.  You know, you have a person who
```

1    doesn't have the social skills, who, yes, got involved with

2    this and, yes, was obsessed with this and did it a lot.  And I

3    agree with the government, he did this, he did it a lot, and he

4    was good at it.  Why?  Because then again you have that

5    obsessive compulsive behavior.

6          But here is a person who is not radical.  That type of

7    enhancement is really preserved or really awarded to people

8    that are radicals, people that go down screaming yay, Muslims,

9    you know, die Americans.  You don't have that.  You don't have

10   that.

11         You have a person who sits before you weighing

12   95 pounds who has never done anything to indicate that he has

13   any allegiance to ISIS from the moment that he was arrested.

14   There hasn't been any follow-up.  There hasn't been any

15   indication that he's part of the radical Muslim group in the

16   prison.

17         He told you, and I can tell you, he's by himself in a

18   corner all day long.  He's actually now joined the Jewish

19   faith.  The rabbi in the jail talks to him and helps him deal

20   with this.  He's a person that was in drastic need of religion,

21   maybe because his parents kept him in this bubble, they made

22   him feel like he was going to die.  Was he going to die right

23   away, or is he going to live another five years?  I can't tell

24   you that.

25         But I will tell you that a lot of the things that

1   happened in this case have to do with the fact that he had no

2   social interaction.  He was in his room 24 hours a day.  He

3   didn't drive.  He didn't go anywhere.  This is an individual

4   that went to the mosque and said, oh, my God, look, I've met

5   all these people at the mosque.

6        That's why when the government says, well, we weren't

7   able to arrest anybody, of course they weren't able to arrest

8   anybody.  He didn't know anybody.  He knew people were their

9   candid aliases on the internet.  He never once met with a

10   group, with one human being, in person except for the day he

11   arrived with his mother and grandmother to meet, you know, the

12   OC who ended up being a police officer.

13        So you've got several grounds that Your Honor can

14   consider to find the appropriate sentence.  You can consider

15   his terrible health conditions.  You can consider his mental

16   condition.  You can consider his age.  And, Judge Moreno, the

17   legend in this building, has said, and he's said it to several

18   defendants, that people that are 22 are not the same person

19   that are 40 years old.  And it's not an excuse, but what you do

20   at 22 is never what you do at 35.  And his age is a

21   consideration that Your Honor can consider in doing and

22   promoting and really understanding the hardships that

23   Mr. Guerra has gone through.

24        And when Your Honor compares the crime, which is bad,

25   but to the individual characteristics of Mr. Guerra and what a

1    day in the life of Mr. Guerra has been, not only from when he

2    was born, not only when he went to middle school, not only when

3    they made fun of him and called him all these names, but a day

4    in his life now while he's in the prison, and there's only more

5    hardship to come because he's now at FDC, he will now be moved

6    to another prison.

7         He will be -- the trip will be weeks and weeks and

8    weeks in different prisons.  He won't have the ability to

9    control what he eats because there's not commissary in any of

10   those.  He won't have the ability to constantly be reassured by

11   his mother and father.

12        You have parents that sit outside the jail, drive down

13   here from Fort Myers and sit outside the jail at least two

14   times a week waving at him.  They do that why?  Because in his

15   little heart, he really needs that in order to move forward.

16        So you have someone who is severely mentally impaired,

17   someone who is physically impaired.  You have somebody who has

18   done everything.  When he got arrested, once I got involved in

19   the case, I immediately contacted the government.  He

20   immediately began to cooperate.  We met on -- we met two times.

21   I spoke on the phone continuously with information that

22   Jonathan gave me.

23        Talk about being compulsive?  I would get text

24   messages on the Corrlinks at least eight times a day with

25   different things he did.  And I would then transfer him over to

 1   the agent that's in court today.

 2          Whether or not it leads to a cooperation, and that's

 3   the government's decision, it is something that the law allows

 4   you to consider in forming the appropriate sentence.

 5          So I think, Judge, when you look at all of these

 6   different factors, you look at the U.S. sentencing guidelines

 7   and what it allows Your Honor to do, and you look at Mr. Guerra

 8   as he sits before you today, I ask Your Honor to sentence him

 9   to six and a half years in the -- in BOP with obviously credit

10   for all time served.  I ask that you recommend -- you know,

11   this is -- I don't know.  I know there is a prison where they

12   send people that have autism, but I am also going to ask Your

13   Honor to send him to a hospital where at least he gets some of

14   the treatment that he needs.

15          So I ask that you send him to the best facility that

16   BOP finds sufficient.  And the argument by the government that

17   we have great medical conditions in our prison is not even

18   close to being true, unfortunately.  And especially now with

19   COVID, the strains of COVID, the infections, the

20   overpopulation, like the doctor said on his own because he has

21   never been to prison, if you get into a fight or you get into a

22   situation where he gets injured, it would be deadly for him.

23   This isn't, you know, someone who has minor issues.

24          Based on all of these multitude of factors and your

25   great latitude in fashioning a sentence that obviously protects

 1   and takes into consideration what Mr. Guerra did but looking at

 2   Mr. Guerra and all his extraordinary mental and physical

 3   issues, we ask Your Honor to downward depart to six and a half

 4   years.

 5             THE COURT:  Thank you.

 6             MS. GILBERT:  Judge, may I mention two things?

 7   Forfeiture is part of this, and we would ask for lifetime

 8   supervised release.

 9             THE COURT:  Is that available?

10             MS. GILBERT:  It is, sir.  On a terrorism offense, the

11   PSI says it, any term of years up to life.

12             THE COURT:  Okay.  The Court has considered the

13   statements of the parties, the presentence report which

14   contains the advisory guidelines, as well as the statutory

15   factors set forth in 18 United States Code, Section 3553.

16             Having previously determined that the total offense

17   level is level 37 with a criminal history category 6 and an

18   advisory guideline range of 360 months to life, but since there

19   is a statutory maximum of 240 months, then that becomes the

20   guideline range of 240 months.

21             I think it's important to note, since Mr. Guerra has a

22   number of family members here to support him, that I know a lot

23   of people come to federal court and they say, oh, my son, my

24   husband, my daughter is different from everybody else.  I know

25   you have all these dangerous criminals in federal court, but my

```
 1   son, my husband was a good person who just happened to do

 2   something bad.

 3           And what makes my job very hard is that, more often

 4   than not when I am sentencing somebody, it is somebody who's

 5   not a bad person.  They've just done something that's bad.  And

 6   we do from time to time get really bad criminals, but the fact

 7   that Mr. Guerra is here coming from a good family is not out of

 8   the ordinary.  And I do know that his family has been

 9   incredibly dedicated to him and supportive of him throughout

10   his entire life, and yet their support and monitoring of him on

11   a daily basis didn't prevent him from getting involved in this

12   activity.

13           This is obviously a very serious offense that warrants

14   a significant prison sentence for a number of reasons, to

15   promote respect for the law, to protect the public, and to

16   deter others who are thinking about getting involved in similar

17   offenses.

18           I do believe there are several factors that weigh in

19   mitigation of a lengthy sentence.  I think Mr. Guerra's

20   physical condition qualifies for a departure under 5H1.4 of the

21   guidelines.  I also think the fact that he has absolutely no

22   prior arrests is mitigation.  I think the fact that his age and

23   immaturity are somewhat mitigation.  I think the fact that he

24   suffers great psychological trauma as a child from the constant

25   bullying he received from other children is somewhat
```

1    mitigation.  I also think the fact that he early on accepted

2    responsibility for this offense and the way the guidelines have

3    worked out, he doesn't really get credit for the acceptance of

4    the responsibility, so it is warranting some variance from the

5    guideline range.

6         Most importantly, you know, the severe health issues

7    coupled with his neurodevelopmental disorder, level 3 autism,

8    and OCD put him at greater risk than other inmates while

9    serving his sentence.

10        I also want to impose a sentence that avoids any

11   unwarranted sentencing disparities with other similarly

12   situated defendants.

13        In light of all of those circumstances, it's the

14   judgment of the Court that the defendant is committed to the

15   Bureau of Prisons to be imprisoned for 192 months as to

16   Count 1.

17        Upon release from imprisonment, he will be placed on

18   supervised release for life.  Within 72 hours of release, he

19   will report in person to the probation office in the district

20   where he is released.  While on supervised release, in addition

21   to the standard and statutory conditions of supervised release,

22   the following special conditions will apply:

23        Data encryption restriction, permissible computer

24   examination, offense-related computer restriction, computer

25   activity recordkeeping requirement, permissible search

1  condition, and the unpaid restitution, fines, or special

2  assessment condition will apply.  Each of those are more

3  specifically noted in part F of the presentence report.

4        The defendant must also pay a special assessment of

5  $100 payable to the United States immediately.

6        So the total sentence is 192 months imprisonment,

7  supervised release for life, and a $100 special assessment.  I

8  am going to order forfeiture of the defendant's right, title,

9  and interest in the property identified in the preliminary

10  order of forfeiture which is found at docket entry 34, and that

11  order will be incorporated by reference into the final

12  judgment.

13        I will recommend that Mr. Guerra be allowed to serve

14  his sentence at a medical facility where both his physical and

15  mental health issues can be properly addressed and treated.

16        Now that sentence has been imposed, does the defendant

17  or his counsel object to the Court's finding of fact, the

18  manner in which sentence was pronounced, or any of the Court's

19  sentencing rulings?

20        MS. DAVIDE:  Well, Judge, preserving all our prior

21  objections on the record and all our pleadings.

22        THE COURT:  All right.  Mr. Guerra, you have the right

23  to appeal the sentence that was imposed; however, any notice of

24  appeal must be filed within 14 days after entry of the

25  judgment.  If you are unable to pay the costs of an appeal, you

```
 1    may apply for leave to appeal in forma pauperis, which means

 2    you can appeal without prepaying any fees or costs.

 3              Is there anything further from either the government

 4    or the defendant this morning?

 5              MS. GILBERT:  No, sir.

 6              MS. DAVIDE:  No.  No, sir.

 7              THE COURT:  All right.  Good luck to you, Mr. Guerra.

 8              Thank you all for your presentations.  We will be in

 9    recess.

10              (The hearing concluded at 12:22 p.m.)

11                             - - -

12                      C E R T I F I C A T E

13

14         I hereby certify that the foregoing is an

15    accurate transcription of the proceedings in the

16    above-entitled matter.

17              Please note: This hearing occurred during the

18    COVID-19 pandemic and is therefore subject to the technological

19    limitations of reporting remotely.

20

21    3/4/2022               s/ Tammy Nestor
                             Tammy Nestor, RMR, CRR
22                           Official Court Reporter
                             400 North Miami Avenue
23                           Miami, Florida 33128
                             tammy_nestor@flsd.uscourts
24

25
```

Case 1:20-cr-20245-RNS Document 102 Entered on FLSD Docket 03/11/2022 Page 122 of 147

122

147

MS. DAVIDE: [85] 3/12 4/8
5/17 5/22 7/19 7/23 8/19
8/23 9/11 9/18 11/14 15/14
16/24 17/2 17/4 18/17 20/20
20/25 21/9 21/11 23/6 23/14
23/18 27/14 27/19 31/11
31/16 31/19 33/14 35/7
37/12 37/19 38/1 38/3 38/10
38/25 39/18 40/7 40/17 41/6
41/12 57/4 59/11 62/23 63/2
63/9 69/2 74/19 74/24 75/3
75/8 75/12 76/13 76/17
76/19 76/21 76/24 77/3 77/5
77/7 77/9 77/15 77/17 77/22
95/15 96/25 97/6 99/7 99/13
99/17 99/25 100/3 100/5
100/20 101/19 102/3 102/6
102/13 102/19 103/6 103/8
103/11 106/20 120/20 121/6
MS. GILBERT: [64] 3/6 3/25
4/3 4/5 5/19 12/13 13/11
13/23 14/6 17/1 18/2 18/5
20/24 21/6 22/14 23/22 24/1
24/10 25/4 25/20 25/23
26/24 27/2 27/6 27/20 28/11
29/13 29/16 29/19 32/2 32/4
34/2 34/11 34/13 34/17
34/22 35/2 35/21 36/4 36/7
36/11 36/17 36/24 37/10
40/3 59/13 62/19 67/25 68/5
75/20 77/20 88/21 95/18
96/21 97/5 97/20 117/6
117/10 121/5
THE COURT
INTERPRETER: [2] 99/19
102/5
THE COURT: [149] 3/2 3/10
3/18 3/22 4/2 4/4 4/6 5/15
5/18 5/21 7/15 7/20 8/18
8/20 9/8 9/14 11/11 12/12
13/9 13/20 14/5 16/22 17/3
17/23 18/4 18/16 19/24
20/21 21/1 21/4 21/7 21/10
22/12 23/3 23/11 23/15
23/20 23/24 24/4 25/2 25/17
25/22 26/23 27/1 27/5 27/17
28/10 29/12 29/15 29/18
31/13 31/18 31/23 32/3 32/5
32/8 32/17 32/20 33/22
33/25 34/8 34/12 34/16
34/21 35/1 35/6 35/19 36/3
36/5 36/9 36/16 36/23 37/8
37/11 37/16 37/24 38/2 38/9
38/12 38/15 38/20 39/2
39/22 40/6 40/12 41/9 41/18
43/19 44/8 50/18 55/3 58/1
58/5 59/12 62/20 62/25 63/6
67/24 68/4 69/10 74/22 75/1
75/5 75/10 75/13 75/17
75/21 76/1 76/4 76/9 76/12
76/15 76/18 76/20 76/22
77/4 77/6 77/8 77/10 77/13
77/21 81/3 85/16 85/20
88/23 95/17 96/22 97/3 97/7
97/9 97/14 99/4 99/11 99/15
99/20 99/23 100/2 101/18
102/20 103/2 103/7 103/9

117/12 120/22 121/7
THE DEFENDANT: [5] 21/3
44/3 44/9 103/10 103/15
THE MARSHAL: [2] 75/16
97/8
THE PROBATION
OFFICER: [2] 3/20 77/11
THE WITNESS: [24] 38/14
38/23 50/22 55/7 58/4 58/6
76/3 76/11 76/23 77/1 77/16
81/4 85/19 88/24 97/2 99/22
99/24 100/13 100/22 101/11
101/19 102/9 102/15 102/21

$

$100 [2] 120/5 120/7

1

10 [1] 75/17
10:37 [1] 75/25
11 [2] 36/9 37/4
11:00 and [1] 75/17
11:00 hearing [1] 97/4
11:15 [1] 75/23
12-level [1] 74/3
12:22 [1] 121/10
14 [1] 120/24
15 [10] 74/18 75/12 75/18
75/24 107/25 108/7 108/9
108/23 111/23 111/24
15-minute [1] 74/17
16 [3] 5/16 6/14 20/4
18 [7] 41/25 50/8 69/10
69/17 97/17 104/18 117/15
19 [1] 121/18
192 [2] 119/15 120/6
1996 [1] 79/18
1B1.8 [1] 6/17

2

20 [6] 74/14 74/14 74/15
97/20 98/13 108/4
20-20245-CR-SCOLA [1] 1/2
200 [1] 39/15
2004 [1] 68/14
2006 [1] 78/12
2010 [1] 79/6
2011 [1] 68/14
2013 [4] 78/16 82/13 83/1
83/2
2018 [1] 60/5
2019 [9] 13/15 14/4 32/10
34/24 36/7 37/3 37/6 60/2
72/6
2020 [16] 5/16 6/14 20/4
36/8 37/4 37/7 60/6 61/18
61/22 78/17 83/4 83/21
83/22 83/25 84/14 84/20
2021 [2] 60/7 60/7
2022 [2] 1/5 121/21
218 [1] 81/11
22 [3] 103/16 114/18 114/20
2332 [2] 69/11 69/18
24 [1] 114/2
240 [3] 74/15 117/19 117/20
25 [3] 103/16 110/12 112/13
25 millimeters [1] 83/20
25 pounds [1] 111/13
26 [1] 74/3

28 [1] 1/5

3

3/4/2022 [1] 121/21
30 [2] 10/20 32/10
32 percent [1] 43/6
33128 [2] 1/20 121/23
33132 [1] 1/13
33146 [1] 1/16
34 [1] 120/10
35 [1] 114/20
3553 [5] 12/20 38/7 97/17
98/4 117/15
360 [1] 117/18
37 [2] 74/12 117/17

4

40 [6] 5/13 10/20 74/10
84/18 107/14 114/19
400 [2] 1/19 121/22
420 [1] 1/15
45 [2] 83/9 85/6
45 percent [2] 107/14 110/5
48 [1] 110/1
4B [1] 1/16

5

50 [2] 10/20 105/8
50 percent [3] 83/10 84/18
85/6
52 [3] 43/14 43/17 80/24
5H1.4 [2] 109/6 118/20

6

60 [1] 83/9
65 [1] 83/9

7

72 [2] 91/11 119/18

8

80 [1] 17/1
8:34 [1] 3/1

9

95 pounds [1] 113/12
99 [1] 1/13

A

a.m [2] 3/1 75/25
abilities [2] 49/9 56/24
ability [15] 5/4 37/21 43/23
43/23 45/21 45/22 45/24
45/25 50/1 87/16 110/16
110/19 110/21 115/8 115/10
ablation [7] 86/19 89/20 93/7
93/8 93/11 96/19 96/15
able [21] 11/3 17/11 17/12
17/21 19/19 21/24 48/5 48/9
50/2 50/25 52/24 57/20
80/16 94/3 100/12 101/14
101/20 105/4 106/8 114/7
114/7
abnormal [1] 41/5
abnormality [2] 78/9 87/20
about [63] 4/14 7/15 7/21
8/23 11/7 11/18 12/17 12/19
13/9 13/10 13/22 14/15 16/3
16/6 16/8 16/13 17/19 18/11

20/13 24/11 25/13 26/3 27/7
33/11 33/11 33/12 33/16
36/14 39/15 39/16 42/8
48/12 48/19 49/5 50/16
50/18 52/5 52/7 52/8 55/1
59/24 61/12 61/13 61/21
62/2 69/9 70/16 70/17 70/20
75/12 79/15 83/13 83/24
94/12 105/21 107/1 115/23
118/16
above [2] 74/14 121/16
above-entitled [1] 121/16
abroad [1] 26/22
absolutely [9] 7/25 12/13
15/6 16/14 21/9 58/4 64/15
66/22 118/21
accept [2] 70/21 108/19
acceptable [1] 44/4
acceptance [7] 74/10 74/11
74/20 74/23 107/17 108/11
119/3
accepted [4] 46/21 51/24
107/19 119/1
accepting [1] 58/9
access [2] 17/12 36/1
accessed [1] 17/16
accessing [3] 14/14 17/14
35/24
According [1] 43/5
account [3] 24/19 27/25
33/12
accounts [1] 32/25
accuracy [2] 23/5 23/15
accurate [1] 121/15
achieve [1] 29/1
across [1] 27/4
act [6] 7/20 14/17 66/5 66/22
67/18 67/20
acting [1] 10/13
action [2] 21/22 30/5
actions [6] 21/20 24/4 50/3
51/14 52/25 99/1
active [1] 79/3
activities [8] 43/24 45/18
46/4 47/19 47/23 48/25
71/13 73/10
activity [7] 26/18 56/19 74/9
84/18 94/23 118/12 119/25
acts [16] 7/18 8/24 9/1 11/9
11/12 11/13 11/14 11/16
11/17 12/16 15/8 20/7 24/8
64/7 65/10 67/16
actual [4] 4/21 14/12 24/24
42/1
actually [4] 32/18 46/8 50/8
113/18
AD [1] 60/13
add [3] 33/20 64/5 94/1
added [1] 110/10
addenda [1] 21/2
addendum [2] 20/22 20/23
adding [2] 14/19 32/23
addition [4] 22/15 71/23
101/3 119/20
additional [7] 14/17 14/21
17/13 17/17 17/20 33/19
74/11
Additionally [1] 109/18

address [4]  9/16 14/18 14/19
 99/10
addressed [1]  120/15
addresses [1]  11/5
adequately [1]  109/16
adjusted [3]  74/10 106/25
 108/6
adjusting [1]  89/20
administrator [3]  13/13 18/8
 25/16
admission [2]  78/18 89/15
admit [1]  90/18
admits [1]  37/5
admitted [5]  14/23 26/2
 43/17 64/21 85/2
adolescents [1]  54/23
adoration [1]  53/21
adult [1]  42/4
adulthood [1]  54/23
advance [1]  68/16
advanced [1]  93/6
advise [1]  80/17
advisory [2]  117/14 117/18
affect [10]  21/21 22/9 40/20
 44/2 66/10 69/13 69/24
 72/17 74/4 93/24
affected [4]  45/24 48/7 54/19
 54/19
affects [2]  43/22 111/10
Afghanistan [3]  29/23 73/6
 73/13
after [29]  11/21 11/25 14/10
 14/13 15/25 16/20 17/19
 17/24 28/8 34/19 35/24
 40/11 44/24 46/25 47/3
 55/10 55/10 56/21 58/12
 78/24 80/24 80/24 81/11
 81/12 82/24 83/2 86/16
 86/16 120/24
afterlife [4]  55/12 57/18
 58/17 61/8
again [32]  15/5 17/10 17/19
 22/6 28/4 28/12 30/13 31/2
 36/18 39/20 41/6 50/23 57/6
 64/18 66/12 67/17 67/18
 70/2 71/8 73/15 73/23 85/5
 85/12 86/16 89/21 91/11
 104/22 105/4 105/7 110/25
 111/14 113/4
against [19]  6/19 7/16 20/5
 57/8 58/16 63/14 65/15 67/5
 67/16 68/24 69/14 69/25
 72/18 73/14 74/5 102/8
 102/11 104/8 109/16
age [7]  41/24 41/25 52/19
 59/7 114/16 114/20 118/22
agent [8]  4/21 5/1 5/2 5/12
 12/8 17/7 23/1 116/1
agents [5]  3/7 15/4 17/12
 17/14 18/11
aggressions [1]  90/4
aggressive [2]  57/2 98/24
ago [9]  12/17 12/25 15/8
 60/2 63/23 66/4 83/2 91/18
 109/14
agree [9]  16/12 33/15 33/19
 50/22 61/6 70/23 77/17
 102/18 113/3

25/23 28/20 31/13 31/17
 33/18 73/1
agreement [21]  4/15 5/23
 5/24 6/2 6/7 6/13 7/12 7/16
 10/3 10/14 10/15 11/9 11/9
 12/11 12/14 14/16 15/7
 16/10 20/3 20/5 20/11
ahead [3]  13/4 68/4 76/12
AIDs [1]  94/14
ailment [1]  112/24
ailments [2]  79/16 106/11
al [3]  24/22 26/12 71/9
Al-Qaeda [2]  24/22 26/12
al-Sham [1]  71/9
aliases [1]  114/9
alive [1]  59/9
all [104]  5/15 6/3 6/4 9/7
 12/10 14/24 15/3 16/20
 18/20 19/22 21/4 22/12
 23/13 23/20 27/19 30/10
 33/16 35/19 35/24 36/14
 38/2 38/8 38/9 39/22 39/22
 40/14 41/2 41/6 41/8 42/11
 43/12 43/13 43/20 45/1 45/3
 45/10 45/20 47/1 47/4 48/21
 50/10 51/14 51/15 52/4
 52/17 54/21 55/17 55/22
 56/8 56/9 56/17 57/6 57/7
 57/21 58/11 60/21 61/7 64/2
 65/5 67/24 68/4 68/22 72/3
 75/3 76/2 76/12 76/15 78/4
 79/14 79/16 82/24 83/17
 95/17 96/22 97/24 98/23
 99/5 99/20 99/25 100/16
 101/11 101/22 101/23
 104/15 104/23 104/23 105/4
 106/17 109/15 111/6 113/18
 114/5 115/3 116/5 116/10
 116/24 117/2 117/25 119/13
 120/20 120/21 120/22 121/7
 121/8
Allah [1]  28/15
allegiance [5]  54/9 54/11
 56/5 59/24 113/13
alleging [5]  57/2 57/3
allow [5]  16/10 20/16 35/11
 39/22 111/11
allowed [5]  10/3 17/5 54/16
 105/6 120/13
allows [4]  26/20 109/6 116/3
 116/7
almost [5]  51/20 59/7 83/2
 92/6 110/1
alone [8]  29/10 30/3 101/13
 104/15 104/23 106/5 106/10
 112/23
along [1]  57/22
already [13]  8/21 8/22 39/24
 40/13 40/13 49/9 66/15
 66/16 82/19 82/24 83/9 86/7
 88/8
also [44]  6/12 6/24 13/3
 19/11 19/23 28/24 35/8
 35/11 37/22 38/5 40/4 40/10
 41/7 45/15 49/24 50/11 52/5
 62/4 70/19 71/10 72/14 83/6
 84/17 87/20 89/12 90/2 91/4
 92/12 96/10 98/22 100/18

102/10 104/1 110/5 111/18
 116/12 118/21 119/1 119/10
 120/4
although [7]  36/20 46/22
 46/23 83/11 87/15 90/19
 94/22
always [13]  9/22 10/9 11/15
 12/15 49/23 62/10 100/18
 100/19 104/4 104/8 104/10
 104/12 104/14
am [74]  4/1 4/5 7/21 11/6
 12/21 16/24 18/23 19/24
 20/16 20/20 22/25 25/21
 28/21 31/19 32/17 33/14
 33/22 34/8 35/19 39/22
 41/25 51/8 51/9 56/11 56/18
 59/1 60/1 61/7 61/21 62/7
 62/17 63/9 64/1 66/24 66/25
 70/5 70/7 70/9 70/12 71/8
 73/15 73/15 73/25 77/13
 78/21 79/7 79/7 83/11 85/25
 95/21 98/2 100/9 103/15
 103/16 103/18 104/15
 104/17 104/23 105/1 105/2
 105/16 105/16 105/21 106/3
 106/12 106/13 106/13
 106/16 106/21 110/17
 112/24 116/12 118/4 120/8
 amazing [2]  46/2 58/22
ambiguity [1]  20/12
AMERICA [7]  1/3 3/4 15/21
 30/24 65/8 65/18 65/19
America's [2]  26/20 72/22
American [6]  15/21 29/23
 65/11 65/12 65/20 73/6
Americans [1]  113/9
Amiodarone [2]  92/24 92/24
amount [4]  43/11 48/23
 108/4 111/19
Ana [2]  1/15 3/12
analysis [1]  24/20
anatomy [1]  82/12
aneurysm [1]  82/16
anorexia [1]  104/5
another [14]  18/11 25/11
 60/12 71/4 75/13 81/9 82/6
 83/22 86/11 96/3 96/4 96/6
 113/23 115/6
answer [1]  46/17
antiarrhythmic [2]  90/12
 91/25
anticipate [1]  75/11
anxiety [1]  55/18
any [56]  7/18 9/1 9/23 10/15
 11/13 12/16 17/18 20/7 21/5
 22/9 22/13 31/12 31/20
 31/25 33/15 33/19 35/12
 37/8 37/11 37/16 37/17
 45/18 46/14 48/9 49/3 52/2
 52/10 52/11 54/9 55/14
 55/15 57/9 57/18 58/15
 59/12 62/21 67/15 67/20
 67/21 74/9 78/19 94/4 94/23
 95/24 98/12 102/7 103/23
 113/13 113/14 113/14 115/9
 117/11 119/10 120/18
 120/23 121/2
anybody [7]  10/1 51/16 102/6

anybody's [1]  64/22
anymore [1]  12/4
anything [27]  9/3 9/23 10/4
 13/1 17/18 19/7 19/11 19/21
 31/21 35/18 48/9 66/11
 67/12 67/16 70/20 83/24
 96/24 100/20 102/7 102/13
 102/25 103/4 103/5 104/7
 104/21 113/12 121/3
anywhere [2]  9/4 114/3
aorta [3]  79/22 80/2 80/5
apart [1]  49/19
apologize [1]  26/24
appalled [1]  66/1
apparently [2]  25/7 90/14
appeal [5]  120/23 120/24
 120/25 121/1 121/2
appear [1]  51/13
APPEARANCES [1]  1/11
appears [1]  55/19
applicable [3]  6/20 67/10
 106/24
applications [2]  71/19 71/21
applies [4]  48/12 66/11 69/21
 86/21
apply [6]  37/22 63/7 69/12
 119/22 120/2 121/1
appointments [2]  45/16 96/11
appreciate [1]  77/5
approach [2]  23/23 38/25
appropriate [15]  15/11 20/12
 97/16 97/21 98/3 98/13 99/3
 106/18 106/20 107/2 107/14
 108/14 109/2 114/14 116/4
AQAP [2]  24/21 26/12
Arabian [1]  24/22
Arcila [6]  18/18 21/15 24/10
 64/19 68/5 68/15
are [159]  4/4 6/21 7/8 12/10
 12/13 12/19 14/5 15/23
 16/17 16/22 17/5 17/8 18/9
 18/21 18/23 19/3 19/16
 20/18 22/4 23/3 23/3 23/4
 23/6 23/9 23/15 23/16 24/4
 24/8 24/13 24/24 26/23
 28/24 29/5 32/5 33/15 34/2
 34/2 35/7 36/17 36/20 38/13
 38/16 38/20 39/5 39/15 41/4
 42/17 43/6 44/20 49/4 49/5
 50/20 51/7 51/7 52/2 52/19
 55/3 55/5 55/8 55/15 55/16
 55/17 55/21 55/22 56/24
 57/2 57/3 57/17 57/18 57/18
 57/19 57/20 57/22 58/9
 58/10 58/18 59/16 59/25
 60/9 60/25 61/22 62/5 62/10
 62/14 62/15 62/16 63/4 64/2
 64/6 64/7 64/14 65/9 65/25
 70/6 70/8 71/5 74/20 74/22
 82/23 84/4 84/5 84/22 85/13
 85/16 85/17 86/25 88/5 89/6
 89/19 89/19 91/24 92/1
 92/12 93/19 93/19 94/6 97/3
 97/11 97/21 97/22 98/2 98/5
 98/10 98/20 99/1 100/23
 100/24 101/9 101/10 101/20

Case 1:20-cr-20245-RNS   Document 1026   Entered on FLSD Docket 03/11/2022   Page 124 of 147

are... [20] 102/3 102/17
104/20 107/6 107/18 108/22
108/25 109/25 110/7 110/18
111/23 113/8 114/18 114/18
114/19 118/16 118/18
118/23 120/2 120/25
area [5] 42/24 84/9 86/21
86/22 98/8
areas [3] 47/17 47/18 64/12
argue [2] 103/6 109/16
arguing [1] 23/16
argument [12] 23/11 27/14
27/15 27/17 37/12 37/22
62/12 63/5 63/6 75/6 99/9
116/16
arguments [2] 23/13 37/22
arhythmias [1] 85/13
arose [1] 4/10
around [12] 32/10 37/3 37/3
42/22 52/14 59/9 62/10 71/1
75/23 83/20 85/6 111/6
arrest [15] 7/3 8/12 14/8
14/10 18/12 25/18 32/11
32/15 34/4 34/19 35/23 37/4
45/14 114/7 114/7
arrested [13] 8/3 11/22 14/7
25/12 34/24 36/8 53/9 53/9
65/4 84/21 106/14 113/13
115/18
arrests [3] 44/24 54/22
118/22
arrhythmia [9] 84/3 85/13
86/21 86/22 88/14 89/8 91/6
91/24 93/13
arrhythmias [5] 87/14 90/20
90/20 90/24 92/19
arrived [1] 114/11
arteries [2] 79/22 82/12
artery [2] 79/22 80/2
article [1] 22/21
articles [3] 14/24 22/18 22/19
as [97] 5/7 5/12 6/3 6/11
6/22 7/12 9/4 10/9 13/5
14/16 15/18 16/16 17/7
18/18 20/3 20/22 20/22
21/19 22/5 23/8 24/25 25/6
27/15 28/3 28/11 28/14 29/2
29/2 30/1 30/1 31/24 32/22
35/14 36/18 37/13 37/20
37/22 38/6 38/19 39/20
39/20 42/4 43/9 43/9 43/25
44/20 45/22 48/15 48/15
49/17 49/17 49/20 49/22
50/21 59/18 60/18 61/5 61/5
61/24 63/7 64/11 65/18
66/12 68/22 70/21 71/3
71/10 71/11 72/6 73/3 73/10
74/6 76/8 80/14 80/20 81/23
82/8 84/18 88/9 91/8 92/6
93/7 97/16 97/18 97/18 98/5
101/22 106/14 106/18 107/6
108/14 109/18 116/8 117/14
117/14 118/24 119/15
ask [23] 4/1 12/20 15/12
16/18 18/24 19/21 43/1
87/16 94/21 96/17 100/9
104/25 106/15 106/20
107/23 108/8 109/18 116/8

asked [12] 12/23 13/18 15/9
39/12 47/6 52/4 59/24 60/17
70/22 70/25 71/2 109/14
asking [2] 44/1 74/24
asks [1] 53/19
aspects [2] 46/2 56/25
aspirin [1] 89/25
assassination [3] 31/8 32/21
73/20
assess [4] 17/5 82/8 90/23
96/12
assessment [3] 120/2 120/4
120/7
assistant [1] 95/7
associated [1] 107/12
assume [7] 40/1 40/4 91/8
94/15 94/24 95/11 96/2
assuming [1] 108/21
atrial [10] 81/5 81/13 84/2
84/3 84/5 85/14 85/14 86/3
88/15 88/15
attached [3] 4/16 26/11 31/2
attack [3] 87/24 88/1 88/4
attacks [2] 30/18 72/11
attain [1] 88/20
attempt [1] 11/3 37/1 68/19
attempted [2] 15/17 15/17
attempting [1] 22/2
attend [1] 51/25
attending [1] 57/13
attention [3] 6/11 8/8 72/2
attorney [2] 8/6 16/5
Attorney's [1] 1/12
attorneys [2] 21/2 97/3
attracted [2] 53/17 54/17
audio [1] 19/12
August [3] 32/10 84/14 84/20
August 5 [2] 84/14 84/20
AUSA [1] 30/19
Australia [1] 29/20
authentication [1] 33/17
autism [25] 42/12 42/13 43/4
43/7 46/6 48/10 49/10 50/6
52/5 60/20 87/6 87/15 87/21
100/11 101/8 104/13 110/11
110/11 110/11 111/15
112/23 112/23 112/23
116/12 119/7
autistic [7] 61/1 100/15 101/5
101/6 101/6 101/15 103/1
available [4] 69/7 75/9 92/15
117/9
Avenue [2] 1/19 121/22
average [1] 41/22
avoid [2] 94/9 94/10
avoids [1] 119/10
awarded [1] 113/7
aware [10] 25/5 61/22 62/5
62/7 62/14 62/16 62/17
97/21 98/2 109/18
away [11] 28/25 48/15 54/6
58/24 98/9 106/5 106/7
106/10 106/10 111/8 113/23

**B**

baby [5] 47/3 47/3 47/13
47/14 47/15
back [25] 3/16 5/7 11/25

34/22 44/16 45/4 48/2 52/19
63/19 68/6 74/17 74/25 75/4
75/8 75/16 75/17 80/8 104/1
105/21 110/25
background [6] 27/2 28/8
29/14 39/25 40/23 100/6
backwards [2] 41/20 88/7
bad [16] 52/14 66/6 66/6
90/8 94/19 94/20 94/21
104/12 104/23 107/6 109/4
114/24 118/2 118/5 118/5
118/6
badge [1] 81/13
baffle [3] 81/13 85/9 85/9
balloon [1] 81/5
bang [3] 111/9 111/10
111/10
Baptist [1] 79/9
Barcelona [1] 33/8
base [2] 74/2 91/23
based [18] 4/19 5/5 15/10
31/1 48/8 63/8 71/20 74/2
92/2 94/22 106/25 107/8
107/8 108/24 109/9 109/12
112/4 116/24
basically [8] 14/2 33/10 64/4
65/20 67/17 68/15 86/6
100/9
basis [8] 26/4 42/25 88/21
91/2 93/23 96/10 109/1
118/11
bathe [1] 100/17
Bauman [1] 3/14
be [128] 3/2 6/19 7/21 8/17
9/9 9/12 9/15 13/12 13/24
14/23 14/25 15/18 16/14
17/22 19/5 19/8 21/8 21/23
25/8 25/9 27/9 29/8 29/19
33/2 34/13 35/11 35/21
36/19 38/4 38/5 46/21 49/9
49/15 50/2 50/18 50/25 52/7
53/5 54/16 54/17 55/13
55/22 56/10 57/19 57/20
58/8 58/10 58/22 58/22
58/23 58/25 59/1 60/15
60/16 61/13 63/22 65/25
66/24 67/7 69/13 69/16
70/17 73/3 74/13 75/1 75/6
75/11 76/1 76/15 79/12 80/7
80/9 80/15 80/19 82/5 83/9
83/20 83/23 86/1 86/17 87/8
87/24 89/1 90/4 90/18 90/21
90/25 91/3 91/5 91/7 92/15
92/21 93/9 93/16 93/17 94/3
95/3 95/11 96/5 96/7 96/8
96/16 100/12 101/13 101/23
102/2 102/9 103/21 105/3
105/7 106/8 106/21 108/21
109/13 109/14 112/10 115/5
115/7 115/7 115/10 116/22
119/15 119/17 120/11
120/13 120/15 120/24 121/8
became [1] 63/24
because [144] 4/22 5/6 5/8
5/9 6/9 7/21 8/11 8/20 8/22
9/5 9/9 10/5 10/12 10/15
10/16 11/4 11/18 13/18
13/24 14/25 15/12 15/16

23/8 28/24 30/8 33/2 33/15
35/14 36/14 41/1 41/4 42/6
42/17 43/15 45/1 45/3 45/5
45/12 45/14 45/17 45/19
45/20 46/14 47/2 47/13
47/15 48/10 48/17 49/1 49/2
49/14 49/15 50/6 50/10
50/23 51/2 51/7 51/17 51/20
51/24 52/16 52/17 52/20
52/20 53/9 53/14 54/14
54/15 55/20 56/16 57/10
57/12 58/17 58/18 59/4
60/14 62/4 64/2 64/18 64/20
65/8 66/2 66/3 74/3 74/8
74/14 75/6 75/13 77/11 82/1
82/5 82/5 82/20 83/13 84/7
86/15 87/2 90/19 91/5 92/9
92/18 92/22 94/1 94/12
94/19 100/1 100/7 100/14
100/18 100/24 101/8 101/11
101/13 101/15 102/18
102/24 102/25 104/5 104/16
104/20 105/22 107/8 107/12
108/4 108/5 108/24 110/11
111/9 111/14 111/19 112/3
112/22 112/22 113/4 113/21
115/5 115/9 115/14 116/20
become [3] 98/24 101/5
105/24
becomes [2] 74/15 117/19
bed [2] 45/14 45/17
beef [1] 62/11
been [61] 6/13 10/2 10/15
11/15 11/25 13/11 14/7
19/19 20/10 25/9 30/9 30/21
31/17 33/17 33/17 38/18
39/19 39/20 41/2 44/14
51/24 52/11 62/9 63/8 69/22
74/16 76/7 79/5 79/6 80/16
81/22 81/24 84/22 85/13
86/8 86/14 86/15 87/5 88/24
92/6 93/6 93/18 100/10
100/10 100/19 101/2 102/7
102/12 102/23 103/22
104/19 106/24 108/12
109/15 109/22 113/14
113/14 115/1 116/21 118/8
120/16
before [23] 1/9 11/21 12/2
13/4 13/7 32/14 34/4 36/25
37/12 64/6 66/15 66/16
67/11 78/19 79/10 86/14
100/21 103/4 108/14 112/2
112/15 113/11 116/8
beg [2] 76/17 101/23
began [3] 3/1 25/4 115/20
begin [1] 10/16
beginning [4] 44/12 85/10
81/18 95/3
begins [3] 28/23 29/4 29/17
behalf [4] 3/7 3/13 3/19
71/16
behaved [1] 104/23
behavior [6] 42/22 44/4 46/7
50/4 51/9 113/5
behavioral [1] 42/10
behaviors [6] 44/19 50/16
50/17 51/7 57/21 57/24

125

behind [4] 31/2 51/15 97/8
104/10
being [26] 18/14 33/21 42/12
42/23 46/25 48/5 50/9 53/3
54/17 54/18 58/12 62/3 88/9
91/4 92/8 101/4 106/7
106/15 110/14 111/1 112/13
112/14 114/10 114/12
115/23 116/18
belief [1] 54/15
beliefs [3] 53/2 55/4 64/20
believe [35] 15/15 16/18 17/5
19/7 19/11 20/12 21/13
21/23 21/24 22/1 22/5 22/7
24/12 25/11 25/14 35/4 35/9
45/22 45/23 46/11 52/24
54/14 56/12 56/20 57/10
58/14 66/11 67/21 88/20
97/20 98/13 99/2 107/16
109/11 118/18
believed [7] 15/10 55/1 55/14
56/5 58/17 103/19 103/21
believes [2] 66/23 66/24
believing [5] 54/18 66/4 66/5
106/2 106/2
belong [3] 46/21 53/3 56/7
belonged [1] 103/25
belonging [1] 54/25
benefit [1] 107/19
benefits [1] 59/2
benevolent [1] 101/24
benign [2] 24/12 68/8
berade [1] 5/12
beside [1] 3/13
besides [1] 25/3
best [3] 49/17 89/21 116/15
better [4] 28/17 28/24 84/25
101/1
between [4] 4/20 5/12 35/12
81/8
beyond [1] 19/25
big [1] 62/2
bigger [1] 27/10
birth [5] 41/24 43/9 50/8
79/21 80/24
bit [4] 28/18 39/10 101/20
101/21
black [1] 27/2
blame [1] 105/13
BLANCO [10] 1/6 3/4 14/6
14/10 14/14 25/7 53/22 84/6
99/22 110/8
bleeding [2] 90/3 90/4
blind [1] 105/23
blogs [1] 71/20
blood [27] 80/1 80/2 80/4
80/8 80/9 80/10 80/13 81/8
81/16 81/17 82/6 82/21
82/22 83/8 84/9 84/10 84/17
85/11 88/7 88/16 89/23
89/23 89/24 90/1 90/2 90/10
112/16
blurred [1] 105/24
board [2] 78/25 107/22
boards [1] 45/13
body [11] 48/23 52/17 55/16
80/1 80/9 80/10 80/11 80/14
81/18 82/21 105/17

bombing [4] 26/10
26/10 26/16 27/8 27/9 27/11
27/12 30/8 31/8 34/9 64/13
bomb-making [1] 26/16
bomber [2] 58/1 58/8
bond [2] 45/21 75/22
bonding [1] 45/9
Booker [1] 107/8
BOP [3] 110/23 116/9
116/16
born [11] 43/10 47/3 79/16
79/18 80/6 80/24 81/12 82/2
103/22 112/18 115/2
boss [1] 65/5
bosses [1] 65/6
Boston [1] 79/6
both [13] 6/15 8/12 12/8
34/14 34/17 35/22 42/17
57/11 68/6 68/15 82/15 89/8
120/14
bother [2] 105/21 105/22
bottom [9] 25/1 27/8 28/9
28/22 33/3 41/17 41/18
41/20 41/21
boy [2] 50/19 51/12 51/13
brace [3] 48/24 52/17 104/1
brain [6] 43/13 51/7 56/17
57/1 80/11 88/17
breach [4] 5/23 14/16 15/6
16/10
breached [2] 6/6 7/11
break [2] 12/10 75/22
breaking [1] 31/10
breaks [1] 22/6
breathe [1] 88/8
breathing [2] 43/16 95/8
Brian [1] 3/7
briefly [4] 15/14 99/6 99/8
99/9
Bright [1] 105/23
bring [7] 5/9 12/18 12/21
62/15 81/22 86/2 107/24
bringing [2] 105/15 106/9
brings [1] 98/17
Britain [1] 29/20
broadly [2] 37/2 71/22
brought [4] 53/25 62/2 62/4
62/15
bubble [3] 42/20 45/23
113/21
build [3] 26/10 27/12 64/13
building [2] 27/8 114/17
bullied [2] 45/3 45/24
bullies [1] 98/23
bullying [5] 45/5 48/22 52/13
98/22 118/25
bunch [2] 28/9 34/1
burden [5] 22/10 23/25 66/9
73/18 73/25
Bureau [1] 119/15
burn [1] 86/22
bus [3] 49/7 49/8 104/4
buy [1] 111/19
Bye [1] 97/2

**C**

cafeteria [1] 49/22
calculate [2] 24/14 68/19
calculated [8] 24/5 24/8 30/4
69/13 69/24 72/16 73/21

calculation [2] 72/20 75/5
calculations [1] 62/25
call [8] 48/22 86/5 90/23 98/6
99/8 100/16 110/19 110/19
called [15] 24/17 49/6 52/15
52/22 71/17 79/19 80/25
81/13 83/7 86/19 90/12
92/23 104/3 104/11 115/3
calling [2] 48/21 73/20
calls [4] 4/24 5/2 38/3 100/13
came [12] 13/15 31/3 34/3
34/19 36/7 47/4 60/19 61/12
96/16 100/22 100/24 112/2
camera [1] 76/14
can [81] 7/10 12/25 16/7
22/15 23/1 23/13 24/3 24/25
27/14 29/2 29/6 30/7 30/9
31/18 31/19 32/3 34/22 38/8
38/15 39/2 39/16 40/19
40/22 44/11 46/5 46/17
56/13 61/16 65/7 73/3 74/24
75/9 76/2 76/13 76/16 76/17
76/21 77/7 77/15 77/16 78/9
81/3 81/8 81/16 81/17 84/6
84/10 84/10 85/11 89/10
90/20 90/21 91/5 92/22
92/24 93/2 94/10 94/15
95/11 95/11 97/23 97/24
101/5 101/21 101/25 102/2
103/6 103/8 103/11 109/5
109/12 109/16 111/19
113/17 114/13 114/14
114/15 114/16 114/21
120/15 121/2
can't [14] 9/6 11/20 11/24
46/18 47/20 47/21 48/3
51/20 71/5 76/19 76/23 98/8
105/22 113/23
Canada [1] 29/20
cancer [2] 52/22 94/13
candid [1] 114/9
candidly [2] 6/3 109/24
cannot [10] 16/23 47/13 47/14
83/17 88/8 92/21 101/14
102/1 102/17 110/14
capacity [1] 84/19
car [1] 53/12
cardiac [18] 43/6 43/6 43/16
44/22 44/24 45/14 52/20
52/21 54/22 78/15 79/8 82/9
82/25 84/16 88/2 96/14
101/4 101/12
cardiologist [10] 42/7 78/21
82/8 84/1 84/20 86/9 89/17
96/4 96/6 112/9
cardiology [8] 43/14 77/18
78/22 78/23 78/25 79/1 86/4
96/11
cardioversion [12] 86/5 86/6
86/12 86/25 87/22 92/5 92/8
92/9 92/11 93/5 96/15
109/14
cardioversions [1] 89/19
care [13] 45/7 45/10 47/14
47/21 55/13 58/11 58/23
59/1 87/18 88/19 89/19 96/5
109/16
careful [2] 25/9 25/10

carnage [2] 29/2 31/1
carry [1] 72/4
case [47] 1/2 3/7 4/11 6/15
7/25 8/6 9/19 11/8 18/18
21/16 24/3 39/8 39/11 39/12
40/25 43/8 43/24 46/20 48/6
51/15 56/14 58/7 59/21 68/2
68/6 68/13 68/21 69/7 73/18
77/25 80/7 80/24 83/9 83/21
90/10 90/14 91/10 91/23
95/22 107/8 108/2 108/2
108/17 109/3 111/14 114/1
115/19
cases [8] 7/9 14/9 24/11 65/9
68/10 68/14 68/14 108/22
casualties [1] 98/8
categories [2] 46/4 46/6
category [4] 14/3 74/13
98/11 117/17
catheterization [5] 78/15 79/8
82/9 83/1 88/3
catheterizations [1] 96/14
cause [1] 71/18
caused [2] 80/25 104/20
causing [1] 86/22
cavity [3] 79/24 79/25 80/3
cell [4] 75/16 105/6 105/8
106/10
centered [1] 42/22
Centro [1] 78/12
cereal [2] 101/17 101/17
certain [15] 41/15 42/15 46/4
47/23 50/16 50/17 55/1
56/25 60/11 64/8 65/10 72/8
92/15 92/16 111/19
certainly [5] 24/3 59/16 70/15
97/21 98/1
certificated [1] 78/25
certified [1] 78/20
certify [1] 121/14
chamber [2] 84/7 93/15
chambers [5] 81/6 81/8
81/16 93/13 93/14
chance [3] 28/25 84/24 103/5
chances [2] 87/24 88/12
change [7] 50/8 60/3 60/4
90/17 92/13 92/13 95/6
changes [4] 11/4 22/3 22/3
95/12
characteristics [1] 114/25
characterization [1] 31/20
charge [1] 97/11
check [1] 82/11
checked [1] 88/2
chest [3] 84/16 105/17
105/18
chicken [2] 111/16 111/16
child [2] 43/2 118/24
childhood [2] 41/23 54/23
children [4] 42/18 101/1
110/11 118/25
choice [1] 101/19
choose [1] 52/6
chose [1] 106/23
CIA [1] 33/9
Circuit [7] 21/16 24/5 24/11
65/9 66/3 68/6 68/21
circumstances [2] 107/7

circumstances... [1] 119/13
circumstantial [2] 17/15 18/2
cite [3] 7/10 24/3 24/11
cited [2] 65/13 68/15
cites [1] 68/6
cities [1] 29/8
citizens [2] 30/9 100/23
civilians [1] 73/10
claim [2] 30/8 68/10
claimed [2] 13/12 68/17
claims [1] 98/15
clarify [2] 13/3 19/5
class [2] 49/14 49/14
classes [1] 49/6
classic [1] 57/22
classroom [1] 49/18
cleanest [1] 93/19
clear [8] 9/6 18/23 34/13
35/21 73/9 73/16 77/1 92/4
clearly [9] 4/16 8/7 8/15
21/19 60/1 71/3 71/5 73/13
102/16
client [5] 6/8 8/9 16/17 31/15
108/18
client's [3] 4/14 19/8 19/20
clinic [1] 42/19
close [4] 52/2 82/3 89/5
116/18
closed [1] 29/7
closely [1] 91/1
closure [1] 81/13
clot [1] 88/16
clots [2] 82/15 84/10
coconspirator [2] 34/20 35/3
Code [4] 69/10 69/18 97/17
117/15
coerce [9] 21/21 22/9 56/13
56/23 58/15 63/14 64/14
67/4 67/20
coerced [1] 66/9
coercion [5] 69/14 69/25
72/18 73/22 74/5
cognitions [1] 57/24
cognitive [1] 49/9
Colombia [1] 16/9
column [7] 28/22 29/9 29/12
29/13 29/16 34/3 34/4
combinations [1] 5/13
come [17] 10/11 11/20 11/24
12/9 14/1 14/22 15/9 74/17
74/25 75/3 75/8 75/17 86/5
99/12 105/6 115/5 117/23
comes [4] 25/13 61/18
101/16 107/1
comfort [1] 46/18
comfortable [2] 38/21 103/9
coming [5] 12/22 61/21 93/13
112/15 118/7
comment [1] 85/9
commented [2] 36/13 36/15
commissary [2] 111/18 115/9
Commission [1] 108/25
commit [5] 10/7 30/18 64/6
67/18 67/20
committed [2] 67/15 119/14
common [2] 43/4 84/4
communicate [4] 42/16 71/24
85/11 110/13

communicated [2] 81/15 107/7
communicating [1] 46/19
communication [4] 4/20 5/3
56/16 82/4
communications [3] 8/25
25/10 71/21
Community [1] 84/23
company [1] 100/7
compare [1] 94/16
compares [2] 34/6 114/24
comparison [2] 35/12 35/14
compassionate [1] 112/17
complaint [5] 8/4 8/4 8/7 25/6
35/4
complaints [1] 55/21
completely [2] 5/25 19/13
completing [1] 78/24
complicated [1] 80/22
complication [1] 88/9
complications [3] 43/8 45/3
93/2
comply [2] 23/7 23/19
compromised [1] 45/19
compulsive [4] 50/16 50/18
113/5 115/23
computer [38] 5/9 5/25 6/9
6/23 7/2 9/21 10/16 11/1
12/7 12/8 13/1 13/3 13/5
13/6 14/14 15/1 15/5 17/12
17/16 19/15 19/19 34/5
34/15 35/14 35/16 35/24
35/25 36/2 51/15 51/23 52/3
52/5 60/14 66/14 70/18
119/23 119/24 119/24
computers [7] 4/18 17/14
52/8 53/4 53/5 60/19 60/22
conceded [1] 35/15
concentration [1] 47/24
concerned [6] 83/11 83/12
85/25 88/3 101/9 101/10
concerning [2] 7/17 20/6
concerns [4] 47/16 88/5 88/5
97/22
concluded [2] 42/8 121/10
conclusions [3] 40/19 40/20
85/24
concrete [1] 59/20
condition [33] 41/2 78/8
78/10 79/15 80/6 80/20 82/1
82/3 84/4 84/25 84/25 86/18
87/1 87/8 87/19 88/6 89/13
92/22 93/24 94/22 95/1
96/15 101/12 101/15 109/7
109/8 109/10 110/10 111/21
114/16 118/20 120/1 120/2
conditions [11] 93/18 97/19
97/22 101/2 101/4 101/4
101/22 114/15 116/17
119/21 119/22
conduct [18] 4/9 9/11 17/13
21/14 21/21 58/15 69/13
69/15 69/24 70/1 72/11
72/17 72/18 73/14 73/14
73/22 74/4 74/6
conducted [1] 41/15
Confederate [4] 25/6 25/9
35/1 35/3
confident [1] 97/23
confidential [1] 61/23

congenital [4] 78/8 79/19
84/15 87/20
congestion [1] 112/19
congestive [7] 87/14 88/6
88/11 88/13 93/25 94/4
94/11
conjunction [1] 111/12
connect [1] 5/1
connection [2] 19/8 58/25
conscience [1] 106/1
conscious [3] 67/1 67/3 69/5
consequences [4] 52/25
54/12 66/22 102/17
consider [24] 6/4 35/19 46/1
64/20 64/24 64/25 67/9 75/2
75/2 107/17 108/8 108/18
109/1 109/2 109/5 109/7
110/16 111/25 114/14
114/14 114/15 114/16
114/21 116/4
consideration [4] 42/9 101/23
114/21 117/1
considered [3] 93/17 108/13
117/12
considering [4] 70/5 70/8
70/9 97/16
consisted [1] 9/22
consistent [2] 108/1 108/21
consistently [1] 40/5
consortium [1] 24/20
conspiracy [1] 68/16
conspiring [1] 14/7
constant [7] 49/23 88/19
88/19 105/2 109/21 111/9
118/24
constantly [4] 110/19 110/21
112/10 115/10
constitute [1] 53/7
consult [1] 43/14
consults [2] 43/11 43/13
contact [3] 47/11 51/3 105/7
contacted [1] 115/19
contained [1] 70/6
contains [1] 117/14
content [1] 30/19
contention [1] 69/23
contents [1] 66/2
contested [1] 14/25
contesting [4] 23/3 23/4 23/4
23/6
continuation [1] 36/25
continue [5] 27/7 29/17 47/24
97/23 100/25
continued [3] 12/5 46/7 81/21
continues [1] 109/20
continuing [2] 26/7 31/11
continuously [1] 115/21
contractility [1] 92/20
contracting [2] 84/8 84/8
contraction [1] 83/8
contrary [1] 19/13
contribute [1] 71/17
contributed [1] 57/12
control [9] 29/3 86/2 90/10
90/13 90/13 90/19 91/25
91/25 115/9
controlled [4] 57/15 89/10
89/12 92/1

conversation [1] 10/8
conversations [1] 9/22
conviction [1] 53/8
cook [1] 49/22
Cooke [1] 108/17
cooperate [5] 7/6 10/16
15/17 55/22 115/20
cooperated [3] 16/2 16/3
16/5
cooperation [12] 6/5 12/18
12/20 12/21 12/22 15/10
15/12 15/19 17/6 25/19 32/1
116/2
coordinated [5] 25/24 72/12
72/14
copy [2] 23/22 23/23
Coral [1] 1/16
corner [1] 113/18
coronaries [1] 88/2
coronary [1] 82/12
correct [24] 12/13 13/18
24/10 34/16 39/8 50/11 55/7
59/6 59/17 61/9 68/13 74/21
76/11 79/4 79/5 84/12 86/12
86/13 91/20 92/17 92/18
93/10 96/8 110/24
correctly [3] 43/16 76/9
112/11
Corrlinks [1] 115/24
corset [1] 48/24
costs [2] 120/25 121/2
could [24] 15/14 16/14 27/9
27/11 29/19 33/6 45/17 51/5
54/25 56/22 57/7 62/12
66/25 67/2 70/21 80/17 82/5
88/20 91/3 91/5 91/8 91/10
91/12 99/20
couldn't [6] 48/25 49/10
49/12 55/7 59/25 62/10
counsel [3] 22/18 98/14
120/17
Count [1] 119/16
Count 1 [1] 119/16
counter [1] 67/2
counterterrorism [3] 3/8 14/9
33/5
countries [10] 29/20 29/21
29/24 29/25 30/10 33/7 33/7
73/3 73/4 73/7
country [3] 25/5 100/24
102/10
couple [7] 43/1 53/2 66/4
71/1 91/10 91/18 112/21
coupled [1] 119/7
course [8] 9/12 78/9 78/24
79/18 82/1 92/1 99/13 114/7
court [54] 1/1 1/19 12/24
14/17 14/21 15/9 15/15
15/20 16/2 16/14 16/18
16/19 21/8 22/15 23/1 23/8
23/9 23/22 32/13 36/20
39/18 55/25 64/10 64/18
64/20 64/24 69/1 69/6 77/25
79/10 80/17 81/2 85/15
85/17 85/22 97/13 99/10
100/4 108/1 108/12 108/21
109/18 109/8 109/11 109/18
109/19 110/16 110/19 110/1

court... [5]  117/12 117/23
117/25 119/14 121/22
Court's [9]  3/14 6/11 8/8 15/6
38/8 109/21 110/1 120/17
120/18
courtroom [2]  3/16 77/12
courts [3]  66/4 66/5 108/12
cousins [1]  85/14
cover [1]  8/20
covert [1]  37/1
COVID [5]  4/23 107/20
116/19 116/19 121/18
COVID-19 [1]  121/18
CPR [1]  45/13
CR [1]  1/2
create [1]  31/1
created [2]  82/21 82/22
creates [1]  110/14
creating [1]  88/16
credible [1]  70/21
credit [4]  12/20 108/20 116/9
119/3
crime [14]  50/14 60/1 60/8
60/9 60/10 70/3 70/3 71/5
71/7 74/7 98/6 98/9 109/4
114/24
crimes [1]  17/20
criminal [6]  17/13 69/17 74/9
74/12 98/11 117/17
criminals [2]  117/25 118/6
criteria [4]  23/9 46/6 67/22
70/4
cross [6]  2/2 59/12 59/14
75/19 95/17 95/19
cross-examination [3]  59/12
75/19 95/17
crossing [1]  82/6
crowded [1]  28/24
CRR [2]  1/18 121/21
cry [5]  104/19 105/11 105/12
105/13 105/14
Cuba [9]  39/14 40/9 46/25
46/25 61/17 78/5 78/13
82/17 100/23
Cuban [1]  39/16
cues [2]  46/16 48/4
culminate [1]  5/15
currently [1]  28/21 91/19
custody [6]  25/7 25/9 47/15
60/5 60/6 98/1
cut [2]  43/19 56/8

D

D-A-Y-L-U-V-I [1]  99/24
dad [7]  42/23 43/10 45/11
49/1 49/17 51/21 53/19
Daesh [1]  30/16
daily [6]  42/25 46/4 47/19
47/23 95/10 118/11
damage [1]  31/1
dancing [1]  71/1
dangerous [5]  26/21 33/6
98/20 99/2 117/25
data [3]  33/19 80/22 119/23
date [5]  8/3 37/4 53/18 81/22
92/6
dated [1]  6/14
dates [2]  12/1 13/6

Davide [11]  1/15 2/5 2/8 2/12
12/17 13/5 13/18 14/25 24/2
43/21 76/12
day [22]  95/9 95/9 96/10
96/10 100/12 104/18 104/19
105/6 105/11 105/12 105/13
105/13 105/14 110/1 111/3
111/6 113/18 114/2 114/10
115/1 115/3 115/24
Dayluvi [2]  99/22 99/23
days [17]  27/9 34/19 43/14
43/17 54/9 80/24 81/11
81/12 81/15 90/22 91/11
91/15 105/8 106/8 109/22
109/22 120/24
de [5]  14/12 31/9 32/21
34/10 78/12
De La [1]  14/12
dead [2]  25/25 52/16
deadly [1]  116/22
deal [6]  4/20 8/12 37/13
57/23 62/2 113/19
dealers [2]  16/6 16/7
dealing [1]  22/23
deals [2]  8/13 63/18
dealt [2]  9/25 108/13
dear [1]  106/10
death [3]  54/16 58/12 89/16
debrief [2]  4/15 14/23
debriefing [1]  6/19
debriefs [2]  4/21 15/5
decades [1]  12/15
December [5]  5/16 5/20 6/14
20/4 79/18
December 16 [3]  5/16 6/14
20/4
December 5 [1]  79/18
decide [3]  63/21 107/9
107/13
decided [1]  12/10
decision [9]  7/12 22/4 66/3
66/8 67/11 100/21 101/24
107/8 116/3
decompensation [1]  95/4
decompensations [1]  52/13
dedicated [3]  34/9 60/13
118/9
defamation [2]  29/25 73/7
defect [3]  79/20 79/21 81/14
defendant [42]  1/7 1/15 6/2
7/5 11/10 11/12 13/12 13/16
14/2 14/18 14/23 15/8 15/17
16/15 18/6 18/20 21/13
21/14 26/8 26/13 28/20
31/21 34/6 34/14 35/24
35/25 39/8 68/18 69/19
71/11 72/12 73/1 74/8 99/1
108/2 111/23 112/1 112/24
119/14 120/4 120/16 121/4
defendant's [17]  19/18 19/25
20/3 20/16 22/8 24/2 32/11
34/5 37/20 68/7 68/17 70/2
97/18 99/6 99/7 99/8 120/8
defendants [5]  107/10 109/1
112/25 114/18 119/12
Defender's [1]  8/5
defense [14]  3/11 4/6 7/4
15/9 16/4 20/8 21/7 22/18

106/18
defense's [1]  11/15
deficits [2]  42/4 49/3
definitive [2]  81/12 86/23
deformed [1]  57/19
degree [4]  100/8 111/7
111/10 112/5
degrees [1]  41/5
delay [1]  87/18
delayed [2]  44/25 54/5
denial [1]  21/25
Denmark [1]  29/21
deny [2]  19/24 20/16
depart [2]  18/24 117/3
departed [1]  109/9
Department [2]  3/9 33/9
departure [5]  16/25 38/7
107/14 109/5 118/20
depending [3]  4/19 92/14
96/14
depressed [1]  85/5
depth [1]  51/10
describe [1]  78/8
description [1]  85/8
designated [4]  28/1 71/10
71/12 72/24
designed [1]  73/14
desires [2]  44/19 50/4
destroy [1]  64/14
destroying [2]  105/14 105/14
destruction [1]  64/9
detailed [1]  64/7
deter [2]  65/15 118/16
deterioration [3]  94/14 94/15
94/25
determination [3]  41/11 44/2
46/13
determine [2]  41/16 44/19
determined [3]  97/15 108/14
117/16
determining [1]  6/20
deterrence [1]  98/14
develop [2]  45/21 91/12
developed [1]  52/21
developmental [4]  42/2 44/15
50/23 52/3
developmentally [2]  44/25
54/5
device [1]  10/21
devices [2]  5/4 7/3
diabetes [1]  112/16
diagnosed [5]  50/11 82/25
87/6 100/11 100/11
diagnosis [9]  40/9 42/12 43/4
44/18 46/9 48/17 49/11
54/13 84/2
diagnostic [1]  42/1
Diagnostico [1]  78/12
did [91]  9/3 9/3 9/4 9/23
10/12 10/23 10/23 10/24
11/2 11/17 13/4 13/7 13/10
14/16 15/6 17/7 30/21 33/19
34/6 34/14 39/10 40/10
40/14 40/23 41/14 41/16
42/2 42/10 43/13 44/22 45/2
48/16 50/24 52/4 52/10
52/10 52/21 54/10 54/9
54/11 54/14 58/15 59/21

63/21 63/22 63/24 65/1 66/6
66/10 66/17 66/17 66/17
68/11 78/21 81/7 81/12
81/15 82/4 82/17 83/3 85/3
85/25 88/2 96/16 98/5
103/10 103/15 103/16
103/17 103/19 104/17
104/17 104/20 104/24
106/15 107/6 108/1 108/9
108/22 108/23 109/22 112/7
113/2 113/3 113/3 115/25
117/1
didn't [19]  5/15 15/20 15/23
16/1 31/14 46/14 49/3 51/25
57/14 58/6 61/2 68/18 70/24
85/8 104/13 114/3 114/3
114/8 118/11
die [14]  14/11 14/20 31/8
34/9 54/24 58/22 95/8 102/1
103/20 105/10 106/5 113/9
113/22 113/22
died [2]  59/8 106/6
diet [4]  94/5 95/9 95/12 96/9
differ [2]  96/2 96/3
difference [3]  58/7 59/19
59/20
different [28]  5/14 31/7 31/7
32/24 33/16 35/3 35/17 44/7
44/20 46/23 48/13 50/23
51/8 52/23 54/3 55/8 56/17
64/5 68/23 80/4 96/6 104/13
109/5 112/24 115/8 115/25
116/6 117/24
differentiate [1]  55/8
differentiates [1]  69/7
differently [4]  41/22 44/13
50/6 66/21
difficult [4]  51/18 85/17 101/2
107/7
difficulties [9]  41/3 42/3
46/19 47/22 48/11 50/4
50/25 51/4 55/20
dilatation [1]  90/11
dilated [6]  82/19 85/7 85/7
85/8 88/11 94/1
Dimitrouleas [1]  108/16
diploma [1]  52/4
direct [5]  2/2 6/10 9/11 39/3
77/23
directed [4]  25/23 72/12
84/17 106/3
directly [1]  66/10
director [1]  79/8
disabilities [1]  42/18
disability [4]  50/9 54/5 57/10
57/11
disabled [3]  47/2 47/13 49/7
disappeared [1]  47/5
disaster [2]  26/19 72/21
disconnect [1]  93/12
discuss [2]  19/12 94/8
discussed [2]  12/2 22/21
discussion [1]  20/1
discussions [1]  20/10
disease [1]  59/1
disgusting [1]  8/2
disorder [11]  41/23 42/13
44/21 44/22 48/10 49/11

disorder... [5]  50/7 51/8 52/6
60/20 119/7
disorders [2]  41/24 87/21
disparities [1]  119/11
dispute [2]  69/21 70/13
disputing [1]  23/15
disrupt [1]  8/8
disseminate [1]  10/24
disseminated [5]  14/8 18/15
22/20 36/12 36/14
disseminating [4]  14/23
31/22 37/2 37/6
dissemination [3]  17/15
27/23 31/5
distribute [2]  71/21 72/1
district [4]  1/1 1/1 1/10
119/19
disturbing [1]  67/8
diuretic [1]  95/12
divides [1]  81/5
Dixie [1]  1/15
do [133]  6/21 8/10 8/13 9/3
9/19 10/6 10/11 15/16 17/7
17/9 17/25 19/7 19/11 19/21
20/8 22/7 22/17 22/25 23/12
23/20 27/15 27/15 27/15
27/15 31/12 31/21 31/23
35/18 37/14 37/17 37/19
38/1 38/6 38/8 38/9 40/11
40/22 43/11 45/22 45/23
46/11 46/12 46/13 46/18
47/11 48/7 48/9 48/19 48/20
50/13 52/20 52/24 54/14
54/18 56/2 56/2 56/4 56/12
56/20 57/6 57/16 59/12
59/18 61/7 61/14 62/3 62/21
62/25 64/2 64/8 65/6 65/17
65/21 66/24 67/4 68/22
70/20 74/20 74/24 75/3
75/11 75/14 75/14 75/17
75/21 75/22 75/23 76/25
81/15 83/24 86/15 87/6
87/23 88/19 91/13 91/22
92/11 93/5 93/22 94/9 95/24
96/16 97/9 97/10 97/10
97/12 99/5 99/14 99/15
99/23 100/11 100/11 101/14
102/9 102/17 102/25 103/8
104/7 104/21 107/13 108/19
108/21 110/12 111/9 114/1
114/19 114/20 115/14 116/7
118/1 118/6 118/8 118/18
docket [2]  17/1 120/10
doctor [34]  39/5 39/7 40/11
40/25 41/15 42/6 43/1 50/11
56/12 57/6 59/4 59/16 62/20
76/2 78/1 78/19 79/3 79/14
80/16 85/16 87/5 91/4 91/18
93/10 93/18 94/12 95/21
96/23 97/1 109/24 110/3
112/7 112/8 116/20
doctors [2]  45/16 81/22
doctors' [1]  45/16
documentation [1]  41/7
documented [1]  112/18
documents [2]  65/19 110/24
does [45]  7/17 11/11 17/9
20/6 21/4 21/7 21/14 22/11

44/11 44/12 47/19 48/5
48/14 54/1 54/6 56/2 56/3
58/15 59/5 60/4 64/4 64/19
64/23 66/21 67/18 68/20
87/10 87/23 89/4 94/16
94/16 101/6 101/7 107/18
108/18 110/21 111/5 111/8
111/25 120/16
doesn't [23]  11/11 16/10
46/15 46/15 50/8 54/11 58/1
59/16 59/18 60/3 60/9 60/10
67/8 67/14 68/20 87/12
91/10 93/11 93/20 111/10
112/6 113/11 119/3
doing [10]  46/22 54/12 58/14
60/8 63/13 66/24 71/6 86/4
91/22 114/21
don't [52]  12/4 16/21 20/12
23/11 26/10 26/24 31/23
33/1 35/9 39/19 39/24 40/12
43/19 47/9 47/9 50/21 57/10
59/3 60/16 61/2 61/25 62/11
66/11 67/21 68/2 70/20
73/22 75/5 77/18 79/14
81/22 86/10 87/1 87/15
87/17 88/24 89/10 89/21
90/3 91/22 92/8 94/19 94/22
96/18 96/19 102/18 103/4
110/12 110/17 113/9 113/9
116/11
done [45]  6/6 8/16 10/18
10/20 11/24 34/15 35/10
63/22 65/10 78/3 78/12
78/14 78/15 78/17 80/18
80/19 82/13 83/23 83/23
84/12 86/1 86/7 86/8 86/10
86/14 86/16 87/23 92/6 92/9
92/14 92/15 93/6 102/3
104/25 105/12 106/13
108/16 108/17 109/14
109/15 112/11 112/11
113/12 115/18 118/5
door [1]  16/3
dosage [1]  90/7
dot [3]  60/13 60/13 60/13
doubt [5]  7/25 8/3 64/22
65/14 109/7
down [20]  11/7 14/5 28/15
28/18 38/21 51/19 52/15
64/11 64/12 73/10 85/16
85/21 105/20 107/14 107/24
107/25 108/6 110/6 113/8
115/12
downtown [1]  29/8
downward [7]  16/25 18/24
38/7 39/21 41/7 108/15
117/3
dozens [2]  28/4 98/7
Dr [2]  77/25 96/24
Dr. [19]  37/14 37/19 37/25
38/3 38/11 40/19 62/24
64/16 66/18 67/2 69/8 70/14
75/9 75/18 75/19 76/25 77/7
77/15 84/15
Dr. Ghitelman [7]  62/24 75/9
75/18 75/19 76/25 77/7
77/15
Dr. Joel [1]  84/15

Dr. Quiroga [9]  37/19 37/25
38/3 38/11 40/19 66/18 67/2
69/8 70/14
Dr. Quiroga's [1]  64/16
drastic [1]  113/20
draw [3]  6/11 8/7 72/2
drive [3]  28/16 114/3 115/12
dropped [1]  49/16
drug [2]  16/6 16/7
due [1]  110/7
duly [2]  38/18 76/7
duplications [2]  35/18 35/20
during [12]  4/14 6/19 7/17
12/22 14/23 15/11 20/6 42/1
43/9 104/9 104/11 121/17

E

each [9]  20/21 27/15 37/13
37/22 37/23 63/9 63/17 83/8
120/2
early [7]  14/4 34/24 45/6
45/8 45/15 74/11 119/1
earphones [4]  49/12 111/6
111/7 111/8
ears [2]  105/23 105/23
easily [3]  46/11 46/12 48/18
East [1]  1/13
eat [1]  57/20
eating [1]  93/20
eats [5]  101/17 111/16
111/16 111/18 115/9
echo [3]  76/22 76/23 77/2
echocardiogram [2]  83/4
85/4
echocardiograms [1]  78/16
echocardiography [1]  96/13
edit [1]  13/7
edited [5]  13/6 14/2 14/10
14/14 34/5
editing [1]  34/15
education [5]  30/14 41/5 49/5
100/1 100/8
educational [1]  24/19
EEU [1]  33/7
effect [1]  91/22
effectively [1]  75/7
effects [1]  92/25
effort [3]  7/5 65/11 72/4
efforts [2]  25/24 72/12
egregious [1]  99/1
eight [1]  115/24
either [5]  32/25 82/10 89/19
93/5 121/3
ejection [1]  83/7
EKG [4]  91/16 91/23 92/2
92/3
EKGs [1]  89/7
elaborate [1]  44/11
election [1]  65/17
electrician [1]  86/20
electrocardiogram [1]  96/12
electrocardiograms [2]  89/8
91/14
electrophysiologist [2]  86/20
93/12
elements [1]  53/7
Eleventh [6]  21/15 24/11
65/9 66/3 68/6 68/21
else [9]  13/19 25/2 35/4

96/24 117/24
email [1]  12/18
emails [3]  5/12 5/14 20/11
embarrassed [1]  104/20
emergency [6]  4/8 4/16
19/25 21/25 43/15 43/17
employee [1]  25/8
employees [1]  37/1
employment [1]  47/21
encouraging [1]  9/19
encryption [1]  119/23
end [2]  20/7 112/12
ended [1]  114/12
endovascular [2]  78/23 79/2
enemies [1]  28/15
enforce [1]  69/1
engage [2]  45/18 56/18
engaged [2]  71/13 71/14
engages [2]  71/13 71/14
English [14]  14/11 22/19
26/9 26/11 26/25 28/5 28/6
28/7 33/19 34/18 34/19
35/23 36/1 79/21
enhancement [24]  18/25
21/12 21/17 23/19 29/10
36/21 37/9 37/17 37/21 38/5
43/25 62/22 63/7 65/23 66/1
66/7 67/9 68/20 69/1 69/12
98/10 107/1 107/13 113/7
enlarged [1]  90/23
enlargement [1]  83/15
enough [3]  49/9 57/25 73/17
enter [2]  10/3 19/20
enticing [1]  9/19
entire [4]  9/19 60/13 111/2
118/10
entitled [4]  7/8 15/13 28/12
121/16
entry [4]  17/1 61/2 120/10
120/24
enumerated [1]  74/6
environment [3]  42/21 47/22
57/15
equated [1]  71/15
equip [1]  72/10
especially [6]  64/11 68/23
107/10 109/24 110/9 116/18
Esquire [1]  1/12 1/15
establish [4]  17/25 23/25
69/11 72/19
established [1]  69/22
European [1]  33/7
evaluated [2]  84/2 84/15
evaluation [3]  44/2 57/7
78/11
Evelio [1]  108/2
even [18]  10/16 24/11 33/1
43/6 45/12 51/1 55/5 66/15
67/13 70/16 73/16 73/24
74/21 92/4 107/20 112/13
112/14 116/17
evening [1]  4/12
event [1]  92/12
events [1]  80/7
eventually [1]  89/20
ever [9]  9/3 9/3 9/4 52/11
78/1 79/10 86/10 102/7
102/9

every [23]  10/5 10/5 16/4
58/1 61/2 80/11 89/6 89/6
89/7 89/17 89/18 90/17
91/12 94/7 104/18 104/19
105/8 105/11 105/12 105/13
105/13 105/14 111/17
everybody [8]  8/15 13/17
40/13 53/12 54/1 74/18
75/24 117/24
everyone [2]  3/18 77/14
everything [14]  11/5 12/7
16/20 22/16 39/25 42/5
42/11 52/7 56/21 59/5 62/12
100/1 111/4 115/18
evidence [33]  5/24 13/21
15/3 17/12 17/15 17/17
17/20 18/2 18/4 18/12 18/19
18/19 19/4 20/8 20/13 20/17
21/19 22/13 26/5 33/16 37/8
37/11 37/16 37/17 37/24
39/23 62/21 63/8 63/12 67/6
70/10 73/17 73/25
evilness [1]  106/2
exacerbated [2]  45/20 48/21
exact [2]  5/8 106/21
exactly [3]  6/21 17/13 80/20
examination [8]  39/3 59/12
59/14 75/19 77/23 95/17
95/19 119/24
examined [2]  38/18 76/7
example [8]  9/4 24/5 51/12
53/22 63/16 63/17 63/17
65/13
examples [6]  48/18 57/22
63/18 64/1 65/9 65/10
exceeded [1]  108/4
except [1]  114/10
excessive [1]  21/13
exclude [2]  13/20 19/21
excluded [3]  13/1 13/24
17/22
excludes [1]  12/16
excluding [1]  13/23
exclusively [1]  5/5
excuse [10]  8/17 14/18 33/7
35/7 49/6 66/20 74/19
104/16 104/16 114/19
excusing [1]  51/9
executed [1]  4/15
exercise [2]  84/18 84/18
exhaustive [1]  40/14
exhibit [23]  20/3 24/16 24/18
26/2 26/7 27/13 27/16 27/20
30/12 31/4 31/12 31/24
33/22 34/23 66/12 67/14
68/24 72/21 72/24 73/15
73/17 73/19 73/24
Exhibit 4 [1]  73/17
exhibits [13]  18/10 22/14
22/17 22/25 23/2 23/5 23/25
24/16 36/17 37/13 63/10
68/23 72/19
existed [2]  9/21 64/6
exists [1]  29/7
expect [4]  6/7 87/1 93/2
94/23
experience [1]  96/2
expert [3]  67/1 77/18 89/5

explained [6]  11/16 15/8
66/18 102/16 102/17 110/4
explaining [1]  79/15
explains [2]  30/7 30/25
explicitly [1]  69/18
express [6]  51/20 54/9 59/25
71/5 110/14 110/16
extend [1]  33/7
extensive [4]  5/7 21/11 41/1
80/22
extra [3]  94/3 94/10 110/7
extraordinary [1]  117/2
extremely [2]  44/20 100/24
extremes [1]  109/3
eye [1]  51/3

**F**

fabulous [1]  29/8
face [7]  50/24 50/24 51/16
51/16 51/16 51/20 51/20
facilitation [1]  19/20
facilities [2]  95/25 97/23
facility [2]  116/15 120/14
fact [19]  8/15 29/6 45/24
54/15 66/13 70/22 86/14
89/7 93/22 109/12 109/16
112/21 114/1 118/6 118/21
118/22 118/23 119/1 120/17
factor [1]  46/1
factors [7]  93/22 97/18 98/4
116/6 116/24 117/15 118/18
facts [6]  22/17 65/7 70/6
70/8 71/8 108/25
factual [17]  11/22 22/16
22/13 23/16 25/20 26/3
28/20 35/5 36/19 36/22 37/4
59/21 70/6 70/12 71/4 71/8
73/1
fail [1]  82/20
failing [2]  82/25 83/6
fails [4]  82/5 88/7 93/6 93/17
failure [8]  83/12 87/14 88/6
88/12 88/13 93/25 94/4
94/11
fair [2]  17/4 56/20
faith [2]  54/10 113/19
fall [2]  53/24 105/21
familiar [1]  98/5
familiarity [1]  95/24
families [1]  42/18
family [25]  3/15 33/5 42/14
49/20 50/10 53/12 55/12
58/23 58/25 61/8 61/19
104/20 104/24 105/4 105/7
105/9 105/11 105/15 106/6
106/7 106/9 106/10 117/22
118/7 118/8
far [2]  61/5 108/4
fashioning [1]  116/25
fast [6]  84/6 84/6 84/21 87/3
89/9 109/15
fast-forward [2]  84/21 109/15
faster [1]  88/12
fatal [1]  82/5
fate [1]  106/3
father [4]  40/24 53/12 104/18
115/11
fault [2]  89/11 89/22
favor [1]  68/1

FDC [3]  4/25 5/10 115/5
fear [4]  106/5 106/6 106/7
106/8
federal [7]  69/17 74/7 95/24
97/23 98/1 117/23 117/25
feel [19]  6/3 46/22 52/14
54/24 56/3 56/3 87/12 94/20
101/25 102/2 103/20 103/24
105/17 105/17 105/18
105/19 105/20 105/25
113/22
feeling [3]  53/21 55/11 94/20
feels [2]  54/23 94/15
fees [1]  121/2
fellowship [1]  79/5
felt [1]  49/19
few [6]  87/1 89/17 89/18
90/22 92/22 94/10
fibrillation [4]  84/2 84/3 85/14
88/15
fibrillations [1]  84/5
field [2]  40/3 42/17
fight [3]  90/3 102/11 116/21
figure [1]  11/3
file [2]  19/12 109/20
filed [5]  4/8 4/11 4/12 21/11
120/24
filings [1]  23/9
filling [1]  110/24
final [1]  120/11
finally [6]  17/10 17/12 31/4
57/6 66/8 70/24
find [9]  13/2 17/21 23/10
23/10 33/2 52/10 52/11 67/9
114/14
finding [4]  36/20 73/16 73/23
120/17
findings [1]  70/13
finds [1]  116/16
fine [4]  16/20 19/16 19/23
51/5
fines [1]  120/1
finished [1]  79/5
fire [2]  30/24 31/1
fires [1]  64/12
first [44]  3/3 8/4 8/5 13/15
16/20 16/22 16/23 23/12
24/1 24/18 26/12 27/21 28/5
28/22 30/13 31/24 34/3
37/13 38/18 38/23 39/11
39/16 40/22 44/23 51/17
56/7 63/1 63/16 64/1 64/2
69/12 70/14 71/1 72/19 76/7
78/7 79/11 80/23 99/20
100/16 101/11 103/22
107/16 112/10
fit [1]  58/18
fits [1]  109/4
five [3]  31/6 81/23 113/23
fix [1]  80/22
flag [1]  19/16
FLORIDA [8]  1/1 1/4 1/13
1/16 1/20 78/15 83/5 121/23
flsd.uscourts [1]  121/23
flsd.uscourts.gov [1]  1/20
fluid [3]  94/2 94/3 95/11
flurry [1]  98/21
flutter [2]  86/3 88/15

focused [2]  60/22 72/13
focuses [1]  30/18
folks [2]  32/25 98/1
follow [4]  16/4 83/3 100/14
113/14
follow-up [2]  83/3 113/14
followed [1]  112/19
followers [1]  72/10
following [6]  3/1 41/2 54/10
70/12 73/2 119/22
follows [2]  38/19 76/8
followups [1]  89/5
food [6]  49/22 55/17 93/21
94/2 101/16 111/19
footnote [1]  59/23
forbid [1]  94/13
foregoing [1]  121/14
foreign [4]  25/5 71/11 71/12
71/23
foreshortened [1]  54/22
forfeiture [3]  117/7 120/8
120/10
forgave [1]  104/8
forgiveness [2]  104/25
106/16
form [16]  7/18 11/13 12/14
12/16 20/7 23/21 37/21
45/25 48/5 48/9 56/13 56/22
57/8 66/25 67/2 70/22
forma [1]  121/1
formed [2]  84/10 86/21
forming [1]  116/4
Fort [1]  115/13
forth [6]  5/7 20/2 20/11 44/16
48/3 117/15
forthright [1]  15/18
forward [9]  3/24 4/6 11/20
15/22 20/19 74/17 84/21
109/15 115/15
found [24]  5/24 6/9 11/2 12/3
15/1 17/12 17/17 17/19
17/20 19/15 19/17 19/18
24/20 61/3 66/13 66/14
82/15 82/18 82/25 83/5
85/12 102/15 102/16 120/10
foundation [1]  35/10
four [15]  11/21 22/14 22/17
22/25 23/2 24/16 28/16 31/6
31/7 36/17 48/15 92/6
109/13 109/15 111/3
four-wheel [1]  28/16
fourth [5]  1/13 7/15 22/22
33/25 70/25
fracture [1]  83/7
France [1]  29/21
fraud [1]  108/17
free [3]  6/3 55/22 59/2
friends [4]  46/15 46/15 52/2
53/3 57/13 103/23
fulfill [1]  67/8
fulfilled [2]  67/21 72/7
full [3]  12/19 12/21 66/22
fully [6]  4/4 38/13 39/1 50/2
52/24 52/24
fun [3]  57/19 104/3 115/3
function [12]  65/15 65/16
65/16 80/13 82/22 83/7
83/15 85/6 88/10 90/15

function... [2]  96/12 100/12
functioning [1]  92/20
functions [2]  24/9 57/1
fundraising [1]  68/10
further [11]  6/12 10/17 62/19
 62/23 63/4 63/12 65/23 78/9
 78/19 90/11 121/3
future [5]  6/5 7/6 54/22

**G**
Gables [1]  1/16
gainful [1]  47/20
gave [5]  10/4 12/1 16/5
 17/24 115/22
general [3]  4/15 78/22
 107/10
Germany [1]  29/21
get [36]  10/7 10/25 11/1 12/7
 20/18 21/16 26/25 29/6 32/3
 32/5 39/12 40/6 40/15 40/22
 45/2 47/20 83/23 84/10
 84/13 87/4 92/21 92/23
 94/18 94/23 98/3 98/8 98/8
 98/9 107/19 109/12 112/6
 115/23 116/21 116/21 118/6
 119/3
gets [9]  25/12 50/15 53/17
 85/7 90/6 110/20 111/18
 116/13 116/22
getting [9]  10/21 42/5 49/8
 74/22 75/7 90/15 104/15
 118/11 118/16
GHITELMAN [10]  2/7 62/24
 75/9 75/18 75/19 76/6 76/25
 77/7 77/15 77/25
Gilbert [10]  1/12 2/6 2/9 3/6
 6/15 9/1 10/9 12/8 31/24
 95/21
give [19]  6/3 8/21 46/5 57/4
 63/2 66/1 66/6 67/11 86/23
 90/20 92/24 95/12 95/15
 97/24 101/1 107/13 108/20
 110/17 111/24
given [9]  46/6 86/9 90/10
 91/11 91/19 100/19 100/25
 101/2 111/17
gives [3]  9/16 28/25 74/9
giving [2]  51/21 63/18
go [40]  3/24 4/6 10/23 16/10
 20/19 24/17 28/19 28/23
 34/22 39/2 41/20 42/7 48/5
 49/18 53/11 53/20 54/1 54/6
 58/6 59/3 63/19 68/4 74/17
 76/12 77/18 78/9 78/19 81/8
 81/16 81/17 82/10 84/6
 85/11 91/5 98/20 99/25
 100/6 107/14 113/8 114/3
goal [2]  50/21 53/15
goals [1]  72/4
God [4]  12/3 61/6 94/13
 114/4
goes [14]  35/15 43/2 50/1
 53/23 56/2 56/3 64/17 65/17
 84/5 86/20 88/7 88/12 89/17
 98/11
going [85]  7/21 12/10 12/19
 12/21 13/2 14/25 15/21
 18/21 19/3 19/5 19/16 19/24

33/15 35/19 37/20 39/22
 40/1 40/5 43/21 48/6 49/4
 49/5 52/19 53/24 54/21
 54/23 55/10 55/10 55/15
 55/16 55/17 55/21 55/22
 56/5 56/10 56/18 57/18
 57/19 57/19 57/20 58/25
 59/1 61/13 61/17 63/9 64/2
 70/12 73/15 73/25 74/20
 75/2 75/11 75/18 83/23 87/3
 87/14 88/5 88/13 88/16 89/9
 92/12 93/23 95/10 99/25
 100/6 100/9 102/1 103/20
 105/2 106/21 110/17 110/18
 110/25 111/11 111/24
 113/22 113/22 113/23
 116/12 120/8
gone [3]  21/1 99/1 114/23
good [30]  3/6 3/10 3/12 3/18
 3/20 3/22 24/5 29/3 39/5
 39/6 46/22 54/25 57/25 61/8
 66/25 76/3 76/4 87/12 91/2
 91/21 91/21 95/22 95/23
 102/22 104/17 112/7 113/4
 118/1 118/7 121/7
gosh [1]  58/8
got [24]  13/21 27/5 39/11
 43/14 46/9 46/24 46/25 47/3
 49/13 49/20 52/22 53/15
 62/11 111/8 111/12 111/14
 111/14 111/21 111/24
 112/16 113/1 114/13 115/18
 115/18
gotten [1]  84/25
government [89]  3/5 3/24
 4/12 5/23 6/4 6/6 6/21 7/4
 7/6 8/17 10/20 11/20 15/15
 15/18 15/22 17/24 20/17
 21/4 21/16 21/21 21/21
 21/23 22/2 22/5 22/9 22/12
 24/8 29/22 30/5 30/5 31/14
 31/25 32/14 33/20 35/10
 35/14 35/22 37/8 37/14
 37/23 40/1 44/1 48/7 56/14
 56/23 57/8 58/16 63/11
 63/15 64/1 64/15 65/2 65/11
 65/12 65/16 65/16 65/24
 66/10 66/15 67/5 67/16
 67/22 68/24 69/3 69/11
 69/14 69/15 69/24 69/25
 71/3 72/17 72/18 72/19 73/4
 73/14 73/15 73/22 74/4 74/5
 77/17 98/4 102/8 107/22
 109/11 113/3 114/6 115/19
 116/16 121/3
government's [17]  12/12
 16/25 22/10 23/25 26/2 26/7
 27/13 30/12 32/23 68/1
 73/16 73/18 73/19 73/25
 97/16 107/5 116/3
grams [1]  94/10
grandmother [4]  49/21 53/12
 54/1 114/11
grandpa [1]  49/20
grandparents [3]  42/20 49/19
 106/8
grant [2]  13/20 14/1
grants [1]  14/22

grasp [2]  50/2 52/24
grasping [1]  50/4
grass [1]  28/15
grateful [1]  100/24
great [4]  79/20 116/17
 116/25 118/24
greater [2]  83/21 119/8
green [2]  28/7 29/14
grew [1]  46/9
groin [1]  82/10
ground [1]  38/7
grounds [2]  109/5 114/13
group [7]  46/21 55/11 57/13
 57/16 63/25 113/15 114/10
groups [1]  72/6
grown [2]  103/17 106/14
guards [1]  111/7
GUERRA [86]  1/6 3/4 3/13
 3/13 3/15 4/15 4/21 4/25 5/4
 5/6 5/8 5/9 5/14 6/7 6/16
 7/25 8/24 8/25 9/1 9/2 9/5
 10/10 10/17 11/16 14/6
 14/10 14/14 21/1 25/3 25/7
 26/4 32/1 36/25 39/8 40/21
 41/14 41/16 41/16 41/21
 42/8 43/2 48/8 52/10 53/7
 54/8 56/12 56/21 57/7 64/21
 64/25 65/18 66/17 67/2 70/7
 70/14 70/21 73/9 73/19 78/1
 78/1 79/15 79/18 80/18 86/1
 87/5 94/17 97/9 99/10 103/3
 103/14 107/9 109/19 109/20
 109/22 111/25 114/23
 114/25 115/1 116/7 117/1
 117/2 117/21 118/7 120/13
 120/22 121/7
Guerra's [6]  5/25 7/1 22/8
 54/19 66/14 118/19
guerrilla [1]  26/17
guess [2]  18/17 53/23
guide [2]  30/24 65/21
guideline [11]  6/20 21/13
 74/13 74/15 97/15 97/17
 108/14 108/22 117/18
 117/20 119/5
guidelines [11]  6/18 62/25
 98/10 107/18 107/23 108/4
 111/23 116/6 117/14 118/21
 119/2
guides [2]  64/5 72/9
guilty [2]  11/19 69/20

**H**
had [86]  5/11 8/15 8/16 8/17
 8/21 8/25 10/6 10/8 10/17
 11/24 13/2 13/11 13/17 14/7
 14/8 17/14 17/25 18/19 20/1
 22/21 24/5 24/20 26/13
 29/24 31/14 31/17 31/21
 34/14 34/14 35/22 35/23
 36/1 39/7 41/1 41/2 41/22
 43/15 43/23 44/4 45/1 45/12
 45/16 47/6 48/23 48/24
 49/15 50/24 51/3 51/3 51/3
 51/4 51/16 52/2 52/11 52/17
 54/22 55/9 56/8 56/15 65/18
 67/19 68/8 73/7 74/19 80/7
 81/21 81/24 82/13 82/16
 83/18 83/22 84/24 85/5

104/2 104/5 104/9 104/13
 106/24 106/25 109/20
 111/22 114/1
hair [3]  45/4 56/8 56/9
half [9]  107/21 108/1 108/7
 108/9 108/23 108/24 112/3
 116/9 117/3
Halperin [1]  3/15
hand [11]  35/15 35/15 50/1
 50/1 53/23 53/23 64/17
 64/17 65/17 65/17 76/4
handbook [1]  30/15
handedly [1]  42/19
handicapped [1]  114/6
handle [4]  49/10 49/13 83/17
 94/3
handled [1]  42/19
hands [1]  106/3
hanging [1]  45/1
happen [6]  55/12 55/21
 87/25 90/8 91/8 91/10
happened [2]  42/5 47/7
 51/10 51/15 55/23 56/9
 81/23 83/24 91/9 102/23
 114/1 118/1
happening [1]  94/6
happens [2]  90/5 93/14
happy [1]  58/23
hard [4]  45/12 49/13 98/25
 118/3
Harden [1]  84/15
hardship [1]  115/5
hardships [1]  114/22
harsh [1]  107/12
has [100]  6/6 6/13 20/21
 24/13 25/9 27/11 30/15
 31/25 35/10 35/14 42/12
 44/3 45/3 45/4 46/14 46/18
 48/2 48/10 48/11 50/4 50/8
 50/16 51/1 52/3 52/14 54/22
 57/11 57/11 59/5 61/20 62/9
 63/11 64/20 64/21 66/18
 69/22 70/15 71/13 71/14
 71/15 71/16 73/2 79/17
 81/21 81/23 81/24 81/24
 82/1 84/22 84/25 86/8 86/14
 87/5 87/7 88/13 89/12 90/21
 90/25 91/9 91/24 92/6 92/18
 93/2 94/13 94/14 94/17 99/1
 100/3 100/8 100/10 100/10
 100/14 100/15 101/2 101/12
 101/19 102/7 107/7 108/16
 108/17 109/15 110/11 111/1
 111/4 111/12 111/15 112/19
 113/12 113/12 114/17
 114/23 115/1 115/17 116/20
 118/8 118/12 117/21 118/8
 118/21 120/16
hashtag [4]  30/15 30/18
 32/21 32/22
hasn't [1]  93/6 113/14 113/14
hate [2]  15/21 65/19
hated [2]  65/8 104/7
have [214]  4/11 5/13 6/6
 7/11 8/22 9/21 10/2 10/15
 10/20 11/25 12/9 12/15 13/5
 13/24 15/18 17/3 18/10
 18/17 19/4 19/19 20/1 20/10

Case 1:20-cr-20245-RNS Document 303 Entered on FLSD Docket 03/11/2022 Page 131 of 147

have... [192] 20/25 21/1 21/4
21/7 21/11 22/14 22/17
22/18 22/25 23/2 23/11
23/12 23/21 23/22 23/23
26/7 26/11 26/24 28/4 28/5
30/9 30/21 31/4 31/11 31/15
32/25 35/17 37/14 37/17
37/19 37/22 38/20 39/18
39/20 42/15 42/19 42/19
43/5 43/7 43/23 44/22 46/14
47/13 47/15 47/21 49/3 50/7
50/21 51/13 54/2 54/6 54/11
54/21 55/14 55/15 55/16
55/17 55/20 55/23 55/25
56/25 57/18 57/21 57/23
58/1 59/4 59/12 60/2 60/12
61/8 62/11 62/21 62/23
62/24 63/4 64/6 65/10 66/8
66/20 68/18 68/20 70/24
72/7 74/16 75/9 75/10 75/13
75/14 75/14 75/18 75/21
77/18 78/1 78/3 78/11 78/14
79/3 79/5 79/6 79/10 80/16
81/21 82/8 82/15 82/18 83/3
83/16 83/25 84/7 84/10
84/14 84/19 84/23 85/2
85/12 86/4 86/10 86/15
87/20 88/8 89/7 89/8 89/15
92/8 92/10 93/18 93/20
95/16 95/24 97/7 97/14
98/19 98/22 99/9 100/15
100/16 100/18 100/19 101/3
102/16 102/19 102/23 103/3
103/4 103/17 103/22 104/14
104/19 104/21 104/23
104/25 105/12 105/19
106/12 106/14 106/24 107/3
107/9 108/13 108/13 109/3
109/3 109/4 109/9 109/20
109/22 110/2 110/10 110/12
110/19 110/21 110/23
110/24 111/7 111/15 112/25
113/1 113/4 113/9 113/9
113/11 114/1 115/8 115/10
115/12 115/16 115/17
116/12 116/17 117/25 119/2
120/22

having [20] 17/6 19/11 19/21
31/12 35/18 38/18 41/3 53/3
53/4 53/10 59/2 76/7 85/13
85/21 87/21 87/24 88/1
88/15 112/12 117/16

he [500] 4/17 5/11 8/3 8/4
8/15 8/16 9/8 9/9 9/9 9/12
9/14 9/22 9/23 10/4 10/6
10/13 10/17 10/19 10/22
10/23 10/24 10/24 11/17
11/17 11/19 11/21 11/23
12/5 13/6 13/7 13/7 15/20
15/22 16/2 16/3 16/5 16/5
16/7 16/8 17/7 17/21 17/24
17/25 18/7 18/8 18/8 18/10
18/11 22/16 22/21 22/21
25/15 25/15 25/20 25/23
25/23 25/24 25/25 26/1 26/3
28/20 30/15 34/5 34/14 36/6
36/7 37/5 37/5 42/3 42/6
12/12 42/22 43/3 43/8 43/10

44/3 44/12 44/13 44/15 44/15
44/22 44/23 45/1 45/2 45/2
45/3 45/3 45/7 45/12 45/14
45/15 45/16 45/17 45/23
45/24 46/1 46/2 46/8 46/9
46/11 46/14 46/14 46/15
46/15 46/17 46/17 46/18
46/18 46/22 46/22 46/23
46/24 46/25 47/2 47/4 47/8
47/13 47/14 48/1 48/2 48/3
48/8 48/10 48/10 48/11
48/12 48/16 48/17 48/20
48/22 48/23 48/24 49/2 49/8
49/10 49/12 49/13 49/14
49/14 49/15 49/16 49/19
49/23 50/4 50/8 50/9 50/15
50/15 50/16 50/19 50/22
50/24 50/24 50/25 51/3 51/3
51/5 51/6 51/15 51/18 51/25
52/1 52/3 52/6 52/6 52/11
52/14 52/14 52/16 52/16
52/21 52/24 53/1 53/9 53/9
53/9 53/10 53/11 53/14
53/17 53/18 53/19 53/20
53/23 53/24 53/25 54/5 54/9
54/10 54/10 54/11 54/11
54/12 54/15 54/15 54/21
54/21 54/21 54/22 54/23
54/25 55/1 55/7 55/8 55/10
55/10 55/14 55/14 55/14
56/4 56/5 56/8 56/8 56/9
56/15 56/22 57/10 57/11
57/14 57/14 57/14 57/16
58/6 58/8 58/15 58/17 58/18
58/20 58/20 58/20 58/21
58/22 58/22 58/23 59/5 59/7
59/7 59/16 59/18 59/19
59/20 59/23 59/24 59/25
59/25 60/5 60/5 60/8 60/8
60/8 60/9 60/10 60/11 60/12
60/13 60/14 60/16 60/18
60/20 60/22 60/22 60/25
61/1 61/3 61/3 61/10 61/12
61/12 61/14 61/18 61/20
61/21 62/2 62/9 62/10 63/20
63/21 63/22 63/24 63/24
63/25 64/4 65/1 65/4 65/5
65/8 65/21 66/5 66/6 66/9
66/9 66/17 66/17 66/21
66/23 66/23 66/25 67/15
67/17 67/19 68/8 68/18
68/19 70/16 70/23 71/5 71/5
71/6 71/6 73/1 75/15 76/13
76/16 76/19 76/21 76/24
77/18 79/17 80/6 80/7 80/21
80/21 80/24 80/24 81/7
81/12 81/21 81/24 82/1 82/2
82/3 82/13 82/15 82/17 83/3
83/4 83/18 83/25 84/1 84/14
84/16 84/17 84/21 84/22
84/23 85/2 85/12 87/2 87/7
87/8 87/11 87/12 87/12
87/13 87/22 88/13 88/19
88/20 89/11 89/23 89/25
90/4 90/6 90/6 90/7 90/9
90/18 90/21 91/3 91/5 91/6
91/7 91/10 91/12 91/24

93/2 93/14 93/20 93/25
94/23 94/24 96/8 96/11
96/16 96/17 97/25 98/15
100/10 100/11 100/13
100/14 100/14 100/15
100/16 100/17 100/17
100/21 101/6 101/7 101/9
101/12 101/13 101/13
101/14 101/14 101/17
101/19 101/21 102/17
102/22 102/23 103/8 103/9
106/21 107/6 107/17 107/18
107/19 107/20 107/21 108/6
109/8 109/12 110/2 110/10
110/20 110/22 111/2 111/3
111/4 111/4 111/6 111/6
111/8 111/12 111/16 111/16
111/17 111/18 111/19 112/5
112/9 112/10 112/11 112/12
112/18 112/21 113/3 113/3
113/3 113/12 113/13 113/17
113/22 113/22 113/23 114/1
114/2 114/2 114/3 114/8
114/8 114/9 114/10 115/1
115/2 115/5 115/7 115/8
115/9 115/10 115/15 115/18
115/19 115/25 116/8 116/13
116/14 116/20 116/22
118/21 118/23 118/25 119/1
119/3 119/17 119/18 119/20

he's [70] 9/19 25/5 25/7 25/8
25/11 26/6 41/17 41/22
44/14 46/9 46/16 46/22
47/13 47/17 47/25 48/18
49/6 50/6 51/1 51/18 51/24
52/1 54/23 55/25 55/25
56/17 59/9 59/9 65/22 66/6
68/21 71/4 71/6 75/6 75/16
84/15 85/13 88/1 88/1 89/12
89/21 89/23 89/24 89/25
90/15 91/11 91/14 91/19
93/22 95/11 97/8 100/18
101/6 101/16 102/21 102/25
103/11 110/5 110/11 110/23
113/7 113/18 113/20
114/17 115/4 115/5

head [4] 13/13 45/4 108/3
111/10

health [14] 45/6 45/10 45/19
59/3 59/5 78/16 79/9 87/9
97/17 97/22 101/10 114/15
119/6 120/15

hear [15] 27/14 27/17 27/18
63/6 76/2 76/21 76/23 76/23
76/25 77/1 77/2 77/7 77/15
77/16 105/4

heard [5] 67/1 97/13 98/23
107/6 110/23

hearing [16] 1/9 4/9 4/10 7/9
7/24 8/4 19/25 39/24 75/13
75/22 79/10 85/21 97/4
105/10 121/10 121/17

hearing -- [1] 85/21

hears [2] 33/11 76/24

heart [56] 43/3 43/12 78/17
79/19 79/22 79/25 80/6
80/10 81/6 81/16 82/7 82/11

84/7 84/15 85/4 85/11 86/3
86/3 86/6 86/20 87/3 87/14
87/24 88/1 88/3 88/6 88/6
88/10 88/12 88/12 88/13
88/16 89/9 90/11 90/14
91/23 92/20 92/21 93/14
93/15 93/25 94/3 94/4 94/11
96/12 101/12 105/18 110/5
110/6 112/19 115/15

heat [1] 86/21

held [1] 61/24

help [14] 3/16 7/6 24/12 26/1
40/15 54/25 87/12 87/16
94/21 96/17 100/12 101/15
107/22 111/4

helped [2] 42/16 42/16

helping [5] 24/13 55/11 58/9
64/21 66/25

helps [1] 113/19

her [25] 12/23 32/6 40/1 40/4
40/12 40/13 41/9 41/10 47/1
47/11 59/24 62/4 62/15
70/21 70/25 98/15 99/14
99/15 99/16 99/18 100/1
100/6 100/7 100/7 102/1

here [36] 3/4 3/11 3/19 16/5
17/8 26/2 31/4 39/1 46/1
47/4 51/10 53/8 61/12 61/15
61/17 61/21 63/8 65/22
69/20 70/10 70/17 74/16
75/15 76/13 76/24 77/25 78/3
78/14 97/3 97/9 102/3
112/25 113/6 115/13 117/22
118/7

Here's [1] 62/2

hereby [1] 121/14

herself [1] 61/24

hey [5] 16/5 25/8 57/16 65/8
111/8

hidden [1] 33/4

high [8] 52/4 57/13 87/20
88/17 93/21 98/10 98/11
104/11

highlights [1] 40/6

highly [1] 42/24

Highway [1] 1/15

him [118] 6/20 7/16 10/3
10/4 12/5 12/6 12/7 18/13
19/6 19/15 20/5 41/4 42/6
42/9 42/10 42/16 42/16
42/19 42/20 42/24 42/24
43/17 44/2 44/24 45/4 48/6
48/15 48/19 48/22 49/2
49/13 49/17 49/19 50/11
51/8 51/4 51/13 51/17
51/21 51/23 52/3 52/4 52/13
52/14 52/16 52/22 53/5 54/1
54/8 54/16 54/24 54/25 55/1
55/7 55/12 55/13 55/15 56/7
57/16 60/7 63/18 66/1 66/7
75/14 78/2 84/3 87/7 87/15
87/25 89/14 91/3 91/10
91/20 93/4 94/22 97/7 97/10
97/24 100/12 100/14 100/16
100/18 100/19 100/21
102/16 102/17 102/22
102/25 103/8 108/20 109/13
110/7 110/17 110/18 110/24

him... [23]  111/4 111/8
111/11 111/24 112/19
113/19 113/19 113/21
113/22 115/3 115/3 115/14
115/25 116/8 116/13 116/15
116/22 117/22 118/9 118/9
118/10 118/11 119/8
himself [9]  8/24 9/22 9/23
11/17 44/5 67/15 101/13
110/15 113/17
hire [1]  9/12
hired [1]  9/8
hires [1]  24/6
his [278]  4/17 6/4 6/9 7/1 7/3
8/4 8/12 9/6 9/10 9/11 9/25
11/22 14/20 15/1 15/1 15/8
15/10 17/5 17/12 17/14
17/15 18/12 18/13 19/12
19/13 21/20 21/22 24/7
25/15 25/17 25/17 25/18
35/16 35/24 36/1 36/9 37/4
37/21 40/10 41/2 41/2 42/3
42/3 42/14 42/20 42/21
42/22 42/22 42/23 43/22
43/22 43/24 44/1 44/4 44/6
44/8 44/9 45/4 45/8 45/8
45/11 45/14 45/15 45/17
45/19 45/20 45/22 45/24
45/25 46/6 46/9 46/20 46/21
47/1 48/1 48/10 48/14 48/17
48/23 49/2 49/2 49/3 49/8
49/19 49/24 50/1 50/1 50/3
50/5 50/13 50/17 51/7 51/9
51/14 51/22 52/1 52/2 52/2
52/5 52/9 52/17 52/25 53/1
53/8 53/11 53/11 53/12
53/15 53/16 53/19 53/19
53/25 53/25 54/1 54/2 54/4
54/4 54/6 54/13 54/14 54/21
55/8 55/12 55/12 55/21 56/4
56/5 56/6 56/8 56/9 56/15
56/17 56/24 57/1 57/1 57/10
57/13 57/22 57/23 58/7
58/14 58/14 58/23 59/3
60/14 61/6 61/13 61/18
61/19 62/3 62/11 63/11
63/13 64/17 64/17 64/25
65/6 66/21 66/22 66/23 68/8
68/25 69/4 69/9 70/7 70/19
70/20 73/1 73/13 75/11
77/18 78/8 78/8 80/7 80/11
80/16 80/24 81/20 82/3 82/8
83/9 83/21 84/4 84/25 84/25
85/4 86/2 86/3 86/25 87/8
87/9 87/11 87/13 87/19
87/23 88/2 88/12 89/8 89/13
89/18 89/19 89/20 90/3 90/6
90/10 90/14 91/16 91/16
91/23 91/23 92/22 93/24
93/24 94/1 94/3 94/22 94/24
96/9 96/11 96/14 97/21 99/1
100/17 101/10 101/15
101/22 102/2 102/24 106/25
107/17 108/4 108/5 108/6
108/6 109/7 109/21 110/4
110/5 110/6 110/10 110/13
110/16 110/16 110/25 111/1

112/9 112/19 112/22 112/22
113/21 114/2 114/11 114/15
114/15 114/16 114/20 115/4
115/11 115/14 116/20 117/2
118/8 118/10 118/22 119/7
119/9 120/14 120/14 120/17
history [4]  40/23 74/13 98/11
117/17
hitman [3]  9/8 9/12 24/6
hitman's [1]  24/6
Hold [2]  36/23 76/22
hole [3]  48/22 81/7 104/2
Holland [1]  29/21
holy [1]  48/22
home [8]  9/16 26/21 42/21
49/16 50/9 52/1 57/14
104/12
home-schooled [1]  104/12
Honor [76]  3/6 3/12 3/20
3/25 4/9 4/19 6/8 6/24 7/10
7/12 7/14 11/21 12/13 15/3
15/11 18/3 18/24 20/20
20/24 22/11 22/22 23/8
24/10 24/16 24/25 25/14
27/3 27/20 28/6 28/8 29/9
29/13 30/3 31/4 32/16 32/24
33/10 34/7 34/13 34/23
35/21 36/18 37/12 38/25
40/4 59/13 63/20 66/19 67/7
67/9 67/23 67/25 69/4 77/20
78/22 95/9 97/6 97/20 98/18
98/22 99/19 100/7 106/25
107/7 107/16 107/23 108/5
108/8 110/18 114/13 114/21
114/24 116/7 116/8 116/13
117/3
Honor's [1]  22/4
HONORABLE [1]  1/9 106/4
hook [1]  53/25
hooked [2]  44/23 45/7
Hopefully [1]  101/18
horrible [1]  8/2
hospital [13]  43/17 44/24
59/8 78/18 84/23 85/3 88/25
90/22 95/6 103/23 109/13
112/18 116/13
hospitalization [1]  95/14
hospitalizations [1]  95/2
hospitalized [3]  43/8 43/15
59/7
hospitals [1]  96/2
hours [8]  12/8 54/8 74/16
91/11 105/6 110/1 114/2
119/18
house [3]  9/6 9/10 45/17
how [85]  4/19 11/7 11/8 12/7
12/25 13/6 17/24 23/20
23/24 24/23 26/10 27/12
28/3 30/25 31/18 34/5 36/5
36/14 39/5 40/20 41/15
43/22 44/1 44/11 44/12
44/15 44/19 44/20 46/9
46/15 46/16 47/19 48/5
48/11 48/12 48/14 48/19
49/20 50/13 50/15 51/6 52/4
53/1 53/15 53/23 54/2 54/2
54/19 55/12 56/2 56/2 56/3
56/6 56/15 56/16 57/1 58/8

66/9 75/11 79/16 83/7 87/6
88/25 93/22 93/23 94/12
94/15 94/16 94/19 96/16
98/7 98/8 99/23 101/7 105/8
105/11 106/1 110/4 112/9
112/10
however [3]  46/17 62/9
120/23
Hughes [4]  3/8 5/1 5/1 5/12
human [5]  106/15 110/14
111/1 112/13 114/10
hundred [1]  91/24
hundreds [1]  98/7
hurt [3]  65/11 104/7 104/15
hurts [1]  105/21
husband [4]  102/4 102/6
117/24 118/1
hypertension [1]  83/19

I
I'm [28]  3/25 15/21 23/8 26/5
31/20 35/2 39/1 51/5 53/17
56/9 56/10 56/10 58/9 60/10
75/2 76/3 77/13 78/25 83/12
85/19 88/3 99/8 99/25 100/1
100/5 100/6 100/7 103/10
I've [2]  78/4 88/24 114/4
I-N-D-E-X [1]  1/22
idea [6]  13/2 28/14 29/17
29/19 65/6 73/3
ideal [6]  29/4 80/23 82/2
86/18 87/19 91/19
identified [1]  120/9
ill [3]  54/16 103/22 106/2
illegally [1]  19/9
illness [2]  87/7 112/22
illnesses [2]  55/15 55/16
illogical [1]  10/2
imagine [1]  75/20
immaturity [2]  53/22 118/23
immediate [1]  72/9
immediately [5]  107/19
107/21 115/19 115/20 120/5
imminent [1]  54/16
impact [2]  48/15 87/7
impacted [1]  79/16
impacts [3]  22/3 45/4 50/13
impaired [6]  44/17 48/1
56/24 83/16 115/16 115/17
impairment [1]  37/20
impairments [2]  48/11 69/9
imperialism [1]  72/22
imperialistic [1]  26/19
implemented [2]  29/19 73/3
implication [1]  23/17
implications [1]  43/24
implied [1]  64/14
importance [1]  87/17
important [24]  5/6 6/24 10/25
15/19 17/10 40/25 46/1
63/20 64/10 64/18 65/1 66/3
69/5 79/25 87/2 90/11 90/25
100/18 103/25 109/24
109/25 110/9 112/10 117/21
importantly [1]  109/6 119/6
impose [3]  95/4 103/4 119/10
imposed [2]  120/16 120/23
impression [1]  42/1
imprisoned [1]  119/15

120/6
improper [1]  20/9
inability [1]  5/9
inappropriately [1]  16/19
incarcerated [3]  84/22
100/10 101/10
incarceration [2]  105/3 105/5
include [2]  7/17 20/6
included [13]  6/13 8/1 8/1
16/19 19/9 20/3 39/19 39/20
39/21 41/7 63/11 74/21
107/11
includes [3]  7/2 26/16 69/19
including [3]  14/11 78/5
93/22
incompatible [2]  80/15 80/21
inconsistent [1]  5/25
incorporated [1]  120/11
increase [3]  74/3 74/7 90/2
increases [2]  84/6 90/24
incredibly [1]  118/9
independent [1]  55/5
indicate [3]  59/5 84/24
113/12
indicated [5]  4/17 11/22
21/19 26/4 93/4
indicates [2]  8/7 64/16
indication [1]  113/15
individual [12]  10/25 11/21
14/6 25/5 25/11 25/12 30/14
40/21 109/1 112/4 114/3
114/25
individuals [1]  101/5
ineffective [1]  10/2
inefficiently [1]  93/9
Inevitably [1]  93/9
inexpensively [1]  71/22
infamous [1]  33/3
infant [1]  45/15
infections [1]  116/19
influence [8]  24/14 30/4 56/6
69/13 69/24 72/17 73/21
74/4
influenced [3]  46/12 48/18
49/24
informant [1]  61/23
information [16]  6/3 6/18
6/22 7/13 8/2 11/2 16/6
17/23 31/24 33/20 35/15
41/1 43/20 46/5 115/21
initial [1]  82/8
initially [2]  14/17 34/18
injured [1]  116/22
inmates [1]  119/3
innocent [6]  24/12 24/13
50/21 68/11 73/10 98/7
inside [1]  45/17
insight [1]  72/10
insignia [1]  18/6
inspire [1]  31/2
inspired [1]  24/22
install [1]  93/9
instead [2]  26/21 84/8
instruction [1]  63/18
instructional [1]  64/5 65/21
72/9
instructions [6]  26/9 27/12
63/21 64/6 64/7 64/8

insufficiency [1] 43/16
insurrection [1] 65/14
integrating [1] 57/13
intellectually [1] 49/7
intelligence [3] 49/2 49/3 70/15
intelligent [3] 46/3 47/18 60/18
intend [3] 8/10 16/1 18/24
intended [1] 68/22
intends [1] 22/5
intense [2] 53/4 105/25
intensely [1] 57/23
intent [32] 7/4 11/24 11/25 21/20 21/22 22/8 22/8 24/2 24/7 24/14 44/4 48/5 48/9 56/13 56/15 56/22 57/8 58/14 61/6 63/13 64/17 67/1 67/3 67/3 67/20 68/19 68/25 69/4 69/6 70/22 70/24 102/24
intention [2] 58/7 110/2
intentions [6] 44/20 50/5 51/6 53/2 57/1 57/2
intents [1] 50/2
interact [3] 45/24 50/24 51/14
interacting [1] 51/23
interaction [2] 48/2 114/2
interactions [8] 44/16 45/6 45/9 45/21 48/1 51/3 54/4 56/16
interchange [1] 44/16
interest [4] 47/17 53/4 60/21 120/9
interested [2] 10/21 53/21
interesting [3] 51/17 53/14 107/11
interests [1] 46/2
internal [1] 78/22
internet [6] 36/12 46/24 53/10 54/24 71/20 114/9
internet-based [1] 71/20
interpret [3] 44/19 44/20 58/3
interpreter [2] 3/16 85/21
interpreting [1] 56/24
interprets [2] 48/2 56/15
interruption [3] 81/2 85/15 100/4
interventional [3] 78/21 78/23 79/1
interventionalist [1] 81/7
interview [3] 40/23 42/10 51/1
interviewed [2] 42/9 52/9
intimidate [9] 21/21 22/9 30/4 56/13 56/23 58/16 63/14 64/15 67/4
intimidation [5] 69/14 69/25 72/17 73/22 74/5
intra [1] 81/13
intra-atrial [1] 81/13
introduce [7] 5/24 6/22 15/24 18/22 22/2 22/5 39/19
introduced [4] 19/6 33/21 35/11 37/14
introducing [2] 17/6 18/23
introduction [6] 22/1 22/4

intubation [1] 95/7
invasion [3] 29/23 73/6 73/12
invasive [2] 82/10 96/13
investigation [5] 15/4 20/22 25/4 57/7 70/9
investigations [1] 7/6
investigator [2] 3/15 12/6
invigorate [1] 71/18
inviting [1] 70/13
involved [20] 6/8 9/9 9/12 25/2 30/14 39/11 39/12 52/11 53/7 63/24 65/3 102/7 102/12 102/14 102/23 111/14 113/1 115/18 118/11 118/16
involvement [7] 6/4 18/13 31/15 32/1 50/13 63/11 109/21
involving [1] 90/3
Iraq [4] 29/24 71/9 73/6 73/13
irrelevant [1] 68/17
irrespective [2] 22/7 32/1
is [402] 3/3 3/4 3/7 3/11 3/13 3/14 3/15 3/19 3/23 3/23 4/6 5/1 6/2 6/6 6/9 6/13 6/14 6/21 7/8 7/20 7/24 7/24 8/18 8/19 9/18 10/11 10/12 11/8 11/15 11/16 11/20 13/1 13/16 13/18 13/19 14/3 14/16 15/4 15/6 15/15 16/16 16/19 16/20 16/20 17/4 17/9 17/11 17/13 18/4 19/13 20/2 20/3 20/8 20/12 21/15 21/18 21/24 22/2 22/10 22/12 22/22 23/6 23/12 23/19 24/7 24/16 24/21 25/2 25/14 25/21 25/25 26/2 26/8 26/20 27/20 27/22 28/2 28/11 28/14 29/4 29/9 29/10 29/16 29/22 30/4 30/8 30/12 30/13 30/16 30/23 31/4 31/10 31/20 32/22 32/24 32/24 33/6 33/10 34/3 34/4 35/3 35/3 36/21 36/24 37/19 37/21 38/23 38/24 38/24 39/8 40/1 40/22 41/9 41/21 41/21 42/14 42/22 43/7 43/20 43/22 44/1 44/13 44/17 46/1 46/1 46/2 46/2 46/11 46/11 47/1 47/2 48/6 48/12 48/13 48/17 49/10 49/20 50/5 50/6 50/7 50/15 50/15 50/22 51/2 51/23 53/1 53/14 53/21 54/3 54/4 54/5 54/10 54/15 54/16 54/19 54/21 56/14 56/17 56/17 56/20 58/18 58/25 59/1 60/9 60/10 60/20 61/6 62/14 62/14 62/24 64/4 64/18 64/20 65/14 65/23 65/24 66/9 66/12 66/21 66/23 67/6 67/7 67/10 67/12 67/13 67/17 67/17 67/17 67/19 68/7 68/14 68/14 68/17 68/18 69/3 69/5 69/5 69/7 69/12 69/16 69/23 70/2 71/5 71/10 72/22 73/5 73/9 73/17

74/6 74/12 74/14 75/11 75/15 76/9 76/13 76/22 77/18 78/7 78/15 78/19 79/11 79/21 79/24 80/1 80/3 80/6 80/9 80/10 80/11 80/12 80/13 80/15 80/20 80/23 81/5 81/11 81/13 81/14 81/15 82/10 82/18 82/22 82/24 83/8 83/19 83/25 84/2 84/8 84/25 85/9 85/21 85/24 86/3 86/8 86/16 86/16 86/20 86/21 86/22 87/22 87/22 87/23 88/10 88/11 88/11 88/14 88/17 89/18 89/22 90/1 90/7 90/12 90/12 90/14 90/25 91/2 91/9 91/19 91/23 92/2 92/6 92/14 92/14 92/16 92/23 92/23 92/25 93/4 93/5 93/7 93/13 93/13 93/20 93/21 93/23 93/25 94/1 94/4 94/5 94/16 94/19 94/25 95/1 95/9 95/10 95/21 97/15 97/20 98/6 98/9 98/10 98/10 98/13 98/16 98/18 99/3 99/5 100/9 100/11 100/14 101/17 102/1 103/5 103/9 104/16 104/16 104/17 105/10 105/20 106/3 106/18 107/2 107/3 107/9 107/10 107/12 108/1 108/9 108/11 109/7 109/18 109/23 110/3 110/5 110/6 110/9 110/9 110/12 110/20 111/1 111/14 111/15 111/16 111/18 111/21 111/25 112/11 112/13 112/13 112/16 112/17 112/23 113/6 113/6 113/7 113/23 114/3 114/20 114/20 114/24 115/16 115/17 116/3 116/11 116/11 116/17 117/7 117/9 117/10 117/17 117/19 117/24 118/3 118/4 118/7 118/7 118/13 118/22 118/25 119/4 119/14 119/20 120/6 120/10 121/3 121/14 121/18
ISIS [37] 15/2 19/15 28/1 30/4 30/16 33/3 33/6 37/2 50/19 54/9 54/11 55/5 56/5 59/25 61/7 61/24 61/25 64/23 64/23 68/22 68/22 71/10 71/12 71/13 71/14 71/15 71/16 71/16 71/19 71/23 72/6 72/7 72/8 72/11 72/14 72/24 113/13
Islamic [2] 25/25 71/9
isn't [3] 68/25 112/15 116/23
isolated [1] 53/3
Israel [4] 29/20 30/7 68/25 73/12
Israeli [2] 29/22 73/5
issue [1] 70/13
issues [17] 23/13 23/16 43/3 43/6 43/6 45/2 55/17 55/17 55/18 59/4 59/6 101/10 112/5 116/23 117/3 119/6 120/15
it [234] 4/20 6/5 6/9 6/17

10/6 10/9 10/9 10/13 10/13 10/25 11/5 11/11 11/11 11/12 11/16 12/15 12/22 13/6 13/7 13/10 13/14 13/15 13/15 14/14 14/15 14/24 15/1 15/7 15/10 15/18 15/24 16/1 16/11 16/13 16/19 17/10 18/5 18/9 18/13 18/22 18/23 18/25 18/25 19/3 19/4 19/9 19/9 19/20 20/15 20/15 20/15 20/15 22/6 22/10 22/11 23/10 24/14 26/20 27/2 27/3 27/5 27/7 27/9 27/11 27/25 28/25 30/5 30/5 30/7 30/15 30/25 31/2 31/3 31/17 31/21 31/22 32/10 32/12 32/20 33/2 33/3 33/12 33/20 34/5 34/8 34/11 34/23 35/9 36/9 36/11 36/12 36/13 36/14 36/14 36/15 37/13 38/6 38/8 38/9 40/5 42/1 43/5 43/25 44/5 44/20 45/11 45/13 45/20 48/7 48/15 49/6 49/15 50/7 50/8 50/17 52/13 53/5 53/15 54/6 54/16 54/17 55/19 56/12 56/20 57/25 58/7 58/8 58/8 58/15 58/16 60/2 60/3 60/4 60/8 60/11 60/19 61/10 61/14 62/11 63/25 64/11 64/11 64/12 64/18 64/24 65/6 65/13 66/12 66/13 66/14 66/18 66/24 67/7 67/8 67/17 67/17 68/6 68/7 68/20 69/7 70/17 70/25 71/7 75/7 80/12 80/14 80/22 82/1 82/2 82/4 82/5 82/5 82/19 83/16 83/24 85/7 86/8 86/8 86/14 86/15 87/23 87/24 90/7 90/20 90/25 91/2 91/3 91/5 91/11 91/11 92/4 92/6 92/15 93/17 96/5 96/16 96/25 97/12 98/11 101/14 101/16 101/20 102/22 102/24 102/24 102/25 105/18 107/11 107/24 108/19 108/22 110/2 111/10 112/9 112/19 112/24 113/2 113/3 113/4 114/17 116/2 116/3 116/7 116/22 117/10 117/11 118/4 119/4
it's [89] 6/24 7/21 8/20 11/15 12/14 12/14 13/23 14/2 14/3 15/19 18/2 19/5 20/12 24/2 24/4 24/7 24/8 24/12 24/25 26/9 27/2 27/24 28/3 28/6 28/7 28/8 28/12 29/13 30/6 33/24 35/8 44/14 46/3 46/7 51/8 51/18 51/20 53/14 59/8 63/6 63/20 64/10 65/1 65/20 66/20 68/13 70/3 73/9 77/9 78/7 80/2 80/4 80/8 80/14 80/14 82/9 82/20 83/7 83/8 83/12 83/20 84/3 85/6 86/5 86/19 87/2 87/3 87/19 90/10 90/15 90/19 91/6 91/21 91/21 91/22 91/22 92/9 91/23 91/23 95/4 97/10 98/11 100/17 105/25 106/24

it's... [5]  108/17 112/6 114/19
117/21 119/13
items [1]  4/13 4/14 53/6
its [3]  71/15 71/18 71/18
itself [2]  31/25 88/14

**J**

Jack [1]  3/15
Jackson [3]  78/16 82/13 88/3
Jacob [1]  110/20
jail [11]  56/1 88/24 88/25
89/11 90/3 93/18 104/23
111/21 113/19 115/12
115/13
JAIME [2]  2/7 76/6
janitor [1]  49/21
January [1]  1/5
Jayyousi [1]  68/6
Jesus [1]  27/25
Jewish [5]  54/10 54/18 55/25
98/16 113/18
jihad [27]  14/24 18/9 24/18
24/21 25/1 26/15 26/18
26/20 26/25 27/3 27/21
27/23 28/2 28/21 29/11
30/11 30/13 30/17 30/23
30/25 36/19 60/14 64/3 64/4
68/17 72/3 72/22
jihad-related [1]  26/18
jihadi [1]  61/3
job [4]  46/22 49/20 112/7
118/3
Joel [1]  84/15
John [1]  16/9
join [1]  50/20
joined [3]  56/1 56/18 113/18
JONATHAN [10]  1/6 3/4 39/7
47/6 47/6 48/8 56/12 78/1
107/9 115/22
Jose [4]  14/11 31/9 32/21
34/9
JR [1]  1/9
Judaism [2]  56/10 56/11
judge [90]  1/10 4/8 7/8 7/19
7/20 7/23 8/19 8/23 9/11
9/15 9/16 9/18 10/12 11/7
12/19 13/4 14/4 14/9 14/12
15/14 16/12 16/24 18/17
19/7 19/11 19/23 19/23 21/9
21/12 21/18 21/23 21/25
22/24 23/6 27/14 31/9 31/11
31/16 31/16 31/20 32/13
32/21 33/5 33/14 35/7 35/10
35/17 37/19 38/1 38/4 38/6
39/18 41/6 51/12 51/18 54/2
57/4 62/23 63/4 65/13 65/25
67/6 67/13 69/2 73/20 74/19
75/8 95/15 97/8 99/25 100/6
100/20 103/12 106/4 106/20
106/20 106/23 107/1 107/3
107/16 108/16 108/16
108/23 109/3 112/4 112/16
114/16 116/5 117/6 120/20
judge's [1]  14/18
judges [3]  107/13 108/18
109/1
judgment [3]  119/14 120/12
120/25

July [1]  83/25
July 2020 [1]  83/25
jump [1]  105/18
jumped [1]  107/21
just [42]  14/25 19/5 23/11
23/16 27/3 28/18 28/19
30/10 31/14 34/22 35/14
35/21 36/22 43/6 54/7 57/10
59/3 66/2 66/4 66/18 68/2
68/13 73/10 75/21 75/23
86/11 87/18 88/21 92/14
94/10 99/9 99/16 101/17
102/3 102/22 103/13 109/12
112/8 112/16 112/23 118/1
118/5
Justice [1]  3/9

**K**

Karen [3]  1/12 3/6 95/21
Kastigar [22]  4/9 4/10 4/15
5/22 6/1 6/2 6/10 6/12 7/9
7/14 8/21 9/20 10/3 10/13
10/14 12/14 13/2 17/13
19/13 19/25 22/1 22/6
keep [3]  47/11 85/20 101/23
keeps [2]  82/4 87/3
kept [1]  113/21
Kevin [1]  3/8
key [1]  12/2
kick [1]  32/6
kid [2]  49/4 49/5
kids [9]  43/5 45/1 45/19
48/19 49/22 52/13 52/15
104/6 104/11
kill [13]  9/8 24/6 27/9 27/11
28/4 30/25 64/13 65/11
65/19 65/20 65/20 73/11
98/6
killed [1]  9/15
killing [4]  7/20 28/1 50/21
72/25
kilos [1]  16/8
kind [6]  42/20 51/9 55/19
90/20 90/24 93/2
kinds [1]  85/13
kitchen [3]  24/23 26/10 27/8
knew [20]  6/8 8/15 10/5
10/16 10/24 13/9 13/17
14/13 14/15 16/12 16/13
17/25 46/24 60/8 60/14 71/6
71/12 102/13 104/13 114/8
know [119]  10/22 13/4 13/10
15/20 15/21 16/21 19/6 23/3
24/4 26/14 33/25 34/14
36/14 39/19 40/12 40/13
40/14 40/15 41/9 42/2 42/23
43/13 44/4 44/25 45/13
45/20 46/15 46/15 47/6 47/9
47/10 47/22 47/24 49/4
49/23 49/24 50/7 50/16 51/2
51/4 51/4 51/19 53/20 53/22
54/17 55/9 55/11 55/20
56/25 57/1 57/2 58/9 58/11
58/12 59/2 59/9 59/9 59/16
60/9 60/10 60/16 61/2 61/5
61/14 62/3 63/20 70/14
73/22 83/24 87/5 87/12
87/15 87/16 88/25 89/7
89/11 89/21 90/3 93/18

96/18 98/5 98/14 98/15
98/16 98/19 98/20 98/23
100/10 101/25 102/21
102/21 102/22 103/17
104/13 104/21 104/24 106/6
106/15 109/8 111/1 112/13
112/16 112/17 112/25 113/9
114/8 114/11 116/10 116/11
116/11 116/23 117/22
117/24 118/8 119/6
knowing [1]  49/1
knowingly [2]  70/15 73/9
knowledge [1]  88/21
known [6]  81/1 113/14 15/4
32/14 71/10 94/4
knows [7]  33/11 59/19 59/20
60/11 71/6 98/16 102/1

**L**

La [4]  14/12 31/9 32/21
34/10
lack [4]  57/12 87/15 91/9
110/13
lady [3]  46/24 47/4 47/7
lands [1]  30/7
language [4]  41/4 46/17 49/7
73/2
languages [1]  72/15
large [1]  30/1
Larkin [12]  78/18 84/13
84/23 85/3 85/24 86/10 92/2
92/3 92/4 96/16 109/13
110/3
last [16]  7/13 10/11 22/1
36/25 38/22 38/24 66/12
69/2 81/23 87/1 93/11 102/3
104/18 105/9 106/8 110/3
lastly [1]  53/6
late [5]  4/12 89/15 89/15
89/16 89/16
later [4]  32/3 32/6 34/19 92/7
latitude [1]  116/25
laughed [2]  104/2 104/6
laundering [1]  108/3
law [8]  24/3 56/25 68/3 68/13
68/21 107/8 116/3 118/15
lead [1]  5/2
leader [1]  74/8
leadership [2]  26/3 26/4
leading [1]  20/10
leads [1]  116/2
learn [8]  16/16 25/11 52/4
52/7 54/14 70/16 94/18
101/5
learned [9]  4/14 12/22 13/5
15/11 19/14 34/4 35/24 48/8
60/22
least [8]  27/10 29/6 108/8
111/13 112/1 115/13 115/24
116/13
leave [5]  49/13 49/14 97/9
107/25 121/1
led [1]  50/18
Lee [1]  3/14
left [13]  9/6 9/9 27/24 33/3
34/3 79/24 80/8 81/6 82/16
83/6 83/11 85/5 85/11
legal [4]  19/17 23/13 23/16
47/15

legitimate [1]  72/1
legs [1]  82/16
length [1]  9/2
lengthy [1]  118/19
leniency [2]  104/25 106/16
less [2]  28/25 39/15
let [9]  16/7 16/8 20/18 34/13
43/1 44/24 63/6 63/18 77/3
let's [7]  37/24 40/6 51/12
66/6 74/16 81/23 91/8
lethal [1]  27/11
letter [1]  27/4
lettering [5]  5/15 5/19 6/13
6/14 6/25 8/21 9/20 11/14
12/14 12/15 13/2 20/2 20/4
20/14
lettering [1]  27/4
level [15]  42/12 52/3 59/20
60/11 74/2 74/3 74/3 74/7
74/10 74/12 74/12 108/9
117/17 117/17 119/7
levels [2]  74/22 107/25
life [30]  32/12 42/21 43/15
44/23 45/8 45/8 45/15 52/1
54/6 54/21 55/23 60/13
80/15 80/16 80/21 81/10
81/20 101/1 101/2 103/23
105/14 111/2 112/20 115/1
115/4 117/11 117/18 118/10
119/18 120/7
lifetime [1]  117/7
light [1]  119/13
lights [2]  105/21 105/23
like [45]  5/23 5/24 13/3 13/25
14/24 15/16 27/3 29/20
30/19 32/20 33/3 38/10 39/1
45/13 46/3 46/8 46/9 50/6
50/25 51/1 51/18 51/20
52/23 55/19 65/13 66/18
66/21 94/7 96/14 96/15 99/7
99/10 99/16 100/21 102/10
103/5 103/24 104/22 105/18
105/20 107/24 110/13
111/13 113/22 116/20
likely [4]  43/7 87/3 92/9
95/13
limitations [1]  121/19
limited [5]  15/7 92/18 93/3
108/12 111/18
line [5]  5/1 41/17 41/18 41/20
41/21
link [1]  16/15
list [1]  69/18
listed [5]  7/9 30/10 69/17
70/8 108/13
listening [1]  105/13
literature [1]  43/5
little [10]  28/18 39/10 44/3
44/11 79/15 94/14 94/14
94/21 101/21 115/15
live [5]  58/21 94/19 98/19
101/21 113/23
lives [1]  57/14
living [3]  46/4 47/19 47/23
located [1]  71/6
location [5]  28/23 29/4 29/7
53/10 53/11
locations [1]  28/24
lockdown [2]  5/10 105/5

135

lockdowns [1] 105/9
lonely [2] 106/5 106/7
long [9] 30/1 36/5 60/2 75/11 92/24 95/13 105/8 111/6 113/18
longer [3] 56/8 58/21 101/22
look [14] 43/19 47/18 51/25 62/11 63/16 63/16 63/17 63/25 67/14 111/23 114/4 116/5 116/6 116/7
looked [1] 46/20
looking [6] 13/19 16/23 16/24 43/12 48/15 117/1
looks [1] 27/2
lost [1] 111/12
lot [16] 48/25 50/20 50/24 55/3 60/23 85/17 93/20 93/21 95/6 98/23 103/18 106/14 113/2 113/3 113/25 117/22
lots [2] 20/10 20/11
loud [1] 105/22
love [3] 26/16 53/21 53/25
loved [1] 104/14
loving [7] 57/15 105/4 105/9 105/11 105/15 106/7 106/9
low [5] 88/1 94/5 94/5 95/9 96/8
lower [3] 82/23 93/14 93/15
luck [1] 121/7
lung [2] 80/13 92/25
lungs [4] 80/9 82/23 83/19 88/7

## M

M-I-C-H-E-L-E [1] 38/24
ma'am [2] 100/9 101/9
machine [5] 28/1 28/3 28/13 28/14 72/25
machines [2] 44/23 45/7
made [16] 7/16 20/6 37/23 40/10 40/20 42/1 53/5 54/24 62/2 85/10 90/17 90/19 103/20 103/24 113/21 115/3
Madrid [1] 33/8
magazine [1] 24/22
magazines [1] 8/9
main [6] 53/15 79/22 79/24 82/19 82/22 110/12
mainstream [1] 49/9
maintain [4] 47/20 81/9 87/2 101/14
maintaining [1] 47/23
major [1] 108/3
make [28] 7/12 11/8 17/9 23/12 23/13 24/7 24/23 27/10 33/12 34/7 36/20 38/21 43/4 46/12 46/15 51/13 57/19 63/21 67/11 70/12 82/3 93/15 95/12 98/18 103/3 104/3 109/20 110/20
makes [6] 41/15 51/23 73/23 100/21 112/24 118/3
making [5] 8/1 26/16 41/25 52/14 73/16
malformation [1] 79/19
man [1] 109/4

manager [1] 74/8
managing [1] 47/22
Mandhai [1] 68/7
manipulated [5] 46/12 48/19 53/16 102/24 102/25
manner [4] 66/18 87/23 108/19 120/18
manual [1] 26/16
many [2] 104/3 110/7
March [1] 82/13
March 2013 [1] 82/13
Maria [1] 27/25
married [5] 46/23 46/24 47/1 47/4 47/7
marshals [2] 75/14 97/7
martyr [1] 58/12
mask [2] 4/1 38/15
mass [2] 64/9 65/21
master's [2] 41/5 100/8
Mata [4] 14/12 31/9 32/21 34/10
material [2] 37/3 69/19
matter [3] 3/3 3/23 121/16
matters [1] 97/13
maximal [1] 84/18
maximum [6] 29/1 29/5 64/13 74/14 99/3 117/19
may [33] 3/25 4/1 10/19 15/18 20/10 23/23 24/1 24/17 27/10 29/17 29/25 30/21 36/22 38/25 60/7 67/7 67/25 78/12 83/4 83/21 83/22 86/23 87/7 91/7 93/9 95/21 96/3 96/5 112/11 112/12 112/14 117/6 121/1
May 2020 [1] 83/21 83/22
maybe [10] 5/13 19/5 75/21 77/11 77/13 89/15 89/15 89/16 89/16 113/21
me [70] 3/7 3/13 3/13 5/14 9/5 12/18 12/25 14/19 16/7 16/8 20/18 23/1 23/24 31/24 32/5 33/7 34/13 35/7 37/13 39/1 39/12 39/12 39/19 40/15 41/10 43/1 43/25 47/12 51/1 51/18 55/14 57/4 57/17 58/9 58/10 63/2 63/6 63/19 67/11 67/13 74/19 76/13 76/17 76/19 76/21 76/24 76/25 77/3 77/7 77/15 78/5 95/15 99/16 100/13 100/16 103/4 103/20 103/24 104/4 104/6 104/11 104/14 104/15 104/21 105/10 105/21 105/21 105/22 106/3 115/22
mean [8] 8/2 24/5 67/25 85/21 87/10 87/11 88/25 89/4
meaning [1] 92/20
means [6] 20/15 20/15 42/14 45/9 82/20 121/1
meant [1] 20/13
measured [2] 83/6 89/18
measures [1] 26/17
mechanical [1] 95/7
mechanism [1] 31/15
media [41] 13/12 13/16

16/17 18/5 18/8 18/13 18/21 22/20 24/20 24/25 25/2 25/15 25/24 26/1 26/4 26/6 27/22 28/11 32/11 33/4 34/18 34/20 34/25 35/9 36/10 36/11 36/13 65/1 65/3 65/4 71/17 71/19 72/1 72/6 72/7 72/13 72/14
Media's [1] 31/6
medical [23] 39/13 41/2 78/4 78/24 85/17 89/21 90/6 92/4 93/3 95/24 97/25 98/2 104/9 106/11 109/7 109/10 109/12 110/4 110/10 112/5 116/17 120/14
medically [1] 42/6
medication [27] 89/11 90/9 90/11 90/12 90/15 90/18 90/19 90/25 91/3 91/6 91/7 91/9 91/13 91/14 91/15 91/21 91/21 92/10 92/10 92/13 92/13 93/1 109/23 109/23 109/25 110/17 110/22
medications [7] 87/13 87/18 89/20 90/9 92/19 92/22 94/9
medicine [11] 78/22 78/24 79/1 79/2 79/2 90/6 91/19 91/20 92/14 100/17 110/20
meds [1] 96/8
meet [17] 12/5 15/21 39/7 46/6 53/14 53/17 53/20 53/24 61/12 61/14 61/16 61/17 61/22 62/5 73/17 73/25 114/11
meeting [4] 53/15 53/18 55/10 62/15
meetings [1] 56/3
meets [2] 56/1 70/4
member [1] 34/25
members [4] 65/3 71/19 72/3 117/22
memorandum [2] 107/11 107/24
Memorial [1] 82/14
mental [10] 37/20 43/22 44/1 69/9 70/20 97/18 112/23 114/15 117/2 120/15
mentally [3] 47/2 47/14 115/16
mention [3] 46/5 95/2 117/6
mentioned [4] 80/20 88/10 93/7 96/10
Mercury [1] 83/20
messages [2] 72/1 115/24
met [14] 12/1 12/6 15/22 41/14 51/17 53/10 54/7 54/7 78/1 78/2 114/4 114/9 115/20 115/20
Miami [10] 1/4 1/13 1/19 1/20 61/15 61/19 61/22 79/6 121/22 121/23
MICHELE [4] 2/4 37/14 38/17 38/23
microphone [2] 38/22 102/5
middle [4] 29/16 104/6 107/20 115/2
midst [1] 4/23

millimeters [1] 83/20
millions [1] 16/8
mind [4] 64/22 66/21 101/22 105/20
minimize [1] 65/24
minor [1] 116/23
minus [2] 74/10 74/11
minute [4] 10/11 67/11 74/17 75/22
minutes [6] 74/18 75/12 75/18 75/24 97/12 105/8
misinterpreting [1] 69/3
miss [4] 91/6 104/18 104/24 105/11
missed [1] 104/10
misses [2] 90/7 91/3
missing [1] 45/4
misspoke [1] 31/20
misstated [1] 68/2
miswired [1] 44/14
mitigating [2] 107/3 107/7
mitigation [4] 118/19 118/22 118/23 119/1
mix [1] 101/19
mode [1] 51/22
Mohammed [2] 29/25 73/8
mom [14] 24/23 26/10 27/8 42/17 42/23 43/10 45/11 49/1 49/17 49/18 51/1 51/21 53/19 99/12
moment [5] 57/4 63/2 95/15 99/10 113/13
moments [1] 91/18
Monday [1] 12/23
money [4] 24/7 72/3 108/3 108/5
monitor [4] 90/22 91/16 91/16 96/11
monitored [7] 46/8 90/18 91/4 93/23 93/23 96/7 112/10
monitoring [2] 82/3 118/10
month [5] 27/10 46/24 89/6 89/18 111/20
months [25] 4/20 11/21 12/1 12/17 12/25 15/8 15/25 15/25 15/25 36/9 45/8 52/20 66/4 74/15 92/7 104/10 104/19 107/21 109/13 109/15 117/18 117/19 117/20 119/15 120/6
moral [6] 44/18 48/11 48/14 50/5 53/1 70/19
more [31] 27/10 37/2 43/4 43/7 52/13 55/15 57/18 58/16 73/17 73/24 80/3 85/8 86/23 87/1 88/12 89/1 90/1 91/23 93/6 95/16 96/13 97/12 98/24 101/21 102/19 103/9 106/9 111/22 115/4 118/3 120/2
Moreno [1] 114/16
morning [20] 3/3 3/6 3/10 3/12 3/18 3/20 3/22 3/23 20/1 20/17 20/19 39/5 39/6 63/8 70/11 76/3 76/4 95/22 95/23 121/4
mosque [2] 114/4 114/5

most [19]  28/1 28/24 45/15
68/5 72/25 78/17 79/25
84/22 92/18 92/21 93/19
98/8 98/20 105/25 108/25
109/6 109/25 112/24 119/6
mostly [1]  28/7
mother [18]  40/23 52/9 53/11
53/25 62/4 62/16 99/6 99/8
99/9 101/22 101/25 102/1
102/2 104/18 110/25 111/2
114/11 115/11
motion [18]  4/9 4/16 6/12
6/14 6/25 7/10 13/20 14/1
14/22 16/25 19/1 19/25 20/4
20/16 21/25 39/21 41/7
108/13
motions [1]  109/19
motivation [1]  24/7
motive [8]  24/12 68/7 68/8
68/9 69/4 69/5 69/7 70/3
motives [3]  44/6 44/8 44/9
move [1]  115/15
moved [3]  16/8 79/6 115/5
movements [1]  42/23
Moving [3]  27/13 29/9 30/12
mow [6]  8/13 11/7 28/15
28/15 30/8 64/11
mowing [5]  28/3 28/13 28/14
64/11 73/10
Mr [2]  103/3 120/22
Mr. [89]  3/13 3/13 3/15 3/17
4/15 4/21 4/25 5/1 5/4 5/6
5/8 5/9 5/14 5/25 6/7 6/16
7/1 7/25 8/24 8/25 9/1 9/2
9/5 10/10 10/17 11/16 21/1
22/8 25/3 25/7 32/1 40/21
41/14 41/16 41/16 41/21
42/8 43/2 48/8 52/10 53/7
53/22 54/8 54/19 56/21 57/7
64/21 64/25 65/18 66/14
66/17 67/2 70/7 70/14 70/21
73/9 73/19 75/14 75/23 78/1
79/15 79/18 80/18 84/6
85/20 86/1 87/5 94/17 97/9
99/10 103/14 108/3 108/10
109/17 109/20 109/22 110/8
111/25 114/23 114/25 115/1
116/7 117/1 117/2 117/21
118/7 118/19 120/13 121/7
Mr. Blanco [3]  53/22 84/6
110/8
Mr. Guerra [73]  3/13 3/13
3/15 4/15 4/21 4/25 5/4 5/6
5/8 5/9 5/14 6/7 6/16 7/25
8/24 8/25 9/1 9/2 9/5 10/10
10/17 11/16 21/1 25/3 25/7
32/1 40/21 41/14 41/16
41/16 41/21 42/8 43/2 48/8
52/10 53/7 54/8 56/21 57/7
64/21 64/25 65/18 66/17
67/2 70/7 70/14 70/21 73/9
73/19 78/1 79/15 79/18
80/18 86/1 87/5 94/17 97/9
99/10 103/14 109/17 109/20
109/22 111/25 114/23
114/25 115/1 116/7 117/1
117/2 117/21 118/7 120/13
121/7

M
22/8 54/19 66/14 118/19
Mr. Hughes [1]  5/1
Mr. Powers [2]  3/17 85/20
Mr. Reyes [2]  75/14 75/23
Mr. Suarez [2]  108/3 108/10
MRA [1]  84/16
MRI [1]  84/16
MS [4]  2/5 2/6 2/8 2/9
Ms. [12]  6/15 9/1 10/9 12/8
12/17 13/5 13/18 14/25 24/2
31/24 43/21 76/12
Ms. Davide [7]  12/17 13/5
13/18 14/25 24/2 43/21
76/12
Ms. Gilbert [5]  6/15 9/1 10/9
12/8 31/24
much [11]  29/2 45/14 62/20
83/7 96/25 102/11 102/20
103/2 105/11 105/15 111/22
multiple [2]  23/8 31/5 44/23
54/22 59/8
multitude [2]  69/8 116/24
Muntasir [36]  13/12 13/16
13/16 13/17 14/8 16/13
16/16 16/17 18/5 18/8 18/13
18/21 22/20 24/20 24/25
25/2 25/14 25/24 26/1 26/4
26/6 27/22 28/11 30/16 31/6
32/11 33/4 33/6 34/17 34/20
34/25 36/6 36/11 65/1 65/3
65/4
murder [1]  65/21
muscle [2]  86/22 87/4
Muslim [8]  30/6 54/17 55/2
55/4 55/9 62/5 62/14 113/15
Muslims [6]  24/13 26/21 55/4
56/18 68/11 113/8
must [15]  7/12 21/16 21/18
23/9 23/10 55/20 60/2 67/22
69/11 69/13 69/16 86/5 90/6
120/4 120/24
mustard [1]  81/13
muted [2]  77/11 77/13
muting [1]  77/13
my [90]  3/14 3/14 4/1 6/8
6/12 6/13 6/25 7/21 10/2
12/3 13/25 13/25 14/22
15/16 16/16 16/25 19/1 19/8
19/20 20/18 38/23 38/23
41/10 42/9 44/2 48/19 49/6
51/1 51/1 51/19 58/10 60/4
60/13 61/6 61/8 62/2 62/14
65/14 70/5 88/5 99/9 102/21
103/6 103/23 104/2 104/2
104/10 104/14 104/18
104/18 104/20 104/24 105/3
105/4 105/4 105/7 105/8
105/9 105/11 105/14 105/15
105/15 105/17 105/17
105/18 105/18 105/20
105/21 105/23 105/23
105/23 106/1 106/1 106/3
106/5 106/6 106/7 106/8
106/10 106/10 106/10 108/13
112/16 114/4 117/23 117/23
117/24 117/25 118/1 118/3
Myers [1]  115/13
myself [7]  5/12 6/15 12/6

N
name [13]  14/12 14/18 14/19
30/16 38/22 38/22 38/23
38/24 38/24 48/21 76/9
95/21 99/21
named [1]  108/2
names [2]  104/3 115/3
Narrower [1]  28/24
national [2]  32/13 34/24
nations [2]  26/19 72/22
nature [1]  98/9
nearby [1]  97/7
necessary [9]  7/24 23/19
37/21 48/6 56/22 67/3 67/22
69/6 83/3
neck [5]  52/16 82/11 104/2
need [44]  4/10 8/13 8/21
9/21 10/15 21/8 28/16 29/2
36/20 39/24 40/15 46/14
46/19 51/19 56/4 62/25
63/13 66/24 67/19 68/2
68/20 75/22 81/24 85/16
85/20 86/15 89/1 89/5 89/5
91/13 91/15 92/11 92/19
93/9 94/8 94/9 94/20 95/3
95/5 95/13 96/13 98/2
112/11 113/20
needed [11]  43/11 50/25
52/17 52/20 56/14 58/18
68/25 72/20 80/19 80/21
86/1
needs [33]  42/22 46/20
46/21 49/2 49/8 64/24 64/25
67/9 80/21 82/3 87/8 87/8
87/11 87/12 87/13 88/19
90/18 92/15 93/15 96/7 96/8
96/17 96/25 100/16 100/17
100/17 101/14 110/8 110/17
102/22 111/2 115/15 116/14
negative [1]  57/24
nervous [1]  57/21
nestor [5]  1/18 1/20 121/21
121/21 121/23
Network [2]  72/6 72/7
networks [2]  72/13 72/13
neurodevelopmental [5]
41/23 41/24 50/7 51/8 119/7
never [34]  9/5 9/5 9/9 9/24
10/19 11/24 12/12 12/22
15/7 19/19 51/15 51/24
60/17 62/9 69/4 78/2 83/24
88/24 93/18 102/9 102/11
102/13 102/15 102/23
103/23 103/24 104/6 104/7
104/21 113/12 114/9 114/20
116/21
new [4]  4/12 18/18 72/3 84/2
newest [1]  21/15
next [14]  24/24 26/11 27/7
27/24 28/18 29/1 29/4 31/10
32/16 74/18 86/17 93/5
93/16 105/5
nice [1]  79/12
Nicole [1]  3/21
night [1]  105/22
nightmare [2]  26/20 72/23
nine [1]  52/19
no [58]  1/2 4/23 7/25 13/2

27/17 31/19 33/17 33/17
35/2 37/10 37/16 48/2 51/3
52/13 53/3 54/10 61/18
62/12 62/23 63/4 64/22 65/7
65/14 69/21 73/11 76/14
76/16 76/18 76/20 77/8 77/9
77/10 78/2 79/11 82/5 84/11
85/7 92/11 95/16 96/1 96/20
96/25 98/15 101/19 102/15
102/19 104/16 109/7 114/1
118/21 121/5 121/6 121/6
No. [12]  24/16 25/13 26/2
26/7 27/13 27/20 27/21
28/21 30/12 31/4 31/12
73/24
No. 1 [2]  24/16 26/7
No. 2 [5]  26/2 27/13 27/20
27/21 28/21
No. 3 [1]  30/12
No. 4 [4]  25/13 31/4 31/12
73/24
noise [3]  49/11 49/12 111/9
noises [2]  105/22 105/23
noncombatant [1]  30/9
noncombatants [1]  30/1
nonconsecutive [1]  91/2
none [2]  6/18 92/1
nonverbal [2]  46/16 48/3
normal [6]  86/4 86/7 87/2
92/20 92/21 94/24
normally [1]  93/23
north [4]  1/13 1/19 47/9
121/22
not [186]  4/1 5/8 7/13 7/16
7/17 7/21 8/2 8/10 9/16 9/21
9/22 9/24 9/25 10/14 10/15
10/24 11/8 11/17 13/23
14/16 14/25 15/6 15/12
15/13 15/18 15/21 16/16
16/19 17/8 17/20 17/21
18/23 18/23 18/24 19/7 20/5
20/6 21/14 21/23 22/9 22/21
22/25 23/7 23/15 23/18 24/3
24/7 25/18 28/15 30/21 33/8
33/15 33/19 34/14 35/19
41/25 44/14 44/22 45/6
45/17 48/7 48/7 49/14 51/8
52/2 52/2 54/6 54/11 55/9
55/15 55/17 55/21 56/10
56/17 56/22 57/10 57/18
57/19 57/19 58/15 59/16
60/4 60/10 61/25 62/7 62/17
63/7 63/21 63/21 64/14
64/20 64/24 65/1 66/2 66/20
66/22 67/2 67/18 68/7 68/9
68/13 68/20 69/7 70/2 70/21
70/21 73/10 73/21 75/7 77/1
80/12 80/12 80/14 81/14
82/2 82/21 83/1 84/25
86/15 86/17 87/19 87/22
87/22 87/23 88/3 89/10
89/12 89/21 89/23 89/24
90/14 91/2 91/14 91/19 92/6
92/14 93/4 93/19 93/19
93/20 93/21 93/22 94/3 95/3
99/17 99/25 100/6 101/13
101/18 102/24 103/18
104/15 104/23 106/7 106/13

not... [31] 106/24 106/25 107/10 107/19 108/11 109/21 109/22 110/2 110/12 110/17 110/18 110/21 110/23 112/5 112/8 112/11 112/11 112/13 112/14 113/6 114/18 114/19 115/1 115/2 115/2 115/9 116/2 116/17 118/4 118/5 118/7

note [5] 6/24 64/10 65/2 117/21 121/17

noted [1] 120/3

nothing [8] 62/19 63/4 64/16 67/1 84/12 92/5 96/21 109/15

notice [3] 22/16 109/19 120/23

now [43] 5/23 6/7 8/16 9/6 10/11 11/6 11/24 12/9 12/9 15/23 22/2 42/3 46/9 54/10 55/25 55/25 56/25 66/8 77/4 77/6 77/9 77/15 77/16 79/17 80/2 80/4 82/18 83/5 83/16 84/11 84/22 87/5 89/17 92/18 97/14 98/16 111/2 113/18 115/4 115/5 115/5 116/18 120/16

nuances [2] 44/16 46/17

nuclear [1] 79/1

number [20] 26/24 29/5 29/6 35/13 64/13 82/9 82/12 88/5 88/8 88/11 88/14 106/22 106/23 106/23 106/24 108/24 109/6 112/2 117/22 118/14

numbers [1] 5/11

numerous [10] 4/11 4/22 11/2 15/16 63/22 87/6 104/9 107/3 108/12 109/19

Nunnally [1] 3/8

nurses [1] 110/22

O

oath [5] 19/12 19/13 19/15 38/18 76/7

object [9] 8/10 21/24 31/18 33/14 35/11 35/17 68/16 88/21 120/17

objecting [4] 22/4 31/19 35/8 66/13

objection [7] 22/13 31/11 32/6 38/5 63/7 74/1 74/19

objections [9] 15/25 19/1 19/1 21/5 21/7 21/11 35/17 97/14 120/21

obligation [2] 7/1 7/2

observations [1] 42/10

observed [1] 42/7

obsess [1] 52/6

obsessed [3] 50/15 50/15 113/2

obsessive [2] 66/18 113/5

obtain [1] 11/1

obtained [6] 5/4 6/22 7/14 17/24 19/9 19/9

obviously [21] 8/11 11/4 14/15 21/12 22/15 23/2 23/13 35/11 53/6 64/21

88/19 96/8 110/6 116/9 116/25 118/13

OC [1] 114/12

occasions [1] 109/9

occupation [3] 29/23 30/6 73/5

occurred [1] 121/17

OCD [2] 50/11 119/8

OCEs [1] 37/1

October [8] 12/5 13/15 14/4 34/24 36/7 37/3 37/6 85/3

October 2019 [4] 14/4 34/24 37/3 37/6

October 5 [1] 85/3

off [7] 38/15 43/19 56/9 77/3 99/13 103/11 107/6

offense [15] 69/12 69/16 69/23 70/16 72/16 74/2 74/3 74/6 74/10 74/12 117/10 117/16 118/13 119/2 119/24

offense-related [1] 119/24

offenses [1] 118/17

offensive [1] 33/2

offer [1] 36/18

offered [1] 57/16

office [4] 1/12 8/5 12/15 119/19

officer [1] 114/12

official [3] 1/19 71/21 121/22

often [1] 118/3

Oftentimes [1] 110/23

oh [7] 12/3 47/12 61/6 76/16 112/15 114/4 117/23

okay [94] 5/18 5/21 9/14 11/14 17/3 17/4 18/16 19/24 21/10 23/20 23/24 24/17 25/22 28/10 29/19 31/13 31/23 32/8 32/19 33/22 34/8 34/12 34/13 34/21 35/6 35/20 36/3 36/4 36/16 36/23 37/8 37/24 38/15 39/10 39/16 40/6 40/7 40/15 41/12 41/21 42/5 43/1 43/19 43/20 43/22 49/19 51/12 53/6 55/9 58/5 59/3 59/19 59/21 59/23 60/5 60/7 60/8 60/12 60/18 60/25 61/21 61/23 62/8 62/18 69/10 75/8 75/10 75/13 76/21 77/17 77/21 77/22 78/6 78/19 79/3 79/13 80/4 81/20 83/2 83/22 84/11 84/21 86/11 87/5 87/10 88/18 96/2 96/7 97/2 99/11 103/2 103/13 105/10 117/12 old [7] 43/18 53/19 103/16 103/17 110/12 112/13 114/19

once [13] 10/22 17/10 17/19 38/20 47/12 58/22 58/23 85/7 91/15 95/10 111/17 114/9 115/18

one [67] 8/12 10/25 13/3 18/10 18/10 10 25/5 27/9 28/19 31/6 31/10 33/22 34/18 34/18 34/22 35/22 35/22 36/18 37/13 37/23 43/22 46/24 46/25 52/6 57/4 57/11 61/20 63/2 63/9 63/12 63/17

68/14 69/2 72/6 78/15 78/22 78/23 79/7 81/8 81/16 82/6 82/9 82/12 85/11 86/5 88/5 88/8 88/11 90/9 90/16 90/21 92/23 92/23 92/24 93/4 94/10 95/15 96/3 96/3 96/6 102/3 109/6 110/4 114/10

ones [2] 31/7 92/22

ongoing [1] 101/15

online [6] 18/7 25/8 25/25 37/1 60/25 71/24

only [34] 6/8 10/17 14/13 14/21 15/9 16/16 18/2 19/14 19/18 24/6 29/7 33/8 36/17 36/19 44/22 45/6 57/11 89/25 90/9 98/18 101/16 101/25 102/2 105/7 110/5 111/16 111/17 111/17 111/19 112/5 115/1 115/2 115/2 115/4

onset [7] 7/19 7/23 7/24 9/7 10/5 10/19 63/10

op [1] 78/7

open [26] 5/4 14/24 18/9 24/17 24/21 25/1 26/15 26/20 26/25 27/3 27/20 27/23 28/2 28/21 29/11 30/10 30/12 30/17 30/23 30/24 33/18 36/19 64/3 64/4 72/22 81/15

opened [3] 16/2 19/14 81/7

operating [1] 72/7

operational [1] 72/11

operative [1] 78/7

opinion [2] 56/21 60/4

opportunity [2] 39/7 100/25

options [3] 92/18 93/3 93/21

order [8] 6/4 21/16 38/7 72/2 115/15 120/8 120/10 120/11

ordinary [1] 118/8

organ [1] 80/12

organization [8] 24/13 50/20 64/19 64/22 68/12 71/11 71/12 72/5

organizations [3] 50/20 71/24 72/2

organizer [1] 74/8

Orientacion [1] 78/12

original [10] 15/24 18/1 20/18 26/12 31/2 34/6 34/10 34/11 35/13 35/22

originally [1] 35/12

Orlando [1] 47/9

other [73] 7/3 10/17 14/21 15/3 15/3 16/6 16/6 16/17 17/16 17/20 18/10 25/5 25/14 26/18 29/21 30/16 33/7 36/12 36/15 37/8 45/1 45/18 45/25 46/23 47/18 52/13 52/15 53/16 57/17 58/11 59/2 61/4 62/21 65/3 65/4 65/8 65/9 70/10 71/20 71/23 72/15 73/4 74/9 76/14 79/16 80/5 80/17 80/17 80/18 81/17 81/21 81/22 84/11 85/8 85/12 90/20 90/24 92/23 96/15 97/13 98/12 98/18 104/3 107/10

110/13 112/24 118/25 119/8 119/11

others [6] 36/21 45/21 46/19 50/5 53/2 118/16

our [32] 3/3 4/16 5/2 7/8 7/10 7/11 9/7 9/21 12/14 14/16 15/5 15/25 21/18 21/25 23/8 30/1 38/4 39/20 41/7 67/6 94/7 100/18 100/19 101/1 101/2 101/3 101/14 107/11 107/24 116/17 120/20 120/21

out [35] 4/25 11/3 13/8 13/14 13/15 13/17 13/19 14/1 14/22 16/9 23/7 28/11 34/3 34/17 34/19 36/7 44/24 45/1 49/16 55/11 58/6 58/8 61/24 66/16 71/3 72/4 97/10 98/20 102/15 102/16 105/18 107/1 110/24 118/7 119/3

outcast [1] 112/22

outlets [1] 72/2

outpatient [1] 79/8

outside [4] 105/6 105/8 115/12 115/13

outward [2] 94/12 98/6

outweighed [1] 49/4

over [8] 8/13 14/9 14/20 21/1 30/8 98/7 111/13 115/25

overall [1] 63/10 108/18

overcompensated [1] 42/15

overpopulation [1] 116/20

overrule [1] 74/1

Overruled [1] 88/23

overstimulating [1] 49/15

overwhelming [1] 73/23

own [5] 19/14 25/15 33/12 72/19 116/20

oxygen [1] 80/12

oxygenated [2] 81/8 81/17

oxygenating [1] 80/13

P

p.m [1] 121/10

pace [1] 47/24

pacemaker [3] 93/9 93/15 112/12

page [27] 16/24 17/3 17/4 17/11 24/18 24/25 26/3 26/23 27/7 27/21 27/24 28/2 28/7 28/19 29/14 30/13 30/15 32/9 62/16 33/1 33/24 33/25 34/23 35/12 36/22 36/25 59/23

pages [2] 24/24 39/15

pain [6] 57/18 58/20 104/19 105/17 105/17 105/25

pale [1] 104/5

Palestine [2] 29/23 73/6

pandemic [1] 121/18

paragraph [15] 6/25 7/15 14/13 16/20 16/22 16/23 17/18 28/19 28/22 29/1 29/4 29/17 30/3 36/19 36/24

paralegal [1] 3/14

parameters [1] 20/2

parcel [2] 19/1 39/20

pardon [1] 76/17

parentheses [1] 33/4

138

parents [14]  47/2 47/15
57/23 58/10 62/3 62/5 62/10
62/12 62/15 102/4 102/6
104/14 113/21 115/12
parol [1]  20/8
part [24]  10/3 13/24 14/13
16/17 18/25 32/22 39/20
39/24 47/25 49/10 50/17
52/5 54/13 55/11 56/10
57/16 60/1 60/20 64/2 94/7
110/4 113/15 117/7 120/3
partaking [1]  98/16
participate [5]  17/7 48/25
49/15 70/15 71/7
participated [10]  8/1 8/9 8/24
9/2 9/23 10/6 11/10 11/12
11/17 16/15
participates [1]  58/21
participating [3]  9/17 25/12
70/3
particular [2]  15/8 40/3
parties [1]  117/13
partners [1]  79/7
parts [2]  32/3 32/6
passed [1]  58/23
passing [1]  106/9
passport [1]  47/3
password [4]  4/17 5/8 7/2
13/21
passwords [7]  5/5 5/6 5/13
7/5 13/18 17/24 19/20
patches [1]  52/22
pathologists [1]  41/4
patient [14]  52/23 86/23 88/7
89/17 90/18 90/20 90/22
93/1 94/4 94/8 94/11 94/15
95/5 95/13
patient's [1]  86/6
patients [13]  79/4 84/4 84/10
86/18 87/15 87/19 88/14
89/1 89/1 94/2 94/18 94/25
95/7
pauperis [1]  121/1
pay [2]  120/4 120/25
payable [1]  120/5
pedestrian [1]  29/7
pedestrians [3]  8/14 29/5
64/12
peer [2]  54/4 57/13
Pender [1]  3/21
peninsula [1]  24/22
people [60]  8/13 9/19 10/7
11/7 16/17 20/13 26/1 27/10
27/11 28/4 28/25 30/8 30/8
30/25 33/16 36/12 36/15
37/5 44/6 45/25 50/21 50/24
51/14 51/24 52/13 54/24
55/3 55/9 55/18 56/1 57/3
57/16 57/19 58/21 60/14
60/16 60/25 61/4 64/13 65/4
65/10 65/15 66/25 67/18
71/17 73/11 98/7 98/8 98/19
103/24 110/11 110/13 111/4
113/7 113/8 114/5 114/8
114/18 116/12 117/23
people's [1]  44/19
per [2]  18/18 52/12
per se [1]  52/12

percent [6]  43/6 83/10 84/7
85/6 107/14 110/5
perception [1]  50/1
perceptions [1]  49/24
perfect [4]  51/6 55/16 65/13
77/16
perform [1]  80/23
perhaps [2]  55/5 101/21
perinatally [1]  43/9
period [5]  42/2 44/15 50/23
52/14 92/16
periods [1]  109/25
permanent [2]  50/9 101/15
permissible [2]  119/23
119/25
permission [2]  3/14 4/25
perseverance [1]  47/24
person [27]  35/3 41/22 48/18
51/13 51/14 51/19 51/22
52/8 66/6 70/17 71/4 102/22
103/18 104/17 106/14
110/20 111/22 112/17
112/25 113/6 113/11 113/20
114/10 114/18 118/1 118/5
119/19
person's [3]  54/3 101/6
109/10
personal [6]  24/7 31/15 44/8
44/9 70/2
personality [1]  87/21
Peter [1]  16/9
pharmacies [1]  16/6
phase [1]  74/18
phone [3]  4/24 5/2 115/21
photo [1]  28/8
phrase [1]  8/23
physical [9]  45/2 45/18 79/16
94/23 97/18 101/4 117/2
118/20 120/14
physically [3]  47/2 47/14
115/17
pick [3]  28/23 29/2 70/16
pickup [3]  28/8 28/14 28/16
picky [1]  111/16
picture [1]  14/20
piece [2]  14/21 66/13
place [7]  4/22 29/5 41/3
42/15 58/22 59/1 76/13
placed [2]  110/7 119/17
plain [1]  79/21
Plaintiff [2]  1/4 1/12
plan [3]  17/6 94/7 102/9
plastic [1]  48/24
platform [2]  36/10 36/12
platforms [2]  36/13 72/8
played [2]  64/25 103/24
playing [1]  44/25
plea [1]  70/7
pleading [9]  4/13 12/23 13/25
14/1 14/3 14/22 15/16 98/5
98/15
pleadings [5]  4/11 15/17
15/24 65/19 120/21
please [15]  3/2 38/16 38/20
40/19 61/16 63/3 76/1 76/5
81/3 85/18 99/20 100/20
102/5 103/13 121/17
pled [6]  11/19 11/21 65/21

pledge [2]  15/2 19/18
pledging [1]  19/15
plenty [2]  18/12 98/1
podium [1]  39/2
point [11]  4/10 4/24 7/11
25/7 49/3 57/25 62/14 83/13
84/21 93/2 112/14
pointed [1]  71/3
points [2]  98/18 108/20
police [2]  34/24 114/12
position [11]  7/8 11/15 14/16
15/6 21/18 67/6 79/23 97/16
99/5 106/18 107/5
possible [2]  5/13 49/17
post [2]  25/18 33/1
posted [3]  28/20 36/5 73/2
poster [1]  33/4
posting [3]  18/1 26/2 27/22
potent [1]  90/1
potential [3]  71/25 88/9 98/14
pounds [2]  111/13 113/12
powerful [2]  28/1 72/25
Powers [2]  3/17 85/20
practice [5]  79/3 79/7 108/18
preamble [1]  30/24
precedent [1]  33/6
precludes [1]  17/14
preferred [1]  51/22
preliminary [1]  120/9
prenatally [1]  43/9
prepare [1]  78/2
prepared [3]  3/24 8/16 63/4
prepaying [1]  121/2
preponderance [4]  18/19
19/4 21/19 63/12
present [1]  16/14
presentation [1]  8/11
presentations [1]  121/8
presented [5]  16/1 42/11
63/8 67/7 70/10
presentence [4]  20/22 70/9
117/13 120/3
preserved [1]  113/7
preserving [1]  120/20
president [2]  65/12 65/20
presiding [1]  14/9
pressure [5]  83/17 83/19
90/10 110/7 112/16
pressures [1]  82/11
pretty [1]  59/8
prevent [9]  87/13 89/15
89/16 89/16 90/1 90/10 94/6
95/9 118/11
previous [2]  30/20 86/8
previously [1]  117/16
primarily [1]  72/10
prior [13]  8/6 8/11 14/7 15/4
15/5 17/14 18/12 24/11
32/10 35/23 108/2 118/22
120/20
priors [1]  108/5
prison [21]  15/20 88/20
95/24 103/18 106/5 106/7
106/10 109/12 110/18 111/3
111/4 111/9 111/17 111/25
113/16 115/4 115/6 116/11
116/17 116/21 118/14
prisons [2]  115/8 119/15

pro [1]  37/2
proactive [4]  89/1 89/19 95/3
95/12
probability [1]  90/8
probably [3]  39/15 75/23
94/24
probation [3]  3/19 3/21
119/19
problem [11]  9/5 48/21 80/11
84/5 86/24 91/3 91/5 91/9
110/10 110/12 111/15
problems [1]  81/20
procedure [18]  80/25 80/25
81/3 81/9 81/11 82/10 82/13
82/15 83/23 84/12 85/9
86/16 86/17 86/18 92/5
109/14 112/11 112/12
procedures [10]  80/17 80/18
81/21 81/24 85/25 96/14
96/15 97/24 104/9 110/8
proceed [1]  63/5
proceedings [2]  3/1 121/15
process [2]  17/21 111/11
produce [2]  17/22 72/8
produced [5]  13/11 18/5
35/13 66/15 66/16
produces [1]  35/9
producing [2]  31/21 72/14
production [2]  17/15 18/14
productions [1]  18/21
professional [2]  56/21 112/8
professionals [2]  45/7 45/10
proffer [6]  7/17 11/22 20/6
23/2 71/4 73/1
progress [1]  100/25
progressed [1]  59/10
progression [1]  89/13
prolongation [1]  91/17
prolonged [1]  91/12
prominent [2]  29/24 73/7
promise [1]  104/22
promised [1]  54/25
promises [1]  58/12
promising [2]  57/17 58/10
promote [2]  72/3 118/15
promoting [3]  64/21 73/9
114/22
prompt [1]  51/4
pronounced [1]  120/18
propaganda [2]  17/16 71/15
proper [2]  33/17 35/10
properly [3]  33/21 111/11
120/15
property [1]  120/9
proposition [1]  70/23
prosecution [1]  44/6
prosecutions [1]  7/7
prosecutor [2]  6/15 95/21
protect [2]  104/14 118/15
protects [1]  116/25
protocol [1]  91/16
prove [5]  19/4 21/16 22/10
63/12 67/22
proves [2]  26/5 29/10
provide [4]  4/17 7/5 37/2
78/4
provided [5]  5/5 6/18 22/18

provided... [2] 23/23 108/25
providing [3] 7/2 11/25 37/6
PSI [4] 19/2 22/17 97/15
117/11
psychologic [1] 78/11
psychological [2] 69/9 118/24
psychology [1] 41/5
public [7] 8/5 22/23 29/22
30/1 73/5 73/12 118/15
publication [3] 10/6 26/12
30/20
publications [2] 8/9 11/23
publicly [3] 13/14 14/15
71/24
published [3] 24/20 31/17
63/22
pulmonary [5] 79/22 80/2
83/18 86/19 93/7
pump [4] 80/1 82/19 82/21
82/22
pumped [1] 83/8
pumping [5] 80/2 80/4 80/8
80/9 80/10
pumps [1] 80/8
punish [1] 104/21
punishment [1] 107/12
purpose [12] 11/5 19/3 26/15
28/12 30/4 39/23 44/5 44/5
56/15 56/19 68/8 68/17
purposes [1] 50/2
pursuant [3] 7/9 7/14 19/17
put [29] 6/24 9/4 10/22 13/17
13/22 20/8 22/12 23/1 28/11
33/8 34/17 35/25 37/9 37/11
37/18 37/25 41/3 42/15
42/20 43/21 49/2 49/4 49/5
66/17 94/11 99/6 99/7 111/8
119/8
puts [1] 9/15
putting [2] 14/18 14/19

**Q**
Q-U-I-R-O-G-A [1] 38/24
Qaeda [2] 24/22 26/12
QT [3] 90/23 91/12 91/16
qualifications [2] 40/2 41/8
qualifies [3] 64/23 74/6
118/20
qualify [1] 21/14
question [9] 9/24 10/19 20/18
60/17 61/16 62/2 70/2 71/2
88/22
questions [4] 46/17 95/16
99/18 102/19
quick [1] 108/24
QUIROGA [13] 2/4 37/15
37/19 37/25 38/3 38/11
38/17 38/23 40/19 66/18
67/2 69/8 70/14
Quiroga's [1] 64/16
quite [4] 5/7 101/2 101/16
109/24
quote [4] 20/7 29/7 29/7
59/25

**R**
R-A-S-H-K-I-N-D [1] 81/4
rabbi [2] 56/2 113/19

radical [2] 113/6 113/15
radicals [1] 113/8
raise [2] 72/3 76/4
Ramirez [3] 24/10 68/5 68/15
random [1] 33/16
randomly [1] 5/11
range [11] 6/20 21/13 41/24
74/13 74/15 97/15 97/17
108/22 117/18 117/20 119/5
rapid [2] 84/9 86/3
rashkind [1] 81/4
rate [7] 86/3 87/3 89/9 90/13
91/23 91/25 110/5
rationale [2] 16/4 54/20
ray [1] 84/17
reach [1] 4/25
reached [1] 108/7
reaching [1] 70/5
reactive [3] 89/2 89/14 95/3
read [15] 23/8 26/11 28/6
40/13 40/13 45/12 46/16
48/3 59/21 60/1 60/2 61/2
68/23 100/1 100/7
reading [4] 14/5 26/23 27/6
28/21
reads [1] 56/4
ready [4] 4/6 20/19 27/9 68/1
realize [1] 106/1
really [25] 20/13 51/25 57/14
58/17 58/18 60/18 60/18
61/7 62/9 66/3 66/24 66/24
69/23 93/4 99/17 103/19
111/24 112/3 112/17 113/7
113/7 114/22 115/15 118/6
119/3
reason [5] 9/20 10/20 58/14
73/11 107/2
reasoning [8] 44/18 48/11
48/14 50/5 53/1 54/2 64/17
70/19
reasons [3] 69/8 107/4
118/14
reassured [1] 115/10
receive [2] 80/12 109/23
received [6] 4/13 20/21 39/17
89/12 110/2 118/25
receiving [1] 80/12
recent [3] 68/5 68/14 78/17
recently [1] 84/23
recess [3] 74/17 75/25 121/9
recidivism [1] 98/14
recognize [1] 101/7
recommend [3] 85/25 116/10
120/13
recommendation [3] 86/2
86/9 94/5
recommendations [1] 84/19
recommended [5] 84/16
84/17 86/11 92/5 92/9
record [6] 21/25 35/7 39/24
41/6 78/7 120/21
recordkeeping [1] 119/25
records [26] 39/13 39/13
39/14 39/14 39/16 39/23
40/9 40/10 40/15 40/22
51/25 78/4 78/5 78/5 78/6
78/11 80/17 83/25 84/14
84/24 85/2 86/10 92/4 92/8

RECROSS [1] 2/2
recruit [1] 72/3
recruited [2] 26/1 37/1
recruiting [1] 35/5
recruits [1] 71/25
REDIRECT [1] 2/2
reduce [1] 15/10
reduced [1] 105/7
reduction [1] 6/5
reductions [1] 109/2
refer [2] 22/18 39/18
reference [2] 10/4 120/11
referencing [1] 4/13
referred [3] 25/6 28/3 35/4
referring [3] 25/21 26/5 34/25
refers [1] 69/6
reflect [1] 96/19
refused [1] 70/23
regime [4] 90/6 92/15 109/21
111/1
regimen [1] 89/21
regretful [1] 106/12
regular [5] 54/3 87/8 91/13
96/11 100/12 100/15 111/22
111/23 112/1
regularly [5] 56/1 79/4 84/8
87/13 90/7
reinvigorate [1] 18/9
reinvigorating [1] 13/13
related [7] 10/9 26/18 50/9
70/13 72/4 72/9 119/24
relates [5] 43/25 48/2 48/15
64/11 66/12
relating [3] 31/25 37/9 37/16
relationships [1] 45/25
release [8] 112/17 117/8
119/17 119/18 119/18
119/20 119/21 120/7
released [3] 32/11 43/10
119/20
relented [1] 70/24
relevant [3] 41/10 68/8 68/9
relies [2] 6/17 64/1
religion [8] 54/17 55/2 56/10
58/11 62/5 62/14 98/16
113/20
rely [2] 16/19 65/7
relying [1] 71/9
remain [1] 14/3
remember [3] 5/11 61/25
94/9
remembered [1] 5/8
reminding [1] 67/13
remotely [1] 121/19
remove [1] 4/1
repaired [1] 82/2
repairing [1] 82/2
repeat [1] 81/3
repeated [1] 31/7
repent [1] 106/12
repentance [2] 105/12
105/25
repentant [1] 105/16
rephrase [1] 61/16
replaces [1] 56/4
replies [1] 65/14
reply [2] 7/13 16/25
report [18] 20/22 20/23 21/2

48/19 70/9 78/7 78/8 84/13
85/24 110/3 117/13 119/19
120/3
reported [3] 1/18 14/15 86/8
reporter [7] 1/19 81/2 85/15
85/18 85/22 100/4 121/22
reporting [2] 22/23 121/19
reports [1] 86/8
represented [2] 8/5 18/7
repressive [2] 26/19 72/21
request [2] 75/1 87/12
requested [1] 83/22
require [3] 68/20 95/2 95/7
requirement [1] 119/25
requires [1] 46/18
research [2] 24/19 24/19
researcher [1] 30/14
resistant [1] 82/23
resolve [1] 23/13
resolved [2] 21/8 97/14
resource [2] 26/15 93/11
respect [1] 118/15
respective [1] 72/1
respond [4] 15/14 67/25 68/2
99/18
response [3] 12/12 19/2
22/13
responsibility [9] 65/24 74/11
74/20 107/17 107/19 108/11
108/19 119/2 119/4
responsible [2] 18/14 18/20
rest [2] 45/17 54/6
restart [1] 91/15
restitution [1] 120/1
restore [1] 86/7
restricted [1] 47/17
restriction [2] 119/23 119/24
result [5] 5/19 5/22 6/22 64/8
91/8
resulted [1] 15/19
resume [2] 77/19 91/15
resumes [1] 91/7
retain [1] 94/2
retaining [2] 29/3 95/11
retaliate [17] 21/20 24/9
24/14 30/5 57/8 58/16 63/14
64/15 67/4 67/20 68/19
69/14 69/25 72/18 73/14
74/5 98/23
retaliated [1] 66/9
retaliation [4] 30/6 67/16
68/24 73/11
retard [1] 49/7
retarded [1] 104/11
retrieved [1] 35/16
review [6] 40/14 40/22 59/5
78/4 80/16 84/24
reviewed [7] 20/21 39/14
40/9 40/10 89/7 92/3 109/13
reviewing [1] 56/21
Reyes [2] 75/14 75/23
rhythm [7] 86/2 86/4 86/7
87/2 89/19 90/13 92/1
ridiculed [1] 49/8
riding [2] 49/6 104/4
right [64] 15/6 21/4 22/12
23/18 23/20 27/19 30/6
31/16 34/4 34/12 35/19 38/2

right... [52] 39/22 45/13
48/12 51/2 53/13 59/16
59/18 60/1 60/15 60/22
60/23 61/4 67/24 68/4 75/3
76/2 76/4 76/12 79/14 80/3
80/10 81/6 81/17 81/18
82/18 83/13 83/13 83/14
83/15 83/16 85/6 85/10
88/11 91/2 92/3 92/5 94/1
95/17 96/4 96/22 97/8 99/5
99/13 100/2 103/3 106/17
111/2 113/22 120/8 120/22
120/22 121/7
risk [10] 45/12 84/6 88/1
88/15 90/2 90/3 90/4 90/24
93/25 119/8
risking [1] 26/21
ritualistic [2] 57/21 57/24
rituals [1] 42/22
RMR [2] 1/18 121/21
ROBERT [2] 1/9 106/4
robust [1] 79/25
role [7] 26/3 26/4 29/24
64/25 65/1 72/7 73/7
room [2] 19/18 114/2
rooms [1] 61/3
Rossman [1] 33/9
routine [3] 100/14 100/15
101/14
rule [1] 68/1
rules [3] 48/12 55/8 56/16
ruling [2] 70/5 74/2
rulings [1] 120/19
run [2] 28/25 98/7
running [1] 36/6

S
sadness [2] 105/15 106/9
safe [2] 103/20 103/21
safely [1] 71/22
safety [1] 47/16
saga [1] 30/17
said [48] 11/9 12/18 12/20
12/25 13/1 14/17 15/1 16/7
25/24 29/12 36/18 42/12
43/21 44/12 45/23 47/6 47/8
47/8 47/11 50/19 51/18
54/10 55/20 55/21 56/9 56/9
59/25 60/18 64/19 65/2
65/19 66/15 69/4 70/16
70/19 86/11 88/18 91/18
92/12 93/10 96/7 98/15
110/25 111/23 114/4 114/17
114/17 116/20
salt [6] 94/2 94/5 94/10
94/10 95/9 96/8
same [7] 30/24 38/6 83/18
84/1 103/18 106/14 114/18
satisfied [1] 36/21
save [1] 38/7
saw [8] 19/15 36/13 39/25
53/6 56/7 58/8 60/7 112/9
say [32] 10/12 11/6 11/11
11/11 12/9 13/9 16/7 16/12
16/22 16/23 19/16 24/1
24/21 25/17 26/5 41/10 51/1
51/2 51/12 56/20 60/5 62/1
65/8 68/16 68/18 81/23

111/13 117/23
saying [9] 15/20 31/7 34/8
58/19 59/16 65/25 69/5
104/16 112/15
says [29] 6/18 7/1 7/16 9/15
11/12 16/5 17/10 20/15
20/15 24/2 24/3 26/15 27/3
27/9 27/25 29/11 30/15
32/10 32/20 33/3 34/8 34/23
60/8 66/8 66/21 68/7 68/21
114/6 117/11
scars [2] 48/23 52/17
scheduled [1] 84/12
school [26] 39/13 40/10 45/2
45/5 45/16 45/25 46/8 48/20
49/12 49/16 49/18 49/21
51/24 51/25 52/1 52/4 57/14
78/25 104/1 104/6 104/9
104/10 104/10 104/12
112/22 115/2
schooled [4] 49/16 52/1
57/14 104/12
schooling [1] 49/9
SCOLA [3] 1/2 1/9 106/4
scoliosis [4] 52/18 52/19
52/21 52/22
scope [1] 12/21
scouts [3] 50/19 51/13 51/13
screaming [1] 113/8
screen [5] 32/25 33/1 34/2
51/15 76/10
script [1] 50/25
se [1] 52/12
search [4] 6/23 15/1 19/17
119/25
seat [1] 38/20
seated [4] 3/2 3/13 38/20
76/1
second [14] 6/25 20/23 24/5
28/19 35/22 40/23 61/13
61/18 63/17 67/8 69/16
69/21 74/21 112/12
Secondly [1] 101/13
secretary [1] 71/10
section [6] 3/9 69/11 69/18
74/21 97/17 117/15
secure [1] 4/25
securities [1] 108/17
security [4] 26/17 47/20
47/20 97/11
see [20] 12/4 24/25 27/22
30/19 33/1 47/17 67/11
74/18 75/23 76/13 76/16
76/17 76/19 79/4 89/10
89/12 94/14 95/1 95/10
112/25
seek [2] 58/6 58/8
seems [2] 14/24 109/15
seen [2] 81/22 84/1
sees [2] 33/10 66/23
segment [1] 90/23
seized [1] 7/3
selected [1] 46/2
selective [1] 101/16
self [1] 84/17
self-directed [1] 84/17
send [4] 10/23 116/12
66/23

senior [1] 79/7
sensation [1] 101/25
sense [3] 33/13 34/7 59/10
sent [6] 5/14 10/24 12/18
13/7 18/10 39/12
sentence [29] 8/18 8/19
15/10 36/25 97/16 97/21
98/13 103/4 106/19 106/25
107/2 107/9 107/15 107/25
108/6 108/6 114/14 116/4
116/8 116/25 118/14 118/19
119/9 119/10 120/6 120/14
120/16 120/18 120/23
sentenced [1] 106/21
sentences [1] 13/25
sentencing [17] 1/9 3/23 3/24
4/7 6/17 20/19 35/20 39/23
41/11 74/18 107/11 107/24
108/25 116/6 118/4 119/11
120/19
sentiment [2] 29/22 73/5
separate [5] 8/8 8/9 12/1
54/8 80/8
separately [1] 38/6
septal [2] 79/20 81/14
September [6] 36/8 37/4
37/7 60/6 61/18 61/22
September 11 [1] 37/4
September 2020 [3] 37/7
61/18 61/22
septostomy [1] 81/5
septum [1] 81/5
series [1] 80/7
serious [8] 59/5 59/8 87/24
101/12 109/7 109/8 112/5
118/13
seriousness [2] 98/6 98/9
serve [1] 120/13
served [1] 116/10
service [1] 37/2
services [1] 71/17
serving [2] 49/22 119/9
set [6] 3/23 23/7 55/22 75/10
107/18 117/15
sets [2] 20/2 53/18
setting [1] 88/20
seven [5] 81/23 107/1 112/2
112/3 112/3
several [15] 4/13 4/14 11/23
12/8 54/8 70/22 72/15 78/16
81/21 108/16 109/4 110/25
114/13 114/17 118/18
severe [9] 43/5 45/2 83/14
83/18 83/21 111/22 112/19
112/23 119/6
severely [7] 47/25 54/16
83/15 85/7 85/7 85/8 115/16
severity [1] 54/12
sewer [3] 48/22 52/16 104/3
shall [1] 6/19
Sham [1] 71/9
sharing [1] 71/20
she [30] 12/18 12/23 12/25
15/9 17/9 38/4 38/5 39/25
40/14 43/21 46/25 47/5 47/8
47/8 47/12 61/25 62/3 62/15
66/21 70/16 70/19 70/22
70/23 70/24 70/25 71/1

she's [4] 15/12 15/13 40/5
68/2
shock [1] 86/6
shocked [1] 11/6
short [4] 66/23 75/20 98/19
104/4
shot [2] 32/25 33/2
shots [1] 34/2
should [15] 6/2 6/3 9/15
17/22 19/5 19/8 63/7 63/21
65/25 66/1 75/6 92/21 93/17
107/17 110/16
shouldn't [2] 76/15 97/12
show [15] 6/7 18/17 18/20
21/18 21/24 30/17 31/3
58/15 63/13 66/9 67/15
67/18 67/19 83/12 85/4
showed [2] 12/6 12/7
shower [1] 105/7
showering [1] 105/20
showing [1] 76/15
shown [1] 89/8
shows [9] 24/18 35/12 56/6
64/12 67/17 67/17 73/13
80/22 83/14
shunt [1] 82/4
shunting [2] 82/6 82/16
shutting [2] 105/20 110/6
sic [3] 5/12 79/20 93/11
sick [1] 103/19
side [12] 20/21 45/14 80/8
80/10 81/9 81/16 82/6 85/11
85/12 92/25 102/2 110/6
sidewalk [1] 8/14
sighted [1] 66/23
signed [3] 6/15 20/13 70/7
significant [4] 46/3 90/8
97/22 118/14
significantly [1] 22/3
signs [4] 83/12 83/16 88/9
94/12
similar [1] 118/16
similarly [1] 119/11
simply [2] 68/7 68/9
since [13] 41/23 63/6 63/10
72/6 79/5 84/11 100/9
100/14 103/22 111/13
112/18 117/18 117/21
sincerely [1] 106/13
single [1] 42/19
single-handedly [1] 42/19
sink [1] 10/17
sir [28] 4/3 4/5 5/17 17/2
20/25 21/6 22/14 23/14
23/18 24/1 32/2 32/4 32/7
35/2 37/10 38/10 40/3 74/24
78/3 78/6 78/20 79/10 83/3
83/24 85/1 117/10 121/5
121/6
sister [2] 53/20 54/1
sit [6] 15/20 38/11 103/8
103/8 115/12 115/13
sites [2] 71/20 71/20
sits [3] 16/5 113/11 116/8
sitting [2] 65/22 94/10
situated [1] 119/12
situation [4] 53/24 95/5 108/3
116/22

six [10]  12/1 12/17 12/25
  15/8 45/8 107/1 107/2 112/3
  116/9 117/3
skewed [4]  46/3 50/5 53/1
  70/19
skilled [2]  49/1 51/21
skills [2]  52/2 113/1
skinny [3]  48/24 52/16 104/5
Skipping [1]  28/18
sleep [1]  105/22
slide [1]  34/22
slow [3]  14/5 85/16 94/25
slowly [1]  103/13
smartest [2]  52/7 70/17
so [185]  5/7 5/11 5/21 6/6
  6/20 7/4 7/8 8/15 9/6 9/8
  9/12 10/21 10/25 11/6 12/3
  13/14 13/16 13/20 14/13
  17/3 18/12 19/3 19/4 19/21
  19/24 20/9 20/15 22/25
  23/15 23/20 23/24 24/7
  24/16 24/24 26/7 26/11
  29/13 30/9 31/18 31/23 32/6
  32/9 32/10 33/10 34/5 34/17
  35/17 36/1 36/9 36/21 37/4
  37/24 39/24 40/6 40/9 40/15
  40/22 41/11 43/1 43/12
  43/17 43/24 44/4 44/15
  44/18 44/22 45/2 45/6 45/8
  45/14 45/19 45/22 46/20
  47/19 48/1 48/11 48/14 49/3
  49/12 49/13 49/15 49/22
  50/5 50/9 52/3 52/14 52/16
  53/1 54/4 55/19 56/7 56/20
  57/10 58/14 58/25 63/25
  65/4 65/25 67/6 67/16 68/13
  68/18 69/10 69/21 69/23
  70/5 70/12 71/6 73/9 73/25
  74/12 74/16 75/9 75/10
  75/22 76/24 78/4 78/7 79/5
  79/12 79/14 79/18 79/24
  80/6 80/8 80/13 80/20 81/6
  81/8 81/16 81/20 82/1 82/8
  82/12 82/24 84/9 84/14 85/2
  85/11 85/24 86/2 86/11
  86/18 87/19 88/24 89/5
  89/10 89/14 90/6 90/9 90/22
  90/24 91/2 91/12 91/24
  92/21 93/25 94/1 94/5 94/18
  94/22 94/25 95/9 97/11
  98/10 98/10 99/1 99/2
  101/21 104/12 104/15
  105/15 107/16 108/8 108/17
  108/21 110/7 111/21 111/21
  114/13 115/16 116/5 116/15
  119/4 120/6
sociable [1]  44/4
social [17]  36/9 36/11 36/13
  44/15 45/6 45/9 45/20 47/19
  47/20 48/1 48/3 52/2 56/16
  71/17 71/19 113/1 114/2
socialization [4]  45/18 54/4
  57/12 110/14
socializing [1]  55/18
socially [1]  47/22
sodium [4]  93/22 94/2 94/5
  94/7
soldiers [1]  71/16

solutions [1]  86/25
some [21]  20/12 23/4 25/6
  29/8 30/21 33/1 39/13 39/13
  39/14 43/8 50/20 53/6 59/20
  78/14 88/8 89/24 91/15 93/2
  107/13 116/13 119/4
somebody [17]  9/8 24/6 35/4
  46/11 46/18 52/11 53/10
  63/23 65/11 66/20 94/13
  111/15 111/21 112/15
  115/17 118/4 118/4
somehow [6]  16/2 16/10 43/3
  54/19 63/14 69/3
someone [9]  24/6 33/10
  47/19 58/9 94/13 94/16
  115/16 115/17 116/23
something [18]  9/14 10/10
  12/3 15/13 17/25 47/25 58/2
  65/17 66/10 67/4 73/21 90/8
  92/14 101/7 108/11 116/3
  118/2 118/5
sometimes [7]  87/17 87/18
  95/6 95/8 98/19 101/19
  101/20
somewhat [2]  118/23 118/25
somewhere [3]  47/8 47/9
  111/13
son [8]  41/1 100/10 101/3
  102/1 102/14 102/21 117/23
  118/1
sorrow [1]  106/9
sorrowful [1]  106/12
sorry [15]  3/25 14/6 31/20
  35/2 85/19 99/8 99/19 100/5
  103/10 103/15 105/1 105/16
  106/3 106/13 106/16
sort [7]  9/24 34/6 48/9 67/15
  67/20 98/20 107/13
Sotalol [3]  90/12 90/12 92/23
Sotolol [1]  109/23
sound [3]  77/8 77/9 77/10
source [23]  14/24 18/9 24/17
  24/21 25/1 26/15 26/20
  26/25 27/3 27/21 27/23 28/2
  28/21 29/11 30/10 30/13
  30/17 30/23 30/25 36/19
  64/3 64/4 72/22
sources [2]  31/5 33/18
South [1]  1/15
SOUTHERN [1]  1/1
Spain [7]  14/7 25/13 27/25
  31/9 32/22 34/20 72/24
Spanish [26]  9/15 14/4 14/12
  22/20 22/22 24/23 24/24
  26/8 26/9 26/11 26/13 26/14
  28/4 30/19 32/12 32/13 33/5
  33/18 34/9 34/11 34/18
  34/24 63/25 72/10 72/14
  73/20
Spanish-speaking [1]  72/10
Spanish-translated [1]  72/14
speak [3]  6/2 38/21 111/2
speaking [3]  4/1 26/14 72/10
special [8]  41/5 49/5 49/8
  100/8 119/22 120/1 120/4
  120/7
specialist [1]  84/16
specialty [1]  78/20

specific [38]  8/23 14/22 22/1
  22/8 23/9 24/2 27/16 37/22
  40/21 43/7 44/5 46/5 46/20
  48/18 55/20 56/13 56/15
  56/22 57/8 60/17 60/21
  62/13 65/7 65/10 67/3 67/15
  68/19 68/25 69/17 70/12
  70/22 70/24 87/7 99/18
  112/4
specifically [25]  6/11 6/17 7/1
  7/11 7/24 8/13 8/17 10/10
  11/9 16/15 21/12 21/20
  39/13 41/3 41/25 64/14 65/2
  67/4 67/8 67/19 69/6 69/8
  73/20 78/6 120/3
spectrum [5]  42/13 48/10
  49/10 52/6 60/20
speech [2]  41/4 100/8
speed [1]  29/2
spell [2]  38/22 99/23
spelled [2]  38/24 76/9
spent [2]  103/22 112/18
spikes [1]  95/4
spirit [5]  6/1 10/14 11/8
  19/13 22/6
split [1]  108/23
spoke [6]  8/6 9/2 12/17 52/9
  54/8 115/21
spontaneous [1]  48/3
sports [1]  103/24
spots [1]  28/24
spread [1]  72/8
spreads [1]  33/4
stable [1]  89/6
staff [1]  110/21
stand [1]  38/12
standard [3]  21/15 96/5
  119/21
standards [1]  23/7
start [9]  37/24 41/18 64/12
  65/1 79/14 91/13 93/1 94/20
  108/9
started [1]  43/12
starting [3]  30/24 82/20
  83/12
state [9]  25/25 33/9 43/22
  44/1 55/4 70/20 71/9 71/9
  71/11
stated [4]  6/12 6/12 63/10
  107/24
statement [3]  17/9 20/9
  103/3
statements [9]  7/16 7/17
  20/5 20/6 25/15 25/17 25/18
  25/18 117/13
states [21]  1/1 1/3 1/10 1/12
  3/3 3/7 3/21 6/19 20/5 30/5
  69/10 69/17 72/21 73/4
  73/12 78/5 78/15 97/17
  100/23 117/15 120/5
stating [2]  7/11 14/11
statute [2]  69/17 69/19
statutory [5]  74/14 99/2
  117/14 117/19 119/21
stay [4]  39/1 45/17 49/18
  49/18
stays [3]  32/12 84/9 101/9
step [12]  17/21 17/21 26/9
  26/9 27/12 27/12 63/12

93/16
steps [1]  48/15
stereotypic [1]  42/23
sterile [1]  78/8
still [7]  21/8 29/14 41/9 77/1
  91/24 93/16 111/4
stipulate [2]  40/1 40/4
stipulation [9]  22/16 25/21
  28/20 35/5 36/22 37/5 59/21
  70/6 71/8
stop [1]  58/20
story [3]  12/19 46/23 62/3
strains [1]  116/19
street [2]  1/13 11/7
stressful [1]  95/5
strict [1]  94/6
strike [2]  16/18 29/25
stroke [6]  84/7 84/10 87/25
  88/16 89/16 90/2
strong [1]  84/8
stronger [1]  28/16
strongly [1]  55/4
structured [2]  42/21 57/15
studies [1]  78/14
studio [1]  35/9
study [1]  100/25
studying [2]  53/4 56/11
stuff [3]  52/5 53/16 61/7
stupid [1]  104/11
Suarez [3]  108/2 108/3
  108/10
subject [1]  121/18
subjects [1]  21/12
subsequent [1]  84/11
substantially [1]  109/9
subtitles [5]  14/11 14/20
  34/19 35/23 36/1
successful [5]  11/4 86/15
  86/17 87/22 112/14
such [10]  29/25 45/12 58/22
  66/23 72/6 73/3 73/10 111/7
  111/10 112/23
sudden [5]  47/5 56/8 95/1
  105/9 105/19
suffered [1]  101/3
suffering [2]  94/17 105/2
suffers [3]  30/19 109/8
  118/24
sufficient [5]  18/19 24/15
  73/24 107/9 116/16
suggesting [2]  60/9 60/10
  60/25
suicide [2]  58/1 58/8
Suite [1]  1/16
sum [1]  56/12
superficially [1]  51/22
supervised [6]  92/16 117/8
  119/18 119/20 119/21 120/7
supervision [3]  47/1 49/23
  88/19
supervisor [1]  74/9
supplement [1]  101/20
support [19]  18/25 22/13
  29/22 30/7 38/14 42/20 49/17
  49/23 68/11 69/19 72/11
  73/5 73/12 100/18 100/19
  102/10 102/11 117/22
  118/10

supported [2] 61/24 61/25
supporting [3] 50/19 68/22
68/24
supportive [3] 45/11 49/20
118/9
supports [3] 41/3 42/15
50/10
supposed [9] 48/20 61/14
80/1 80/7 80/9 80/14 83/9
83/20 91/22
sure [12] 22/25 23/8 23/12
38/21 51/5 82/3 93/15 98/2
100/1 100/7 109/20 110/20
surgeon [1] 81/7
surgery [8] 52/20 52/21
80/22 80/23 81/12 81/14
82/9 85/9
surprise [1] 9/25
survive [1] 101/21
switch [1] 11/25
switched [1] 79/23
sworn [2] 38/18 76/7
symbols [2] 18/6 64/5
sympathizers [1] 71/25
symptoms [4] 87/11 89/15
94/18 101/7
system [5] 78/16 79/9 82/23
88/25 89/11
systems [1] 43/12

T
tactics [1] 26/17
take [24] 20/12 22/15 32/25
38/15 42/9 47/14 47/21
60/21 63/9 74/16 75/22 77/3
87/13 90/7 91/11 94/8 97/10
97/12 99/15 99/17 100/17
103/11 109/16 109/19
taken [8] 25/7 25/9 58/10
58/23 59/1 75/25 84/23
101/22
takes [3] 90/9 99/13 117/1
taking [12] 55/13 87/17
89/19 89/23 89/23 89/24
89/25 89/25 90/2 91/2 91/7
91/14
talk [12] 19/6 24/11 25/13
39/16 51/5 51/5 51/18 51/22
76/24 99/16 103/13 115/23
talked [4] 18/11 26/3 61/12
61/13
talking [5] 17/19 18/7 25/8
55/18 61/21
talks [3] 11/7 27/7 113/19
tammy [5] 1/18 1/20 121/21
121/21 121/23
Tampa [1] 47/9
target [5] 30/1 30/2 30/10
31/8 53/5
targeted [4] 30/9 32/13 32/21
55/19
taught [1] 51/1
tears [1] 105/12
techniques [2] 26/17 30/17
technological [1] 121/18
telegram [1] 27/22
telephone [1] 100/13
tell [25] 12/19 15/11 16/7

40/12 40/15 40/19 41/1
41/15 43/25 99/20 100/14
100/16 100/20 100/21
100/22 106/21 110/21
113/17 113/23 113/25
telling [2] 15/23 71/4
tells [2] 30/3 64/11
temporary [1] 81/9
ten [6] 27/10 30/15 53/19
75/22 83/2 97/12
ten-minute [1] 75/22
ten-year-old [1] 53/19
tendencies [1] 52/10
tendency [1] 87/20
tender [2] 59/11 95/16
tens [1] 27/1
term [3] 48/14 92/24 117/11
terms [12] 10/17 42/4 46/19
51/6 56/24 61/16 72/16
85/17 93/3 94/12 102/14
110/4
terrible [9] 55/23 64/23 65/25
103/16 103/17 104/17
104/19 110/3 114/15
terrorism [16] 24/19 29/10
30/14 36/21 37/9 37/16
43/25 62/22 63/7 71/14 72/4
74/7 98/10 102/7 102/11
117/10
terrorism-related [1] 72/4
terrorist [10] 30/18 56/18
64/22 66/5 68/11 71/11
71/12 71/13 71/23 105/14
terrorists [3] 71/18 102/14
103/21
test [1] 86/16
testified [4] 38/19 76/8 79/10
110/4
testify [6] 17/7 37/20 40/5
42/7 59/4 78/3
testifying [3] 38/4 38/5 38/16
testimony [8] 62/21 62/23
64/16 70/10 70/21 75/11
99/15 99/17
testing [1] 94/9
tests [1] 41/15
text [2] 28/9 115/23
texts [1] 47/12
than [21] 15/3 25/14 39/15
41/22 48/13 54/3 56/17
73/17 73/24 83/21 85/8 87/1
89/2 90/21 91/24 97/12
111/22 112/1 112/24 118/4
119/8
thank [17] 3/2 4/3 62/19
62/20 67/24 76/1 79/13
95/18 96/21 96/23 96/25
99/4 102/20 103/2 106/17
117/5 121/8
that [730] 4/13 4/14 4/16
4/17 4/19 4/21 4/23 5/4 5/5
5/14 5/23 5/24 6/2 6/8 6/8
6/9 6/18 6/25 7/1 7/3 7/5 7/9
7/11 7/13 7/13 7/15 7/25 8/1
8/2 8/3 8/9 8/11 8/11 8/15
8/15 8/16 8/18 8/23 8/25 9/1
9/5 9/13 9/15 9/18 9/20 9/25
10/3 10/5 10/8 10/8 10/10

11/1 11/5 11/6 11/6 11/10
11/11 11/12 11/16 11/17
11/17 11/18 11/21 11/22
11/23 11/24 12/10 12/10
13/3 13/11 13/14 13/17
13/21 13/22 13/24 14/1 14/2
14/13 14/13 14/14 14/16
14/21 14/22 15/3 15/13
15/16 15/17 15/20 15/23
15/24 16/2 16/4 16/8 16/9
16/12 16/12 16/13 16/14
16/15 16/15 17/3 17/4 17/9
17/18 17/21 17/23 17/25
18/5 18/7 18/8 18/10 18/18
18/19 18/20 19/3 19/5 19/7
19/8 19/11 19/14 19/16
19/17 19/21 19/22 20/2 20/4
20/5 20/17 21/7 21/12 21/13
21/17 21/18 21/19 21/22
21/23 21/24 22/1 22/2 22/4
22/16 22/17 22/18 22/19
22/19 22/21 23/9 23/10
23/12 24/11 24/13 24/18
24/20 25/8 25/11 25/14
25/23 26/6 27/11 28/20
28/22 29/7 29/8 29/16 29/17
29/24 30/3 30/30 30/7 30/8
30/9 30/21 31/5 31/13 31/14
31/17 31/17 31/17 31/21
32/9 32/22 32/23 32/25
33/12 33/14 33/17 33/18
33/20 34/3 34/7 34/10 34/14
34/23 35/8 35/9 35/10 35/11
35/25 35/15 35/23 35/25
35/25 35/26 36/18 36/18
36/20 36/21 36/24 37/5
37/22 39/8 39/16 40/11
40/20 40/25 41/9 41/21 42/5
42/7 42/10 42/11 42/11
42/14 42/14 43/3 43/5 43/7
43/10 43/13 43/25 44/2 44/5
44/11 44/11 44/13 44/14
45/3 45/9 45/9 45/12 45/22
45/23 45/24 46/2 46/4 46/6
46/11 46/11 46/12 46/18
46/22 47/4 47/7 47/17 47/25
48/1 48/5 48/6 48/8 48/14
48/14 48/20 48/21 48/22
49/3 49/8 49/19 50/13 50/20
51/3 51/5 52/7 52/8 52/8
52/11 52/11 52/15 52/15
52/23 52/24 53/2 53/7 53/7
53/11 53/20 53/21 53/23
54/1 54/5 54/10 54/14 54/14
54/15 54/15 54/16 54/18
54/19 54/21 54/23 54/25
55/4 55/4 55/8 55/8 55/14
55/14 55/19 55/23 55/25
56/2 56/4 56/6 56/10 56/12
56/14 56/19 56/20 56/22
56/25 57/2 57/7 57/16 58/2
58/6 58/11 58/14 58/15
58/17 58/18 58/20 58/21
58/23 59/1 59/5 59/7 59/8
59/10 60/1 60/9 60/10 60/17
60/21 60/25 61/1 61/22 62/3
62/3 62/5 62/6 62/7 62/13

63/20 64/1 64/6 64/8 64/10
64/16 64/17 64/18 64/23
64/23 64/25 65/2 65/2 65/4
65/5 65/7 65/10 65/14 65/17
66/5 66/8 66/11 66/11 66/13
66/14 66/15 66/16 66/16
66/23 67/2 67/3 67/6 67/9
67/9 67/14 67/15 67/17
67/18 67/19 67/21 67/22
68/21 69/3 69/4 69/5 69/6
69/12 69/18 69/21 70/6 70/7
70/8 70/10 70/14 70/17
70/19 70/21 70/23 70/25
71/2 71/4 71/7 71/9 71/12
71/13 71/14 72/19 72/21
73/1 73/2 73/7 73/9 73/13
73/13 73/16 73/21 73/23
74/2 74/6 74/9 74/13 74/20
74/21 74/25 75/1 75/2 75/3
76/23 77/14 77/17 78/4 78/9
78/11 79/16 79/17 80/11
80/18 80/23 81/3 81/5 81/11
81/14 82/3 82/15 82/16
82/17 82/17 82/20 82/20
82/21 82/24 82/25 83/5 83/6
83/11 83/16 83/18 83/19
83/22 83/23 83/24 83/25
84/1 84/5 84/11 84/14 84/14
84/19 84/21 85/5 85/10
85/17 86/4 86/5 86/7 86/9
86/10 86/10 86/11 86/14
86/16 86/16 86/17 86/22
87/5 87/5 87/7 87/7 87/7
87/7 87/10 87/11 87/11
87/16 87/23 88/9 88/18
88/20 89/4 89/7 89/10 89/11
89/17 89/22 90/1 90/5 90/6
90/8 90/13 90/15 90/16
90/17 90/19 90/21 90/24
91/7 91/8 91/18 91/19 91/22
91/23 92/4 92/12 92/12
92/14 92/19 93/4 93/6 93/6
93/14 93/16 93/22 93/23
94/3 94/23 94/24 95/1 95/3
95/4 95/10 95/11 96/7 96/11
96/16 97/10 97/14 97/20
97/23 97/25 98/2 98/4 98/13
98/15 98/22 98/23 98/25
99/18 100/1 100/7 100/10
100/17 100/22 100/23 101/3
101/5 101/12 101/17 101/21
101/23 101/23 101/25 102/1
102/1 102/2 102/10 102/17
102/17 102/18 102/18
102/22 103/17 103/21
104/12 104/13 104/13
104/21 105/10 106/6 106/6
106/21 106/24 107/3 107/5
107/12 107/17 107/18
107/18 107/19 108/1 108/2
108/5 108/6 108/8 108/12
108/13 108/14 108/16
108/17 108/21 108/23
109/7 109/4 109/5 109/7
109/8 109/11 109/13 109/14
109/16 109/19 109/20
109/23 109/25 109/25 110/1
110/3 110/6 110/8 110/10

that... [77] 110/14 110/19
110/22 110/23 111/1 111/4
111/7 111/9 111/10 111/12
111/14 111/15 111/19
111/22 111/25 111/25 112/4
112/5 112/10 112/13 112/14
112/21 112/21 112/24 113/4
113/6 113/8 113/8 113/9
113/10 113/12 113/13
113/15 113/20 113/24
113/25 113/25 114/1 114/4
114/13 114/18 114/18
114/19 114/21 114/22
115/12 115/14 115/15
115/21 116/3 116/10 116/12
116/14 116/15 116/15
116/16 116/25 117/9 117/16
117/19 117/22 118/3 118/7
118/8 118/13 118/18 118/21
118/22 118/23 119/1 119/10
119/14 120/10 120/13
120/16 120/23 121/14
that's [79]  5/6 6/20 9/16
10/25 11/18 14/25 17/7
18/21 19/16 19/23 20/9 24/2
24/15 25/12 25/14 26/5 27/6
30/10 32/6 32/14 34/25 35/1
36/14 39/24 41/10 46/23
51/17 52/5 54/12 55/9 55/21
58/7 60/20 60/21 61/10 62/4
63/8 64/24 65/21 65/22 66/2
66/2 66/4 68/9 68/21 73/21
75/2 75/5 75/6 81/9 82/12
82/13 83/4 83/7 83/19 83/21
88/6 88/8 89/10 89/11 90/15
92/1 92/3 93/11 94/7 94/8
94/24 94/24 95/2 96/10
96/25 99/2 108/12 110/13
112/2 114/6 116/1 116/2
118/5
their [41]  5/3 6/7 7/13 13/20
14/22 15/24 18/6 18/6 19/1
19/1 19/2 22/13 23/16 27/17
27/23 30/8 30/9 33/12 36/13
41/1 44/18 47/22 50/21
53/12 63/9 64/19 65/24
66/12 71/17 71/21 72/1
72/19 73/12 93/1 106/2
106/2 106/8 109/1 110/12
114/8 118/10
theirs [1]  30/2
them [30]  8/12 8/22 10/4
10/23 10/24 10/25 11/25
12/1 12/2 12/6 15/22 16/10
23/1 23/4 23/21 33/1 39/15
39/19 52/15 57/11 58/2 66/9
67/21 94/19 98/7 104/7
104/7 104/8 104/8 105/10
themselves [1]  47/21
then [73]  5/1 8/18 9/9 9/20
10/15 11/3 12/21 13/21 15/1
15/12 16/2 16/7 19/3 22/20
22/22 23/2 23/13 24/14
27/11 27/18 28/5 28/9 30/16
30/23 30/25 31/18 32/3
32/12 33/8 33/11 34/18
35/13 36/13 37/14 41/20
43/18 46/3 47/3 47/4 47/18

56/20 68/17 74/15 75/8
75/21 75/23 78/11 78/14
81/11 83/22 83/24 91/7
91/11 93/12 93/14 94/2
95/11 95/11 96/10 99/9 99/9
103/6 108/6 108/22 112/21
113/4 115/25 117/19
theory [2]  9/18 11/18
therapy [3]  93/3 93/7 100/8
there [81]  4/20 4/21 4/22
4/22 4/23 4/24 5/7 5/8 5/11
7/25 8/18 9/1 10/12 10/15
10/19 10/23 11/2 12/9 13/14
13/19 14/19 14/20 16/14
20/2 20/10 20/11 23/9 29/5
29/16 30/6 30/21 32/20
32/22 36/20 38/21 43/8
45/11 45/13 45/13 46/2
49/22 50/20 53/24 56/7
58/17 58/25 65/2 65/3 65/14
65/15 66/16 67/1 67/12
73/17 74/3 75/6 76/9 76/13
76/22 81/2 84/11 85/15 90/7
91/9 93/9 93/19 94/25 100/4
104/16 107/6 109/7 109/22
109/25 110/7 111/3 113/14
113/14 116/11 117/18
118/18 121/3
there's [37]  11/6 13/25 18/12
28/9 30/23 31/6 31/14 32/9
33/17 33/17 34/1 47/15
48/18 51/5 55/3 62/12 64/15
64/22 65/7 66/11 69/21
70/20 71/3 73/24 74/7 76/14
82/5 85/7 91/8 92/10 93/21
96/5 98/1 99/17 111/19
115/4 115/9
therefore [8]  9/12 10/12
10/13 12/3 16/2 66/1 67/21
121/18
these [55]  5/11 7/5 8/25
10/22 11/1 17/22 23/2 23/5
23/24 35/18 36/15 40/14
43/13 45/1 46/5 47/18 52/17
54/24 55/9 55/16 55/17
55/23 57/15 57/22 58/10
58/21 61/3 61/3 63/14 63/21
63/22 65/5 65/9 65/18 65/19
65/19 65/25 66/25 68/10
71/24 81/15 81/20 82/24
88/25 89/1 92/23 93/22 95/4
95/6 103/24 114/5 115/3
116/5 116/24 117/25
they [186]  4/13 4/14 5/19
5/22 5/24 6/6 6/8 6/9 6/21
7/11 8/10 8/20 8/21 8/22 9/6
10/11 10/21 10/23 10/24
11/2 11/2 11/3 11/4 11/24
12/5 12/9 15/23 15/23 16/6
16/12 16/12 16/13 16/13
17/5 17/5 17/16 17/17 17/19
17/20 17/21 18/14 18/19
18/21 18/23 18/24 19/3 19/4
19/6 19/12 19/14 19/14
19/15 19/16 19/16 19/18
19/19 20/13 21/18 23/7
23/18 24/11 24/12 24/21
30/1 30/7 30/9 30/17 31/14

39/18 39/20 41/1 41/2 41/4
42/17 42/18 42/19 43/6
43/10 43/12 43/13 43/14
47/13 47/20 47/21 47/21
48/22 49/1 49/2 49/4 49/6
52/15 52/20 52/21 52/22
54/24 54/25 55/15 55/19
55/21 58/2 58/9 58/10 60/20
60/21 61/17 62/12 63/12
64/2 64/6 64/7 64/14 64/19
65/7 67/13 68/10 68/10
68/11 68/15 68/15 72/14
78/8 80/18 80/19 81/12
81/15 81/15 82/4 82/17 83/5
83/22 85/3 85/4 85/8 85/10
85/25 86/11 87/15 87/17
87/18 87/20 88/2 89/5 89/5
89/6 92/12 92/13 92/19
93/19 93/19 94/18 94/19
94/20 94/20 95/5 95/8 96/13
98/3 98/19 98/19 102/22
102/25 103/20 104/3 104/20
106/24 108/14 108/19
109/14 109/16 110/12
110/17 113/21 114/7 115/3
115/14 116/11 117/23
They've [1]  118/5
thick [1]  79/25
thing [9]  13/3 23/12 40/22
69/2 94/19 101/16 102/3
104/17 107/16
things [38]  8/20 43/1 43/21
43/22 44/12 48/2 48/19
49/13 49/25 50/17 50/25
52/23 55/1 55/6 55/23
57/17 57/17 58/10 58/11
59/25 64/8 64/23 66/6 68/11
68/22 68/25 69/11 71/3 71/5
95/6 98/25 101/6 103/16
104/12 113/25 115/25 117/6
think [58]  13/15 15/19 17/4
17/5 17/9 17/18 17/18 19/6
20/9 22/12 22/10 22/15 25/9
29/10 30/21 35/8 36/18 44/6
44/12 44/12 45/23 48/7
50/13 50/15 52/19 54/18
55/3 56/2 56/2 56/4 56/8
57/6 58/2 64/10 64/16 68/2
69/3 70/20 72/18 73/13
73/23 75/5 87/6 88/18 91/6
91/22 97/12 98/9 107/2
107/3 112/6 116/5 117/21
118/19 118/21 118/22
118/23 119/1
thinking [1]  118/16
thinks [2]  44/6 48/12
thinner [2]  80/3 90/1
thinners [4]  89/23 89/24
89/24 90/2
third [7]  22/21 29/9 29/12
29/13 30/17 63/17 70/25
this [237]  3/3 3/23 3/23 4/9
4/11 5/3 6/15 6/19 6/22 6/23
6/25 7/11 7/16 7/17 7/23
7/24 7/25 8/6 8/8 8/17 9/15
11/20 12/2 12/2 12/14 12/15

13/17 14/17 15/7 15/7 15/9
15/15 16/15 16/19 17/11
18/6 18/20 19/7 20/1 20/5
20/6 20/10 20/17 20/19
21/24 24/17 24/18 24/21
26/8 26/13 26/13 27/3 27/22
28/11 28/12 28/21 29/9
29/10 29/17 29/19 30/12
30/18 31/21 31/23 32/11
32/22 32/24 33/6 33/10 35/3
35/23 35/25 36/7 36/20
37/21 39/8 39/11 39/12
39/23 40/3 40/20 40/25
41/11 41/14 42/24 43/7
43/20 43/24 44/18 44/22
45/20 46/14 46/20 47/1 48/6
48/24 48/24 49/4 49/5 49/20
49/20 50/13 51/2 51/2 51/14
52/5 52/14 52/20 52/21 53/4
53/16 53/17 53/17 53/18
53/20 54/5 54/7 55/9 55/10
56/6 56/14 57/12 57/24 58/7
58/15 59/21 61/7 63/8 63/24
64/24 65/6 65/8 65/20
66/1 66/24 67/9 67/13 69/1
69/7 70/10 70/15 72/7 73/3
73/18 76/15 77/3 77/5 79/6
79/11 79/21 80/6 80/11
80/15 80/20 80/23 82/1
83/13 83/14 84/2 84/9 84/20
85/3 86/18 88/20 88/22
89/25 91/9 91/12 91/13
91/19 92/6 93/1 93/2 94/6
94/8 94/9 94/16 94/16 98/6
98/9 98/25 100/24 102/10
102/12 102/23 103/5 103/11
103/16 103/19 104/16
104/22 106/23 108/1 108/12
108/21 109/3 109/5 109/8
109/11 109/18 109/19
109/21 110/1 110/3 110/16
110/19 110/20 111/14 112/4
112/6 112/15 112/17 113/2
112/3 113/3 113/20 113/21
114/1 114/3 114/17 116/11
116/23 117/7 118/11 118/13
119/2 121/4 121/17
those [34]  5/15 7/10 8/12
26/16 34/2 34/10 36/5 36/17
39/23 40/20 55/1 56/3 57/21
63/18 64/2 65/15 68/22
68/25 70/4 72/13 72/13 78/6
81/25 84/19 84/24 87/1 92/1
99/13 101/22 102/21 108/20
115/10 119/13 120/2
though [5]  74/21 76/21 92/4
107/6 107/20
thought [8]  31/13 54/21 55/8
58/20 60/16 61/12 108/24
112/4
threat [3]  14/3 22/23 32/11
threatening [4]  14/8 31/8
32/20 33/5
three [23]  4/5 13/25 14/24
22/18 31/6 33/23 63/18 64/1
64/2 71/1 74/22 78/21 78/22
89/6 89/6 99/14 105/8
107/21 107/21 107/25

three... [3]  108/20 111/2
111/17
through [20]  11/23 23/1
24/17 29/6 37/3 41/24 43/2
43/2 48/5 50/8 64/18 77/18
80/1 99/1 99/25 100/6 101/3
105/2 105/4 114/23
throughout [7]  5/3 5/3 52/1
80/16 81/20 105/3 118/9
thyroid [1]  92/25
ticks [1]  57/21
time [41]  7/3 11/22 13/4 16/4
25/4 25/18 26/13 38/6 38/8
43/9 43/14 45/2 53/19 56/7
60/2 70/7 70/25 71/6 79/11
80/23 82/17 83/18 83/18
83/23 84/1 89/24 89/25
90/17 91/12 92/16 97/1
98/19 104/15 104/24 105/5
108/5 111/3 111/25 116/10
118/6 118/6
timely [2]  87/23 108/19
times [18]  4/5 13/7 51/5 59/8
70/23 71/1 71/1 86/14 91/10
98/23 99/14 108/16 110/25
111/3 112/1 115/14 115/20
115/24
timing [1]  28/23
tiptoes [1]  57/22
tired [2]  94/23 105/19
tirelessly [1]  42/17
title [1]  120/8
titled [1]  32/12
today [10]  7/9 8/10 13/22
14/25 42/4 77/25 78/3
112/25 116/1 116/8
together [4]  10/22 38/8 38/9
101/18
told [18]  12/3 13/5 16/1
55/14 55/15 55/25 59/23
60/12 60/25 62/4 69/8 85/10
109/24 110/5 110/24 111/7
112/9 113/17
tomorrow [1]  98/17
too [5]  33/2 33/3 49/13 62/16
95/13
took [2]  4/22 109/13
tools [1]  71/24
top [9]  17/11 25/1 27/4 27/24
32/10 34/23 36/24 87/9
107/23
topic [6]  52/6 52/7 52/8
70/16 70/17 70/17
Torah [2]  54/18 56/4
torment [1]  105/2
torture [1]  105/23
total [5]  47/15 47/16 74/12
117/16 120/6
totally [7]  48/13 50/22 53/20
55/5 61/6 62/11 98/25
towards [1]  10/4
toxicity [2]  92/25 92/25
tracheostomy [1]  104/2
tradition [1]  62/4
train [1]  26/21
trained [2]  42/24 86/25
training [2]  26/18 51/21
transcatheter [2]  81/1 81/4

transfer [1]  115/25
translate [1]  26/1 30/22 64/5
translated [8]  10/22 22/19
22/22 26/8 26/13 63/25 65/5
72/14
translates [2]  9/14 24/21
translation [2]  24/24 66/17
translations [1]  72/15
transportation [1]  79/19
trauma [1]  118/24
travel [1]  26/22
treat [1]  92/19
treated [1]  120/15
treatment [10]  83/3 86/23
93/24 97/24 97/25 98/2 98/3
109/12 112/6 116/14
treatments [1]  96/3
tremendous [2]  43/11 48/23
tried [3]  49/17 54/2 104/14
trip [1]  115/7
triple [1]  39/1
trouble [1]  85/21
truck [1]  28/8 28/14 28/16
true [2]  67/13 116/18
truly [6]  105/1 105/16 105/16
106/3 106/13 106/16
try [4]  11/3 77/4 77/6 77/14
trying [10]  6/21 6/21 10/7
15/12 18/9 32/17 51/9 53/14
65/24 68/18
Tuesday [1]  12/23
tuna [2]  101/17 101/17
turn [6]  27/21 27/24 28/2
32/16 33/22 33/25
turned [1]  19/19
turns [1]  28/6
tweet [2]  30/13 33/12
tweets [1]  33/16
twenties [1]  93/1
twice [3]  31/7 86/7 86/8
Twitter [7]  24/19 27/25 31/5
32/25 35/9 35/18 35/20
two [47]  4/21 8/8 8/8 12/1
21/2 22/19 23/9 24/11 27/9
31/6 33/23 35/13 35/17
43/21 44/23 44/24 54/8 55/5
57/11 59/7 65/9 69/11 72/7
72/13 72/19 74/7 74/16
79/21 80/7 81/6 81/8 85/13
86/14 88/14 89/7 91/11
98/18 99/17 101/20 103/23
105/6 109/3 112/1 112/18
115/13 115/20 117/6
two-level [1]  74/7
type [2]  44/18 113/6
typical [1]  56/18
tyrants [1]  26/16

U
U.S [6]  18/18 21/15 29/20
47/3 108/25 116/6
ultimate [2]  28/3 28/12
ultrasound [3]  83/5 83/14
85/4
ultrasounds [1]  78/17
unable [1]  120/25
unambiguous [1]  20/9
unambiguously [1]  20/4
unaware [1]  46/16

105/6 105/8 105/9
under [7]  12/20 14/3 21/14
38/7 47/1 69/10 118/20
undercover [3]  59/24 59/24
60/12
undercovers [1]  18/7
understand [14]  32/17 43/24
50/2 52/25 54/11 59/18 63/2
66/22 87/11 87/16 87/17
94/20 98/25 107/5
understanding [2]  44/3
114/22
understands [1]  44/15
understood [2]  43/23 53/1
undertook [1]  17/22
underwent [2]  80/25 83/4
undisputed [1]  70/6
unfortunately [4]  107/18
110/9 110/18 116/18
unintelligible [2]  79/9 105/19
UNITED [18]  1/1 1/3 1/10
1/12 3/3 3/7 3/21 6/19 69/10
69/17 73/4 73/12 78/5 78/14
97/17 100/23 117/15 120/5
unless [1]  20/11
unlike [1]  98/11
unlocking [1]  15/5
unobjected [1]  70/8
unpaid [1]  120/1
unrelated [1]  55/5
unsupervised [1]  62/9
until [8]  12/5 12/23 34/15
49/19 59/7 60/6 66/3 84/13
unusual [1]  61/14
unwarranted [1]  119/11
up [31]  12/5 12/18 12/21
12/22 15/9 20/10 29/2 44/23
45/7 46/9 53/18 53/25 54/7
56/12 59/7 63/21 66/3 75/10
81/22 83/3 95/10 97/10
99/12 102/22 107/18 110/1
112/2 112/12 113/14 114/12
117/11
upon [5]  64/1 65/7 71/9 74/2
119/17
upper [2]  84/7 93/12
us [15]  25/25 32/14 33/4
38/22 39/10 40/13 40/19
41/15 55/22 56/17 76/2
79/15 81/22 99/20 100/19
use [19]  7/16 8/10 10/4
12/25 16/1 18/25 19/3 20/5
20/17 23/4 28/1 28/3 28/14
28/16 71/19 71/24 72/24
92/19 102/5
used [5]  6/19 12/15 48/14
51/12 94/18
using [3]  85/17 91/25 96/12
usually [8]  90/17 93/21 94/2
94/18 95/5 96/5 96/13
107/14

V
vaccinated [6]  4/4 38/13 39/1
39/1 99/14 103/11
vaccine [1]  4/23
Valle [1]  99/22
value [3]  71/15 71/16 75/7
variance [5]  39/21 41/8 75/1

variances [1]  108/15
various [1]  68/23
vary [1]  94/16
vascular [2]  78/24 79/1
vehicle [2]  28/4 29/3
vehicles [1]  29/6
vein [2]  86/19 93/8
Venezuela [1]  16/9
ventilator [1]  45/8
ventricle [19]  79/24 80/3
81/17 81/18 82/16 82/18
82/18 82/20 82/22 82/24
83/6 83/11 83/13 83/14
83/16 85/5 85/6 88/11 94/1
ventricular [5]  79/20 81/14
83/14 83/15 85/5
verbal [1]  46/16
version [8]  26/8 26/25 28/5
28/5 28/6 28/7 30/18 30/19
18/18 50/19
versus [6]  3/4 11/7 11/8 16/9
18/18 50/19
very [63]  7/21 17/10 27/8
33/6 42/14 42/21 44/25
45/11 46/3 47/17 47/17
48/17 48/23 51/17 51/23
53/14 55/4 57/15 62/20
63/20 75/20 77/1 79/25
79/25 80/21 83/12 84/4 84/5
84/6 84/9 87/3 87/8 88/9
88/10 88/11 88/17 90/4
90/25 90/25 91/21 92/18
93/3 94/1 94/6 94/21 94/21
95/4 96/25 99/9 102/10
102/20 102/21 103/2 104/5
104/5 106/13 107/7 111/15
112/5 112/6 112/7 118/3
118/13
vessel [2]  80/4 80/5
vessels [1]  79/20
via [1]  80/1
video [50]  6/8 10/5 11/6
11/18 13/4 13/7 13/9 13/11
13/14 13/17 13/21 13/23
13/24 14/2 14/8 14/10 14/15
16/13 16/16 17/16 19/8 19/8
19/12 22/2 22/23 25/13
28/12 31/6 31/14 31/18
31/25 32/12 32/12 32/22
33/2 33/11 33/11 33/11 34/3
34/3 34/5 34/6 34/9 34/10
34/11 35/13 35/13 67/14
67/14 71/19
videos [18]  8/1 8/8 8/16 9/25
10/17 10/20 10/22 11/1 11/2
11/23 17/22 34/14 34/17
35/22 36/1 36/5 63/10 72/8
violates [1]  10/13
violation [3]  6/10 19/10 69/16
violence [21]  7/18 8/1 8/12
9/9 9/17 9/20 9/24 9/25 10/6
10/7 11/9 11/12 11/13 12/16
13/1 15/7 20/7 52/10 52/12
63/11 71/16
violent [27]  7/18 7/20 8/16
8/16 8/24 9/1 9/3 9/23 10/4
10/9 11/13 11/14 11/16
11/17 11/23 11/23 12/3
12/16 14/17 20/7 33/3 61/3

violent... [5]  64/7 67/7 67/15
68/16 72/3
vision [1]  105/24
visit [1]  94/7
voice [1]  85/20
void [1]  12/10
VPN [1]  11/4
vs [1]  1/5
vulnerable [3]  48/17 51/23
53/5

# W

waging [1]  71/16
wait [6]  77/3 77/13 89/14
89/14 95/4 95/13
waited [1]  15/24
walking [3]  52/16 57/22 59/9
walks [1]  111/6
wall [1]  81/5
want [36]  10/11 12/4 23/11
23/12 23/20 27/15 27/15
27/17 37/12 37/17 37/25
38/6 39/19 40/12 40/12
40/16 41/9 41/10 43/19 46/5
49/14 53/16 57/20 59/3
68/13 97/9 97/10 97/11 99/6
99/8 99/14 99/15 99/16
99/18 103/8 119/10
wanted [6]  10/21 49/2 50/19
58/20 100/22 104/7
wanting [2]  53/3 56/6
wants [10]  4/19 15/15 20/8
23/1 33/20 37/9 37/11 98/4
105/18 109/11
warns [1]  25/8
warrant [1]  19/17
warranting [1]  119/4
warrants [1]  118/13
was [295]  4/16 4/17 4/22
4/23 4/24 5/7 5/8 5/12 6/8
7/13 7/14 7/25 8/2 8/3 8/3
8/5 8/11 8/23 9/1 9/5 9/6
9/11 9/20 9/24 9/25 10/6
10/8 10/9 10/12 10/13 10/14
10/19 10/21 10/21 10/25
11/5 11/16 11/16 11/18
11/21 11/24 12/2 12/2 12/8
12/22 13/6 13/14 13/14
13/15 14/7 14/14 14/15
14/17 14/19 15/7 15/10
16/13 17/6 18/7 18/8 18/8
18/20 19/9 19/9 19/18 21/20
21/22 22/8 22/21 25/15
26/11 27/6 32/17 32/22
34/10 34/11 35/12 35/24
35/25 36/6 36/8 36/9 36/12
36/14 37/5 37/13 38/18
40/10 40/25 41/7 42/1 42/2
42/3 42/6 42/11 43/3 43/8
43/10 43/10 43/14 43/15
43/21 44/23 45/3 45/7 45/11
45/12 45/13 45/13 45/14
45/19 45/23 45/24 46/8
46/22 46/25 47/3 47/8 48/9
48/21 48/23 49/8 49/15
49/20 49/21 49/22 49/23
52/1 52/8 52/11 52/13 52/14
52/16 52/24 53/7 53/9 53/9
53/24 54/12 54/15 54/24
55/10 55/10 56/5 56/22
57/14 57/16 58/8 58/16
58/17 58/25 59/7 60/8 60/8
60/18 61/1 61/3 61/13 61/14
61/14 61/21 62/3 63/14
63/22 63/24 65/1 65/5 65/6
65/8 65/14 65/15 66/13
66/14 66/14 66/16 66/16
66/17 67/1 67/3 67/6 68/5
68/16 69/24 70/7 70/10
70/17 70/19 70/22 70/25
71/1 71/7 71/10 71/12 72/16
72/24 73/14 74/4 74/8 75/25
76/7 78/12 79/15 79/18 80/6
80/24 81/2 81/12 82/1 82/2
82/2 82/15 82/17 82/17
82/19 82/21 82/22 82/25
83/2 83/3 83/6 83/9 83/15
83/21 83/23 83/25 84/1
84/12 84/12 84/15 84/21
84/23 85/2 85/12 85/15 86/2
86/7 86/9 86/10 86/17 89/23
89/25 92/4 92/9 100/4
102/14 102/23 102/24
102/24 102/24 102/25
103/10 103/15 103/16
103/17 103/19 103/20
103/22 103/25 104/1 104/2
104/4 104/10 104/12 104/13
104/15 104/24 106/1 106/14
106/14 106/15 107/6 108/3
108/7 108/23 109/25 111/3
111/3 112/9 112/18 112/21
113/2 113/4 113/13 113/20
113/22 113/22 114/2 115/2
118/1 120/18 120/23
wasn't [13]  18/25 36/11
43/16 44/5 48/20 56/19
57/25 58/7 60/5 60/6 65/5
74/21 92/10
watch [1]  96/9
watched [1]  92/16
watching [2]  60/15 60/16
waving [1]  115/14
way [13]  22/9 48/1 57/9 58/2
58/15 74/13 82/2 82/8 95/9
98/15 107/18 110/24 119/2
ways [1]  86/4
we [217]  4/10 4/22 7/8 8/10
10/5 10/16 11/25 12/3 12/3
12/9 12/10 12/15 12/19
12/22 13/2 13/2 13/3 13/4
13/5 13/5 13/18 13/19 13/24
14/13 14/14 14/16 15/1 15/6
15/7 15/11 15/24 16/1 16/18
15/7 15/11 15/24 16/1 16/18
18/10 19/5 19/21 20/1 20/25
21/11 21/13 21/23 21/24
21/24 22/1 22/4 22/5 22/7
23/6 23/12 23/13 25/4 25/11
25/11 25/13 25/14 26/7
27/14 28/2 29/25 30/2 30/19
31/4 31/16 31/23 32/3 33/15
33/18 33/19 34/4 34/14
34/15 34/25 35/7 35/9 35/11
35/17 35/17 35/24 36/1
36/14 36/18 38/9 39/16
40/14 40/22 44/20 47/17
49/4 49/5 52/19 57/7 59/4
59/18 61/8 63/4 63/16 63/16
63/17 66/8 66/13 67/14
67/21 69/5 70/14 74/16
74/17 74/20 74/24 74/24
74/25 75/3 75/3 75/8 75/9
75/10 75/17 75/21 75/22
77/18 77/20 78/9 78/11
78/14 78/19 79/12 81/14
82/8 82/10 82/11 83/6 83/16
84/22 86/4 86/5 86/6 86/6
88/8 89/1 89/14 89/14 89/14
89/18 90/17 90/17 90/18
90/22 90/23 91/12 91/13
91/15 91/15 91/24 92/19
94/6 94/8 94/12 95/1 95/3
95/3 97/10 97/14 97/20
97/21 97/22 98/5 98/13
98/22 98/23 99/2 100/10
100/19 100/22 100/23
100/23 100/24 100/24 101/3
101/20 102/3 102/9 102/10
102/11 102/15 102/15
102/16 102/18 103/11
106/20 106/23 107/2 107/3
107/11 107/20 107/20
107/24 108/8 108/22 109/8
110/18 110/23 110/24 114/6
115/20 115/20 116/17 117/3
117/7 118/6 121/8
We've [1]  69/4
weak [1]  88/10
weaker [2]  80/3 87/4
weapons [1]  26/17
wear [2]  48/24 49/12
wears [1]  111/6
Wednesday [1]  4/12
week [3]  46/25 80/24 115/14
weeks [7]  87/1 89/6 89/18
111/17 115/7 115/7 115/8
weigh [1]  118/18
weighing [1]  113/11
weight [4]  89/18 95/10 95/10
96/9
well [36]  5/19 8/19 9/11
10/12 12/9 13/23 16/7 18/17
20/22 31/7 31/19 36/11
40/22 41/17 42/14 43/9 47/8
48/10 48/17 50/9 51/12
53/11 76/23 89/10 89/12
90/14 94/4 97/18 97/21 98/2
101/11 109/11 109/18 114/6
117/14 120/20
went [14]  9/2 11/22 13/6
13/25 15/22 43/2 53/9 53/11
56/7 64/18 65/15 96/16
114/4 115/2
were [67]  4/20 4/21 4/22
4/23 4/24 5/4 5/5 5/6 5/14
5/19 5/22 7/3 7/4 7/9 8/25
7/13 13/2 13/4 13/19 15/25
17/10 17/11 17/21 22/19
22/19 25/5 34/15 34/17
34/25 36/5 39/14 40/20 42/3
43/8 44/6 45/6 45/9 45/11
51/21 52/16 61/17 63/22
66/5 68/10 74/24 78/6 80/18
80/19 80/19 84/19 88/2
97/13 100/25 102/22 104/12
107/20 114/8
weren't [4]  11/4 57/1 114/6
114/7
what [198]  6/6 6/21 7/15
8/13 8/18 10/11 11/16 12/21
13/2 13/5 13/7 13/10 13/21
14/2 15/11 15/15 16/3 16/7
16/12 16/18 16/22 17/5 17/7
17/8 17/13 17/19 18/4 18/4
18/14 18/21 19/6 20/8 20/13
20/15 20/15 21/16 22/5 23/6
23/19 24/3 24/12 25/20
25/21 26/2 26/5 26/8 26/23
27/6 28/2 28/11 28/21 29/9
29/10 31/19 31/24 32/17
32/24 34/2 34/4 34/6 34/8
34/25 35/12 37/21 39/10
40/10 40/15 40/16 40/19
41/10 41/15 41/16 42/2 42/3
42/7 42/8 42/14 42/22 43/2
44/5 44/6 46/8 46/9 46/19
46/20 47/6 48/8 48/12 48/15
48/21 49/4 50/18 51/6 51/10
53/14 54/12 55/10 55/11
55/20 56/5 56/9 56/25 57/20
58/18 60/8 60/9 60/10 61/12
62/14 63/13 63/21 63/22
63/24 64/4 64/19 64/20
64/24 64/25 65/16 65/21
66/4 66/16 67/17 67/19
68/21 69/5 69/8 71/6 73/23
75/2 78/3 78/6 78/19 78/20
79/15 80/18 81/7 81/15
81/23 81/24 81/24 83/2 83/3
83/25 84/25 85/24 85/25
85/25 86/5 86/16 87/10
87/23 87/25 89/4 90/23 91/8
91/10 92/14 94/8 94/17 95/1
96/7 97/15 98/17 99/5 100/9
100/11 102/13 102/16
102/23 103/10 103/15
103/17 104/16 104/17
104/20 104/24 106/15
106/18 107/5 107/9 107/10
108/1 108/9 108/22 108/23
110/9 110/25 111/11 111/16
111/18 114/19 114/20
114/25 115/9 116/7 117/1
118/3
what's [5]  12/12 24/17 27/22
51/2 69/23
whatever [2]  53/25 97/11
whatsoever [1]  73/11
wheel [1]  28/16
when [91]  8/5 12/17 12/18
12/23 12/25 13/5 13/9 13/15
14/5 16/22 16/23 17/10
17/11 17/16 18/7 19/14
19/18 20/13 24/5 25/13
25/17 26/5 27/7 32/5 32/6
38/15 39/10 42/6 43/2 43/3
46/8 46/17 47/18 49/23
50/24 51/17 52/9 52/14 53/9
54/7 54/7 56/3 56/3 56/7
54/9 54/21 56/12 60/19 61/12

when... [43] 61/18 62/15
63/24 65/17 66/20 74/25
75/3 75/8 82/2 83/20 87/12
87/16 88/2 89/6 90/23 92/3
92/13 92/25 94/1 94/20
98/19 100/13 101/5 101/6
101/7 101/16 101/25 103/16
103/19 104/1 105/3 105/5
106/14 109/22 111/3 114/6
114/24 115/1 115/2 115/2
115/18 116/5 118/4
where [48] 8/4 9/19 10/22
10/23 11/11 26/23 29/5
29/21 30/17 31/3 32/20 34/8
38/10 40/9 42/3 42/21 44/22
46/3 46/14 50/23 60/1 61/3
71/4 71/5 73/4 73/19 75/15
76/13 76/16 78/8 79/3 79/7
82/10 84/22 85/10 86/19
86/21 88/6 92/15 93/13 98/8
99/14 106/23 116/11 116/13
116/22 119/20 120/14
whereby [1] 4/24
Wherever [1] 103/9
whether [20] 5/7 7/13 9/22
9/23 9/24 17/17 17/20 18/23
23/7 23/18 24/4 24/8 43/23
48/7 54/17 69/23 70/3 72/16
84/24 116/2
which [76] 4/16 6/13 6/13
6/14 8/10 11/3 13/12 16/18
17/9 17/13 18/4 18/9 19/12
20/3 21/15 24/21 25/15 26/8
26/11 30/16 30/23 33/6 41/9
42/15 43/14 45/4 49/10
49/24 50/7 51/23 59/25
66/12 67/14 67/19 69/19
70/23 71/5 71/10 72/9 73/2
79/21 79/24 80/1 80/3 80/9
80/13 81/11 81/12 81/14
82/9 82/18 82/23 83/2 83/23
84/4 85/13 85/24 86/3 86/20
90/1 90/14 90/23 92/2 92/6
93/13 94/19 98/5 107/1
107/25 108/9 111/18 114/24
117/13 120/10 120/18 121/1
while [13] 4/1 29/2 36/6
47/12 67/6 67/7 72/13 84/22
97/9 105/20 115/4 119/8
119/20
white [1] 27/3
who [46] 3/4 3/11 3/19 5/1
13/19 14/6 24/6 25/2 25/12
25/13 25/14 26/16 33/10
37/19 43/2 53/10 55/3 61/14
61/24 61/24 62/24 65/3
65/15 94/13 94/14 94/16
98/16 102/21 110/21 111/15
111/15 112/9 112/13 112/18
112/25 113/1 113/6 113/11
113/12 114/12 115/16
115/17 115/17 116/23 118/1
118/16
who's [2] 111/21 118/4
whole [11] 42/21 45/22 46/23
56/19 60/14 60/22 61/8
65/18 80/1 82/21 112/20
whose [1] 89/22

when... [42]
31/23 40/25 41/9 43/7 46/12
61/10 63/7 65/22 75/6 76/22
79/14 80/19 81/22 82/20
84/7 95/2 98/9 98/10 98/11
99/2 101/6 101/9 106/19
111/8 112/2 113/4 114/6
115/14
wife [4] 7/22 61/13 61/18
61/20
will [73] 14/11 14/20 16/14
16/16 18/10 18/17 21/23
27/18 27/21 28/5 30/2 30/19
31/8 32/6 33/1 34/9 38/4
38/5 38/9 39/10 42/7 52/6
52/6 54/5 58/10 59/4 61/8
64/8 70/16 74/17 75/3 75/9
75/10 75/21 75/23 77/17
77/20 79/12 80/12 87/4
87/18 90/1 90/2 90/4 90/8
90/13 90/13 93/12 93/16
94/3 94/23 94/23 95/1 95/13
101/13 104/21 105/3 105/5
105/7 105/9 106/6 108/21
113/25 115/5 115/7 115/7
119/17 119/19 119/22 120/2
120/11 120/13 121/8
wired [5] 41/21 44/13 50/6
56/17 66/21
wiring [2] 51/7 66/23
within [7] 44/14 71/8 80/23
107/20 107/21 119/18
120/24
without [14] 17/23 25/24
33/20 36/1 42/5 44/21 44/25
48/6 57/12 73/16 73/24 91/4
105/10 121/2
witness [4] 2/2 38/12 59/11
95/16
witnesses [1] 37/17
woman [9] 53/15 53/17
53/17 53/18 53/20 53/24
55/11 61/21 61/24
won't [3] 57/20 115/8 115/10
wonderful [1] 61/8
words [6] 30/21 34/10 51/19
52/15 103/20 106/2
wore [1] 104/1
work [5] 41/14 42/24 71/15
84/17 93/12
worked [5] 42/17 42/24
57/23 111/1 119/3
working [12] 42/18 47/8
47/25 49/21 80/14 82/4
82/17 90/14 92/10 93/5
93/16 110/5
works [3] 82/4 88/25 104/11
world [3] 25/25 26/14 58/3
worried [2] 7/21 105/10
worse [7] 46/10 52/22 77/9
90/21 91/6 91/7 112/1
worsening [1] 87/14
worst [2] 26/20 72/22
would [67] 4/25 5/1 5/23 5/24
7/5 9/12 9/21 10/2 10/15
10/16 13/3 13/22 13/24 14/1
14/2 14/22 14/22 15/9 16/18
17/24 19/19 28/16 29/8
36/19 36/20 38/10 38/25

W] [72]
49/14 49/18 51/13 55/4
55/12 55/12 58/7 58/12
58/22 58/23 60/16 74/13
75/2 86/17 87/24 87/25
98/18 99/7 99/10 100/21
102/10 102/11 102/16
102/23 103/5 103/21 104/3
106/24 107/25 109/22 110/2
111/13 115/23 115/25
116/22 117/7
wouldn't [5] 8/21 9/9 55/14
60/13 75/1
wow [1] 65/25
wrap [1] 54/7
write [2] 51/19 60/14
writing [1] 32/9
written [1] 23/21
wrong [11] 48/12 58/2 59/17
59/18 103/15 104/24 104/25
105/12 106/1 106/13 106/15
wrongdoing [2] 105/16 106/1
wrote [2] 15/16 52/15

X

x-ray [1] 84/17
Xarelto [1] 89/25

Y

yay [1] 113/8
Yeah [1] 27/1
year [6] 32/10 32/14 53/19
78/23 78/23 85/3
years [34] 44/23 44/25 63/22
74/14 74/14 74/15 78/21
78/22 81/24 82/24 83/2 87/6
97/20 98/14 103/16 103/17
103/23 107/1 107/2 108/1
108/4 108/7 108/23 110/12
111/24 111/24 112/3 112/13
112/18 113/23 114/19 116/9
117/4 117/11
yes [57] 3/25 4/2 5/17 5/20
17/2 17/3 19/15 20/24 20/25
21/3 22/14 23/14 23/18
23/22 23/24 24/1 29/15
29/18 31/16 32/2 32/4 32/7
35/2 38/10 38/14 39/9 40/3
40/17 41/18 44/14 46/1
50/12 59/13 59/22 60/24
61/5 61/11 61/24 64/6 64/7
65/4 74/24 75/20 76/3 76/11
85/2 92/8 93/25 96/5 96/6
97/5 97/6 97/8 100/22 103/7
113/1 113/2
yesterday [2] 4/8 4/10
yet [1] 118/10
you [422] 3/2 4/3 4/4 8/13
8/21 9/3 9/3 9/4 12/4 12/13
12/18 12/20 12/25 13/9 13/9
13/10 13/21 13/22 14/1 14/5
14/11 14/20 15/20 15/23
14/6 16/7 16/8 16/16 16/22
16/23 16/23 17/24 17/25
19/6 19/21 20/18 21/1 23/3
23/3 23/4 23/15 23/16 23/20
23/21 24/13 24/25 25/17
26/23 26/25 27/7 27/10
27/15 27/15 27/21 27/21
27/24 28/15 29/2 29/2 29/6

W] [18]
32/5 32/16 33/1 34/9 37/12
37/17 37/17 37/24 38/6
38/10 38/13 38/15 38/15
38/20 38/21 38/25 39/2 39/5
39/7 39/10 39/10 39/11
39/12 39/12 39/16 39/19
40/9 40/10 40/11 40/15
40/16 40/19 40/20 41/10
41/14 41/14 41/14 41/16
42/2 42/7 42/8 42/23 43/1
43/13 43/19 43/21 44/4
44/11 44/12 44/25 45/13
45/20 45/22 45/23 45/23
46/4 46/5 46/11 46/12 46/13
47/6 47/7 47/11 47/18 47/22
47/24 48/7 48/8 48/13 48/14
49/4 49/23 49/24 50/7 50/7
50/11 50/11 50/13 50/15
50/15 50/19 50/22 51/2 51/4
51/4 51/19 51/19 51/25 52/4
52/9 52/9 52/10 52/10 52/24
53/2 53/6 53/20 53/22 54/2
54/7 54/7 54/8 54/9 54/14
54/14 54/17 54/18 55/9
55/11 55/15 55/16 55/16
55/20 55/22 55/22 55/25
56/2 56/2 56/4 56/6 56/12
56/20 56/25 57/2 57/2 57/6
57/17 57/18 57/18 57/20
57/20 57/20 57/20 58/9
58/11 58/12 58/14 58/18
59/2 59/3 59/9 59/9 59/12
59/16 59/21 60/1 60/5 60/9
60/18 60/25 61/6 61/12
61/13 61/14 61/16 61/22
61/25 62/2 62/3 62/5 62/11
62/14 62/15 62/15 62/16
62/19 62/20 62/21 63/25
64/8 64/11 64/12 65/17
65/25 66/1 66/20 67/1 67/11
67/19 67/24 68/1 68/18
68/23 69/8 70/25 74/22
75/11 75/14 75/14 75/18
76/1 76/2 76/16 76/17 76/25
77/1 77/7 77/11 77/15 77/25
78/1 78/3 78/4 78/20 79/3
79/3 79/10 79/12 79/13
79/14 80/16 80/17 81/3
81/22 83/24 84/13 84/23
85/1 85/15 85/16 85/20
86/11 86/15 87/5 87/6 88/18
88/20 89/7 91/18 92/3 92/10
92/12 92/25 93/1 93/9 93/18
94/1 94/8 94/9 94/13 94/14
94/15 95/10 95/11 95/11
95/13 95/18 95/24 96/7
96/16 96/21 96/23 96/25
97/7 97/9 97/10 97/11 97/11
97/11 98/2 98/5 98/15 98/15
98/20 99/4 99/5 99/14 99/15
99/16 99/20 99/23 100/1
100/9 100/11 100/20 100/21
100/22 101/8 101/9 101/10
101/23 101/23 102/4 102/6
102/13 102/20 103/2 103/3
103/4 103/5 103/8 104/21
106/17 106/21 107/6 107/8
108/9 109/3 109/3 109/4

you... [57]  109/6 109/24
110/4 110/6 110/10 111/1
111/15 111/22 111/23 112/9
112/13 112/15 112/16
112/17 112/21 112/25
112/25 112/25 113/4 113/9
113/9 113/9 113/11 113/11
113/17 113/17 113/24
113/25 114/11 114/14
114/15 114/16 114/19
114/20 115/12 115/16
115/17 116/4 116/5 116/6
116/7 116/8 116/10 116/10
116/15 116/21 116/21
116/23 117/5 117/25 119/6
120/22 120/25 120/25 121/2
121/7 121/8
you've [6]  111/8 111/12
111/14 111/21 111/24
114/13
young [4]  45/15 88/1 93/1
109/4
younger [3]  42/6 43/3 49/24
your [128]  3/6 3/12 3/20 3/25
4/9 4/19 6/7 6/24 7/10 7/12
7/14 11/21 12/13 15/3 15/11
18/2 18/24 20/20 20/24 21/2
21/25 22/3 22/10 22/13
22/22 23/8 24/10 24/16
24/23 24/25 25/10 25/14
26/10 27/3 27/8 27/20 28/6
28/8 28/23 29/3 29/9 29/13
30/3 31/4 31/15 32/16 32/24
33/10 34/7 34/13 34/23
35/21 36/17 37/12 38/15
38/22 38/22 38/25 40/4
40/19 43/20 44/1 51/6 51/7
55/23 56/20 57/6 57/7 59/4
59/13 62/5 62/15 63/6 63/6
63/20 66/19 67/7 67/9 67/11
67/22 67/25 69/4 70/23 76/4
76/9 76/17 77/20 78/19
85/20 95/18 96/2 97/1 97/5
97/6 97/20 98/18 98/22
99/19 99/21 100/7 100/10
101/24 102/4 102/4 102/6
102/6 102/13 103/5 104/25
106/3 106/15 106/25 107/7
107/16 107/23 108/5 108/8
110/18 111/8 114/13 114/21
114/24 116/7 116/8 116/12
116/24 117/3 121/8
yours [1]  27/18
yourself [2]  9/3 9/4

Z

Zoom [2]  75/9 75/10
Zuluaga [1]  27/25